Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CATHEDRAL SHANGRILA LLC AND NIDO DI STELLE LLC** |

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, Plaintiff Phong Thanh Huynh requests that the Clerk of the Court enter default against Defendants Cathedral Shangrila LLC and Nido di Stelle LLC in the above-captioned action because they each failed to file a responsive pleading within the time provided by Rule 12(a), Federal Rules of Civil Procedure. This action's record and the *Affidavit in support of Application for Entry of Default against Defendants Cathedral Shangrila LLC, and Nido di Stelle LLC* submitted herewith support this Application.

RESPECTFULLY SUBMITTED this 7th day of February, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Devin Sreecharana*
Devin Sreecharana, Esq.

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila, LLC
95 Cross Creek
Sedona, AZ 86336

Ilu, LLC
95 Cross Creek
Sedona, AZ 86336

Cathedral Shangrila, LLC
c/o Northwest Registered Agent, LLC
401 Ryland St.
Suite 200A

Reno, NV 89502
Nido Di Stelle, LLC
c/o Northwest Registered Agent, LLC
401 Ryland St.
Suite 200A
Reno, NV 89502

/s/ *Elena Cordero*