Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CATHEDRAL SHANGRILA LLC AND NIDO DI STELLE LLC** |

STATE OF ARIZONA　　　)
　　　　　　　　　　　　) ss.
County of Maricopa　　　　)

　　　Devin Sreecharana, being first duly sworn, upon his oath, deposes and says:

　　　1.　　I am an attorney for Phong Thanh Huynh ("Plaintiff"), and in that capacity I am authorized to make this Affidavit, being personally familiar with the following facts.

2. On December 2, 2023, Plaintiff filed his Complaint in this action. *See* (Doc. 1).

3. On January 16, 2024, Plaintiff served Defendant Cathedral Shangrila LLC ("Cathedral"), with the Summons and Complaint in compliance with Rule 4(c)(h)(1), *Fed. R. Civ. P. See* **Exhibit A**, Cathedral Proof of Service; (Doc 10).

4. On January 16, 2024, Plaintiff served Defendant Nido di Stelle LLC ("Nido") with the Summons and Complaint in compliance with Rule 4(c)(h)(1), *Fed. R. Civ. P. See* **Exhibit B**, Nido Proof of Service; (Doc. 9).

5. Pursuant to Rule 12(a), Cathedral's and Nido's responsive pleadings were due within 21 days after being served with the Complaint, on or before February 6, 2024.

6. Cathedral and Nido are not minors or incompetent persons.

7. Neither Cathedral nor Nido have filed an answer nor any responsive pleading nor otherwise appeared in this case.

WHEREFORE, affiant requests, on behalf of Plaintiff, that default be entered against Defendants Cathedral Shangrila LLC, and Nido di Stelle LLC.

FURTHER AFFIANT SAYETH NOT.

_____
Devin Sreecharana

SUBSCRIBED AND SWORN TO before me this 7th day of February, 2024, by Devin Sreecharana.

_____
Notary Public

My Commission Expires:



ELENA A CORDERO
Notary Public - Arizona
Maricopa County
Commission # 628568
My Comm. Expires May 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila, LLC
95 Cross Creek
Sedona, AZ 86336

Ilu, LLC
95 Cross Creek
Sedona, AZ 86336

Cathedral Shangrila, LLC
c/o Northwest Registered Agent, LLC
401 Ryland St.
Suite 200A
Reno, NV 89502

Nido Di Stelle, LLC
c/o Northwest Registered Agent, LLC
401 Ryland St.
Suite 200A
Reno, NV 89502

/s/ *Elena Cordero*

# EXHIBIT A

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter 6602-001
Account # 0486
Invoice # _____
Liddy # 453201-1

UNITED STATES DISTRICT COURT
For the District of Arizona

PHONG THANH HUYNH,

          **Plaintiff(s) / Petitioner(s),**

vs

ALISSA CHIARAVANOND, et al.

          **Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. 3:23-cv-08622-JJT

**ENTITY/PERSON TO BE SERVED:** CATHEDRAL SHANGRILA LLC c/o NORTHWEST REGISTERED AGENT, LLC, Registered Agent

**PLACE OF SERVICE:** 401 Ryland St., Ste. 200A, Reno, NV 89502

**DATE OF SERVICE:** On the 16th day of January, 2024 at 1:10 PM   County Washoe

[ ] PERSONAL SERVICE   [X] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Served to Aliyah Ta, Receptionist, authorized to accept/receive service.

on 1/16/2024 we received the following documents for service:

Summons; Complaint; Order (Re: Motions); Order (Re: Service); Writ for Judicial Separation; Statement of Claim for Judicial Separation; Statement of Particulars; Acknowledgment of Service; & Memorandum of Appearance

**Received from** MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )

**PROCESS SERVER:** Brad Fenner

The undersigned states: That I am a private process server in the county of Washoe, State of Nevada.

SIGNATURE OF PROCESS SERVER: _____   Date: 1-19-24

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

# EXHIBIT B

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter  6602-001
Account  # 0486
Invoice  # -----------
Liddy  # 453195-1

UNITED STATES DISTRICT COURT
For the District of Arizona

PHONG THANH HUYNH,

Plaintiff(s) / Petitioner(s),

vs

ALISSA CHIARAVANOND, et al.

Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. 3:23-cv-08622-JJT

**ENTITY/PERSON TO BE SERVED:** NIDO DI STELLE LLC c/o Northwest Registered Agent, Registered Agent

**PLACE OF SERVICE:** 401 Ryland Street, Suite 200-A, Reno, NV, 89502

**DATE OF SERVICE:** On the 16th day of January, 2024 at 1:10 PM  County Washoe

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**  Served to Aliyah Ta, Receptionist, authorized to accept/receive service.

on 1/16/2024 we received the following documents for service:

Summons; Complaint; Order (Re: Motions); Order (Re: Service); Writ for Judicial Separation; Statement of Claim for Judicial Separation; Statement of Particulars; Acknowledgment of Service; & Memorandum of Appearance

**Received from** MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )

PROCESS SERVER: Brad Fenner

The undersigned states: That I am a private process server in the county of Washoe, State of Nevada.

SIGNATURE OF PROCESS SERVER: _____  Date: 1-19-24

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.