# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>      Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et al.,<br><br>      Defendants. | NO. CV-23-08622-PCT-JJT<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Cathedral Shangrila LLC and Nido di Stelle LLC.

DEFAULT ENTERED this 12th day of February, 2024.

                                      Debra D. Lucas
                                      District Court Executive/Clerk of Court

February 12, 2024

                                      s/ D. Draper
                             By    Deputy Clerk