Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>         Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>         Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PACIFIC SHANGRILA LLC AND ILU LLC** |

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, Plaintiff Phong Thanh Huynh requests that the Clerk of the Court enter default against Defendants Pacific Shangrila LLC and ILU LLC in the above-captioned action because they each failed to file a responsive pleading within the time provided by Rule 12(a), Federal Rules of Civil Procedure. This action's record and the *Affidavit in support of Application for Entry of Default against Defendants Pacific Shangrila LLC, and ILU LLC* submitted herewith support this Application.

RESPECTFULLY SUBMITTED this 14th day of February, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By <u>/s/ *Devin Sreecharana*</u>
    Devin Sreecharana, Esq.

**ADMON LAW FIRM, PLLC**

<u>By</u>: <u>/s/ *Moshe Y. Admon*</u>

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Pacific Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

ILU LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

ILU LLC
c/o Northwest Registered Agent, LLC
1846 E. Innovation Park Dr., Ste. 100
Oro Valley, AZ 85755

Cathedral Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

Cathedral Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Nido Di Stelle LLC
c/o Northwest Registered Agent LLC 4
1 Ryland St., Ste. 200A
Reno, NV 89502

Nido Di Stelle LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

*/s/ Renee Gonzales*