Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Phong Thanh Huynh, | Case No.: 3:23-cv-08622-JJT |
|---|---|
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PACIFIC SHANGRILA LLC AND ILU LLC** |
| v. | |
| Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company, | |
| Defendants. | |

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa   )

    Devin Sreecharana, being first duly sworn, upon his oath, deposes and says:

    1.    I am an attorney for Phong Thanh Huynh ("Plaintiff"), and in that capacity I am authorized to make this Affidavit, being personally familiar with the following facts.

2. On December 2, 2023, Plaintiff filed his Complaint in this action. *See* (Doc. 1).

3. On January 4, 2024, Plaintiff served Defendant ILU LLC ("<u>ILU</u>"), with the Summons and Complaint in compliance with Rule 4(c)(h)(1), *Fed. R. Civ. P. See* **Exhibit A**, Fancher Aff., ¶ 8 (citing Exhibit 1 thereto); (Doc 17).

4. On January 4, 2024, Plaintiff served Defendant Pacific Shangrila LLC ("<u>Pacific</u>") with the Summons and Complaint in compliance with Rule 4(c)(h)(1), *Fed. R. Civ. P. See* <u>Exhibit A</u>, Fancher Aff., ¶ 9 (citing Exhibit 2 thereto); (Doc. 17).

5. Pursuant to Rule 12(a), ILU's and Pacific's responsive pleadings were due within 21 days after being served with the Complaint, on or before January 26, 2024 (observing Martin Luther King, Jr. Day).

6. ILU and Pacific are not minors or incompetent persons.

7. Neither ILU nor Pacific have filed an answer nor any responsive pleading nor otherwise appeared in this case.

WHEREFORE, affiant requests, on behalf of Plaintiff, that default be entered against Defendants ILU LLC and Pacific Shangrila LLC.

FURTHER AFFIANT SAYETH NOT.

_____
Devin Sreecharana

SUBSCRIBED AND SWORN TO before me this 14th day of February, 2024, by Devin Sreecharana.

_____
Notary Public

My Commission Expires:



RENEE GONZALES
Notary Public - Arizona
Maricopa County
Commission # 578541
My Comm. Expires Apr 6, 2024

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Pacific Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

ILU LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

ILU LLC
c/o Northwest Registered Agent, LLC
1846 E. Innovation Park Dr., Ste. 100
Oro Valley, AZ 85755

Cathedral Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

Cathedral Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Nido Di Stelle LLC
c/o Northwest Registered Agent LLC 4
1 Ryland St., Ste. 200A
Reno, NV 89502

3

Nido Di Stelle LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

*/s/ Renee Gonzales*

# Exhibit A

1  Devin Sreecharana, Esq. (029057)
   MAY, POTENZA, BARAN & GILLESPIE, P.C.
2  1850 N. Central Ave., Suite 1600
3  Phoenix, Arizona 85021
   Telephone: (602) 252-1900
4  Facsimile: (602) 252-1114
   Email: devin@maypotenza.com
5

6  Moshe Y. Admon, Esq. (034169)
   Admon Law Firm, PLLC
7  300 Lenora St., #4008
   Seattle, Washington 98121
8  Telephone: (206) 739-8383
9  Email: jeff@admonlaw.com

10 *Attorneys for Plaintiff*

11 **IN THE UNITED STATES DISTRICT COURT**

12 **FOR THE DISTRICT OF ARIZONA**

13 Phong Thanh Huynh,                      | Case No.: 3:23-cv-08622-JJT

14            Plaintiff,                   | **AFFIDAVIT IN SUPPORT OF SERVICE OF PROCESS ON DEFENDANTS PACIFIC SHANGRILA LLC AND ILU LLC**
15 v.

16 Alissa Chiaravanond, an individual resident
17 of Arizona, Pacific Shangrila LLC, a Nevada
   limited liability company, Cathedral
18 Shangrila LLC, a Nevada limited liability
   company, Nido di Stelle LLC, a Nevada
19 limited liability company, ILU LLC, an
20 Arizona limited liability company,

21         Defendants.

22

23 STATE OF CALIFORNIA     )
                           ) ss.
24 County of San Diego     )
25

26     Jeremy Fancher, being first duly sworn, upon his oath, deposes and says:

27     1.   I am over the age of 18.

28

2. I have personal knowledge regarding the information in this Affidavit.

3. I am a partner at the law firm of Hecht Solberg Robinson Goldberg & Bagley, LLP in San Diego, California.

4. I am an attorney for Phong Thanh Huynh ("Phong"), and in that capacity I am authorized to make this Affidavit, being personally familiar with the following facts and the documents referenced herein and attached hereto, which are maintained by my firm in the regular course of its business.

5. I am Phong's attorney of record in *Huynh v. Chiaravanond*, et al., Los Angeles Superior Court Case No. 23-SM-CV-06061 (the "California Lawsuit").

