Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALISSA CHIARAVANOND** |

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, Plaintiff Phong Thanh Huynh requests that the Clerk of the Court enter default against Defendant Alissa Chiaravanond in the above-captioned action because she failed to file a responsive pleading within the time provided by Rule 12(a), Federal Rules of Civil Procedure. This action's record and the *Affidavit in support of Application for Entry of Default against Defendant Alissa Chiaravanond* submitted herewith support this Application.

RESPECTFULLY SUBMITTED this 26th day of February, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
By /s/ *Devin Sreecharana*
    Devin Sreecharana, Esq.

**ADMON LAW FIRM, PLLC**
By: /s/ *Moshe Y. Admon*
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Pacific Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

ILU LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

ILU LLC
c/o Northwest Registered Agent, LLC
1846 E. Innovation Park Dr., Ste. 100
Oro Valley, AZ 85755

Cathedral Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

Cathedral Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Nido Di Stelle LLC
c/o Northwest Registered Agent LLC 4
1 Ryland St., Ste. 200A
Reno, NV 89502

Nido Di Stelle LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

*/s/ Renee Gonzales*