Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALISSA CHIARAVANOND** |

STATE OF ARIZONA　　　　)
　　　　　　　　　　　　　) ss.
County of Maricopa　　　　 )

　　　Devin Sreecharana, being first duly sworn, upon his oath, deposes and says:

　　　1.　　I am an attorney for Phong Thanh Huynh ("<u>Plaintiff</u>"), and in that capacity I am authorized to make this Affidavit, being personally familiar with the following facts.

　　　2.　　On December 2, 2023, Plaintiff filed his Complaint in this action. *See* (Doc. 1).

　　　3.　　On February 1, 2024, Plaintiff served Defendant Alissa Chiaravanond with the Summons and Complaint in compliance with Rule 4(e)(1) and (2)(A), *Fed. R. Civ. P. See* **Exhibit A**, (Doc 11).

4.  Pursuant to Rule 12(a), Defendant Chiaravanond's responsive pleading was due within 21 days after being served with the Complaint, on or before February 22, 2024.

5.  Defendant Chiaravanond is not a minor or incompetent person.

6.  Defendant Chiaravanond has not filed an answer nor any responsive pleading nor otherwise appeared in this case.

WHEREFORE, affiant requests, on behalf of Plaintiff, that default be entered against Defendant Alissa Chiaravanond.

FURTHER AFFIANT SAYETH NOT.

_____
Devin Sreecharana

SUBSCRIBED AND SWORN TO before me this 26th day of February, 2024, by Devin Sreecharana.

_____
Notary Public

My Commission Expires:



RENEE GONZALES
Notary Public - Arizona
Maricopa County
Commission # 578541
My Comm. Expires Apr 6, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted the foregoing document by U.S. Mail to the following:

Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86336

Pacific Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Pacific Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

ILU LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

ILU LLC
c/o Northwest Registered Agent, LLC
1846 E. Innovation Park Dr., Ste. 100
Oro Valley, AZ 85755

Cathedral Shangrila LLC
c/o Northwest Registered Agent LLC
1 Ryland St., Ste. 200A
Reno, NV 89502

Cathedral Shangrila LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

Nido Di Stelle LLC
c/o Northwest Registered Agent LLC 4
1 Ryland St., Ste. 200A
Reno, NV 89502

1
2
3
Nido Di Stelle LLC
c/o Alissa Chiaravanond
95 Cross Creek
Sedona, AZ 86366

4
5
*/s/ Renee Gonzales*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter    6602-001
Account        # 0486
Invoice        # 88976
Liddy          # 454739-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

PHONG THANH HUYNH,

        Plaintiff(s) / Petitioner(s),

vs.

ALISSA CHIARAVANOND, ET AL,

        Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
Case No. 3:23-cv-08622-JJT

**ENTITY/PERSON TO BE SERVED:** Alissa Chiaravanond
**PLACE OF SERVICE:** 95 Cross Creek, Sedona, AZ 86336
**DATE OF SERVICE:** On the 1st day of February, 2024 at 6:52 PM   County Yavapai

[X] PERSONAL SERVICE
[ ] Left a copy with a person authorized to accept service.
[ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Personally served Alissa Chiaravanond

on 2/1/2024 we received the following documents for service:

Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, Memorandum of Appearance, and Letter.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**
PROCESS SERVER: Carl Cartwright, CN202300002

The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _(signature)_    Date: 2/5/2024

| Item | Amount |
|---|---|
| Out of Town Fee | $85.00 |
| Service of Process | $32.00 |
| Mileage | $90.00 |
| Rush Charge | $35.00 |
| Doc. Prep. Fee | $12.00 |
| Total | $254.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.