Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>  Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>  Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that a civil action, captioned as noted above, has been initiated in the above-entitled Court by the above-named Plaintiff against the above-named Defendants. Plaintiff is seeking to enforce rights that may affect the title to real property located at 288 Back O Beyond Circle, Sedona, Arizona 86336 (the "Property") and more particularly described in the legal description attached hereto as **Exhibit A**. In said action, Plaintiff seeks to quiet title and remove improperly recorded encumbrances, returning title to the Property to the Plaintiff. Any purchasers or encumbrance of the property shall be held to have constructive notice of the pendency of this action and of the claims made therein.

RESPECTFULLY SUBMITTED this 19th day of March, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
By /s/ *Devin Sreecharana*
　　Devin Sreecharana, Esq.

**ADMON LAW FIRM, PLLC**
By: /s/ *Moshe Y. Admon*
*Attorneys for Plaintiff*

# EXHIBIT A

## LEGAL DESCRIPTION

A parcel of land situated in the Northwest quarter of Section 25, and in Tract 1, Back O'Beyond Subdivision according to the plat thereof recorded in Book 5 of Maps and Plats, Page 29 of the Yavapai County Recorder's Office, said Subdivision being located in the Northwest quarter of the Northwest quarter of said Section 25, Township 17 North, Range 5 East, of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, said parcel being more particularly described as follows:

Commencing at the Northwest corner of said Section 25 as marked by an Arizona Engineering Company brass capped pipe;

Thence South 03 degrees 26 minutes 33 seconds East, a distance of 1,323.42 fee to the Southwest corner of said Northwest quarter of the Northwest quarter of Section 25, said corner being the point of beginning;

Thence North 03 degrees 26 minutes 33 seconds West, (North 03 degrees 27 minutes 35 seconds West rec.), a distance of 143.49 (143.49 rec.) Feet along the West line of said Northwest quarter of the Northwest quarter of Section 25 to a 1/2" rebar previously set with a plastic cap stamped "LS 14184";

Thence North 84 degrees 34 minutes 31 seconds east, (North 84 degrees 37 minutes East rec., a distance of 150.18 (150.19 rec.) feet to a 5/8" rebar with no identification found at the Northwest corner of said Tract 1, Back O'Beyond Subdivision;

Thence North 84 degrees 39 minutes 11 seconds East, (North 84 degrees 40 minutes 15 seconds East rec.) a distance of 332.14 (331.83 rec.) feet to a 1 inch pipe with no identification found at the Northeast corner of said Tract 1;

Then Southeasterly along the East line of said Tract 1, being a non-tangent curve concave to the Northeast having a radius of 825.00 (825.00rec.) feet, chord bearing of South 22 degrees, 37 minutes, 59 seconds East and central angle of 06 degrees, 56 minutes, 34 seconds (06 degrees 56 minutes, 30 seconds rec.) and arc distance of 99.97 (99.95 rec) feet to a 1 inch pipe with no identification found at a point of non-tangency;

Thence South 26 degrees 07 minutes 50 degrees East (South 26 degrees 11 minutes 30 seconds East rec.) a distance of 43.86 (43.9 rec.) feet to a 1 inch pipe with no identification found on the Easterly line of said Tract 1;

Thence departing said Easterly line of Tract 1, South 66 degrees 42 minutes, 32 seconds West, a distance of 150.18 feet;

Thence North 26 degrees 07 minutes 50 seconds West, a distance of 63.28 feet;

3

Thence South 81 degrees 36 minutes 22 seconds West, a distance of 166.72 feet;

Thence South 16 degrees 45 minutes 34 seconds East, a distance of 37.68 feet;

Thence South 62 degrees 05 minutes 38 seconds West, a distance of 229.30 feet to a point on the West line of the Southwest quarter of the Northwest quarter of said Section 25 and from which the position of the West quarter corner of said Section 25 lies South 03 degrees 26 minutes 33 seconds East, a distance of 1209.70 feet;

Thence North 03 degrees 26 minutes 33 seconds West (North 03 degrees 27 minutes 35 seconds West rec.), a distance of 113.72 feet to the point of beginning.