Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that a civil action, captioned as noted above, has been initiated in the above-entitled Court by the above-named Plaintiff against the above-named Defendants. Plaintiff is seeking to enforce rights that may affect the title to real property located at 95 Cross Creek Circle, Sedona, Arizona 86336 (the "Property") and more particularly described in the legal description attached hereto as **Exhibit A**. In said action, Plaintiff seeks to quiet title and remove improperly recorded encumbrances, returning title to the Property to the Plaintiff. Any purchasers or encumbrance of the property shall be held to have constructive notice of the pendency of this action and of the claims made therein.

RESPECTFULLY SUBMITTED this 19th day of March, 2024.

       **MAY, POTENZA, BARAN & GILLESPIE, P.C.**
       By /s/ *Devin Sreecharana*
        Devin Sreecharana, Esq.

       **ADMON LAW FIRM, PLLC**
       By: /s/ *Moshe Y. Admon*
       *Attorneys for Plaintiff*

**EXHIBIT A**

**LEGAL DESCRIPTION**

Lot 39, CROSS CREEK RANCH, according to the plat of record in Book 48 of Maps, page 8, records of Yavapai County Arizona.

Together with such rights of access to and from Oak Creek for recreation and other purposes as set forth in Agreement dated February 21, 1956 in Book 70 of Official Records, pages 80-81.