Patrick Emerson McCormick (AZ Bar No. 037036)
PMcCormick@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
One South Church Avenue, Suite 2000
Tucson, Arizona 85701
Telephone: (520) 622-2090
Facsimile: (520) 622-3088

Eric Levinrad* (CA Bar No. 169025)
elevinrad@ecjlaw.com
Amy S. Russell* (CA Bar No. 284131)
arussell@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
* *Pro Hac Vice Applications Forthcoming*

Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PRESCOTT

| | |
|---|---|
| PHONG THANH HUYNH,<br><br>          Plaintiff,<br><br>     v.<br><br>ALISSA CHIARAVANOND, an individual; PACIFIC SHANGRILA LLC, a Nevada limited liability company; CATHEDRAL SHANGRILA LLC, a Nevada limited liability company; NIDO DI STELLE LLC, a Nevada limited liability company; and ILU LLC, an Arizona limited liability company,<br><br>          Defendants. | Case No. 3:23-cv-08622-JJT<br><br>The Hon. John J. Tuchi, Courtroom 505<br><br>**DECLARATION OF ERIC LEVINRAD IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>*[Filed Concurrently with Motion; Memorandum of Points and Authorities; Declaration of Alissa Chiaravanond; [Proposed] Order]* |

11205848.1
124326326.1

1
DECLARATION OF ERIC LEVINRAD

# DECLARATION OF ERIC LEVINRAD

I, Eric Levinrad, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Ervin Cohen & Jessup LLP, attorneys of record for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC (collectively, "Defendants"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Motion to Set Aside Entry of Default.

2. I was retained to represent Defendants in this matter on March 22, 2024. The same day, I sent an email to counsel for Plaintiff, Devin Sreecharana and Moshe Admon, advising that I had been retained and requesting that Plaintiff stipulate to set aside the defaults that had recently been entered by the clerk. Alternatively, I advised counsel that Defendants would file a motion to vacate the defaults pursuant to Federal Rule of Civil Procedure 55(c) on the ground that Defendant Alissa Chiaravanond was forced to flee her home due to fears for her physical safety and as a result was unable to retain legal counsel and timely respond to the Complaint.

3. Mr. Sreecharana responded to my email on March 22, 2024 and requested a telephone call to further discuss the request. We thereafter spoke by phone on March 26, 2024 and I further described the good cause that exists to set aside the clerk's entry of default. At the conclusion of the call, Mr. Sreecharana advised that he would respond to my request for a stipulation the next day.

4. On March 27, 2024, I received an email from Mr. Sreecharana following up on our telephone conversation and stating that Plaintiff would not agree to set aside the entry of default against each Defendant. I responded the same day to clarify one of the issues related to the existence of good cause, however Plaintiff continued to decline to stipulate.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on this 3rd day of April, 2024, at Beverly Hills, California.

/s/ Eric Levinrad
Eric Levinrad

# PROOF OF SERVICE

I, Daniela Rodriguez, declare:

I am a citizen of the United States and employed in Pima County, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One South Church Avenue, Suite 2000, Tucson, Arizona 85701-1611.

On April 3, 2024, I electronically transmitted the following document:

> DECLARATION OF ERIC LEVINRAD IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT

to the Clerk's office using the CM/ECF System for filing and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct.

Executed on April 3, 2024, in Tucson, Arizona.

/s/ *Daniela Rodriguez*
Daniela Rodriguez