Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>      Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>      Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**PLAINTIFF PHONG THANH HUYNH'S DECLARATION IN SUPPORT OF RESPONSE TO MOTION TO SET ASIDE ENTRY OF DEFAULT** |

I, Phong Thanh Huynh, declare:

1.    I am over the age of 18 years and make this declaration voluntarily.

2.    I have personal knowledge of the statements made in this declaration.

3.    I am the Plaintiff in this action. I am submitting this declaration in support of my Response to Defendants' Motion to Set Aside Entry of Default filed by Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC (collectively, the "Corporate Defendants") and Alissa Chiaravanond ("Alissa").

4.    Attached hereto as Exhibit 1 is a true and correct copy of a letter, dated August 31, 2023, I received through my Singapore family law counsel from Alissa's Singapore family law counsel.

5.    Attached hereto as Exhibit 2 is a true and correct copy of an email I sent to Sam LS Ha on January 19, 2020 at 7:28 PM with the subject "Bank Account information."

6.    Attached hereto as Exhibit 3 is a true and correct copy of a HSBC Premier Account Statement dated July 7, 2021 I received for an account ending in 221.

7.    Attached hereto as Exhibit 4 is a true and correct copy of a Overseas & Foreign Currency Transfer I signed and submitted to OCBC Bank on or about July 8, 2021.

8.    Attached hereto as Exhibit 5 is a true and correct copy of an Application Form for Telegraphic Transfer that I signed and submitted to HSBC on or about August 14, 2021.

9.    Attached hereto as Exhibit 6 is a true and correct copy of an Overseas & Foreign Currency Transfer I signed and submitted to OCBC Bank on or about February 15, 2021.

10.    Attached hereto as Exhibit 7 are emails I received from Samantha Sperry, Gary Whorton, and Gianna Willis related to the acquisition of property located at 288 Back O Beyond Circle, Sedona, Arizona.

11.    Attached hereto as Exhibit 8 is a true and correct copy of an email chain from April 28-30, 2021 with Gregory Pyke and Truc Do.

12.    Attached hereto as Exhibit 9 is a true and correct copy of an email I received from Samantha Sperry related to an inspection of property located at 95 Cross Creek Circle, Sedona, Arizona.

13.     Attached hereto as Exhibit 10 is a true and correct copy of an email I received from Niki Laidler related to the Cross Creek Ranch Homeowners Association 2023 Budget.

14.     Attached hereto as Exhibit 11 are true and correct copies of screen shots of WhatsApp messages I exchanged with Alissa.

15.     Attached hereto as Exhibit 12 are true and correct copies of emails I exchanged with Alissa in August 2023 related to the loans I took out to purchase properties in Sedona, Arizona and Malibu, California.

16.     Attached hereto as Exhibit 13 is a true and correct copy of an Affidavit for Substituted Service my Singapore divorce counsel filed on my behalf in the Family Justice Courts of the Republic of Singapore, case number FC/D 5408/2023, on January 19, 2024.

17.     Attached hereto as Exhibit 14 is a true and correct copy of a memorandum of Appearance Alissa's Singapore divorce counsel filed on her behalf in the Family Justice Courts of the Republic of Singapore, case number FC/D 5408/2023, on February 6, 2024.

18.     Attached hereto as Exhibit 15 are true and correct copies of emails I exchange with Mark Goldsmith.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 17th day of April, 2024.



Phong Thanh Huynh

3

# EXHIBIT 1

 **DREW & NAPIER**



31 August 2023

*We do not accept service*
*of court documents by fax*

Direct Lines
T : +65 6531 2445 / 2470
E : chernyang.see@drewnapier.com /
   joshua.quek@drewnapier.com

**BY EMAIL ONLY (Phong@fwd.com)**
No. of pages : 3

Our Ref
SCYG/JQWC/477232

Your Ref
-

Thanh Phong Huynh
19 Cove Grove
Singapore 098214

Dear Sir

**MATRIMONIAL MATTERS: ALISSA CHIARAVANOND V THANH PHONG HUYNH**

1.    We act for Ms Alissa Chiaravanond.

2.    Our client and you were married in Vancouver, Canada on 1 May 2022. Prior to the marriage, you and our client had also made arrangements in California, USA, to freeze a fertilised embryo belonging to our client with you as the sperm donor.

3.    In 2022, parties relocated to Singapore, purchased the property at 19 Cove Grove as their matrimonial home and have resided in Singapore since then.

4.    Our client has just recently discovered the following extremely disturbing facts about you:

    a)    You were at all material times, and still is infected with various viruses and/or Sexually Transmitted Infections (the **"Viruses"**) which can spread through contact of body fluids between you and other parties.

    b)    You deceived and/or falsely represented our client about your medical condition and/or the risk of her contracting the Viruses even though you knew of the same. Your wanton actions have resulted in our client contracting the Viruses from you. Full particulars of your medical condition are known to you.

    c)    You knew or ought to have known that our client's consent to be in a relationship or marriage with you was given only in consequence of such deception or false representation from you.

---

**DREW & NAPIER LLC**    10 Collyer Quay, #10-01 Ocean Financial Centre, Singapore 049315
T:+65 6535 0733   T:+65 9726 0573 (After Hours)   F:+65 6535 4906   E: mail@drewnapier.com   www.drewnapier.com
Drew & Napier LLC (UEN 200102509E) is a law corporation with limited liability.

**DREW & NAPIER**

d) Sometime in 2021, you and a Ms Wu Di were embroiled in a dispute over matters which was eventually settled between you and her. Our client has reason to believe that this is inextricably linked to your medical condition.

e) Our client was unaware of your medical condition until recently, and in particular had no knowledge of the same at the time arrangements were made for fertilisation of the embryo and at the time of the marriage.

f) Our client has suffered irreparable prejudice as a result of your behaviour and will require immediate and long-term medical care and treatment. She has also suffered emotional distress, which is likely to continue as a result of the same.

5.  As a result, the marriage between you and our client is voidable pursuant to Section 106 of the Women's Charter 1961 as unknown to our client as at 1 May 2022, you were suffering from venereal disease in a communicable form at that time. Our client intends to make the necessary application to void the marriage and seek the necessary ancillary orders, including division of the matrimonial home at 19 Cove Grove, maintenance for herself and for the yet unborn child, including future long term medical expenses for both of them.

6.  Your actions have caused our client great consternation, exacerbated by the fact that our client reposed so much trust in you that she decided to fertilise her sole frozen embryo with your sperm.

7.  As regards non-financial matters, our client trusts you agree that custody, care and control rights over the unborn child should be with our client solely.

8.  However, as part of efforts to try and reach amicable resolution for family disputes and to allow you a chance to maintain privacy and confidentiality over the matters stated in this letter, our client is prepared to discuss a settlement agreement with you provided her concerns over obtaining a nullity order and appropriate provision for her financial needs are met. In this regard, our client prefers to receive a lumpsum figure as opposed to monthly payments so as to facilitate a clean cut between parties. Please let us know your proposal for such an amount which should take into account the matters set out in paragraph 4 above.

9.  In the meantime, it will be in parties' best interest that they reside separately and to not be in contact with each other. Our client therefore proposes that:

a) You should move out of the matrimonial home **by 7 September 2023** and allow our client an exclusive right of occupation of the same and relinquish all rights and access to the property, including access to any security cameras in the premises. Our client shall be entitled to do all things as may be necessary or expedient which are associated with such an exclusive right, including changing all locks and access to the home.

b) You should continue to provide reasonable maintenance to our client at the same levels which existed prior to this letter pending final agreement between parties or failing such agreement, final order by the Court on the financial provisions. In the event you fail to do so, our client will be compelled to seek the necessary relief from Court for interim maintenance.

**DREW & NAPIER**

---

     c)   You shall not contact our client by any means unless necessary for the purpose of work or professional needs. Any matters pertaining to the marriage or terms of the divorce or nullity proceedings should be communicated through us as her solicitors.

10.    Please let us have your proposal pursuant to paragraph 8 above and your confirmation of the acceptance of the interim arrangements set out in paragraph 9 above **by 7 September 2023**.

11.    Please note that we act only for Ms Chiaravanond in this matter. You may wish to seek independent legal advice on the matters raised in this letter before responding to us.

Yours faithfully

**Drew & Napier LLC**

Cc: client

# EXHIBIT 2

 Gmail

**Phong Huynh <htphong.jsi@gmail.com>**

---

## Bank Account information

**Phong Huynh <htphong.jsi@gmail.com>**                                    Sun, Jan 19, 2020 at 7:26 PM
To: "Ha, Sam LS" <Sam.LS.Ha@asia.ccb.com>

Sam,

I will need to prearrange a couple of telegraphic transfers

On January 24, when the USD fixed deposit of rough 6.5m is matured, I would like to transfer 3.5m to a Corporate account as follow:

Beneficiary bank: United Overseas Bank Limited Singapore

Beneficiary name: Trilliant Group Ltd
Account number:

This for an investment

The remaining amount of roughly 3m will be rolled over to a new fixed deposit. I will contact you for the interest rate and decide on the term

In Feb, when the other term deposit mature for roughly 1m, I will need you help to transfer it to my HSBC account in Hong Kong

Account number
Name Huynh Phong Thanh

Many thanks & speak to you tomorrow

HTP



中國建設銀行(亞洲)
China Construction Bank (Asia)

**戶口結單 Statement of Accounts**

HUYNH PHONG THANH

| 日期 Statement Date | January 31, 2020 |
|---|---|
| 頁數 Page | 4 of 5 |
| 客戶熱線 Cust. Hotline | (852) 277 95533 |



### 戶口進支記錄  Detailed  Account  Activities

| 帳戶/交易日期<br>Account/Trans. Date | 詳情<br>Description | 生效日<br>Value Date | 存入<br>Deposit | 支出<br>Withdrawal | 結餘<br>Balance |
|---|---|---|---|---|---|
| 000014573706 - USD | | | | | |
| Dec 31, 19 | 上次結餘 BALANCE B/F | | | | 0.39 |
| Jan 24, 20 | 轉帳存入Deposit Via Transfer | | 6,516,320.75 | | 6,516,321.14 |
| Jan 24, 20 | HWOTT200016000<br>轉帳支取Transfer And<br>Withdrawal | | | 3,500,000.00 | 3,016,321.14 |
| Jan 24, 20 | 轉帳支取Transfer And<br>Withdrawal | | | 3,000,000.00 | 16,321.14 |
| Jan 31, 20 | 結息Interest Settlement | | 0.03 | | 16,321.17 |
| Jan 31, 20 | 結餘 ENDING BALANCE | | | | 16,321.17 |
| 支票戶口<br>Checking Account | | | | | |
| 000014573691 - HKD | | | | | |
| Dec 31, 19 | 上次結餘 BALANCE B/F | | | | 3,995,847.91- |
| Jan 29, 20 | SO#530449 HUYNH PHONG<br>THANH<br>常行指示Appointment Transfer | | 10,000.00 | | 3,985,847.91- |
| Jan 31, 20 | 結透支息Settlement Overdraft<br>Rate | | | 10,179.56 | 3,996,027.47- |
| Jan 31, 20 | 結餘 ENDING BALANCE | | | | 3,996,027.47- |

| 存款類別/號碼/保證利率<br>Deposit Type/No./Guaranteed<br>Rate | 生效日<br>Effective Date | 到期日<br>Maturity Date | 利率<br>Interest Rate | 到期/下期利息<br>Interest Due | 本金<br>Principal Account |
|---|---|---|---|---|---|

# EXHIBIT 3

# HSBC ◆◆

## Premier Account Statement

**Composite Statement**

Branch Name: SINGAPORE OFFICE
Page 3 of 4

MR HUYNH PHONG THANH
6 T********************************
#14*******************************
SIN******************************

| Statement Details | |
|---|---|
| Statement Date | 07JUL2021 |
| Customer Number | ████████X |
| Sequence Number | 50 |

### EVERYDAY GLOBAL ACC ████████

| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
|---|---|---|---|---|
| | | | | SGD |
| 07Jun2021 | BALANCE BROUGHT FORWARD | | | 28.00 |
| | CLOSING BALANCE | | | 28.00 |
| | Transaction Turnover | 0.00 | 0.00 | |
| | Transaction Count | 0 | 0 | |

### EVERYDAY GLOBAL ACC ████████

| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
|---|---|---|---|---|
| | | | | USD |
| 07Jun2021 | BALANCE BROUGHT FORWARD | | | 1,162,988.63 |
| 11Jun2021 | Oversea chrg for | | | |
| | ████████████S | | | |
| | dated 2021/05/03 | | | |
| | REF ZBA2-00811 | | 30.00 | 1,162,958.63 |
| 21Jun2021 | ████████4 | | | |
| | SGS21061J1FQ8RPC | | | |
| | VALDIMIR PTE. LTD. | | | |
| | REF YPI7-51427 | 92,000.00 | | 1,254,958.63 |
| 24Jun2021 | 175327993 | | | |
| | SGS24061E7G0DH6P | | | |
| | MALHAM LIMITED | | | |
| | REF YPI2-60180 | 2,000,000.00 | | 3,254,958.63 |
| 25Jun2021 | SGK25061BKG45RGG | | | |
| | PIONEER TITLE AGENCY, INC. | | | |
| | 0360011694 | | | |
| | ==INVESTMENT== | | | |
| | ROUTING NO. ████████ | | | |
| | ESCROW NO: ████ | | | |
| | CROSS CREEK | | | |
| | REF YPI4-63648 | | 1,500,000.00 | 1,754,958.63 |
| | SGK25061BKG45RGG | | | |
| | COMMISSION SGD 20.00 | | | |
| | CABLE      SGD 20.00 | | | |
| | FX SGD 40.00 | | | |
| | BALANCE CARRIED FORWARD | | | 1,754,958.63 |

Deposit Insurance Scheme
Singapore dollar deposits of non-bank depositors are insured by the Singapore Deposit Insurance Corporation, for up to S$75,000 in aggregate per depositor per Scheme member by law. Foreign currency deposits, dual currency investments, structured deposits and other investment products are not insured.

Issued by HSBC Bank (Singapore) Limited ("HSBC") (Company Registration No. 201420624K).

# EXHIBIT 4

## OCBC Bank

### Overseas & Foreign Currency Transfer

Telegraphic transfer of foreign currency in Singapore or any currency overseas

**Please complete all sections unless otherwise indicated.**

**1 What are your account details?**

Optional ▸ Your reference number

▸ Who to call if different from account name

Account name
**Huynh Phong Thanh**

Contact person
**Huynh Phong Thanh**

Account number ▸ Do not include hyphens or spaces

Currency
**USD**

Contact number
**+65 9830 7032**

**2 How much money do you want to transfer?**

Amount
**3 , 4 0 0 , 0 0 0 . 0 0**

Currency
**USD**

Optional ▸
**To be sent in**
Currency

Transfer date ▸ DD / MM / YY
**08 / 07 / 21**

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☐ You (OUR)   ☐ Recipient (BEN)   ☐ Both (SHA) - You will pay OCBC Singapore charges only

**3 Who do you want to transfer your money to?**

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number

Recipient's account name
**PIONEER TITLE AGENCY, INC.**

Recipient's account or IBAN number

Optional ▸ Recipient's address

Recipient's bank details

SWIFT code
**Routing No.**

Optional ▸ Clearing code

▸ CHIPS UID / Fedwire No. (USA),
Bank Sort Code (UK),
BSB No. (Australia), etc.

Bank name and address
**ZIONS BANCORPORATION, N.A.**

**1 SOUTH MAIN ST.**

**SALT LAKE CITY, UTAH 84119**

Optional ▸
**Intermediary bank details**

SWIFT code

Optional ▸ Clearing code

▸ CHIPS UID / Fedwire No. (USA),
Bank Sort Code (UK),
BSB No. (Australia), etc.

Bank name

Country

**4 Purpose of transfer** ▸ (Maximum 140 characters)

**INVESTMENT  (CROSS CREEK)**

**ESCROW NO.: 72304304-023-JGM**

**5 FX contract** ▸ If you have an agreed FX rate with us

a. Contract no      FX Rate      Amount

b. Contract no      FX Rate      Amount

**6 Authorised signature(s)**

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

"You" refers to the account holder.

Signature(s)

**For bank's use**

| Form received by (Signature)<br>IDS<br>Yes/No | | Approver 1 (Signature/Date)<br>IDS<br>Yes/No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/<br>Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

2021-01-26 12:24:54   OCBC Payment eForm V4.0   GTB-OTT-App-T1019   Co.Reg.No.193200032W

## Terms and Conditions

1.  Unless we agree otherwise, once we have received your payment instruction for processing you must not cancel, withdraw or amend it. We have the right to reject your payment instruction without giving you any reason. We may choose another bank or agency (the 'agent bank') to pay the funds (including converting the funds if necessary) to the recipient's bank.

2.  We will carry out your payment instruction and our agent bank will act on it if it is within the rules and procedures of the place where, or through which, it will be acted upon. We (and our agent bank) may refuse to carry out your payment instruction if we believe this could break any law, rule or other regulatory requirement that applies.

3.  If you ask us to stop, cancel or amend your payment instruction, we will not refuse unreasonably. We may agree to your request only if you meet certain conditions. If we receive the funds that you ask us to get back from the agent bank, we may choose to give them to you in the account currency from which your payment was made. If we do so, we will use our exchange rate that applies at that time to convert the returned funds before paying them into your account. You agree that we and the agent bank may also charge fees and expenses for this service and we can take this from the returned funds.

4.  Unless we agree otherwise in writing, we may choose to immediately convert the money we take from your account under your payment instruction into the relevant foreign currency at our exchange rate for the relevant foreign currency. The written statement we give you to explain the conversion will be final and binding on you.

5.  The agent bank and the recipient's bank may charge commission, fees or other charges. These fees will be deducted from the payment amount, unless you tell us otherwise on your payment instruction.

6.  If we convert any payment charges into a foreign currency, the charges that apply will be based on our exchange rate at that time.

