Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>(Assigned to the Honorable John J. Tuchi) |

Plaintiff Phong Thanh Huynh by and through undersigned counsel, give notice that he served Plaintiff's Initial Disclosure Statement on Plaintiff on September 12, 2024, via electronic mail on counsel of record for Plaintiffs Alissa Chiaravanond, Pacific Shangrila, LLC, Cathedral Shangrila, LLC, Nido de Stelle, LLC, and ILU, LLC (collectively, "Defendants").

RESPECTFULLY SUBMITTED this 12th day of September, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Trevor Wainfeld*
    Devin Sreecharana
    Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

2