Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　　Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>(Assigned to the Hon. John J. Tuchi) |

Pursuant to Rule 5(d) and LR Civ. 5.2, Plaintiff provides notice that on October 23, 2024, he served upon Defendants the following written discovery responses by Electronic Mail, as follows:

- Plaintiff's Responses to Defendants' First Set of Requests For Production of Documents

RESPECTFULLY SUBMITTED this 23rd day of October, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Trevor J. Wainfeld*
　　Devin Sreecharana
　　Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/Moshe Y. Admon*
　　Moshe Y. Admon, Esq.
　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Patrick Emerson McCormick
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One South Church Avenue, Suite 2000
Tucson, Arizona 85701
PMcCormick@lewisroca.com

Eric Levinrad
Amy S. Russell
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
elevinrad@ecjlaw.com
arussell@ecjlaw.com
*Pro Hac Vice*
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

/s/ *Kim Worley*

3