Patrick Emerson McCormick (AZ Bar No. 037036)
PMcCormick@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
One South Church Avenue, Suite 2000
Tucson, Arizona 85701
Telephone: (520) 622-2090
Facsimile: (520) 622-3088

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| PHONG THANH HUYNH,<br><br>  Plaintiff,<br><br>  v.<br><br>ALISSA CHIARAVANOND, an individual resident of Arizona, PACIFIC SHANGRILA LLC, a Nevada limited liability company, CATHEDRAL SHANGRILA LLC, a Nevada limited liability company, NIDO DI STELLE LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,,<br><br>  Defendants. | Case No. 3:23-cv-08622-JJT<br><br>**LEWIS ROCA'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

1

126976303.2

Pursuant to LRCiv 83.3(b), Patrick Emerson McCormick and Lewis Roca Rothgerber Christie LLP (collectively, "Lewis Roca") move to withdraw as counsel for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC ("Defendants"). This motion is made pursuant to Arizona Ethical Rules 1.16(b)(1) and 1.16(b)(5). Defendants were given reasonable notice of Lewis Roca's intent to withdraw but did not remedy the circumstances necessitating withdrawal.[1]

The withdrawal of an attorney as counsel of record is governed by LRCiv 83.3(b), which provides, in relevant part, as follows:

> (b) Withdrawal and Substitution. With the exception of a change of counsel within the same law firm or governmental law office, no attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence and last known telephone number of the client, as follows:
>
> (2) Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions ….

Undersigned counsel certifies that it has informed Defendants in writing of the status of the case, including the dates and time of any court hearings and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for the failure to comply.

Defendant Pacific Shangrila LLC's last known address is:

c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada  89119

---

[1] In accordance with the rules of professional conduct and to preserve client confidences, this Motion is terse with respect to the grounds for withdrawal, but undersigned counsel is prepared to provide, *in camera*, any additional information the Court may require.

126976303.2

Defendant Cathedral Shangrila LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada 89119

Defendant ILU LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 300 West Clarendon Avenue, Suite 240
> Phoenix, Arizona 85013

Defendant Chiaravanond's last known address and telephone number are:

> Address – see below
>
> 951-666-3662

Defendant Chiaravanond is the sole member and manager of each of the other Defendants, and notice of Lewis Roca's withdrawal to any Defendant should be considered effective notice to all Defendants. Defendant Chiaravanond has previously requested that her current residence be kept in confidence due to safety and security concerns arising from this dispute with Plaintiff.

DATED: December 18, 2024        LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                Patrick Emerson McCormick

                                By:    */s/ Patrick Emerson McCormick*
                                       Patrick Emerson McCormick
                                       Attorneys for Defendants Alissa
                                       Chiaravanond, Pacific Shangrila LLC,
                                       Cathedral Shangrila LLC, Nido di Stelle LLC,
                                       and ILU LLC

3

126976303.2

# PROOF OF SERVICE

I, Daniela Rodriguez, declare:

I am a citizen of the United States and employed in Pima County, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One South Church Avenue, Suite 2000, Tucson, Arizona 85701-1611.

On December 18, 2024, I electronically transmitted **Lewis Roca's Motion to Withdraw as Counsel of Record** to the Clerk's office using the CM/ECF System for filing and served through the Notice of Electronic Filing automatically generated by the Court's facilities to the following registrants:

- Eric Levinrad: elevinrad@ecjlaw.com, shassan@ecjlaw.com
- Devin Sreecharana: devin@maypotenza.com, ecordero@maypotenza.com, rgonzales@maypotenza.com
- Trevor J Wainfeld: twainfeld@maypotenza.com, ecordero@maypotenza.com, ladamick@maypotenza.com
- Moshe Y Admon: jeff@admonlaw.com
- Amy Russell: arussell@ecjlaw.com, arector@ecjlaw.com

In addition, on the same date I served a copy of this document via certified mail, return receipt requested, addressed as follows:

- Defendant Pacific Shangrila LLC's
  c/o Registered Agent Solutions, Inc.
  187 East Warm Springs Road, Suite B
  Las Vegas, Nevada  89119
- Defendant Cathedral Shangrila LLC's
  c/o Registered Agent Solutions, Inc.
  187 East Warm Springs Road, Suite B
  Las Vegas, Nevada  89119
- Defendant Nido Di Stelle LLC's
  c/o Registered Agent Solutions, Inc.
  187 East Warm Springs Road, Suite B
  Las Vegas, Nevada  89119
- Defendant ILU LLC's
  c/o Registered Agent Solutions, Inc.
  300 West Clarendon Avenue, Suite 240
  Phoenix, Arizona  85013
- Defendant Alissa Chiaravanond
  Service made via service on other Defendants included herein

126976303.2

1  I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct.

2  Executed on December 18, 2024, in Tucson, Arizona.

         /s/ *Daniela Rodriguez*
         Daniela Rodriguez

5

126976303.2