Eric Levinrad (CA Bar No. 169025/Admitted AZ PHV)
  elevinrad@ecjlaw.com
Amy S. Russell (CA Bar No. 284131/Admitted AZ PHV)
  arussell@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PRESCOTT

| | |
|---|---|
| PHONG THANH HUYNH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALISSA CHIARAVANOND, an individual; PACIFIC SHANGRILA LLC, a Nevada limited liability company; CATHEDRAL SHANGRILA LLC, a Nevada limited liability company; NIDO DI STELLE LLC, a Nevada limited liability company; and ILU LLC, an Arizona limited liability company,<br>,<br>　　　　Defendants. | Case No. 3:23-cv-08622-JJT<br><br>The Hon. John J. Tuchi, Courtroom 505<br><br>**ERVIN COHEN & JESSUP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to LRCiv 83.3(b), Eric Levinrad, Amy Russell and Ervin Cohen & Jessup LLP (collectively, "ECJ") move to withdraw as counsel for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC (collectively, "Defendants"). This motion is made pursuant to Arizona Ethical Rules 1.16(b)(1) and 1.16(b)(5).

ECJ's professional considerations require termination of its representation of Defendants in this action.[1] Defendants have repeatedly been given reasonable notice of ECJ's intent to withdraw but have failed to remedy the circumstances necessitating withdrawal.

The withdrawal of an attorney as counsel of record is governed by LRCiv 83.3(b), which provides, in relevant part, as follows:

> (b) Withdrawal and Substitution. With the exception of a change of counsel within the same law firm or governmental law office, no attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence and last known telephone number of the client, as follows:
>
> (2) Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions ….

---

[1] In accordance with the rules of professional conduct and to preserve client confidences, this Motion is terse with respect to the grounds for withdrawal, but undersigned counsel is prepared to provide, *in camera*, any additional information the Court may require. *See* Maricopa *Co. Public Def. v. Superior Court*, 187 Ariz. 162, 167 (Ariz. Ct. App. 1996) ("We also note the Comment to ER 1.16, which concerns motions to withdraw based on client demands that counsel engage in unprofessional conduct: 'The court may wish an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient.'")

1  Undersigned counsel certifies that it has informed Defendants in writing of the status
2  of the case, including the dates and time of any court hearings and the need to comply with
3  any existing court orders, discovery requests and the possibility of sanctions for the failure
4  to comply.

Defendant Pacific Shangrila LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119; and
>
> 341 San Rafael Avenue
> Belvedere, CA 94920

Defendant Cathedral Shangrila LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119

Defendant Nido Di Stelle LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119

Defendant ILU LLC's last known address is:

> c/o Registered Agent Solutions, Inc.
> 300 West Clarendon Avenue, Suite 240
> Phoenix, Arizona  85013; and
>
> 341 San Rafael Avenue
> Belvedere, CA 94920

Defendant Chiaravanond's last known address and telephone number are:

> Address – see below
>
> 951-666-3662

Defendant Chiaravanond had previously requested that the location of her current residence be kept in confidence due to safety and security concerns arising from this dispute with Plaintiff. In deference to this request, counsel is not disclosing this information in this public filing at this time. While her address is not reflected on the attached proof of service for this reason, undersigned counsel certifies that a copy of this

1 motion has been sent to Defendant Chiaravanond by certified mail to her last known
2 address and has also been emailed to Defendant Chiaravanond at her last known email
3 address.
4     Defendant Chiaravanond is the sole member and manager of each of the other
5 Defendants, and notice of ECJ's withdrawal to any Defendant should be considered effective
6 notice to all Defendants.

7 DATED: December 18, 2024     ERVIN COHEN & JESSUP LLP
8     Eric Levinrad
    Amy S. Russell

11 By:     */s/ Eric Levinrad*
12     Eric Levinrad
    Attorneys for Defendants

## PROOF OF SERVICE

**Huynh v. Chiaravanond**
Case No. 3:23-cv-08622-JJT

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90212-2974.

On December 18, 2024, I served true copies of the following document(s) described as **ERVIN COHEN & JESSUP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Ervin Cohen & Jessup LLP' practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 18, 2024, at Beverly Hills, California.

