# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is Ervin Cohen & Jessup's Motion to Withdraw as Counsel of Record (Doc. 57) filed by Ervin Cohen & Jessup, LLP through Eric Levinrad and Amy Russell. Upon review, the Court will grant the motion.

The Court will order Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC to retain counsel who shall file a notice of appearance by **January 30, 2025** or if Defendants choose to represent themselves, they must file a notice to that effect by that date. Because Defendant Chiaravanond has represented that she is the sole member and manager of the LLC Defendants, they can also appear *pro se*.

The Court warns Defendants that if they elect to proceed as a *pro se* party, they will be held to comply with all court orders in this matter, as well as the Federal Rules of Civil Procedure, the Local Rules of Practice for the District Court of Arizona, the Federal Rules of Evidence and any other applicable federal rules. The Court further advises that, per Federal Rule of Civil Procedure 16(f), Defendants must appear at all hearings and pre-trial

conferences, and failure to do so may result in the Court imposing sanctions against them for such failure, up to and including entry of default, as appropriate.

**IT IS HEREBY ORDERED** granting Ervin Cohen & Jessup's Motion to Withdraw as Counsel of Record (Doc. 57). Eric Levinrad and Amy Russell and the firm of Ervin Cohen & Jessup, LLP are permitted to withdraw as counsel for Defendants.

**IT IS FURTHER ORDERED** that Defendants shall either retain counsel who shall file a notice of appearance in this matter by **January 30, 2025**, or file a notice by that date advising that they intend to proceed *pro se*.

**IT IS FURTHER ORDERED** that Eric Levinrad and Amy Russell and the firm of Ervin Cohen & Jessup, LLP shall immediately transmit a copy of this Order to Defendants by U.S. Mail and electronically.

Dated this 19th day of December, 2024.

Honorable John J. Tuchi
United States District Judge