6. In connection with the California Lawsuit and the above-captioned lawsuit, *Phong v. Chiaravanond*, et al., Case No.: 3:23-cv-08622-JJT, pending before the U.S. District Court for the District of Arizona (the "Arizona Lawsuit"), I retained Nationwide Legal, LLC ("Nationwide Legal") to serve the following filings ("Served Documents") on, among other parties, Pacific Shangrila, LLC, a Nevada limited liability company ("Pacific") and ILU, LLC, an Arizona limited liability company ("ILU"):

    a. Regarding the California Lawsuit:
        i. Summons
        ii. Complaint
        iii. Alternative Dispute (ADR) package
        iv. Civil Case Cover Sheet
        v. Notice of Case Assignment Unlimited Civil Case
        vi. Civil Case Cover Sheet Addendum and Statement of Location
        vii. First Amended General Order
        viii. Voluntary Efficient Litigation Stipulations
    b. Regarding the Arizona Lawsuit:
        i. Summons in Civil Action, issued to Cathedral Shangrila, LLC, Nido di Stelle, LLC, Ms. Chiaravanond, ILU, and Pacific.
        ii. Complaint

iii. Order

7. The Served Documents also include filings from Mr. Phong's and Ms. Chiaravanond's pending marital separation action in Singapore and a cover letter enclosing the aforementioned court filings.

8. On January 4, 2024, at my direction, Nationwide Legal served ILU with the Served Documents, including those related to the Arizona Lawsuit, via personal service on ILU's agent for service, Northwest Registered Agent, LLC. *See* **Exhibit 1**, Proof of Service of Summons dated January 5, 5024.

9. On January 4, 2024, at my direction, Nationwide served Pacific with the Served Documents, including those related to the Arizona lawsuit, via personal service on Pacific's agent for service, Northwest Registered Agent, LLC. *See* **Exhibit 2**, Proof of Service of Summons dated January 6, 2024.

10. Exhibits 1 and 2 hereto are true and correct copies of the Proofs of Service of Summons that Nationwide Legal provided me, and which I filed in the California Lawsuit to demonstrate proper service of process on Pacific and ILU.

11. I declare under the penalty of perjury the foregoing is true and correct to the best of my knowledge and personal belief.

FURTHER AFFIANT SAYETH NOT.

_____
Jeremy Fancher, Esq.

SUBSCRIBED AND SWORN TO before me this 13 day of February, 2024, by Jeremy Fancher.

_____
Daniel Coviello, Notary Public

My Commission Expires:



DANIEL COVIELLO
Notary Public - California
San Diego County
Commission # 2459080
My Comm. Expires Aug 13, 2027

3

# **Exhibit 3**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jeremy B. Fancher | SBN: 296968<br>HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP<br>600 West Broadway Suite 800  San Diego, CA 92101<br>TELEPHONE NO.: (619) 239-3444 | FAX NO. (619) 232-6828 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

**Los Angeles County Superior Court**
STREET ADDRESS: 1725 Main Street Rm 232
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME:

| PLAINTIFF/PETITIONER: PHONG THANH HUYNH<br>DEFENDANT/RESPONDENT: ALISSA CHIARAVANOND, an individual resident of Arizona, et al. | CASE NUMBER:<br>23SMCV06061 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>080997 – 0001 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **ILU LLC, an Arizona limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Northwest Registered Agent, LLC as Agent for Service - by Leaving with Kai Zhao, Custodian of Record, Authorized Person**

      Age: 31-35 | Weight: 141-160 Lbs | Hair: Black | Sex: Male | Height: 5'7 - 6'0 | Eyes: Brown | Race: Asian

4. Address where the party was served: **1846 E Innovation Park Dr Ste 100**
   **Oro Valley, AZ 85755-1963**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/4/2024**  (2) at *(time)*: **12:21 PM**
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:  **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
POS010-1/SD165549

| PETITIONER: PHONG THANH HUYNH | CASE NUMBER: |
|---|---|
| RESPONDENT: ALISSA CHIARAVANOND, an individual resident of Arizona, et al. | 23SMCV06061 |

Case 3:23-cv-08622-JJT    Document 19    Filed 02/14/24    Page 11 of 16

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                  (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **ILU LLC, an Arizona limited liability company**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **limited liability company** |

7. **Person who served papers**
   a. Name: **Michael Schmid - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **110 West C. St, Suite 1211 San Diego, CA 92101**
   c. Telephone number: **(619) 232-7500**
   d. **The fee** for service was: **$ 245.20**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner    ☐ employee    ☑ independent contractor.
        (ii) Registration No.: **PM646**
        (iii) County: **Pima**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/5/2024**