7.  If we reject or do not carry out your payment instruction because there is not enough money in your account to cover the payment, a service charge may apply and we may take this from your account.

8.  Under the terms of this agreement, we will treat the date on which we receive your payment instruction as the date you want us to make the payment if you do not give us a different payment date. You acknowledge that we will only carry out a same-day payment if we receive your payment instruction before the cut-off time that applies at that time. If we receive your payment instruction after the cut-off time, we will make the payment on the next working day.

9.  If the currency of your payment is different from the recipient's account currency, or the national currency where the recipient's account is held, we, the agent bank or the recipient's bank may convert the money we take from your account into the recipient's account currency or the national currency where the recipient's account is held. We will do this at our or their exchange rate.

10. We may give information about you (and your accounts or the recipient's account) to our branches, subsidiaries, associated companies and agents and any other person or organisation we have selected, for confidential use, including for use in connection with carrying out your payment instruction if we believe this is appropriate. These people and organisations may then reveal the information as necessary under any law or regulation that applies. You agree to give us permission to do this (and would not withdraw your permission).

11. We will not be liable for any loss, damage or expense you suffer unless the loss, damage or expense is directly caused by our gross negligence or by us deliberately breaking any of the terms of this agreement. We will not be responsible for any error or delay of any agent bank we use to make the payment, or if they break any of the terms of this agreement.

### Extra terms that apply for eForm (our interactive electronic form in PDF format)

12. Instructions you enter into the marked areas of the eForm will be automatically encoded into the barcode that appears on the printed eForm. You must not make any handwritten or typewritten amendments or entries on the printed eForm. The printed eForm should be free from any smudging, alteration and distortion.

13. We have the right not to process any eForm which is smudged, altered or distorted, including any eForm which contains any handwritten or typewritten amendments or entries, either inside or outside the marked areas. However, if we do process such an eForm, you may have to pay extra charges, and we are not responsible for any loss, liability, claim, delay, error or omission which may arise as a result of carrying out the payment instruction and you agree to cover us in full against any loss, liability, claim, delay, error or omission we suffer as a result of making the payment or not being able to make the payment for whatever reason.

2021-HU-26 12:24:54

CCEC Payment eforms V4.0

GTB/DTT/app/M019

Cat.Ref.hbm193200012W

# EXHIBIT 5

HSBC ◆ ⟨X⟩

| | | Country/Territory | Singapore |
|---|---|---|---|

| Application Form For | Telegraphic Transfer | Note: It is important that you read the Terms and Conditions and the Filling Notes before completing this form. Any amendment made after the form is printed will not be captured in the barcode. | Application Date | 14/08/2021 |
|---|---|---|---|---|

**1. ACCOUNT HOLDER INFORMATION**

| Debit Account Number | ███████ | Currency / Account Type | USD - US Dollar |
|---|---|---|---|

**2. PAYMENT DETAILS**

| Remittance Currency | USD - US Dollar | Amount ⦿ In Remittance Currency | 525,000 | ◯ In Debit Account Currency | |
|---|---|---|---|---|---|

| Amount in Words | Five Hundred Twenty-five Thousand US Dollars Sent in US Dollar. |
|---|---|

| Account to be Debited on (DD/MM/YYYY) | 14/08/2021 |
|---|---|

**3. BENEFICIARY BANK DETAILS**

| Bank Code Type | SWIFT BIC |
|---|---|
| Bank Code | ZFNBUS55 |
| Country/Territory | United States |
| Bank Name | ZIONS BANCORPORATION, N.A. |
| Beneficiary Bank's Address | 1 SOUTH MAIN ST |
| Beneficiary Bank's Address | SALT LAKE CITY |
| City | UTAH |
| Province | |
| Postcode | 84119 |
| Message to Beneficiary Bank | |

**4. BENEFICIARY DETAILS**

| Account Number / IBAN | |
|---|---|
| Beneficiary Account Name | PIONEER TITLE AGENCY, INC. |

If bene. name exceeds 35 characters, continue the input in the below Address field

| Beneficiary's Address | 25 S HIGHWAY 92 |
|---|---|
| Beneficiary's Address | SIERRA VISTA |
| City | AZ 85635 |
| Province | |
| Postcode | 85635 |
| Country/Territory | United States |
| Message to Beneficiary | ROUTING NO. ███████ |
| | ESCROW NO: 72304304-023-JGM |
| | For The Benefit of: ILU LLC |
| Purpose of Payment | INVESTMENT |

**6. FUND TRANSFER CHARGES**

| Local / Overseas Charges | OUR : Remitter to pay all charges |
|---|---|

**5. INTERMEDIARY/CORRESPONDENT BANK (IF APPLICABLE)**

| Bank Code Type | |
|---|---|
| Bank Code | |
| Country/Territory | |
| Bank Name | |
| Address | |
| Address | |
| City | |
| Province | |
| Postcode | |

This box is used for printing of the automatically generated barcode only, and it should be kept unaltered and unmarked.



9ad570ce-425a-4fb8-b878-884d858e6735

8BMH

**7. FOREIGN EXCHANGE DETAILS (OPTIONAL)**

| Exchange Rate | |
|---|---|
| Foreign Exchange Contract Number | |

**8. CUSTOMER AUTHORISATION**

I / We have read the Terms and Conditions and agree to be bound by them.

| Signature(s) | |
|---|---|
| Name of Debit Account Holder | PHONG THANH HUYNH |
| Email Address | phong@fwd.com |

| Print & Validate Form | Save | Clear |
|---|---|---|

HSBCECX T4AUG.S1 16:29

# EXHIBIT 6

**OCBC Bank**                                    # Overseas & Foreign Currency Transfer

*Please complete all sections unless otherwise indicated.*     Telegraphic transfer of foreign currency in Singapore or any currency overseas

*Optional ▸ Your reference number*

**①  What are your account details?**

▸ Who to call if different from account name
Contact person

Account name
HUYNH PHONG THANH                                HUYNH PHONG THANH

Account number ▸ Do not include hyphens or spaces     Currency     Contact number
                                                      USD          9830 7032

**②  How much money do you want to transfer?**

Amount                               Currency        *Optional ▸*              Currency
4, 2 5 0, , 0 0 0 . 0 0              USD             [to be sent in]

Transfer date ▸ DD / MM / YY     OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.
1 5 / 0 2 / 2 1                  ☒ You (OUR)   ☐ Recipient (BEN)   ☐ Both (SHA) - You will pay OCBC Singapore charges only

**③  Who do you want to transfer your money to?**

▸ For Taiwan dollar (TWD) transfers only
Recipient's account name                             Recipient's contact number
PACIFIC SHANGRILA LLC

Recipient's account or IBAN number

*Optional ▸ Recipient's address*
401 RYLAND ST, STE 200-A, RENO, NEVADA USA, 89502-1643

Recipient's bank details     SWIFT code              *Optional ▸ Clearing code*     CHIPS UID / Fedwire No. (USA),
                             C H A S U S 3 3                                        Bank Sort Code (UK),
                             Bank name and address                                  BSB No. (Australia), etc.
                             JP MORGAN CHASE BANK

                             270 PARK AVENUE, NEW YORK, NY 10017

*Optional ▸*                 SWIFT code              *Optional ▸ Clearing code*     CHIPS UID / Fedwire No. (USA),
Intermediary bank details                                                          Bank Sort Code (UK),
                             Bank name                                  Country     BSB No. (Australia), etc.

**④  Purpose of transfer** ▸ (Maximum 140 characters)     **⑤  FX contract** ▸ If you have an agreed FX rate with us

INVESTMENT                                            a. Contract no     FX Rate     Amount

                                                      b. Contract no     FX Rate     Amount

**⑥  Authorised signature(s)**                        Signature(s)

By signing this application, you confirm that you have
read, understood and agree to be bound by the Terms
and Conditions on the other side of this page.

"You" refers to the account holder.

*For banks use*

| Form received by (Signature) IDS Yes/ No | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | |
| Date & time received | | | | | | | |

*Circle as appropriate

# EXHIBIT 7

**Elena Cordero**

| | |
|---|---|
| **From:** | Samantha Sperry <samantha@garywhorton.com> |
| **Sent:** | Monday, January 25, 2021 12:38 PM |
| **To:** | sa@megagroup.io; Phong |
| **Cc:** | Gary Whorton |
| **Subject:** | [EXTERNAL] 288 Back O Beyond - additional information about the house |
| **Attachments:** | NOTES ON THE HOUSE 288 BOB.pdf |

Hi there Sa & Phong!

I am sending you some additional information from the seller, so you are aware.

Take care!

Sam

**Samantha Sperry**

Associate Realtor® & Executive Assistant

The Whorton Team | RE/MAX Sedona



928-963-0160 | 928-821-4166

samantha@garywhorton.com

www.garywhorton.com

2290 W State Route 89A, Sedona, AZ 86336

Notes on the house:

Three On-Demand Hot Water Heaters are new in 2020/21 and are under warranty.
Boiler for radiant heat floors is new 2021 and under warranty.

The Lift Station section of the septic system has a grinder pump that pumps wastewater uphill to the septic field (which was required to be a distance from Oak Creek, a protected waterway.) The grinder pump can fail if wipes, tampons, etc are flushed down the toilets. Only takes a couple of hours to replace the pump but takes several days to order and get a pump delivered to Sedona. Therefore, I purchased a "back up" pump which is in it's box in the garage (value $1400.) Yours to keep.

The windows in the main house were from Sierra Pacific Windows out of Scottsdale. They initially, when the house was built, installed "bad glass" which fogged up - almost every pane of glass in the house has been replaced, under warranty, by them. Although their warranty has since expired, they will still replace, at no charge, any glass that goes bad.
The end window in the rust colored "View Room" is fogged. They have the glass on hand ready to install - but have not been able to install it due to the renters' insistence on no-one being in the house due to covid. Scheduling this job to be done on April 11,2021.

The propane for the hot water heaters, gas fireplaces, furnaces and gas cooktop and outdoor barbecue is provided by a 500 Gallon propane tank that is owned, and buried behind the guest house.

Key people that know and have worked on the house:

Gate, gate opener, house wiring - security system, etc. Originally wired the house when built so he knows the house well. Works in a different area now but still helps out when needed - Jim Paige 928-301-1898
Retired Master Plumber (still licensed but sold his biz) Phil Kincheloe 928-300-5611

Nando's Landscaping - Owner is Nando - best landscaper in Sedona. He installed a 2nd drip system, installed all the low voltage driveway lighting. Knows the property and is reasonably priced and reliable. His direct number - 928-821-8271

**Elena Cordero**

| | |
|---|---|
| **From:** | Gary Whorton <gary@garywhorton.com> |
| **Sent:** | Monday, February 8, 2021 8:05 PM |
| **To:** | Sa Chiaravanond; Phong; Samantha Sperry |
| **Subject:** | [EXTERNAL] Fwd: 288 Back O Beyond Circle |
| **Attachments:** | Inspection 288 Back O Beyond Circle.pdf |

Hi Sa and Phong,

Results are back from the HVAC inspection, it's minimal. See attached.

Gary

---------- Forwarded message ---------
From: **Jeff Welsh** <jeffwelsh@sedonasheetmetal.com>
Date: Mon, Feb 8, 2021 at 7:58 PM
Subject: 288 Back O Beyond Circle
To: Gary Whorton <Gary@garywhorton.com>

Hi Gary,

Attached is the inspection letter for the home at 288 Back O Beyond Circle

I have also included pictures of the repairs and recommendations.



Exposed wires on outdoor fan motor



Recommended condensation safety



Dirty cabinet and old water stain



Old water stain on the flue



Humidifier and condensation safety



Powdery substance on burners



Bricks under mini split heat pump

--

Thank you for letting us take care of your comfort needs.

Best Regards,
Jeff Welsh


DBA Mountain Aire Heating and Cooling
Sedona Sheet Metal Inc.
Email: jeffwelsh@sedonasheetmetal.com
Office: 928-282-7161



--
GaryWhorton.Com
Sell it like Serhant PRO Member
Certified Flaggship Luxury Agent
GUILD Member - Institute for Luxury Home Marketing

## Re/Max Sedona

2290 W. State Route 89A
Sedona, AZ 86336
Office: 928-282-4166
Cell: 928-525-4720



February 8, 2021

Property Address:
288 Back O Beyond Circle
Sedona, AZ 86336

Thank you for the opportunity to assess the heating cooling systems located at 288 Back O Beyond Circle.

The home has is a floor radiant heating system in the home and it was being service by a plumber and could not be tested at the time of the inspection. There are two Arcoaire 80% efficient propane furnaces and two Arcoaire air conditioners providing heating and cooling to the main house that were manufactured in 2005. The units are in fair condition and are functional. Each of the furnaces in the main house has a UV Aire brand air purification system and both are functioning. There is an International Comfort Products brand mini split heat pump system that provides heating and cooling to the garage. The age of the unit is unknown as the serial number is sun faded. The unit appears to be in fair condition and is functional. The guest house has one Arcoaire propane furnace and one Arcoaire air conditioner that was manufactured in 2004 and was found to be in fair condition and functional.

- The furnace on the kitchen side of the home was running per manufactures specifications at the time of the inspection. **There is a powdery substance from the flue of the furnace that has gotten on the burners in the furnace and should be cleaned. There is no low voltage condensation drain line safety on the evaporative coil on top of the furnace. It is recommended a low voltage safety be installed to prevent water damage if the drain line becomes blocked.**

- The air conditioner for the kitchen side of the home contains the refrigerant R22. R22 has been banned therefore refrigerant leaks/repairs can be very costly. The refrigeration levels could not be properly tested due to the outside temperatures. The motors and the electrical components were tested and were found to be working at the time of the inspection. **The air conditioner outdoor fan motor has been replaced and there are wires exposed on the top of the unit that can cause an electrical shock if touched or unplugged. These wires should be covered and under the air conditioner grille.**

- The International Comfort Products mini split in the garage was found to be heating and cooling at the time of the inspection. **The heat pump outside needs to be placed on a pad. The heat pump is currently resting on bricks.**

- The furnace that provides heating and cooling to the bedroom side of the home was running to manufacturers specifications at the time of the inspection. **There is no low voltage condensation drain line safety on the evaporative coil on top of the furnace. It is recommended a low voltage safety be installed to prevent water damage if the drain line becomes blocked.**

- The air conditioner for the bedroom side of the home contains the refrigerant R22. As previously mentioned, R22 has been banned and repairs can be costly. The refrigeration levels could not be properly tested due to the outside temperatures. The motors and the electrical components were tested and were



found to be working at the time of the inspection. **The air conditioner has the original outdoor fan motor and shows signs of dry oil around the bottom of the motor and should be replaced.**

- The furnace that provides heating and cooling for the guest house is a 92% efficient furnace and was found to be running to manufacturers specifications at the time of the inspection. There is evidence of an old water leak at the flue inside the furnace. At the time of the inspection there was no evidence of an active leak. **The inside of the furnace cabinet is dirty, and it should be cleaned. The humidifier is not functional and was not in service at the time of the inspection. There is no low voltage condensation drain line safety on the evaporative coil on top of the furnace and it is recommended one be installed to prevent water damage if the drain line becomes blocked.**

**Cost for the recommendations and repairs:**

Relocating and protecting the wires on the air conditioner fan motor on the kitchen side of the home $125.00

New pad for under the mini split $125.00

Cleaning two furnace cabinets $150.00

Installation of three low voltage condensation drain protectors. $360.00

Replacing the air conditioner outdoor fan motor on the bedroom side of the home $525.00

Replacing the humidifier $685.00

If you have any questions, please feel free to call 928-282-7161. I am happy to help.

Sincerely,

Jeff Welsh
President
Mountain Aire Heating and Cooling
Sedona Sheet Metal Inc.

**Elena Cordero**

| | |
|---|---|
| **From:** | Gary Whorton <gary@garywhorton.com> |
| **Sent:** | Monday, February 8, 2021 1:06 PM |
| **To:** | Sa Chiaravanond; Samantha Sperry; Phong |
| **Subject:** | [EXTERNAL] Fwd: The inspection report for 288 Back O Beyond Cir is ready |

Hey Sa and Phong,

It was wonderful to meet the two of you this weekend! I'm glad that we're going to be creek neighbors, and I'm looking forward the crossing that log... LOL

I'm forwarding over you the link from Sentry inspection, I should have the other reports back by today as well. Once you submit payment for this inspection, they will release the file so that way i can see what Brads findings were.

Ideally I would like to submit the BINSR before midnight tonight, if there are items we find in need of correcting.

Just below I'm going to include a contact card for Karen Cole, who is an agent at State Farm insurance. I just got off the phone with Karen, explain to her a little bit about the property and that you're in need I've insurance. She is going to reach out to you via email and give you a call as well. She's comfortable that she can get this tackled before close of escrow.

1

1:02 ⌁

Q 🔒 karen reinhold state farm

All    News    Images    Maps    Videos

# Karen Cole - State Farm Insurance Agent

5.0 ★★★★★ (12)

Insurance agency in Camp Verde, Arizona



Thanks so much you too, I hope you had a great/comfortable travel back to Southern California that was completely free of any auto hiccups...

Best,
Gary


---------- Forwarded message ---------
From: **Sentry Inspecting** <office@sentryinspecting.com>
Date: Sat, Feb 6, 2021 at 5:33 PM
Subject: The inspection report for 288 Back O Beyond Cir is ready
To: <gary@garywhorton.com>, <samantha@garywhorton.com>



Hi Gary,

The home inspection report can be viewed by clicking the button below; Please note that the reports for any extra services can be downloaded from the inspection details page or the side bar of the report.

Here are a list of services that were performed, remember some of these may have additional processing times.

General Home Inspection, Termite Inspection (Includes 1yr Spot Treatment Warranty), Detached Structure w/ Living Space

| Inspection Details |
| --- |

Let us know if you have any questions. We look forward to helping you in the future and thank you for the opportunity to partner and serve our clients!