/s/ Josh Weide
Josh Weide

**SERVICE LIST**
**Huynh v. Chiaravanond**
**Case No. 3:23-cv-08622-JJT**

| | |
|---|---|
| Devin Sreecharana, Esq.<br>Trevor Wainfeld, Esq.<br>**MAY, POTENZA, BARAN & GILLESPIE, P.C.**<br>1850 North Central Ave., Suite 1600<br>Phoenix, Arizona 85021<br>Telephone: (602) 252-1900<br>Facsimile: (602) 252-1114<br>Email: devin@maypotenza.com<br>          twainfeld@maypotenza.com | *Attorneys for Plaintiff* |
| Moshe Y. Admon, Esq.<br>**ADMON LAW FIRM, PLLC**<br>300 Lenora St., #4008<br>Seattle, Washington 98121<br>Telephone: (206) 739-8383<br>Email: jeff@admonlaw.com | *Attorneys for Plaintiff* |
| Patrick Emerson McCormick, Esq.<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>One South Church Avenue, Suite 2000<br>Tucson, Arizona 85701<br>Telephone: (520) 622-2090<br>Facsimile: (520) 622-3088<br>Email: PMcCormick@lewisroca.com | *Attorneys for Defendants* |
| Pacific Shangrila LLC<br>c/o Registered Agent Solutions, Inc.<br>187 East Warm Springs Road, Suite B<br>Las Vegas, Nevada  89119; and<br><br>341 San Rafael Avenue<br>Belvedere, CA 94920 | *Defendants* |
| Cathedral Shangrila LLC:<br>c/o Registered Agent Solutions, Inc.<br>187 East Warm Springs Road, Suite B<br>Las Vegas, Nevada  89119 | *Defendants* |

| | | |
|---|---|---|
| 1 | Nido Di Stelle LLC: | *Defendants* |
| 2 | c/o Registered Agent Solutions, Inc.<br>187 East Warm Springs Road, Suite B | |
| 3 | Las Vegas, Nevada  89119 | |
| 4 | | |
| 5 | ILU LLC:<br>c/o Registered Agent Solutions, Inc. | *Defendants* |
| 6 | 300 West Clarendon Avenue, Suite 240<br>Phoenix, Arizona  85013; and | |
| 7 | 341 San Rafael Avenue | |
| 8 | Belvedere, CA 94920 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA, PRESCOTT**

| | |
|---|---|
| PHONG THANH HUYNH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALISSA CHIARAVANOND, an individual resident of Arizona, PACIFIC SHANGRILA LLC, a Nevada limited liability company, CATHEDRAL SHANGRILA LLC, a Nevada limited liability company, NIDO DI STELLE LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,,<br><br>    Defendants. | Case No. 3:23-cv-08622-JJT<br><br>The Hon. John J. Tuchi, Courtroom 505<br><br>**ORDER GRANTING ERVIN COHEN & JESSUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**[PROPOSED] ORDER**

This matter, having come before this Court on Ervin Cohen & Jessup, LLP's ("ECJ") Motion to Withdraw as Counsel of Record for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC's ("Motion") (ECF No. __), the Court having reviewed ECJ's Motion,

**IT IS HEREBY ORDERED** that ECJ's Roca's Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that all subsequent pleadings and other papers filed in this case shall be directed to Defendants at the following last known addresses until such time as they obtain new counsel of record:

Defendant Pacific Shangrila LLC:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119

Defendant Cathedral Shangrila LLC:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119

Defendant Nido Di Stelle LLC:

> c/o Registered Agent Solutions, Inc.
> 187 East Warm Springs Road, Suite B
> Las Vegas, Nevada  89119

Defendant ILU LLC:

> c/o Registered Agent Solutions, Inc.
> 300 West Clarendon Avenue, Suite 240
> Phoenix, Arizona  85013

Defendant Alissa Chiaravanond:

> As sole member and manager of the other Defendants, and due to Defendant Chiaravanond's safety and security concerns arising from this dispute with Plaintiff, notice on all other Defendants will be considered notice on Defendant Chiaravanond until otherwise indicated.

1  IT IS SO ORDERED.
2  DATED: _____, 2024  _____
3                                    Hon. John J. Tuchi
4                                    UNITED STATES DISTRICT JUDGE