**N** Nationwide Legal, LLC
110 West C. St, Suite 1211
San Diego, CA 92101
(619) 232-7500
www.nationwideasap.com

_____  ▶  *(signature)*
**Michael Schmid**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

**Nationwide Legal LLC**
110 West C. St, Suite 1211
San Diego, CA 92101
Phone: (619) 232-7500   Fax: (619) 232-7600

Continued from Proof of Service

**CLIENT:** HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP

**CLIENT FILE #:** 080997 – 0001                              **DATE:** January 5, 2024

**SUBJECT:** ILU LLC, an Arizona limited liability company

```
Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; CIVIL
CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; FIRST AMENDED
GENERAL ORDER; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; WRIT FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); MEMORANDUM OF
APPEARANCE (Case No.: FC/D 5408/2023); STATEMENT OF CLAIM FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); STATEMENT OF
PARTICULARS (Case No.: FC/D 5408/2023); ACKNOWLEDGMENT OF SERVICE
(Case No.: FC/D 5408/2023); SUMMONS IN A CIVIL ACTION (TO: Cathedral
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL
ACTION (TO: Nido di Stelle LLC, Case No.: CV-23-08622-PCT-JJT);
SUMMONS IN A CIVIL ACTION (TO: Alissa Chiaravanond, Case No.:
CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: ILU LLC, Case
No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: Pacific
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); COMPLAINT (Case No.:
CV-23-08622-PCT-JJT); (ORDER (Case No.: CV-23-08622-PCT-JJT); LETTER
DATED DECEMBER 7, 2023 (Case No.: CV-23-08622-PCT-JJT);
```

# **Exhibit 4**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jeremy B. Fancher | SBN: 296968<br>HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP<br>600 West Broadway Suite 800   San Diego, CA 92101<br>TELEPHONE NO.: (619) 239-3444 | FAX NO. (619) 232-6828 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

**Los Angeles County Superior Court**
STREET ADDRESS: 1725 Main Street Rm 232
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME:

PLAINTIFF/PETITIONER: PHONG THANH HUYNH
DEFENDANT/RESPONDENT: ALISSA CHIARAVANOND, an individual resident of Arizona, et al.

CASE NUMBER: 23SMCV06061

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 080997 – 0001

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **PACIFIC SHANGRILA LLC, a Nevada limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Northwest Registered Agent, LLC as Agent for Service - by Leaving with Michaun Franczak, Office Manager, Authorized Person**
   Age: 41-45 | Weight: 141-160 Lbs | Hair: | Sex: Female | Height: Seated | Eyes: Brown | Race: Caucasian

4. Address where the party was served: **401 Ryland St Ste 200A**
   **Reno, NV 89502-1643**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/4/2024**   (2) at *(time)*: **9:30 AM**

   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD165548

| | |
|---|---|
| PETITIONER: PHONG THANH HUYNH | CASE NUMBER: |
| RESPONDENT: ALISSA CHIARAVANOND, an individual resident of Arizona, et al. | 23SMCV06061 |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*           (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of **PACIFIC SHANGRILA LLC, a Nevada limited liability company**
     under the following Code of Civil Procedure section:

     | | |
     |---|---|
     | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
     | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
     | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
     | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
     | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
     | | ☑ other: **limited liability company** |

7. **Person who served papers**
   - a. Name: **Daniel LaMotte - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **110 West C. St, Suite 1211  San Diego, CA 92101**
   - c. Telephone number: **(619) 232-7500**
   - d. **The fee** for service was: **$ 245.20**
   - e. I am:
     - (1) ☑ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ registered California process server:
       - (i) ☐ owner    ☐ employee    ☐ independent contractor.
       - (ii) Registration No.: **R-2020-01425**
       - (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/6/2024**

**N** Nationwide Legal, LLC
110 West C. St, Suite 1211
San Diego, CA 92101
(619) 232-7500
www.nationwideasap.com

_____
**Daniel LaMotte**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

| POS-010 [Rev January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 2 of 2 |
|---|---|---|
| | | POS-010/SD165548 |

**Nationwide Legal LLC**
110 West C. St, Suite 1211
San Diego, CA 92101
Phone: (619) 232-7500   Fax: (619) 232-7600

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP | | |
| **CLIENT FILE #:** | 080997 – 0001 | **DATE:** | January 6, 2024 |
| **SUBJECT:** | PACIFIC SHANGRILA LLC, a Nevada limited liability company | | |
| **SERVED:** | Michaun Franczak  - Office Manager | | |

```
Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; CIVIL
CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; FIRST AMENDED
GENERAL ORDER; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; WRIT FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); MEMORANDUM OF
APPEARANCE (Case No.: FC/D 5408/2023); STATEMENT OF CLAIM FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); STATEMENT OF
PARTICULARS (Case No.: FC/D 5408/2023); ACKNOWLEDGMENT OF SERVICE
 (Case No.: FC/D 5408/2023); SUMMONS IN A CIVIL ACTION (TO: Cathedral
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL
ACTION (TO: Nido di Stelle LLC, Case No.: CV-23-08622-PCT-JJT);
SUMMONS IN A CIVIL ACTION (TO: Alissa Chiaravanond, Case No.:
CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: ILU LLC, Case
No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: Pacific
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); COMPLAINT (Case No.:
CV-23-08622-PCT-JJT); (ORDER (Case No.: CV-23-08622-PCT-JJT); LETTER
DATED DECEMBER 7, 2023 (Case No.: CV-23-08622-PCT-JJT);
```

**NATIONWIDE LEGAL**

Order#: SD165548/DocAtt2010