Brad Lal

3

**Sentry Inspecting**
(928) 301-0336
office@sentryinspecting.com
http://www.sentryinspecting.com

--

GaryWhorton.Com
Sell it like Serhant PRO Member
Certified Flaggship Luxury Agent
GUILD Member - Institute for Luxury Home Marketing
### Re/Max Sedona
2290 W. State Route 89A
Sedona, AZ 86336
Office: 928-282-4166
Cell: 928-525-4720



4

| | |
|---|---|
| **From:** | Giana Willis |
| **To:** | "Sa Chiaravanond" |
| **Cc:** | Phong; Samantha Sperry; Gary Whorton |
| **Subject:** | [EXTERNAL] Earnest Money Receipt- 288 Back O Beyond Circle-72303786 |
| **Date:** | Friday, January 22, 2021 9:24:24 AM |
| **Attachments:** | image001.jpg |
| | Earnest Money.pdf |

Good Morning,

Please see the attached Earnest Money receipt for the property located at 288 Back O Beyond Circle.

This is for your review and records.

Thank you,

Giana Willis

Escrow Assistant

Member of "Team Janet"

With Janet Gazda, Phyllis Vetzel, Shanda Mix, & Emilye Massaro

TeamJanetG@ptaaz.com

Pioneer Title Agency

2445 W. State Route 89A, Suite 3

Sedona, AZ. 86336

P: 928-203-9190

F: 866-855-8913

[encrypt]

staff add on email.



Confidentiality Notice: This electronic mail transmission and any accompanying attachment(s) is only for the use of the intended recipient, is non-public in nature and may be confidential and/or privileged. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail. Thank you.

# Pioneer Title Agency, Inc.

**RECEIPT FOR DEPOSIT**

2445 W State Route 89-A Unit 3
Sedona, AZ 86336
(928) 203-9190

**RECEIPT NO. 261287**

OFFICE: **023  Marketplace**

DATE    **1/22/2021**

ESCROW NO.  **72303786 - 023 - JGM**

RECEIVED OF    **ALISSA CHIARAVANOND**

ESCROW NAME    **Carusetta/Chiaravond**

TYPE OF TRANSACTION    **Wire In**

IN THE AMOUNT OF        **$50,000.00**    IN THE FORM OF Earnest Deposit

## NOTICE OF RIGHT TO EARN INTEREST ON DEPOSITED FUNDS

Interest may be earned on all deposited funds by requesting the Escrow Officer who is handling your transaction to place the escrowed funds into an interest bearing account. *The Escrow Agent's charge to setup such an account is $30.00.* Your funds will earn interest at the prevailing rate of interest paid by the federally insured financial institution where your funds would be deposited [for example, in a typical transaction, a $1,000.00 deposit for a thirty day (30) period with the prevailing interest rate of 0.25% per annum would earn $0.21].

Janet Gazda - Escrow Officer
2445 W State Route 89-A Unit 3
Sedona, AZ 86336
(928) 203-9190

## NOTICE OF UNINSURED MONIES PURSUANT TO ARS 6-841.03

Monies deposited in an escrow account are not insured against loss from fraud or theft by the State of Arizona or the United States government. This disclosure requirement applies to each Buyer and Seller of a Residential Dwelling. Section 6-841.02 defines a "Residential Dwelling" as an owner occupied structure or an investment property that is designated for Residential use by four or fewer families.

Copy of the foregoing provided to the following:
1.  Seller
2.  Buyer

BY   *giana willis*

**ATTENTION SELLERS AND BUYERS OF RESIDENTIAL DWELLINGS**
Pursuant to ARS 6-841.02, the title insurer shall offer a closing protection letter that provides protection for the loss of escrow monies due to fraud or dishonesty of the escrow agent.

Privacy Notice (15 U.S.C. 6801 and 16 CFR Part 313): We collect nonpublic personal information about you from information you provide on forms and documents and from other people such as your lender, real estate agent, attorney, title company, etc. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic personal information about you to those employees who need to know that information in order to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**File Copy**

| From: | Giana Willis |
|---|---|
| To: | Gary Whorton; Samantha Sperry |
| Cc: | "Sa Chiaravanond"; Phong |
| Subject: | [EXTERNAL] Septic Inspection- 288 Back O Beyond Circle-72303786 |
| Date: | Friday, February 12, 2021 1:58:38 PM |
| Attachments: | image001.jpg |
| | Septic Inspection.pdf |
| | Septic Invoice.pdf |

Good Afternoon,

Please see the attached Septic inspection and invoice for the property located at 288 Back O Beyond Circle

This is for your review and records.

Thank you,

**Giana Willis**

**Escrow Assistant**

Member of "Team Janet"

With Janet Gazda, Phyllis Vetzel, Shanda Mix, & Emilye Massaro

TeamJanetG@ptaaz.com

## Pioneer Title Agency

2445 W. State Route 89A, Suite 3

Sedona, AZ. 86336

P: 928-203-9190

F: 866-855-8913

[encrypt]

staff add on email.



Confidentiality Notice: This electronic mail transmission and any accompanying attachment(s) is only for the use of the intended recipient, is non-public in nature and may be confidential and/or privileged. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail. Thank you.



**ADEQ**
**Arizona Department of Environmental Quality**

## REPORT OF INSPECTION
### OF AN ON-SITE WASTEWATER
### TREATMENT FACILITY

**1**  **PROPERTY INFORMATION** *(All fields are required)*

Address  2 88  Back O' Beyond

County  Yavapai

Tax Parcel No.  408-13-001J

City  Sedona, Az        Zip  86336        ☒ Residential property  ☐ Non-residential property

**2**  **CURRENT OWNER INFORMATION** *(All fields are required)*

Name  Andrea Carustta

Mailing Address

City                State                Zip

**3**  **INSPECTOR INFORMATION** *(All fields are required)*

Inspector Name  Larry A Nevitt        NAWT Inspector No.  12227ITC

Company Name  Advanced Septic Service

Address  P.O. Box 1032

Cottonwood, Az 86326    advancedsepticaz@gmail.com

Phone No. 928-821-5114        Fax        Email

**4**  **INSPECTOR QUALIFICATIONS** *(Inspectors must fill out Section A, and check at least one box in Section B).*

| A.  Coursework requirement | | |
|---|---|---|
| Name of ADEQ-approved Course:  NAWT | | |
| City where Course was taken Casa Grande, Az | | Date Completed: 8/29/19 |

| B.  License/Registration *(check at least one box)* | Registration/ License No. | Expiration Date |
|---|---|---|
| ☒ Owner of a vehicle with a Human Excreta Collection and Transportation License (a Septage Hauler license), issued pursuant to A.A.C. R18-13-1103. Check one: ☒ Owner of license; ☐ Employee of licensed owner | 3639, 3643 | N/A |
| ☐ Wastewater Treatment Plant Operator licensed pursuant to A.A.C. R18-5-101 through 116 (indicate type): ☐ Grade 1; ☐ Grade 2; ☐ Grade 3; ☐ Grade 4 | | |
| ☐ Arizona Registered Sanitarian | | |
| ☐ Arizona Professional Engineer | | |
| ☐ Licensed Contractor (indicate type): ☐ Residential B-4 or C-41; ☐ Commercial A, A-12, or L-41; or ☐ Dual KA or K-41 | | |
| ☐ A person qualifying under another category designated by the Department (describe) | | |

**5**  **DOCUMENTS CONSULTED** *(Answer as applicable)*

Were facility permit, construction and/or operational records available?  ☐ No  ☒ Yes (indicate below)

A) ☒ Yes  ☐ No  Discharge Authorization (or Verification) issued on or after January 1, 2001 pursuant to R18-9-A301(D)(2)(c). If yes, indicate agency File No.: 252-4-971 and date issued 3/4/04

B) ☐ Yes  ☒ No  Approval of Construction issued by ADEQ or its delegated County agency before January 1, 2001. If yes, indicate agency File No. _____ and date issued _____

C) ☒ Yes  ☐ No  Site plan, plot plan, "as-built" drawings, or similar documents (describe): _____

D) ☐ Yes  ☒ No  Documents relating to operation and maintenance (alternative systems)

E) ☐ Yes  ☐ No  Other (describe): _____

REPORT OF INSPECTION                TAX PARCEL NO: 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    DATE OF INSPECTION: 2/11/21

**6    SITE AND USAGE INFORMATION** (*All fields are required*)

A) Domestic Water Source:
- ☒ Municipal System
- ☐ Private Water Company
- ☐ Shared Private Well
- ☐ Individual Private Well
- ☐ Hauled Water
- ☐ No Water

B) Approximate Property Size: _____2.0_____    ☐ Square Feet  ☒ Acres

C) Use of Property:
- ☒ Dwelling or Other Residential
- ☐ Other (describe): _____

D) Occupancy/Use:
- ☒ Full Time
- ☐ Seasonal/Part time: About____% of year
- ☐ Intermittent
- ☐ Vacant
- ☐ Unknown

If dwelling, number of bedrooms:    ☐ 1   ☐ 2   ☐ 3   ☒ 4   ☐ 5   ☐ 6 or more.

Number of on-site systems in use on this property?
- ☒ One (most common)    Note: If more than one on-site system is in use on this property, a
- ☐ More than one (indicate number): ____    *Report of Inspection* form should be completed for each system.

E) Estimated Design Flow: __600__ gallons per day

Basis for design flow (check either 1 or 2):
- ☒ 1)  Designated in permitting documents issued on or after January 1, 2001
- ☐ 2)  Calculated or estimated based on (check one):
  - ☐ For a dwelling, number of bedrooms times 150 gallons per day per bedroom
  - ☐ For a dwelling, fixture count as tabulated in A.A.C. R18-9-A314(4)(a)(i)
  - ☐ If not a dwelling, summation of unit flows from Table 1, Unit Design Flows (AAC. R18-9-E323)
  - ☐ Other (describe): _____

F) Evaluation of actual flow versus the design flow indicated in E:
- ☒ Actual flow does not appear to exceed design flow
- ☐ Actual flow may exceed design flow due to:
  - ☐ Number of occupants (high occupancy)
  - ☐ Bedroom count (actual number of bedrooms appears greater than number upon which original design may have been based)
  - ☐ Fixture count
  - ☐ Water meter/usage records
  - ☐ Other (describe): _____
- ☐ Unknown or could not be determined

G) Strength of sewage received by on-site wastewater treatment facility:
- ☒ Appears representative of typical residential sewage strength
  - Includes waste from kitchen garbage disposal?
    - ☐ Yes  ☐ No  ☒ Unknown or could not be determined.
- ☐ Appears to exceed strength of typical residential sewage because _____
- ☐ Appears to be weaker than typical residential sewage because _____
- ☐ Unknown or could not be determined

REPORT OF INSPECTION                    TAX PARCEL NO: 408-13-001J DATE OF INSPECTION: 2/11/21

**7**    **GENERAL TREATMENT AND DISPOSAL WORKS INFORMATION** (*Complete either Section A or Section B*)

The system consists of the following treatment and disposal technologies (check either column A or column B, and all applicable boxes in the selected column that describe the overall system).

| SECTION A | SECTION B |
|---|---|
| ☐ A) System constructed or authorized for Construction **BEFORE** January 1, 2001 | ☒ B) System authorized for construction **ON OR AFTER** January 1, 2001 |
| ☐ **Conventional Septic Tank System**<br>　☐ Septic Tank<br>　☐ Disposal Trench<br>　☐ Disposal Bed<br>　☐ Disposal by Chamber Technology<br>　☐ Disposal by Seepage Pit<br>　☐ Other: | ☒ **GP 4.02 Conventional Septic Tank/ Disposal System**<br>　☒ Septic Tank<br>　☒ Disposal Trench<br>　☐ Disposal Bed<br>　☐ Disposal by Chamber Technology<br>　☐ Disposal by Seepage Pit |
| **Alternative Systems (check all that apply)**<br>☐ Composting Toilet System<br>☐ Pressure Distribution System<br>☐ Gravelless Trench<br>☐ Natural Seal Evapotranspiration Bed<br>☐ Lined Evapotranspiration Bed<br>☐ Wisconsin Mound<br>☐ Engineered Pad System<br>☐ Intermittent Sand Filter<br>☐ Peat Filter<br>☐ Textile Filter<br>☐ Denitrifying System Using Separated Wastewater Streams (e.g., RUCK®)<br>☐ Sewage Vault<br>☐ Aerobic System<br>☐ Nitrate-Reactive Media Filter<br>☐ Cap System<br>☐ Constructed Wetland<br>☐ Sand-Lined Trench<br>☐ Disinfection Devices<br>☐ Surface Disposal<br>☐ Subsurface Drip Irrigation Disposal<br>☐ Design flow is 3,000 gpd or more<br>☐ Other _____ | **Alternative Systems (check all that apply)**<br>☐ GP 4.03 Composting Toilet System<br>☐ GP 4.04 Pressure Distribution System<br>☐ GP 4.05 Gravelless Trench<br>☐ GP 4.06 Natural Seal Evapotranspiration Bed<br>☐ GP 4.07 Lined Evapotranspiration Bed<br>☐ GP 4.08 Wisconsin Mound<br>☐ GP 4.09 Engineered Pad System<br>☐ GP 4.10 Intermittent Sand Filter<br>☐ GP 4.11 Peat Filter<br>☐ GP 4.12 Textile Filter<br>☐ GP 4.13 Denitrifying System Using Separated Wastewater Streams<br>☐ GP 4.14 Sewage Vault<br>☐ GP 4.15 Aerobic System<br>☐ GP 4.16 Nitrate-Reactive Media Filter<br>☐ GP 4.17 Cap System<br>☐ GP 4.18 Constructed Wetland<br>☐ GP 4.19 Sand-Lined Trench<br>☐ GP 4.20 Disinfection Device<br>☐ GP 4.21 Surface Disposal<br>☐ GP 4.22 Subsurface Drip Irrigation Disposal<br>☐ GP 4.23 Design flow from 3,000 to less than 24,000 Gallons Per Day (4.23 GP) |
| Date of Construction: _____<br>　Based on:<br>　　☐ Permitting documentation<br>　　☐ Other documentation<br>　　☐ Estimated<br>　　☐ Unknown Construction Date | Date of Discharge Authorization for system (or Verification if issued from 1/1/2001 through 12/11/2005): 3/4/04 |

C) Date of last inspection and/or pumping of septic tank: _____/_____/_____ ☒ Unknown
D) Repairs or alterations to the facility since original installation?    ☐ Yes ☐ No ☒ Unknown
E) Is facility currently being serviced under a maintenance contract?    ☐ Yes ☐ No ☒ Unknown

REPORT OF INSPECTION                TAX PARCEL NO: 408 - 13 - 001J  DATE OF INSPECTION: 2/11/21

**8**  **SEPTIC TANK INSPECTION AND PUMPING INFORMATION** *(for Conventional Septic Systems or Alternative Systems that use a Septic Tank)*

A) Was the septic tank pumped as part of this inspection? ☒ Yes ☐ No
   If No, septic tank was not pumped because:
   ☐ The septic tank was put into service less than 12 months before inspection
   ☐ Pumping or servicing was not necessary at the time of inspection based on manufacturer's written operation and maintenance instructions (applicable only to alternative technologies).
   ☐ No accumulation of floating or settled waste was present in the septic tank (may be applicable to certain remote or seasonal systems with little use).
   Additional Information: _____

B) Septic tank material: ☒ Pre-cast concrete ☐ Fiberglass ☐ Plastic ☐ Other: _____
   ☐ Could not be determined

C) Liquid level in septic tank before pumping:
   ☒ Normal ☐ Below normal ☐ Above normal ☐ Could not be determined

D) Access openings in septic tank: ☐ One ☒ Two ☐ Three ☐ None ☐ Other (describe) _____

E) Number of compartments in septic tank: ☐ One ☒ Two ☐ Other (describe) _____

F) Depth of soil cover over tank access port or riser: __0"__ inches or _____ feet

G) Septic tank risers: ☒ Present          ☐ Not present

H) Capacity of septic tank: __1,250__ gallons
   Based on:
   ☐ Measurements/dimensions of tank      ☒ Volume Pumped       ☐ Estimate
   ☐ Capacity could not be determined

I) Scum/Sludge (measured before pumping):
   i) Tank depth (air-liquid interface to bottom of tank: ____ ft __49"__ inches
   ii) Primary (upstream) chamber:        Scum depth _1"_ inches, Sludge depth _2"_ inches
   iii) Secondary (downstream) chamber: Scum depth _0"_ inches, Sludge depth _1"_ inches

J) Baffle or sanitary "T" material: ☐ Pre-cast concrete ☐ Fiberglass ☒ Plastic ☐ Clay
   ☐ Other: _____

K) Condition of baffles and sanitary "Ts":
   i) Inlet baffle or "T":    ☒ Functional ☐ Not functional ☐ Not present ☐ Not determined
   ii) Outlet baffle or "T":  ☒ Functional ☐ Not functional ☐ Not present ☐ Not determined
   iii) Interior baffle:      ☒ Functional ☐ Not functional ☐ Not present ☐ Not determined

L) Is there evidence of leakage into septic tank (infiltration)? ☐ Yes ☒ No ☐ Could not be determined

M) Is there evidence of leakage out of the septic tank (exfiltration)? ☐ Yes ☒ No
   ☐ Could not be determined

N) Is there evidence of : ☐ Root invasion ☐ Cracks in tank ☐ Damaged lids or risers
   ☐ Other (describe): _None_

O) Is a sewer line cleanout present between building drain and septic tank? ☒ Yes ☐ No
   ☐ Not determined

P) Effluent filter: ☒ Present ☒ Not present ☐ Could not be determined ☐ Filter serviced.

Q) Repairs or other maintenance done to **septic tank** as part of this inspection? ☒ No ☐ Yes
   (describe at Item 12B)

REPORT OF INSPECTION          TAX PARCEL NO: 408-17-06KJ   DATE OF INSPECTION: 2/11/21

## 9  DISPOSAL WORKS INSPECTION (*All fields are required*)

A) Disposal is by:
- ☒ Trench
- ☐ Bed
- ☐ Chamber Technology
- ☐ Seepage Pit
- No. of pits _____   ☐ Unknown
- ☐ Alternative disposal works technology (provide further details in Item 10E)
- ☐ Unknown or could not be determined

B) Is there evidence of disposal works malfunction? ☒ No   ☐ Yes (check all applicable conditions observed):
- ☐ Wet areas
- ☐ Unusual green/lush vegetation
- ☐ Sewage smell
- ☐ Liquid discharges on surface
- ☐ Discharge pipes of unknown origin
- ☐ Impaired hydraulic capacity (backups)
- ☐ Erosion encroachment, eroded/damaged containment berm or drainage control feature
- ☐ Other (describe): _____

C) Any structural or drainage problems?: ☒ No   ☐ Yes (check all applicable conditions observed):
- ☐ Localized surface settling
- ☐ Apparent root invasion
- ☐ Animal damage
- ☐ Other (describe): _____

D) Diversion valve or distribution box present?   ☐ No   ☐ Not determined   ☒ Yes
If yes:  Type of component:
   Opened for inspection? ?   ☐ Yes   ☒ No
   Operational status?   ☒ Functioning properly   ☐ Not functioning properly
   ☐ Could not be determined (describe): _____

E) Are inspection ports present in disposal works? ☒ No   ☐ Yes   ☐ Not determined
   i)  If yes, number of functional ports: _____
   ii)  If yes, indicate depth (in inches) from top of each port to:

| | Port 1 | Port 2 | Port 3 | Port 4 |
|---|---|---|---|---|
| Bottom of Port | | | | |
| Wastewater (liquid) surface | | | | |

F) Is a reserve disposal area available?   ☐ Yes   ☐ No   ☒ Unknown or could not be determined

G) Repairs or other maintenance done to **disposal works** as part of this inspection?   ☒ No   ☐ Yes
   (describe in Item 12B)

FORM GWS 432 (REVISED, FEBRUARY 16, 2007)                              PAGE 5 of 7

REPORT OF INSPECTION     TAX PARCEL NO: 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 DATE OF INSPECTION: 2/11/21

**10  ALTERNATIVE SYSTEMS INSPECTION (ADDENDUM– COMPONENTS AND APPURTENANCES)**

A) Are there wastewater-containing tanks or vessels other than a septic tank? ☐ No ☒ Yes
If yes, were tank(s) or vessel(s) pumped as part of this inspection?
☐ Yes
☐ No, because the tank or vessel was put into service less than 12 months before inspection.
☐ No, because pumping or servicing was not necessary at the time of inspection based on manufacturer's written operation and maintenance instructions.
☐ No, because no accumulation of floating or settled waste was present in tank(s) or vessel(s).

B) Is there a pump or pumps? ☐ No ☒ Yes (number) 1 ☐ Not determined

C) Are there system controls (switches, alarms, fluid level controls, etc.)? ☐ No ☒ Yes ☐ Not determined
  i) If yes, system settings were:
     ☒ Checked   ☐ Not checked     ☐ Adjusted (describe): _____

D) Are there other mechanical components or appurtenances? ☐ Yes   ☐ No ☐ Not determined
  i) If yes, describe mechanical components and appurtenances: _____

E) Are there any disposal works components other than trench, bed, chamber technology, or seepage pit?
     ☒ No     ☐ Not determined   ☐ Yes (describe): _____

F) Describe any tests conducted, maintenance performed (other than pumping or adjustments of system controls), or repairs completed to any of the treatment or disposal components or appurtenances addressed in this Section: _____

G) Repairs or other maintenance done to **components/appurtenances** as part of this inspection? ☒ No ☐ Yes
  (describe in Item 12B)

**11  OTHER COMMENTS**

Water Tested leachfield all working at This Time.

**12  INSPECTION SUMMARY  (Check All That Apply)**

☒ A) Physical and operational condition of the on-site wastewater treatment facility, at time of inspection, appears to be:
     ☒ Functional     ☐ Functional with concerns     ☐ Not Functional

☐ B) Repairs were made as part of this inspection (describe): _____

☐ C) Repairs are recommended (describe): _____

**13  INSPECTOR'S CERTIFICATION  (Required)**

I have inspected the physical and operational condition of the on-site wastewater treatment facility serving this property on the date indicated below. I have completed this *Report of Inspection* to the best of my knowledge, and have based the information contained in this form on observations and work performed at the time of inspection. However, this *Report of Inspection* does not imply nor guarantee any future performance of this facility in any way.

Inspector's Signature _____     Date of Inspection: _2/11/21_

**NOTE TO BUYER:**

Within 15 calendar days after the date of property transfer, the Buyer shall submit a complete *Notice of Transfer* form (http://www.azdeq.gov/environ/water/permits/download/presale.doc) for the change of ownership, and file it with the applicable agency indicated in the *Notice of Transfer* instructions. Information from this *Report of Inspection* form is needed to fill out the *Notice of Transfer* that must be submitted by the Buyer.

Effective February 2, 2007, you may be able to file your *Notice of Transfer* online. Go to the ADEQ web site at http://www.azdeq.gov/environ/water/permits/onsitenot.html for further information regarding this.

DOWNLOAD THE LATEST UPDATE OF THIS FORM FROM THE ADEQ WEBSITE AT
http://www.azdeq.gov/environ/water/permits/download/inspection.doc

REPORT OF INSPECTION

TAX PARCEL NO: 408-13-001J DATE OF INSPECTION: 2/11/21

## 14 SKETCHES/PLANS/MAPS (*Optional*)



Home

① Lift Station
with pump
To Septic Tank

Front

To head Fill
both
1,250
gal
In

**ADVANCED SEPTIC SERVICE LLC**
YOUR HOME TOWN SEPTIC PUMPING!!
P.O. BOX 1032
COTTONWOOD, AZ 86326
928-821-5114

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 2/11/2021 |

NAME Andrew Carusetta    #408-18-001J

ADDRESS 2 BB Back O'Beyond

Sedona, Az 86326

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | Pump 1250 gal from Septic Tank | | 1,300 00 |
| | Dig to Expose lids | | |
| | Inspect Lift Station | | |
| | Report of Inspection | | |

advancedsepticaz@gmail.com

RECEIVED BY Pioneer Title

| | TAX | |
| | TOTAL | 1,300 00 |

002096

Thank You!

# EXHIBIT 8

**From:** Pyke, F. Gregory <gpyke@higgslaw.com>
**Sent:** Friday, April 30, 2021 12:52 AM
**To:** Phong <phong@fwd.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Phong, we first need to run a conflicts check based upon the party(ies) that would be our client.  If you and your fiancé are the sole members of the LLCs you have formed, we could represent the two of you.  We also could represent just you and your fiancé could get her own counsel as well (although that probably would not be something she would like).  Alternatively we could also represent each of the LLCs and/or any holding company eventually formed (whichever structure is ultimately determined most advantageous from a tax perspective).  The selection of who will be the client has significance regarding who our firm would have a legal and ethical duty to and it is much easier to deduct legal fees for income tax purposes through a business entity rather than on an individual tax return (if you and/or your fiancé were the client).

We are also assuming that some taxes are paid in the US; certainly that should be the case with your US-based entities and your fiancé being a US citizen.  Please confirm.

We don't need to make a final decision about who we will represent now but please provide the following:

- Names of all of the business entities, the states in which they were formed and the names of all of the owners of those entities (if you have an organizational chart that would be helpful);
- A description of the properties in the LLCs (multi-family, single-family residence, condominium, single-tenant commercial, multi-tenant commercial, etc.)
- With respect to rental properties that may have tenants other than the LLC that owns the property, we need to know the names of the tenants (to make sure we do not represent any of the tenants);
- Contact information including e-mail address, telephone number, mailing address for our engagement letter (this is the address you want correspondence, invoices, etc. to go)

Once we have all the names we will run our conflicts check and assuming we have no conflict, we can move forward with a formal engagement letter and discuss more fully what your objectives are.

Please let us know if you have any questions.

We look forward to working with you and thank you for considering our firm.

Best regards,

Greg


F. Gregory Pyke
Partner
Phone     (619) 236.1551
Direct     (619) 595.4251
Fax         (619) 696.1410
Email      gpyke@higgslaw.com

---

**From:** Phong <phong@fwd.com>
**Sent:** Wednesday, April 28, 2021 7:42 PM
**To:** Pyke, F. Gregory <gpyke@higgslaw.com>
**Subject:** RE: Introduction

Greg,

For background, we have been buying properties in the US (California and Arizona so far). The intention is for both self used (small % of the time) and rental

At the moment, we have bought each property using a separate LLC except for one which is still under the personal name of my fiancé. We have also set up a separate LLC to handle the expenses associated with these investments

While my fiancé is a US citizen and has invested in real estates in the States before, I am totally unfamiliar being a Canadian citizen working in Asia. We just want to make sure we set things up properly to minimize tax leakage & also in a way that we can getting leverage from these properties (or the hold co). We have so far paid cash for all of them

Please let me know how we could start the dialogue

Many thanks

Best regards,


**Huynh Thanh Phong**

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

28/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore


**P**   (852) +85228502988
**E**   phong@fwd.com
**W**  fwd.com



---

**From:** Phong
**Sent:** Thursday, April 29, 2021 9:47 AM
**To:** Pyke, F. Gregory <gpyke@higgslaw.com>; Truc Do <trucdo@thebeautyinstituteskp.edu>
**Subject:** RE: Introduction

Many thanks Truc for the intro. Moving you to bcc to avoid flooding your inbox

Nice meeting you Greg & thanks for considering to help us

Best regards,


**Huynh Thanh Phong**

Group Chief Executive Officer


**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

28/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

**P** (852) +85228502988
**E** phong@fwd.com
**W** fwd.com



---

**From:** Pyke, F. Gregory <gpyke@higgslaw.com>
**Sent:** Thursday, April 29, 2021 4:41 AM
**To:** Truc Do <trucdo@thebeautyinstituteskp.edu>
**Cc:** Phong <phong@fwd.com>
**Subject:** [EXTERNAL] RE: Introduction

Hi Truc:  Good to hear from you.  Thank you for the introduction to Phong.

Phong we would be pleased to be considered for this engagement and would be glad to assist you with your US based real estate.

Best regards,

Greg


F. Gregory Pyke
Partner
Phone    (619) 236.1551
Direct    (619) 595.4251
Fax        (619) 696.1410
Email      gpyke@higgslaw.com

---

**From:** Truc Do <trucdo@thebeautyinstituteskp.edu>
**Sent:** Wednesday, April 28, 2021 11:45 AM
**To:** Pyke, F. Gregory <gpyke@higgslaw.com>
**Cc:** phong@fwd.com
**Subject:** Introduction

Greg,

I hope this email finds you well.

I'd like to introduce you to my good friend Phong, who runs a life insurance company in Asia but has been personally investing in US real estate.  He is looking for a good firm in CA to help him structure his investments.

4

Please reach out to see if you or someone in your firm can help him.

Warm regards,
Truc



**F. Gregory Pyke**
Partner

Phone    (619) 236.1551
Direct    (619) 595.4251
Fax        (619) 696.1410
Email    gpyke@higgslaw.com

401 West A Street, Suite 2600, San Diego, CA 92101

www.higgslaw.com

Please read the legal disclaimers that govern this e-mail and any attachments.

*TAX ADVICE: Any federal tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending any transaction or matter discussed herein.*

ATTENTION:
The email and any attachments transmitted with it are private and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete this email and any attachments from your system. You should not use, disclose, copy or store this email and any attachments.
Messages and attachments are scanned for all viruses known. However, you are advised that you open any attachments at your own risk. If this message contains password-protected attachments, the files have NOT been scanned for viruses by our mail domain. Please always scan for viruses before opening any attachments.

# EXHIBIT 9

**Elena Cordero**

---

| | |
|---|---|
| **From:** | Samantha Sperry <samantha@garywhorton.com> |
| **Sent:** | Friday, July 2, 2021 8:46 PM |
| **To:** | Phong |
| **Cc:** | sa@megagroup.io; Gary Whorton |
| **Subject:** | [EXTERNAL] 95 Cross Creek Cir - Inspection schedule |

Hi Phong!

I trust you are doing well! :)

Here is the list of scheduled inspections:

**Monday 07/05**

**10 am** start: Home, Termite, Mold and Spa/Pool inspections with Daylan Whitney at Sentry Inspecting
Daylan's cell # 928-301-5262
Office # 928-301-0336

**Tuesday 07/06**

**1 pm** : CSG, Structural engineering inspection
Cost: $3,000
Contact: Josh Hale, # 928-458-5155

**3:30 pm** : Walkthrough with builder Randy Toogood and architect Steven Thompson

**Wednesday 07/07**

**1 pm**: Elevator inspection by Cesary Markuszewski (goes by Mark) with MGA Elevator.
Email: info@mgaelevator.com
Cell # 928-821-2235

**Thursday 07/08**

**2:30-3:30pm** - Plumbing inspection by D-Best Plumbing
Office # 928-567-8755

**Saturday 07/10**

Anytime between **1-6pm** : Garage door equipment & front gate inspection by A1 Garage Door
Cost: $25

You can **text** them toll free with questions: 844-266-1805
Office # 844-214-2724

**Monday 07/12**

**8-9 am** : HVAC inspection by Goettl's
Office # 928-567-2200

Note: Monday 07/12 Trustee's arrival at the house

**BINSR** (Buyer's Inspection & Seller's Response) is due 07/12 by 11:59pm

**To confirm still:**
**Lead-based paint testing with fluorescent X-ray, by Western Technologies.**
**See email sent today to Sa from Josh Vachal. Cost: $950**
**Sign the contract attached and return it to them. I will set it up for digital signature to make it easier.**
**They said they should be able to do it next week.**

**Update on the home cinema: Andy at Wired-Up Systems says that it was working fine the last time he was at the house (probably last year), but it is old.**

**Note: Asbestos testing cannot be done without taking samples.**

Have a great night!

Best,

Sam

**Samantha Sperry**

Associate Realtor® & Executive Assistant

The Whorton Team | RE/MAX Sedona

928-963-0160 | 928-821-4166

samantha@garywhorton.com

www.garywhorton.com

2290 W State Route 89A, Sedona, AZ 86336




# EXHIBIT 10

**Elena Cordero**

| | |
|---|---|
| **From:** | HOAMCO Community Updates <Email_Alert@calibersoftware.email> |
| **Sent:** | Tuesday, November 22, 2022 11:36 AM |
| **To:** | Phong |
| **Subject:** | [EXTERNAL] 2023 Budget |
| **Attachments:** | 2023  Budget.pdf |

**Good morning Cross Creek Ranch owners,**

**I have attached the 2023 budget for your information.**

**Please note there is an increase in the quarterly assessment.  If you are set up on a bill pay through your bank, it is important to note you will need to go in to update the amount of the payment.  If you are on auto debit through HOAMCO, no action is needed because they will have the correct information.**

**Have a very happy Thanksgiving holiday.**

**Kind regards,**

**Niki Laidler**
Assistant Community Manager



**tel** (928) 282-4479 x 1210
**email** nlaidler@Hoamco.com
**hoamco.com**
35 Bell Rock Plaza Suite A
Sedona, AZ 86351

  

**"How did we do?"** Let us know at the HOAMCO Owner Satisfaction Questionnaire
"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the system manager.  This message contains confidential information and is intended only for the individual named.  If you are not the named addressee, you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.  If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

# CROSS CREEK RANCH
## 2023 Approved Budget

**Operating Account**

### INCOME

| | |
|---|---|
| 4100 - HOMEOWNER ASSESSMENTS | $243,600.00 |
| 4200 - INTERNET ASSMT - IMPROVED | $51,153.00 |
| 4210 - INTERNET ASSMT - UNIMPROVED | $13,310.00 |
| 4310 - ASSESSMENT INTEREST | |
| 4330 - LATE FEES | $300.00 |
| 4350 - LIEN/COLLECTION FEES | $300.00 |
| 4425 - ARCHITECTURAL REVIEW FEES - OPERATI | $9,000.00 |
| 4550 - GATE REMOTES | $300.00 |
| 4600 - INTEREST INCOME | $24.00 |
| **Total INCOME** | **$317,987.00** |

### EXPENSES:

### ADMINISTRATIVE

| | |
|---|---|
| 5100 - ACCOUNTING/TAX PREP FEES | $2,500.00 |
| 5250 - BANK CHARGES | $100.00 |
| 5400 - INSURANCE | $11,000.00 |
| 5500 - LEGAL AND PROFESSIONAL FEES | $10,000.00 |
| 5510 - ARC CONSULTANT FEE | $2,500.00 |
| 5530 - LIEN/COLLECTION COSTS | $100.00 |
| 5600 - MANAGEMENT FEES | $21,136.00 |
| 5650 - MEETING AND COMMUNITY | $750.00 |
| 5800 - ADMINISTRATIVE | $1,500.00 |
| 5820 - PRINTING | $1,500.00 |
| 5860 - WELCOME COMMITTEE | $2,800.00 |
| 5900 - WEBSITE | $1,500.00 |
| **Total ADMINISTRATIVE** | **$55,386.00** |

### ARMIJO DITCH

| | |
|---|---|
| 6000 - ARMIJO DITCH MAINTENANCE | $10,000.00 |
| 6015 - LABOR/OUTSIDE SERVICES - DITCH | $19,141.00 |
| 6030 - ELECTRICITY - DITCH | $3,850.00 |
| **Total ARMIJO DITCH** | **$32,991.00** |

### COMMON AREA

| | |
|---|---|
| 6100 - GATE MAINTENANCE | $1,500.00 |
| 6150 - GATE CONTRACT | $4,800.00 |
| 6155 - GATE TRANSMITTERS | $300.00 |
| 6300 - LANDSCAPE MAINTENANCE | $1,000.00 |
| 6305 - LANDSCAPE IMPROVEMENTS | $3,000.00 |
| 6500 - COMMON AREA REPAIRS & MAINTENAN | $52,323.00 |
| 6530 - REPAIRS & MAINTENANCE: IRRIGATION | $0.00 |
| 6575 - REPAIRS & MAINTENANCE: SIGNAGE | $1,000.00 |
| 6680 - SUPPLIES | $6,300.00 |

# CROSS CREEK RANCH

## 2023 Approved Budget

| | |
|---|---:|
| 6800 - TREE REMOVAL & MAINTENANCE | $2,000.00 |
| 6805 - TRAIL MAINTENANCE | $5,600.00 |
| 6900 - WATER FEATURE MAINTENANCE | $400.00 |
| **Total COMMON AREA** | **$78,223.00** |

| | |
|---|---:|
| **TAXES/OTHER EXPENSES** | |
| 8280 - CORPORATION COMMISSION | $60.00 |
| 8800 - TAXES - FEDERAL | $2,200.00 |
| 8840 - TAXES - PROPERTY | $10.00 |
| 8850 - TAXES - STATE | $120.00 |
| **Total TAXES/OTHER EXPENSES** | **$2,390.00** |

| | |
|---|---:|
| **UTILITIES** | |
| 7100 - ELECTRICITY | $1,900.00 |
| 7200 - FIBER OPTIC | $64,462.00 |
| 7500 - TELEPHONE | $770.00 |
| 7550 - TRASH/SANITATION | $8,880.00 |
| **Total UTILITIES** | **$76,012.00** |

| | | |
|---|---|---:|
| **Total Operating Expenses** | | $245,002.00 |
| **Operating Net Income Before Reserve Transfer** | | $72,986.00 |
| **8900 - Transfer to Reserves** | $ | (105,000.00) |
| **Operating Net Income** | | -$32,014.00 |

| | |
|---|---:|
| **WATER DIVISION BUDGET** | |
| 4120 - WATER ASSESSMENT | $10,152.00 |
| 4170 - SEWER INCOME | $19,200.00 |
| 4180 - WATER INCOME | $53,000.00 |
| 4190 - BASE WATER METER INCOME | $21,120.00 |
| 4600 - INTEREST INCOME | $300.00 |
| **Total WATER COMPANY INCOME** | **$103,772.00** |

| | |
|---|---:|
| **WATER EXPENSES:** | |
| **ADMINISTRATIVE** | |
| 5800 - ADMINISTRATIVE | $200.00 |
| 5820 - PRINTING | $1,150.00 |
| **Total ADMINISTRATIVE** | **$1,350.00** |

| | |
|---|---:|
| **WASTE WATER EXPENSES** | |
| 6810 - WASTEWATER CONTRACT | $18,150.00 |
| 6820 - WASTEWATER LAB TESTING | $8,500.00 |
| 6830 - WASTEWATER REPAIRS AND MAINTENAI | $4,700.00 |

# CROSS CREEK RANCH

## 2023 Approved Budget

| | |
|---|---|
| **Total COMMON AREA** | **$31,350.00** |
| | |
| **WATER COMPANY** | |
| 7905 - REPAIRS AND MAINTENANCE | $600.00 |
| 7910 - WATER MANAGEMENT CONTRACT | $18,150.00 |
| 7920 - ELECTRIC | $18,500.00 |
| 7930 - LICENSES, FEES, OTHER | $1,900.00 |
| 7945 - CHEMICALS | $1,000.00 |
| **Total WATER COMPANY** | **$40,150.00** |
| | |
| Total Water Division Expenses | $72,850.00 |
| Net Income Water Division | $30,922.00 |

### RESERVE EXPENSES

| | |
|---|---|
| **RESERVE INCOME** | |
| 4410 - ARCHITECTURAL REVIEW FEES - RESERVE | $6,000.00 |
| 4510 - RESERVE CONTRIBUTION | $2,000.00 |
| 4610 - INTEREST INCOME | $2,500.00 |
| 9000-TRANSFER FROM OPERATIONS | $105,000.00 |
| **Total RESERVE INCOME** | **$115,500.00** |
| | |
| **RESERVE STUDY CATEGORY and NUMBER** | |
| 9470 - ARMIJO DITCH - #1 | $27,000.00 |
| 9610 - PAVEMENT - #7 | $14,000.00 |
| 9565 - WATER/WASTE WATER TREATMENT #9 | $16,000.00 |
| **RESERVE EXPENDITURES** | **$57,000.00** |
| **NET INCOME RESERVES** | **$58,500.00** |

# EXHIBIT 11



← Pha Song

**30 September 2022**

New Booking For Sedona
Cathedral Shangri-La [Inbox] ☆

(S) **owners** 06:58
to me ⌄

A new reservation has been
booked for
Sedona Cathedral Shangri-La **288
Back O Beyond Circle**

Reservation Number:
40184
Check In Date: 12/26/2022
Check Out Date: 01/02/2023
Pets: 0
Owner Net
Amount: $8,553.63 *Airbnb and
Marriott Homes and Villas/Rentals    10:55

New Booking For Sedona
Cathedral Shangri-La [Inbox] ☆

(S) **owners** Sep 26
to me ⌄

A new reservation has been
booked for
Sedona Cathedral Shangri-La **288
Back O Beyond Circle**

Reservation Number:
39962
Check In Date: 09/28/2022

😊 Message    📎 📷 🎤

**Pha Song**

10 September 2022

Message when you are up    10:26 ✓✓



A new reservation has been booked for
Sedona Cathedral Shangri-La 288 Back O Beyond Circle

Reservation Number:
38805
Check In Date: 11/30/2022
Check Out Date: 12/20/2022
Pets: 0
Owner Net Amount: $9,625.00 *Airbnb and Marriott Homes
and Villas/Rentals United bookings need to be adjusted
manually after this notice is sent. Please check the owners
portal 48 hours after booking to view net amount.

Please reach out to us if you have any questions.

Thank You!

Sedona.org Reservations Team    11:17

owners@sedona.org    Tue, Aug 23, 10:xx
to me ▾

A new reservation has been booked for
Sedona Cathedral Shangri-La 288 Back O Beyond Circle

Reservation Number:
38197
Check In Date: 11/20/2022
Check Out Date: 11/27/2022
Pets: 0
Owner Net Amount: $11,098.96 *Airbnb and Marriott Homes
and Villas/Rentals United bookings need to be adjusted
manually after this notice is sent. Please check the owners
portal 48 hours after booking to view net amount.

Please reach out to us if you have any questions.

Thank You!

Sedona.org Reservations Team    11:19

Cool! Cash flow!    11:30 ✓✓

**Pha Song**
🖼 Photo

Wow. Great price for Thanksgiving week    11:32 ✓✓



Message



**Pha Song**

4 September 2022

12:15

Sa  me 12:55
to Barry, Glen, Glen, Robyn ⌄

Comment below :

On Sun, Sep 4, 2022 at 12:46 Barry Kinyon
<bk@barrykinyon.com> wrote:
The bridge was processed and permitted by
the Upper Mesa HOA.  If there is any
outstanding issue, send me reports and I'll
forward and cc you to the President of the
upper HOA.
- that is what I was told when purchasing.
Now the city is holding me responsible for the
permit issue. Perhaps a misunderstanding by
the city, but it is costing us time and money.
- president upper HOA. Who is it?
- I've hired Robyn (cc here to help clear this)
- pls cc both of us to President.

Malibu - not sure when I will be there. Happy
to hear good ting happening in neighborhood.

Thanks again for your help

...

Glen Steele 12:55
to Barry, me, Glen, Robyn ⌄

After many back and forth -
Got him in writing 😁🤪

12:59

😘

13:37

Message



# EXHIBIT 12

**Elena Cordero**

| | |
|---|---|
| **From:** | Sa Chiaravanond <sa@megagroup.io> |
| **Sent:** | Monday, August 21, 2023 4:19 AM |
| **To:** | Phong |
| **Subject:** | Re: Loans |

CAUTION: This email is from external sender, please be cautious when clicking on links and opening attachments.

---

At Sasha wedding you told me we had no more money. So I tried not to spend any money. But you took out $11m. Pls explain.

On Mon, Aug 21, 2023 at 19:06 Sa Chiaravanond <sa@megagroup.io> wrote:
 What was $11 m used for ?

 On Mon, Aug 21, 2023 at 18:58 Sa Chiaravanond <sa@megagroup.io> wrote:
 Ok my love. It's just that you said you borrowed 2-3 mill to cover taxes 2022-now.
 Meaning Since we've been married 2-3 mill.

 Now it shows 11 mill in 2022 . Quite confusing.

 On Mon, Aug 21, 2023 at 18:43 Phong <phong@fwd.com> wrote:

 Easier to walk you through the numbers

 Best regards,

 **Huynh Thanh Phong**

 Group Chief Executive Officer

 **FWD Group**

 13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

 Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

**P**  (852) +85228502988

**E**  phong@fwd.com

**W**  fwd.com



---

**From:** Sa Chiaravanond <sa@megagroup.io>
**Sent:** Monday, August 21, 2023 6:41 PM
**To:** Phong <phong@fwd.com>
**Subject:** Re: Loans

CAUTION: This email is from external sender, please be cautious when clicking on links and opening attachments.

---

For 2022. How much loans were from work?

What was it for

On Mon, Aug 21, 2023 at 18:38 Sa Chiaravanond <sa@megagroup.io> wrote:

Thanks P Phong.

I can't find where the difference of a few million went for expense in the table. Like Sasha /wedding Etc you mentioned today.

Maybe you can let me know.

See you later ja

On Mon, Aug 21, 2023 at 18:30 Phong <phong@fwd.com> wrote:

You are correct, the 3.25 for Cathedral was from Trilliant. P Phong also double counted a couple of payments (200/300) which was paid out of ILU. On the other hand, missed 1 transfer to ILU of 280

I cleaned up the table in the below

I have also add in the major cash outflow (beyond the usual expenses) so you can see where the loans go to. Also added in the total loan situation and how much Joanne is responsible for and the net remaining

Let me know if you have more questions

## **Loan & Disbursement Records - as of Aug 2023**

| Year<br>(In USD '000s) | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| **Tax Paid Pre Settlement** | | $       687 | $       459 | $       58 | $    1,181 $ |
| **Pre Settlement Loans** | | | | $     3,000 | $ |
| | | | | | |
| **John Vieren Loan Jan 20** | | | | | $ |
| **Post settlement loans Feb 21** | | | | | |
| **Post settlement loans Jun 21** | | | | | |
| **Post settlement loans Feb 22** | | | | | |
| **Post settlement loans May 22** | | | | | |
| **Post settlement loans Nov 22** | | | | | |
| **Post settlement loans May 23** | | | | | |
| **Post settlement loans Aug 23** | | | | | |
| **Total Post Settlement Loans** | | | | | $ |
| | | | | | |
| **Post Settlement Tax Paid** | | | | | |

3

| | | |
|---|---|---|
| **Sentosa downpayment** | | |
| | | |
| **Transfer to Trilliant Jan 20** | | $ |
| **Transfer to Sa Aug 20** | | $ |
| **Transfer to Malibu Feb 21** | | |
| **Transfer to ILU Mar 21** | | |
| **Transfer to ILU May 21** | | |
| **Transfer to El Nido Jun 21** | | |
| **Transfer to El Nido Jul 21** | | |
| **Transfer to El Nido Land 21** | | |
| **Transfer ILU Oct 21** | | |
| **Tranfer to ILU Sep 22** | | |
| **Transfer to Sa Jun 23** | | |
| **Total Transfer to US Directly** | | $ |
| | | |
| **Payback to John Vieren** | | |
| | | |
| **Total Transfer out** | | |

--
Best Regards,
Sa Chiaravanond

--
Best Regards,
Sa Chiaravanond

**Elena Cordero**

| | |
|---|---|
| **From:** | Phong <phong@fwd.com> |
| **Sent:** | Thursday, August 24, 2023 11:30 PM |
| **To:** | Sa Chiaravanond |
| **Subject:** | RE: Loans |

Hi my love,

P Phong transferring 200K to the US account today (if can make the cut off time)

When we transfer the next 500K in September, we basically have no cashflow cushion left. So if there is some need for large amount, please could you give a couple of month heads up and we will draw down the line of credit

I will dig out the info on the line of credit to see how much left (not much) when I have some time

Best regards,


## Huynh Thanh Phong

Group Chief Executive Officer


**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore


**P**  (852) +85228502988

**E**  phong@fwd.com

**W**  fwd.com



**From:** Phong
**Sent:** Monday, August 21, 2023 6:30 PM
**To:** Sa Chiaravanond <sa@megagroup.io>
**Subject:** RE: Loans

You are correct, the 3.25 for Cathedral was from Trilliant. P Phong also double counted a couple of payments (200/300) which was paid out of ILU. On the other hand, missed 1 transfer to ILU of 280

I cleaned up the table in the below

I have also add in the major cash outflow (beyond the usual expenses) so you can see where the loans go to. Also added in the total loan situation and how much Joanne is responsible for and the net remaining

Let me know if you have more questions


## Loan & Disbursement Records - as of Aug 2023

| Year<br>(In USD '000s) | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** |
|---|---|---|---|---|---|---|---|---|
| **Tax Paid Pre Settlement** | $    687 | $    459 | $    58 | $    1,181 | $    2,595 | | | |
|  **Pre Settlement Loans** | | | | $    3,000 | $    3,000 | | | |
| | | | | | | | | |
| **John Vieren Loan Jan 20** | | | | | $    3,500 | | | |
|  **Post settlement loans Feb 21** | | | | | | $    6,000 | | |
| **Post settlement loans Jun 21** | | | | | | $    6,000 | | |
| **Post settlement loans Feb 22** | | | | | | | $    2,000 | |
| **Post settlement loans May 22** | | | | | | | $    2,000 | |
| **Post settlement loans Nov 22** | | | | | | | $    7,000 | |

| | 2020 | 2021 | 2022 | |
|---|---|---|---|---|
| **Post settlement loans May 23** | | | | $ |
| **Post settlement loans Aug 23** | | | | $ |
| **Total Post Settlement Loans** | $ - | $ 12,000 | $ 11,000 | $ |
| | | | | |
| **Post Settlement Tax Paid** | | $ 506 | $ 1,088 | $ |
| | | | | |
| **Sentosa downpayment** | | | $ 7,000 | |
| | | | | |
| **Transfer to Trilliant Jan 20** | $ 3,500 | | | |
| **Transfer to Sa Aug 20** | $ 90 | | | |
| **Transfer to Malibu Feb 21** | | $ 4,250 | | |
| **Transfer to ILU Mar 21** | | $ 200 | | |
| **Transfer to ILU May 21** | | $ 750 | | |
| **Transfer to El Nido Jun 21** | | $ 1,500 | | |
| **Transfer to El Nido Jul 21** | | $ 3,400 | | |
| **Transfer to El Nido Land 21** | | $ 525 | | |
| **Transfer ILU Oct 21** | | $ 280 | | |
| **Tranfer to ILU Sep 22** | | | $ 250 | |
| **Transfer to Sa Jun 23** | | | | $ |
| **Total Transfer to US Directly** | $ 90 | $ 10,905 | $ 250 | $ |
| | | | | |
| **Payback to John Vieren** | | $ 1,050 | $ 1,475 | $ |
| | | | | |
| **Total Transfer out** | $ 90 | $ 11,955 | $ 1,725 | $ |

| | **2020** | **2021** | **2022** | **2023 to Jul** | **Total** |
|---|---|---|---|---|---|
| **Sentosa Cove** | | | | | |
| Down payment | | | $ 7,000 | | |
| Stamp duty & misc exp | | | $ 624 | | |

3

| | | | | | |
|---|---|---|---|---|---|
| **Mortgage and monthly services** | | | $ 310 | $ 468 | |
| **Total Sentosa Cover** | | | $ 7,934 | $ 468 | $ 8,402 |
| **Direct transfer to US** | $ 90 | $ 10,905 | $ 250 | $ 500 | $ 11,745 |
| **Repayment to John Vieren** | | $ 1,050 | $ 1,475 | $ 1,400 | $ 3,925 |
| **Tax Payments** | $ - | $ 506 | $ 1,088 | $ 3,287 | $ 4,882 |
| **Total outflow before regular expenses** | $ 90 | $ 12,461 | $ 10,747 | $ 5,655 | $ 28,953 |
| **Total Loan Drawdown** | $ - | $ 12,000 | $ 11,000 | $ 3,500 | $ 26,500 |

| | |
|---|---|
| **Total Loans pre settlement** | $ 6,000 |
| **Joanne's share** | $ 3,000 |
| **Total tax paid since 2021** | $ 4,882 |
| **Joanne's share** | $ 2,441 |
| **Total Loans** | $ 32,500 |
| **Joanne's share** | $ 5,441 |
| **Net Loans** | $ 27,059 |

Best regards,

## Huynh Thanh Phong

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing
Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

**P**   (852) +85228502988
**E**   phong@fwd.com
**W**   fwd.com



---

**From:** Phong
**Sent:** Monday, August 21, 2023 12:41 PM
**To:** Sa Chiaravanond <sa@megagroup.io>
**Subject:** RE: Loans

Thanks. Sorry if make mistake. Did it in a rush

Will check later

Best regards,


**Huynh Thanh Phong**

Group Chief Executive Officer


**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore


**P**   (852) +85228502988
**E**   phong@fwd.com
**W**   fwd.com



**From:** Sa Chiaravanond <sa@megagroup.io>
**Sent:** Monday, August 21, 2023 11:35 AM
**To:** Phong <phong@fwd.com>
**Subject:** Re: Loans

CAUTION: This email is from external sender, please be cautious when clicking on links and opening attachments.

Can you redo later so all these numbers are accurate. My love losing his touch as cfo

On Mon, Aug 21, 2023 at 11:26 Sa Chiaravanond <sa@megagroup.io> wrote:

Yay. We aren't as broke as you thought.

On Mon, Aug 21, 2023 at 11:21 Sa Chiaravanond <sa@megagroup.io> wrote:

My Phong
Can you look again. The transfers to usa are off by a several million.

Good news   This says you transferred more so it means we have more assets available than you think.
It's not adding up.

And how much tax total is Joann responsible for?

I really need to know our finances and plan for Phasong.

Thanks my love

On Sun, Aug 20, 2023 at 20:35 Phong <phong@fwd.com> wrote:

## Loan & Disbursement Records – as of Aug 2023

| Year (In USD '000s) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| **Tax Paid Pre Settlement** | $ 687 | $ 459 | $ 58 | | $ 1,181 | $ 2,595 | | |
| **Pre Settlement Loans** | | | | | $ 3,000 | $ 3,000 | | |
| | | | | | | | | |
| **John Vieren Loan Jan 20** | | | | | | $ 3,500 | | |
| **Post settlement loans Feb 21** | | | | | | | $ 6,000 | |
| **Post settlement loans Jun 21** | | | | | | | $ 6,000 | |
| **Post settlement loans Feb 22** | | | | | | | | $ 2,000 |
| **Post settlement loans May 22** | | | | | | | | $ 2,000 |
| **Post settlement loans Nov 22** | | | | | | | | $ 7,000 |
| **Post settlement loans May 23** | | | | | | | | |
| **Post settlement loans Aug 23** | | | | | | | | |
| **Total Post Settlement Loans** | | | | | $ - | $ 3,500 | $ 12,000 | $ 11,000 |
| | | | | | | | | |
| **Post Settlement Tax Paid** | | | | | | | $ 506 | $ 1,088 |
| | | | | | | | | |
| **Sentosa downpayment** | | | | | | | | $ 7,000 |
| | | | | | | | | |
| **Transfer to Trilliant Jan 20** | | | | | | $ 3,500 | | |
| **Transfer to Sa Aug 20** | | | | | | $ 90 | | |
| **Transfer to Cathedral Feb 21** | | | | | | | $ 3,250 | |
| **Transfer to Malibu Feb 21** | | | | | | | $ 4,250 | |
| **Transfer to ILU Mar 21** | | | | | | | $ 200 | |
| **Transfer to ILU May 21** | | | | | | | $ 750 | |
| **Transfer to Malibu Land Jun 21** | | | | | | | $ 300 | |
| **Transfer to El Nido Jun 21** | | | | | | | $ 1,500 | |

| | | | | | |
|---|---|---|---|---|---|
| **Transfer to El Nido Jun 21** | | | | $ | 200 | |
| **Transfer to El Nido Jul 21** | | | | $ | 3,400 | |
| **Transfer to El Nido Land 21** | | | | $ | 525 | |
| **Tranfer to ILU Sep 22** | | | | | | $ | 250 |
| **Transfer to Sa Jun 23** | | | | | | |
| **Total Transfer to US** | | $ | 3,590 | $ | 14,375 | $ | 250 |
| | | | | | | |
| **Payback to John Vieren** | | | | $ | 1,050 | $ | 1,475 |
| | | | | | | |
| **Total Transfer out** | | $ | 3,590 | $ | 15,425 | $ | 1,725 |

Best regards,

## Huynh Thanh Phong

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

--
Best Regards,
Sa Chiaravanond

# EXHIBIT 13

*Plaintiff: Phong Thanh Huynh: 1ˢᵗ: 19/1/2024: FC/SUM**198** /2024: Substituted Service*

<u>IN THE FAMILY JUSTICE COURTS OF THE REPUBLIC OF SINGAPORE</u>

Case No.                  )
                          )
FC/D 5408/2023      )              Between

                          PHONG THANH HUYNH
                          (FIN NO. F2558805M)
                                              ... Plaintiff

                          And

                          CHIARAVANOND ALISSA (m.w.)
                          (UNITED STATES PASSPORT NO. 505844351)
                                              ... Defendant

<u>AFFIDAVIT FOR SUBSTITUTED SERVICE</u>

  I, PHONG THANH HUYNH (FIN NO. F2558805M) of 19 Cove Grove, Singapore 098214 do sincerely affirm and say as follows:

1.  I am the Plaintiff herein.

2.  I make this affidavit in support of my application for the following relief:

   a.  *That leave be granted to the Plaintiff to effect service of legal process of the Writ for Judicial Separation, Statement of Claim for Judicial Separation, Statement of Particulars, Acknowledgment of Service and Memorandum of Appearance filed on 10 November 2023 in FC/D 5408**/2023 (collectively, the** "Judicial Separation Papers"**), and the Order of Court made herein on the abovenamed** Defendant by way of substituted service pursuant to Rule 50 of*

> the Family Justice Rules 2014 by effecting service via: (i)
> Certificate of Posting to the **Defendant's** 4 overseas residential
> addresses at (1) 288 Back O Beyond Cir, Sedona, AZ 86336 USA
> (2) 95 Cross Creek Circle, Sedona, AZ 86336-91602 USA (3)
> 20990 Las Flores Mesa Dr, Malibu, CA 90265-5229, USA (4) 2457
> Angelo Drive, Los Angeles, CA 90077, USA (ii) email to her email
> address: sa@megagroup.io (iii) WhatsApp to her mobile number:
> + 66 86 571 8888  and (iv) e-serve via e-litigation on her solicitors,
> M/s Drew & Napier LLC who acts for her in the current nullity
> proceedings viz FC/D 4829/2023.

> b.     That such service of the Judicial Separation Papers be deemed
> good and sufficient service on the Defendant.

> c.     That costs be in the cause.

> d.     Such further and/or other relief as this Honourable Court deems fit
> and just.

3.     Insofar as the matters and facts deposed to herein are within my personal
knowledge, they are true. Insofar as the facts and matters deposed to
herein are not within my personal knowledge, they are true to the best of
my knowledge, information, and belief.

_Background_

4.     The Defendant holds dual nationality and is a citizen of the United States
of America and Thailand. I am a citizen of Canada. We solemnised our

marriage on 1 May 2022 in Canada.

5.    I have been living in Singapore since April 2017 and have been residing at our matrimonial home at 19 Cove Grove, Singapore 098214 since April 2022. The Defendant started residing with me at our matrimonial home in August 2022.

6.    On 9 October 2023, the Defendant commenced nullity proceedings viz FC/D 4829/2023. **Enclosed herewith and marked as 'PTH-1' at** pages 9 to 10 is a copy of the Writ for Nullity as filed by her solicitors, M/s Drew & **Napier LLC ("D&N"). My Defence was filed and served on her solicitors** on 10 November 2023.

*Occasion of service*

7.    On 10 November 2023, I instructed my solicitors from M/s Harry Elias Partnership LLP **("HEP") to** commence judicial separation proceedings. HEP sent a letter to M/s Drew & Napier LLC **("D&N")** on the same day to confirm if they have instructions to accept service of the judicial separation papers on behalf of the Defendant. D&N replied on 18 December 2023 but did not address the issue of service. Further correspondences were exchanged but D&N still refused to accept service on behalf of the Defendant. Copies of **my lawyer's** letters are enclosed at pages 11 to 14 **of 'PTH-1'. I am unable to enclose D&N's letters as they are marked** 'Without Prejudice Save As to Costs'.

8.    The Defendant left Singapore for Bangkok on 23 August 2023 informing me that she would be there for a short trip to attend to her business and

to visit her family. I was still in contact with the Defendant during her trip to Bangkok via WhatsApp and video calls up to 29 August 2023. On 30 August 2023, I was unable to contact her. I left several voice messages and even tried contacting her sister, Ms Lat Chiaravanond **over the 'Line'** app but to no avail. Enclosed at page 15 **is a screenshot of my 'Line'** calls **and message to the Defendant's sister which I have saved on my phone as 'Latc'.** On 31 August 2023, I received a letter from M/s Drew & Napier informing me that the Defendant had commenced nullity proceedings. It then dawned on me that the Defendant had all along planned to leave Singapore after filing nullity proceedings, and to cut off all contact with me.

9.    I have commenced a civil suit against the Defendant in the USA and the process servers have attempted to serve the US papers and the Singapore Judicial Separation papers on the Defendant but to no avail. Enclosed at pages 16 to 29 are copies of the process servers' Affidavits of Service.

*Leave to effect service of the judicial separation papers by way of substituted service*

10.    I am aware that the judicial separation papers have to be personally served on the Defendant, and that if personal service of the judicial separation papers is not possible, I would need to **seek this Court's leave** for substituted service so that the documents would be brought to the **Defendant's notice.**

*Residential addresses, Email address and Mobile number*

11.    I confirm that the Defendant left our matrimonial home at 19 Cove Grove, Singapore 098214 on 23 August 2023 and is no longer residing with me.

12.    I confirm that the Defendant currently owns 4 overseas residential properties. I paid for the first three. They are (1) 288 Back O Beyond Cir, Sedona, AZ 86336, USA (2) 95 Cross Creek Circle, Sedona, AZ 86336-91602, USA (3) 20990 Las Flores Mesa Dr, Malibu, CA 90265-5229, USA (4) 2457 Angelo Drive, Los Angeles, CA 90077, USA. I am unable to **ascertain the Defendant's current whereabouts** as she has not been forthcoming with her current location.

13.    Enclosed at pages 30 to 32 is a copy of the email chain between the Defendant and I dated 30 to 31 August 2023. I confirm that this is an active email address.

14.    **I confirm that the Defendant's current** mobile number is + 66 86 571 8888. We have been communicating with each other via video calls and WhatsApp messages at this number up until 29 August 2023 before she ceased all communication with me after filing nullity proceedings. Enclosed at pages 33 to 35 are screenshots of our messages. The Defendant finally replied to me on 9 October 2023 informing me that communication should be through her lawyers. Enclosed at page 36 is a screenshot of this message.

*Necessity for this application*

15.  **The Defendant' solicitors, M/s Drew & Napier** LLC has to-date, refused to accept service of the judicial separation papers on behalf of the Defendant although they act for her in the nullity proceedings as stated in paragraph 6 above. I believe the Defendant is evading service. Further, I do not know exactly where she is currently residing and accordingly have no means to personally serve her the papers.

*Proposed mode of substituted service*

16.  I verily believe that the most effective ways to serve the Writ for Judicial Separation and all related Court documents and the Order of Court made herein on the Defendant are via *(1) Certificate of Posting to the* **Defendant's** *4 overseas residential addresses at (1) 288 Back O Beyond Cir, Sedona, AZ 86336, USA (2) 95 Cross Creek Circle, Sedona, AZ 86336-91602, USA (3) 20990 Las Flores Mesa Dr, Malibu, CA 90265-5229, USA (4) 2457 Angelo Drive, Los Angeles, CA 90077, USA (ii) email to her email address: sa@megagroup.io (iii) WhatsApp to her mobile number: + 66 86 571 8888  and (iv) e-serve via e-litigation on her solicitors, M/s Drew & Napier LLC who acts for her in the current nullity proceedings viz FC/D 4829/2023.*

17.  I unfortunately do not have any other means to contact the Defendant apart from the above stated 4 overseas residential addresses, her email address, her mobile number and through her solicitors from M/s Drew & Napier LLC. I do not know or keep in touch with any of her friends or her relatives who are currently residing in the USA and Thailand except for

her sister, Ms Lat Chiaravanond. As stated in paragraph 8 above, I tried contacting her sister, Ms Lat Chiaravanond over the 'Line' app but to no avail.

### Conclusion

18.    I believe that I have satisfied the requirements set out at paragraph 79 of the Family Justice Courts Practice Directions.

19.    In the premises, I humbly pray for an Order-in-terms of the application.

| | |
|---|---|
| AFFIRMED remotely by the abovenamed | ) |
| **PHONG THANH HUYNH** | ) |
| this  10th day of January 2024 | ) |
| in Singapore | ) |
| in accordance with Order 41 rule 13 | ) |
| of the Rules of Court and PD 59A | ) |



Before me

<u>A COMMISSIONER FOR OATHS</u>

COMMISSIONER FOR OATHS
Wong Kin Meng
CO2023/0427
1 Apr 2023 ~ 31 Mar 2024
SINGAPORE

**THIS IS THE EXHIBIT MARKED "PTH-1"**

**REFERRED TO IN THE AFFIDAVIT OF**

<u>**PHONG THANH HUYNH**</u>

**AFFIRMED remotely on this** _19th_ **day of January 2024**

in Singapore in accordance with Order 41 rule 13

of the Rules of Court and PD 59A

**BEFORE ME**

<u>**A COMMISSIONER FOR OATHS**</u>



COMMISSIONER FOR OATHS
Wong Kin Meng
CO2023/0427
1 Apr 2023 – 31 Mar 2024
SINGAPORE

**IN THE FAMILY JUSTICE COURTS OF THE REPUBLIC OF SINGAPORE**

Case No.: FC/D 4829/2023

Filed: 09-October-2023 02:29 PM



Between

Alissa Chiaravanond
(FIN No. M4272247W)

...Plaintiff

And

Thanh Phong Huynh
(ID Unknown)

...Defendant

**WRIT FOR NULLITY**

To The Defendant

Name:      Thanh Phong Huynh

Address:      19 Cove Grove Singapore 098214

THIS WRIT OF SUMMONS has been issued against you by the Plaintiff in respect of the claim endorsed herein. Copies of the following documents are delivered with this Writ:

     (a)    STATEMENT OF CLAIM

     (b)    STATEMENT OF PARTICULARS

     (c)    ACKNOWLEDGMENT OF SERVICE

     (d)    MEMORANDUM OF APPEARANCE

Date: 29-September-2023
SEE CHERN YANG
Solicitor(s) for the Plaintiff(s)

FC/D4829/2023:FC/D4829/2023:FC/D4829/2023:FC/D4829/2023:FC/D4829/2023:FC/D4829/2023

KENNETH YAP YEW CHOH

REGISTRAR

FAMILY JUSTICE COURTS

SINGAPORE

This Writ may not be served more than 12 calendar months after the date of its issue unless renewed by order of the court.

Notice to Defendant

1    You must complete the following documents which are annexed to this Writ:

    a    the Acknowledgement of Service and return it immediately to the Plaintiff's solicitor or the Plaintiff (if unrepresented).

    b    the Memorandum of Appearance (MOA), and file it in court within 8 days from the day on which you have received this Writ. If you do not file the MOA within the time-frame above, you are NOT entitled to be heard in these proceedings. This means that the court may, without notice to you, proceed to hear the action and pronounce judgment in your absence, and make all further orders in the proceedings without further reference to you.

2    If you intend to defend the Writ, you must file a Defence or a Defence and Counterclaim in court within 22 days of receiving this Writ. You must serve this document on the Plaintiff's solicitor or the Plaintiff (if unrepresented) within 24 hours of filing the Defence or Defence and Counterclaim.

3    If you intend to instruct a solicitor to act for you, you should at once give him all the documents which have been served on you, so that he may complete the relevant forms on your behalf within the time-frames given in paragraphs 1 to 2 above.

Plaintiff's Address for Service

Solicitor(s) for the Plaintiff(s)

Drew & Napier LLC
10 Collyer Quay #10-01 Ocean Financial Centre
Singapore 049315
Tel No.: 65350733
Fax No.: 65354906
Email: mail@drewnapier.com
File Ref No.: SCYG/477232
Solicitor in charge: SEE CHERN YANG

11



Harry Elias Partnership LLP
SGX Centre 2, #17-01
4 Shenton Way
Singapore 068807

T: +65 6535 0550
F: +65 6438 0550
www.harryelias.com

We do not accept service
of court documents by fax

M/s Drew & Napier LLC
10 Collyer Quay
#10-01 Ocean Financial Centre
Signapore 049315

<u>Attention: Mr See Chern Yang /
Mr Joshua Quek</u>

*BY EMAIL*

| | |
|---|---|
| Date: | 10 November 2023 |
| Your ref: | SCYG/JQWC/477232 |
| Our ref: | FSF/2023.038620(PhongThanhHuynh)/ar |
| Writers: | Ms Foo Siew Fong / Ms Carrie Gill / Mr Cyril Ting |
| Direct: | 6361 9805 / 6361 9897 / 6361 9389 |
| Fax: | 6438 3777 |
| Email: | siewfong@harryelias.com |
| | carriegill@harryelias.com |
| | cyrilting@harryelias.com |

Dear Sirs

FC/D 5408/2023
PHONG THANH HUYNH v CHIARAVANOND ALISSA (m.w.)

1.    We refer to the above matter wherein we act for the Plaintiff. We have been instructed by our client to commence judicial separation proceedings.

2.    Please confirm within the next 2 working days if you have instructions to accept service of the judicial separation papers on behalf of the Defendant, Mdm Chiaravanond Alissa.

Yours faithfully

HARRY ELIAS PARTNERSHIP LLP
cc. client

**Harry Elias Partnership LLP** is a limited liability partnership registered in Singapore under the Limited Liability Partnerships Act (Cap 163A), UEN T10LL0175E and with our registered place of business at 4 Shenton Way #17-01 SGX Centre 2 Singapore 068807. We are regulated by the Law Society of Singapore and the Legal Services Regulatory Authority.



Harry Elias Partnership LLP
SGX Centre 2, #17-01
4 Shenton Way
Singapore 068807

T: +65 6535 0550
F: +65 6438 0550
www.harryelias.com

We do not accept service
of court documents by fax

M/s Drew & Napier LLC
10 Collyer Quay
#10-01 Ocean Financial Centre
Signapore 049315

<u>Attention: Mr See Chern Yang /
Mr Joshua Quek</u>

*BY EMAIL*

| | |
|---|---|
| Date: | 20 December 2023 |
| Your ref: | SCYG/JQWC/477232 |
| Our ref: | FSF/2023.038620(PhongThanhHuynh)/ar |
| Writers: | Ms Foo Siew Fong / Ms Carrie Gill / Mr Cyril Ting |
| Direct: | 6361 9805 / 6361 9897 / 6361 9389 |
| Fax: | 6438 3777 |
| Email: | siewfong@harryelias.com carriegill@harryelias.com cyrilting@harryelias.com |

Dear Sirs

FC/D 5408/2023
PHONG THANH HUYNH v CHIARAVANOND ALISSA (m.w.)

1. **We refer to your letter dated 18 December 2023 ("Your 18 Dec Letter")**.

2. With regards to paragraph 1 of Your 18 Dec Letter, our client has already commenced a writ for judicial separation viz FC/D 5408/2023 as of 10 November 2023.

3. We refer to paragraph 2 of Your 18 Dec Letter. If your client wishes to persuade our **client to consider an amicable resolution of our client's FC/D 5408/2023, it would be** contingent on your client accepting service of the cause papers therein in the first place, as opposed to putting our client through the procedural inconveniences of filing further applications into the matter to effect service of the said cause papers. Our client has already instructed us to do so. Therefore, as it stands, our client has reservations about whether your client is approaching the topic of an amicable resolution of FC/D 5408/2023 in good faith.

4. Please therefore confirm within the next 2 working days if your good office has revised instructions to accept service of the judicial separation papers on behalf of the Defendant, Mdm Chiaravanond Alissa. Our client will provide his instructions towards the amicable resolution of FC/D 5408/2023 only after the issue of service has been satisfactorily dealt with.

5. **All our client's rights are reserved.**

Yours faithfully

HARRY ELIAS PARTNERSHIP LLP
cc. client

**Harry Elias Partnership LLP** is a limited liability partnership registered in Singapore under the Limited Liability Partnerships Act (Cap 163A), UEN T10LL0175E and with our registered place of business at 4 Shenton Way #17-01 SGX Centre 2 Singapore 068807. We are regulated by the Law Society of Singapore and the Legal Services Regulatory Authority.



Harry Elias Partnership LLP
SGX Centre 2, #17-01
4 Shenton Way
Singapore 068807

T: +65 6535 0550
F: +65 6438 0550
www.harryelias.com

We do not accept service
of court documents by fax

M/s Drew & Napier LLC
10 Collyer Quay
#10-01 Ocean Financial Centre
Singapore 049315

<u>Attention: Mr See Chern Yang /
Mr Joshua Quek</u>

*BY EMAIL*

| | |
|---|---|
| Date: | 2 January 2024 |
| Your ref: | SCYG/JQWC/477232 |
| Our ref: | FSF/2023.038620(PhongThanhHuynh)/ar |
| Writers: | Ms Foo Siew Fong / Ms Carrie Gill / Mr Cyril Ting |
| Direct: | 6361 9805 / 6361 9897 / 6361 9389 |
| Fax: | 6438 3777 |
| Email: | siewfong@harryelias.com |
| | carriegill@harryelias.com |
| | cyrilting@harryelias.com |

Dear Sirs

FC/D 4829/2023
FC/D 5408/2023
PHONG THANH HUYNH v CHIARAVANOND ALISSA (m.w.)

1.    We refer to your **letter dated 28 December 2023 ("Your 28 Dec Letter").**

2.    In respect of paragraphs 3 to 6 of Your 28 Dec Letter, our client does not wish to **litigate by correspondence. Our client remains concerned about your client's bona** fides, where on the one hand, she is persuading him to engage in without prejudice discussions on her FC/D 4829/2023 and his FC/D 5408/2023 through your good office and on the other hand, she is not providing any instructions to your good office to accept service of his cause papers FC/D 5408/2023.

3.    Our client reasonably believes that your client ought to consider the actual merits of his FC/D 5408/2023, by having sight of the cause papers therein, in order for your **client to make an informed decision on whether to bring an end to the parties'** consortium viz nullity proceedings or judicial separation proceedings. The focus of any resolution should not be limited to the resolution of the ancillary matters issues alone.

4.    In light of the above, our client does not agree to have FC/D 4829/2023 and FC/D 5408/2023 stayed in the interim pending without prejudice discussions. Both matters will have to proceed accordingly on the contested track given the current state of affairs.

5.    Otherwise, our client instructs to participate in any without prejudice discussions on FC/D 4829/2023 and FC/D 5408/2023 only after the issue of service of the cause papers in FC/D 5408/2023 has been satisfactorily dealt with.

**Harry Elias Partnership LLP** is a limited liability partnership registered in Singapore under the Limited Liability Partnerships Act (Cap 163A), UEN T10LL0175E and with our registered place of business at 4 Shenton Way #17-01 SGX Centre 2 Singapore 068807. We are regulated by the Law Society of Singapore and the Legal Services Regulatory Authority.

6.    All our client's rights are reserved.

Yours faithfully

HARRY ELIAS PARTNERSHIP LLP
cc. client

15



# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter   6602-001
Account   # 0486
Invoice   # 86356
Liddy   # 450306-1.2

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

                **Plaintiff(s) / Petitioner(s),**

vs.

**ALISSA CHIARAVANOND, et al.,**

                **Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER
Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 1/03/2024, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon ALISSA CHIARAVANOND at 288 Back O Beyond Circle, Sedona, AZ 86336; On 1/3/24 at 3:30pm, The property is gated and there was no answer at the call box. While sitting at the gate a man pulled up and stated that he was a repair man. He went on to say that he got a blind repair call from SEDONA ORG, a vacation rental company, to fix the blinds. They told him no one was occupying the property right now, he showed me a text message from them. He claims that he doesn't go to places unless they are empty or in an emergency, which this was not. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:   Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____     Date: 1/5/2024

| Item | Amount |
|------|--------|
| Out of Town Fee | $85.00 |
| Attempted Service | $32.00 |
| Mileage | $90.00 |
| Rush Charges | $35.00 |
| Special Handling Rush | $30.00 |
| Copies | $13.75 |
| Doc. Prep Fee | $12.00 |
| Total | $297.75 |

Tax ID #

90-0533870

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter    6602-001
Account        # 0486
Invoice        # 86329
Liddy          # 450331-1.2

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

                    **Plaintiff(s) / Petitioner(s),**

vs.

**ALISSA CHIARAVANOND, et al.,**

                    **Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
**Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 1/03/2024, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon PACIFIC SHANGRILA, LLC c/o ALISSA CHIARAVANOND at 288 Back O Beyond Circle, Sedona, AZ 86336; On 1/3/24 at 3:30pm, The property is gated and there was no answer at the call box. While sitting at the gate a man pulled up and stated that he was a repair man. He went on to say that he got a blind repair call from SEDONA ORG, a vacation rental company, to fix the blinds. They told him no one was occupying the property right now, he showed me a text message from them. He claims that he doesn't go to places unless they are empty or in an emergency, which this was not. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____         Date: 1/5/2024

| Item | Amount |
|------|--------|
| Attempted Service | $32.00 |
| Copies | $13.75 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total    $57.75

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter  6602-001
Account      # 0486
Invoice      # 86361
Liddy        # 450331-2.2

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

PHONG THANH HUYNH,

                  Plaintiff(s) / Petitioner(s),

vs.

ALISSA CHIARAVANOND, et al.,

           Defendant(s) / Respondent(s).

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
**Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 1/03/2024, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon CATHEDRAL SHANGRILA, LLC c/o ALISSA CHIARAVANOND at 288 Back O Beyond Circle, Sedona, AZ 86336; On 1/3/24 at 3:30pm, The property is gated and there was no answer at the call box. While sitting at the gate a man pulled up and stated that he was a repair man. He went on to say that he got a blind repair call from SEDONA ORG, a vacation rental company, to fix the blinds. They told him no one was occupying the property right now, he showed me a text message from them. He claims that he doesn't go to places unless they are empty or in an emergency, which this was not. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**
PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER:                           Date: 1/5/2024

| Item | Amount |
|------|--------|
| Attempted Service | $32.00 |
| Copies | $13.75 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total    $57.75

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter   6602-001
Account         # 0486
Invoice         # 86362
Liddy           # 450331-3.2

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

                    **Plaintiff(s) / Petitioner(s),**          **CERTIFICATE OF ATTEMPTED SERVICE**
                                                               **BY PRIVATE PROCESS SERVER**
vs.                                                            **Case No. 3:23-cv-08622-JJT**

**ALISSA CHIARAVANOND, et al.,**

                    **Defendant(s) / Respondent(s).**

STATE OF ARIZONA
County of Yavapai

On 1/03/2024, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon NICO DI STELLE, LLC c/o ALISSA CHIARAVANOND at 288 Back O Beyond Circle, Sedona, AZ 86336; On 1/3/24 at 3:30pm, The property is gated and there was no answer at the call box. While sitting at the gate a man pulled up and stated that he was a repair man. He went on to say that he got a blind repair call from SEDONA ORG, a vacation rental company, to fix the blinds. They told him no one was occupying the property right now, he showed me a text message from them. He claims that he doesn't go to places unless they are empty or in an emergency, which this was not. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER:                                          Date: 1/5/2024

| Item | Amount |
|---|---|
| Attempted Service | $32.00 |
| Copies | $13.75 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total     $57.75

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

| | |
|---|---|
| Client Matter | 6602-001 |
| Account | # 0486 |
| Invoice | # 86367 |
| Liddy | # 450331-4.2 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

**Plaintiff(s) / Petitioner(s),**

vs.

**ALISSA CHIARAVANOND, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
**Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 1/03/2024, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon ILU, LLC c/o ALISSA CHIARAVANOND at 288 Back O Beyond Circle, Sedona, AZ 86336; On 1/3/24 at 3:30pm, The property is gated and there was no answer at the call box. While sitting at the gate a man pulled up and stated that he was a repair man. He went on to say that he got a blind repair call from SEDONA ORG, a vacation rental company, to fix the blinds. They told him no one was occupying the property right now, he showed me a text message from them. He claims that he doesn't go to places unless they are empty or in an emergency, which this was not. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____   Date: 1/5/2024

| Item | Amount |
|---|---|
| Attempted Service | $32.00 |
| Copies | $13.75 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total      $57.75

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

| | |
|---|---|
| Client Matter | 6602-001 |
| Account | # 0486 |
| Invoice | # 86079 |
| Liddy | # 450306-1 |

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

PHONG THANH HUYNH,

　　　　　　　　Plaintiff(s) / Petitioner(s),

vs.

ALISSA CHIARAVANOND, et al.,

　　　　　　　　Defendant(s) / Respondent(s).

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
Case No. 3:23-cv-08622-JJT

STATE OF ARIZONA
County of Yavapai

On 12/08/2023, I received a Letter to Alissa Chiaravanond, Summons, Complaint. Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed or those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon ALISSA CHIARAVANOND at 95 Cross Creek, Sedona, AZ 86336; On 12/08/2023 at 4:23pm, I received no answer at the main door or any of the additional accessible doors, no cars are present, there is a camera at the doorbell and the water is running in the lower-level pond. On 12/11/23 at 5:43pm, No answer at any of the doors, no cars present, there is a soft light on in a side room, the water is no longer running, the trash cans don't appear to have been moved, Notations to garage doors and trash levels made. On 12/15/23 at 9:17am, No answer at the property, no cars, no changes to the garage and trash notations. On 12/17/23 at 3:05pm, No answer, no cars, no notable changes to the house, no changes to the garage and trash notations. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states; That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER:　　　　　　　　　　　　　　　Date: 1/2/2024

| Item | Amount | |
|---|---|---|
| Out of Town Fee | $85.00 | |
| Attempted Service | $32.00 | |
| Mileage | $180.00 | |
| Rush Charges | $35.00 | |
| Copies | $13.25 | Tax ID # |
| Doc. Prep Fee | $12.00 | 90-0533870 |
| Total | $357.25 | |

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

| Client Matter | 6602-001 |
|---|---|
| Account | # 0486 |
| Invoice | # 86080 |
| Liddy | # 450331-1 |

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

                    **Plaintiff(s) / Petitioner(s),**

vs.

**ALISSA CHIARAVANOND, et al.,**

                    **Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER
Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 12/08/2023, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon PACIFIC SHANGRILA, LLC c/o ALISSA CHIARAVANOND at 95 Cross Creek, Sedona, AZ 86336; On 12/08/2023 at 4:23pm, I received no answer at the main door or any of the additional accessible doors, no cars are present, there is a camera at the doorbell and the water is running in the lower-level pond. On 12/11/23 at 5:43pm, No answer at any of the doors, no cars present, there is a soft light on in a side room, the water is no longer running, the trash cans don't appear to have been moved, Notations to garage doors and trash levels made. On 12/15/23 at 9:17am, No answer at the property, no cars, no changes to the garage and trash notations. On 12/17/23 at 3:05pm, No answer, no cars, no notable changes to the house, no changes to the garage and trash notations. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER: Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____    Date: 1/2/2024

| Item | Amount |
|---|---|
| Attempted Service | $32.00 |
| Copies | $13.25 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total        $57.25

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter  6602-001
Account      # 0486
Invoice      # 86082
Liddy        # 450331-2

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

PHONG THANH HUYNH,

           **Plaintiff(s) / Petitioner(s),**

vs.

ALISSA CHIARAVANOND, et al.,

          **Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER
Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 12/08/2023, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon CATHEDRAL SHANGRILA, LLC c/o ALISSA CHIARAVANOND at 95 Cross Creek, Sedona, AZ 86336; On 12/08/2023 at 4:23pm, I received no answer at the main door or any of the additional accessible doors, no cars are present, there is a camera at the doorbell and the water is running in the lower-level pond. On 12/11/23 at 5:43pm, No answer at any of the doors, no cars present, there is a soft light on in a side room, the water is no longer running, the trash cans don't appear to have been moved, Notations to garage doors and trash levels made. On 12/15/23 at 9:17am, No answer at the property, no cars, no changes to the garage and trash notations. On 12/17/23 at 3:05pm, No answer, no cars, no notable changes to the house, no changes to the garage and trash notations. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____       Date: 1/2/2024

| Item | Amount |
|------|--------|
| Attempted Service | $32.00 |
| Copies | $13.25 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total      $57.25

24

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter    6602-001
Account          # 0486
Invoice          # 86083
Liddy            # 450331-3

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

PHONG THANH HUYNH,

                    Plaintiff(s) / Petitioner(s),

vs.

ALISSA CHIARAVANOND, et al.,

                    Defendant(s) / Respondent(s).

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
**Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 12/08/2023, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon NICO DI STELLE, LLC c/o ALISSA CHIARAVANOND at 95 Cross Creek, Sedona, AZ 86336; On 12/08/2023 at 4:23pm, I received no answer at the main door or any of the additional accessible doors, no cars are present, there is a camera at the doorbell and the water is running in the lower-level pond. On 12/11/23 at 5:43pm, No answer at any of the doors, no cars present, there is a soft light on in a side room, the water is no longer running, the trash cans don't appear to have been moved, Notations to garage doors and trash levels made. On 12/15/23 at 9:17am, No answer at the property, no cars, no changes to the garage and trash notations. On 12/17/23 at 3:05pm, No answer, no cars, no notable changes to the house, no changes to the garage and trash notations. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER:  Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____    Date: 1/2/2024

| Item | Amount |
|------|--------|
| Attempted Service | $32.00 |
| Copies | $13.25 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total    $57.25

25

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

| | |
|---|---|
| Client Matter | 6602-001 |
| Account | # 0486 |
| Invoice | # 86084 |
| Liddy | # 450331-4 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**PHONG THANH HUYNH,**

**Plaintiff(s) / Petitioner(s),**

vs.

**ALISSA CHIARAVANOND, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
**Case No. 3:23-cv-08622-JJT**

STATE OF ARIZONA
County of Yavapai

On 12/08/2023, I received a Letter to Alissa Chiaravanond, Summons, Complaint, Order re Motions (Dkt 7), Order re service (Dkt 8), Writ for Judicial Separation, Statement of Claim, Statement of Particulars, Acknowledgment of Service, and Memorandum of Appearance; and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Yavapai County, Arizona.

Upon ILU, LLC c/o ALISSA CHIARAVANOND at 95 Cross Creek, Sedona, AZ 86336; On 12/08/2023 at 4:23pm, I received no answer at the main door or any of the additional accessible doors, no cars are present, there is a camera at the doorbell and the water is running in the lower-level pond. On 12/11/23 at 5:43pm, No answer at any of the doors, no cars present, there is a soft light on in a side room, the water is no longer running, the trash cans don't appear to have been moved, Notations to garage doors and trash levels made. On 12/15/23 at 9:17am, No answer at the property, no cars, no changes to the garage and trash notations. On 12/17/23 at 3:05pm, No answer, no cars, no notable changes to the house, no changes to the garage and trash notations. No other information is known. I am returning the documents to the client.

**Received from MAY, POTENZA, BARAN, & GILLESPIE, P.C., ( DEVIN SREECHARANA #029057 )**

PROCESS SERVER: Carl Cartwright, CN202300002

**The undersigned states: That I am a certified private process server in the county of Coconino and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.**

SIGNATURE OF PROCESS SERVER: _____    Date: 1/2/2024

| Item | Amount |
|---|---|
| Attempted Service | $32.00 |
| Copies | $13.25 |
| Doc. Prep Fee | $12.00 |

Tax ID #
90-0533870

Total    $57.25

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address)
  Jeremy B. Fancher  (SBN: 296968)
  HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP
  600 West Broadway Suite 800   San Diego, CA 92101

TELEPHONE NO.: **(619) 239-3444**                    FAX NO.: **(619) 232-6828**
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): **Plaintiff**

**Los Angeles County Superior Court**
  STREET ADDRESS: **1725 Main Street Rm 232**
  CITY AND ZIP CODE: **Santa Monica, CA 90401**

REFERENCE NUMBER:
**080997 – 0001**

Plaintiff(s): **PHONG THANH HUYNH**
Defendant(s): **ALISSA CHIARAVANOND, an individual resident of Arizona, et al.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER: **23SMCV06061** |
|---|---|

I received the within assignment for filing and/or service on  January 3, 2024 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:   **ALISSA CHIARAVANOND, an individual resident of Arizona**

Documents:   **See attached Document List**

Address:   **20990 Las Flores Mesa Dr**
  **Malibu, CA 902655229**

As enumerated below:

**1/3/2024 -- 4:18 PM**              20990 Las Flores Mesa Dr
**Home**                                Malibu, CA 902655229
No cars in driveway rang doorbell several times no one answered, wait 20 minutes no activity

**1/4/2024 -- 8:10 AM**              20990 Las Flores Mesa Dr
**Home**                                Malibu, CA 902655229
Same, no cars in driveway rang doorbell nobody answered wait 20 minutes no in or out from this house

**1/5/2024 -- 11:53 AM**             20990 Las Flores Mesa Dr
**Home**                                Malibu, CA 902655229
No cars in driveway, rang doorbell several times but nobody answered

**N**

County:  **Los Angeles**
Registration No.:  **3267**
**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 1/8/2024.

Signature:_____

**Alfredo Ricardo Paz**

**DECLARATION OF DILIGENCE**

Order#: SD165531/DilFormat.mdl

110 West C. St, Suite 1211 San Diego, CA 92101
Phone: (619) 232-7500 | Fax: (619) 232-7600

DOCUMENT LIST

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; CIVIL
CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; FIRST AMENDED
GENERAL ORDER; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; WRIT FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); MEMORANDUM OF
APPEARANCE (Case No.: FC/D 5408/2023); STATEMENT OF CLAIM FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); STATEMENT OF
PARTICULARS (Case No.: FC/D 5408/2023); ACKNOWLEDGMENT OF SERVICE
(Case No.: FC/D 5408/2023); SUMMONS IN A CIVIL ACTION (TO: Cathedral
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL
ACTION (TO: Nido di Stelle LLC, Case No.: CV-23-08622-PCT-JJT);
SUMMONS IN A CIVIL ACTION (TO: Alissa Chiaravanond, Case No.:
CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: ILU LLC, Case
No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: Pacific
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); COMPLAINT (Case No.:
CV-23-08622-PCT-JJT); (ORDER (Case No.: CV-23-08622-PCT-JJT); LETTER
DATED DECEMBER 7, 2023 (Case No.: CV-23-08622-PCT-JJT);

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | | |
|---|---|---|
| Talon Powers  SBN: 295928 | | |

**HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**
600 West Broadway Suite 800   San Diego, CA 92101

TELEPHONE NO.: **(619) 239-3444**            FAX NO.: **(619) 232-6828**

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **Plaintiff**

**Los Angeles County Superior Court**

STREET ADDRESS: **1725 Main Street Rm 232**

CITY AND ZIP CODE: **Santa Monica, CA 90401**

REFERENCE NUMBER:

**080997 – 0001**

Plaintiff(s):  **PHONG THANH HUYNH**

Defendant(s):  **ALISSA CHIARAVANOND, an individual resident of Arizona, et al.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER: **23SMCV06061** |
|---|---|

I received the within assignment for filing and/or service on  January 8, 2024 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:   **ALISSA CHIARAVANOND, an individual resident of Arizona**

Documents:   **See attached Document List**

Address:   **2457 Angelo Dr**
**Los Angeles, CA 900772126**

As enumerated below:

**1/9/2024 -- 12:04 PM**       2457 Angelo Dr
**Home**                Los Angeles, CA 900772126
Knocked loudly on the front door several times with no answer and no activity heard or seen anywhere on the property. from the looks of the residence, it seems to be unkept as if someone has not been residing here for quite some time. no cars parked in driveway and upon looking in mailbox there was a plethora of male address to multiple people. one being individual we are looking for as well as several others. mail obviously has not been checked in some time. will attempt service again at another time and hopes of someone being home

**1/10/2024 -- 9:27 AM**       2457 Angelo Dr
**Home**                Los Angeles, CA 900772126
Knocked on the front door of the home loudly several times with no answer and no activity seen or heard anywhere inside the home. no cars parked and driveway and abundant mail still in the mailbox

**1/12/2024 -- 6:41 PM**       2457 Angelo Dr
**Home**                Los Angeles, CA 900772126
Return to home again.Knocked loudly on the front door several times with no answer and no activity. seen her heard anywhere inside of the home. no cars and drive away and mail is still uncollected in the mailbox from previous attempts

**N**

County:  **Los Angeles**
Registration No.:  **2018032404**
**Nationwide Legal, LLC**
**101 W. Broadway Suite 550**
**San Diego, CA 92101**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 1/16/2024.

Signature: _____

**Robert Brooks**

**DECLARATION OF DILIGENCE**

Order#: SD165531NA/DilFormat.mdl

101 W. Broadway Suite 550 San Diego, CA 92101
Phone: (619) 232-7500 | Fax: (619) 232-7600

## DOCUMENT LIST

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; CIVIL
CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; FIRST AMENDED
GENERAL ORDER; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; WRIT FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); MEMORANDUM OF
APPEARANCE (Case No.: FC/D 5408/2023); STATEMENT OF CLAIM FOR
JUDICIAL SEPARATION (Case No.: FC/D 5408/2023); STATEMENT OF
PARTICULARS (Case No.: FC/D 5408/2023); ACKNOWLEDGMENT OF SERVICE
(Case No.: FC/D 5408/2023); SUMMONS IN A CIVIL ACTION (TO: Cathedral
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL
ACTION (TO: Nido di Stelle LLC, Case No.: CV-23-08622-PCT-JJT);
SUMMONS IN A CIVIL ACTION (TO: Alissa Chiaravanond, Case No.:
CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: ILU LLC, Case
No.: CV-23-08622-PCT-JJT); SUMMONS IN A CIVIL ACTION (TO: Pacific
Shangrila LLC, Case No.: CV-23-08622-PCT-JJT); COMPLAINT (Case No.:
CV-23-08622-PCT-JJT); (ORDER (Case No.: CV-23-08622-PCT-JJT); LETTER
DATED DECEMBER 7, 2023 (Case No.: CV-23-08622-PCT-JJT);

**From:**          Sa Chiaravanond <sa@megagroup.io>
**Sent:**          Thursday, 31 August 2023 1:20 AM
**To:**            Phong
**Subject:**       Not ok

CAUTION: This email is from external sender, please be cautious when clicking on links and opening attachments.

Things are not ok

You have put me in a horror movie. You scarred me and Phasong for life. Our lives will never be the same.

It is heart-wrenching to learn that all along my husband has been deceiving me, my family , and his family.

You used your 90 year old father in a charade to fly here and ask my father for my hand. And you have a daughter as well.

I thought I was safe and loved.

Why did you think you were entitled to sacrifice my life ?

I have learned about your many deceptions and betrayals,  and sexual behaviors,  infidelity, and other serious betrayals.

You were never entitled to sacrifice my life or my heart

You have betrayed and hurt me in so many ways.

I cannot talk to you



On Wed, Aug 30, 2023 at 20:02 Phong <phong@fwd.com> wrote:

> My love,
>
>
> Can't seem to get response on Whatsapp. Is everything ok? Please message when you could

ILU

Best regards,

**Huynh Thanh Phong**

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

P   (852) +85228502988

E   phong@fwd.com

W   fwd.com



ATTENTION:
The email and any attachments transmitted with it are private and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete this email and any attachments from your system. You should not use, disclose, copy or store this email and any attachments.

Messages and attachments are scanned for all viruses known. However, you are advised that you open any attachments at your own risk. If this message contains password–protected attachments, the files have NOT been scanned for viruses by our mail domain. Please always scan for viruses before opening any attachments.

--
Best Regards,
Sa Chiaravanond

 **Pha Song**  

My Sa back to hotel? 23:50 ✓✓

**30 August 2023**

ILU 00:48 ✓✓

Kiss my Sa 08:18 ✓✓

Message when you up ja 08:19 ✓✓

See my Sa sooooon 11:29 ✓✓

My Sa busy? 14:30 ✓✓

Is everything OK my love? 15:23 ✓✓

My Sa feeling OK today? 16:56 ✓✓

Going to airport and heading home my love 17:21 ✓✓

Something wrong my Sa? 17:30 ✓✓

Message when you have time ja 17:41 ✓✓

P Phong boarding soon. Have not talked to my Sa more than 24 hours. I hope you are OK my love. Getting more and more worried now 18:31 ✓✓

If Sa is not happy and don't want to

 Message   



## Pha Song

talk, please just message and let me know you are OK physicality. Please my love  18:43 ✓✓

My love? 20:31 ✓✓

Just landed my love 22:31 ✓✓

My love, what's going on? 22:40 ✓✓

**31 August 2023**

Goodnight my love 00:36 ✓✓

I can't sleep my Sa. So worried
01:09 ✓✓

Please call my love 01:10 ✓✓

Please please my love 01:14 ✓✓

Please talk to me my Sa 06:16 ✓✓

I love you my Sa 06:32 ✓✓

Came home last night and aircon does not work. Sleeping with no air 
07:34 ✓✓

I miss you my love 07:35 ✓✓

Morning kisses for my Sa 09:58

 Message   



**Pha Song**

My love still at dinner? 21:25

? 21:26

Leaving now my love 21:30 ✓✓

Sleeping my love 23:25

Hold eachother tight. ILU
Good night my Phong. 23:25

❤️

23:25

P Phong sleep? 23:36

29 August 2023

Morning kisses for my Sa 08:21 ✓✓

> **Pha Song**
> P Phong sleep?

P Phong read and fell asleep 08:21 ✓✓

ILU 08:21 ✓✓

My love is up? 12:48

Message



Please just let me know you are ok even if you no longer want to communicate. Please Sa
17:18 ✓

I mean physically OK   17:19 ✓

09/10/2023

Thank you for asking about my well being for once. I have not been well. Many ongoing medications due to your stds.

Yes you should talk to my lawyers. I do not want to be manipulated any more. Your words continue to contradict your actions. Its like there's many Phongs in there. One controls the mouth and the others are just out of control.

It has become clear that We have different core values and concepts of love. I also don't like people who spread gossip and slander. It's become

09:05

/10/2023
u ver...

/04/2023

Pha Song
+66 86 571 8888

Media, links and docs                    65 >

# EXHIBIT 14

**IN THE FAMILY JUSTICE COURTS OF THE REPUBLIC OF SINGAPORE**

Case No.: FC/D 5408/2023

Filed: 10-November-2023
10:21 AM

Between

PHONG THANH HUYNH
(FIN No. F2558805M)

...Plaintiff

And

CHIARAVANOND ALISSA (m.w.)
(United States Passport No. 505844351)

...Defendant

## MEMORANDUM OF APPEARANCE

1    I am the Defendant and I intend / do not intend* to defend the action.
I received the Writ of Summons (Writ) and Statement of Claim on [to state the date]  at
[to state address]

           1. 22 January 2024 via email to the email address (sa@megagroup.io).

           2. 22 January 2024 via E-Litigation served on my solicitors, M/s Drew & Napier LLC.

2    The Plaintiff is also making various claims for relief in this Writ. I wish to be heard on all these claims/some of these claims. [To choose one or more of the following, circle the relevant item(s)]

   (a)   Judicial separation

       That a judgment of judicial separation be granted.

   (b)   Division of the matrimonial home

       That there be a just and equitable division of the matrimonial home.

   (c)   Division of the matrimonial assets (aside from the matrimonial home)

       That there be a just and equitable division of the matrimonial assets (other than the matrimonial home).

   (d)   Maintenance for wife / incapacitated husband

       That there be no maintenance for the Defendant.

   (e)   Costs

That the Defendant do pay the costs of these proceedings.

 Others

That the Plaintiff may be granted such further or other relief as this Honourable Court deems fit.

[Please note that you may be heard on these claims even if you do not defend the action and do not file a Defence or Defence and Counterclaim in court.]

3    I am a wife Defendant / incapacitated husband Defendant*.
I wish to/do not wish to* make a claim for maintenance for myself.

4    The address to which communications to me should be sent is:
[Note: This must be an address in Singapore. If a solicitor is acting for you, give the name and address of your solicitor in Singapore. If you do not give an address in Singapore, you will have no right to be heard in these proceedings.]

Drew & Napier LLC
10 Collyer Quay
10th Floor Ocean Financial Centre
Singapore 049315

5    My other contact particulars are: N.A.
Telephone:
Mobile Number:
Fax / Email:

Solicitors on file: See Chern Yang / Joshua Quek

Signed (Defendant/Defendant's solicitor):
Name:     CHIARAVANOND ALISSA (m.w.)
ID No:    United States Passport No. 505844351
Date:     6 February 2024

Drew & Napier LLC

# EXHIBIT 15

**Elena Cordero**

| | |
|---|---|
| **From:** | Phong <phong@fwd.com> |
| **Sent:** | Sunday, September 10, 2023 11:53 PM |
| **To:** | Phong |
| **Subject:** | FW: [EXTERNAL] Re: 1575 .pdf |

Best regards,

**Huynh Thanh Phong**

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

**P**   (852) +85228502988
**E**   phong@fwd.com
**W**   fwd.com



---

**From:** Sa Chiaravanond <sa.chiaravanond@gmail.com>
**Sent:** Wednesday, June 24, 2020 8:43 AM
**To:** Mark Goldsmith <mark.goldsmith42@gmail.com>
**Cc:** Phong <phong@fwd.com>
**Subject:** [EXTERNAL] Re: 1575 .pdf

Many thanks for your note, Mark.
I'll give you a call to discuss in the next 2 days.
Sa

On Tue, Jun 23, 2020 at 17:25 Mark Goldsmith <mark.goldsmith42@gmail.com> wrote:

--
Hi Sa and Phong,
Hope you are both well.
The attached is a list of some of the work my clients did when they purchased the house.
Have you had a chance to look through the inspection reports?
I'd love to talk to you more because there is quite a bit of flexibility from the seller.
Sincerely,
Mark
Kind Regards,
Sa Chiaravanond

**Elena Cordero**

**From:** Phong <phong@fwd.com>
**Sent:** Sunday, September 10, 2023 11:54 PM
**To:** Phong
**Subject:** FW: [EXTERNAL] Re: Confirming 3:00 today at 1575 Stone Canyon

Best regards,

## Huynh Thanh Phong

Group Chief Executive Officer

**FWD Group**

13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing

Hong Kong

14/F, Suntec Tower 4, 6 Temasek Boulevard

Singapore

P    (852) +85228502988
E    phong@fwd.com
W   fwd.com



**From:** Sa Chiaravanond <sa.chiaravanond@gmail.com>
**Sent:** Thursday, June 18, 2020 9:06 AM
**To:** Mark Goldsmith <mark.goldsmith42@gmail.com>
**Cc:** Phong <phong@fwd.com>
**Subject:** Re: [EXTERNAL] Re: Confirming 3:00 today at 1575 Stone Canyon

Hi Mark,

Many thanks for sending the reports over. I am still reviewing some options, and will get back to you shortly.

Have a good evening.
Sa

On Wed, Jun 17, 2020 at 10:51 AM Mark Goldsmith <mark.goldsmith42@gmail.com> wrote:

Hi Sa and Phong,

1

I know you are probably asleep right now but wanted to check in with you and see if you have had the opportunity to review the inspection reports and see if you have any questions etc.

Look forward to speaking with you soon.

Sincerely,

Mark

Mark Goldsmith
COLDWELL BANKER BEVERLY HILLS NORTH
Ranked #28 for Coldwell Banker Nationwide
301 N. Canon Drive, Suite E
Beverly Hills , CA 90210
310.777.6291 - office direct
310.200.6697 - cell
BRE # 01031230
www.markgoldsmithproperties.com


On Mon, Jun 15, 2020 at 5:46 PM Phong <phong@fwd.com> wrote:

Pleasure meeting you today too Mark.


It would be very helpful if we could have access to the reports. Many thanks for trying


Best Regards,


Huynh Thanh Phong

Group Chief Executive Officer

FWD Group


**From:** Mark Goldsmith <mark.goldsmith42@gmail.com>
**Sent:** Tuesday, 16 June 2020 7:36 AM
**To:** Sa Chiaravanond <sa.chiaravanond@gmail.com>
**Cc:** Phong <phong@fwd.com>
**Subject:** [EXTERNAL] Re: Confirming 3:00 today at 1575 Stone Canyon

Pleasure meeting you both today.

I have all inspection reports and even previous inspection reports from when the previous seller purchased the house.

I'd need to check that the seller is ok with releasing the reports as usually that's not done until an offer is received/accepted.

Sincerely,

Mark

Mark Goldsmith

COLDWELL BANKER BEVERLY HILLS NORTH

Ranked #28 for Coldwell Banker Nationwide
301 N. Canon Drive, Suite E
Beverly Hills , CA 90210
310.777.6291 - office direct
310.200.6697 - cell
BRE # 01031230
www.markgoldsmithproperties.com

On Mon, Jun 15, 2020 at 4:30 PM Sa Chiaravanond <sa.chiaravanond@gmail.com> wrote:

Yes, I am here.

On Mon, Jun 15, 2020 at 13:11 Mark Goldsmith <mark.goldsmith42@gmail.com> wrote:

Hi Sa,

3

Your phone does not seem to be working.


Sincerely,


Mark

(310)200-6697

--

Kind Regards,

Sa Chiaravanond


ATTENTION:
The email and any attachments transmitted with it are private and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete this email and any attachments from your system. You should not use, disclose, copy or store this email and any attachments.
Messages and attachments are scanned for all viruses known. However, you are advised that you open any attachments at your own risk. If this message contains password-protected attachments, the files have NOT been scanned for viruses by our mail domain. Please always scan for viruses before opening any attachments.


--
Kind Regards,
Sa Chiaravanond