# EXHIBIT A

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Civil Action No.: CV-2308622-PCT-JJT<br><br>**DECLARATION OF CYRIL TING SHI JIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVERSHIP OVER PACIFIC SHANGRILA LLC AND ILU LLC** |

I, Cyril Ting Shi Jie, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am submitting this declaration in support of Phong Thanh Huynh's request for the appointment of a receiver over Pacific Shangrila LLC ("Pacific") and ILU LLC ("ILU").

4. I am an advocate and solicitor of Singapore with the law firm M/s Harry Elias Partnership LLP in Singapore, and I represent Phong Thanh Huynh in the following matters in the Family Justice Courts Of The Republic Of Singapore involving Ms. Alissa Chiaravanond:

   a. Writ for Nullity commenced by Alissa Chiaravanond on 9 October 2023 viz FC/D 4829/2023 ("Nullity Proceedings"). In the Nullity Proceedings, Alissa Chiaravanond was the Plaintiff, and Phong Thanh Huynh was the Defendant. Ms. Chiaravanond was represented by M/s Drew & Napier LLC ("M/s D&N") until 1 November 2024. During the course of the Nullity Proceedings, M/s D&N became unable to contact Ms. Chiaravanond to obtain her instructions. This was first indicated by M/s D&N to the Court at a Status Conference on 16 September 2024. M/s D&N was subsequently directed to file their solicitors' discharge application and they did so viz Summonses FC/SUM 3300/2024, which was heard and granted on 1 November 2024. Since 1 November 2024, Ms. Chiaravanond has been self-represented but has remained absent since, where she was absent for further Status Conferences on 1 November 2024, 29 November 2024 and 20 December 2024 despite having been served with the relevant Court Notices directing for her to attend the same. Due to her persistent absence, at the Status Conference on 20 December 2024, we made an oral application to strike out the Nullity Proceedings and the Court proceeded to grant the same. Attached hereto as **Exhibit 1** is the screenshot of the online case file for the Nullity Proceedings obtained from the eLitigation system, demonstrating the Status Conferences fixed for the Nullity Proceedings, with the outcome of the final Status Conference on 20 December 2024 indicating that the matter has been "Struck off".

   b. Writ of Judicial Separation commenced by Phong Thanh Huynh on 10 November 2023 viz FC/D 5408/2023 ("JS Proceedings") against Alissa

2

Chiaravanond. In the JS Proceedings, Alissa Chiaravanond was the Defendant, and Phong Thanh Huynh was the Plaintiff. Ms. Chiaravanond was similarly represented by M/s D&N until 1 November 2024 and applied to be discharged from representing Ms. Chiaravanond viz FC/SUM 3300/2024 for the same reasons enumerated earlier in this declaration. Since 1 November 2024, Ms. Chiaravanond has been self-represented but has remained absent since, where she was absent for a further Status Conferences on 1 November 2024 and 29 November 2024 and the trial of the JS Proceedings on 7 January 2025 despite having been served with the relevant Court Notices directing for her to attend the same. The JS Proceedings proceeded for a contested trial on 7 January 2025 in her absence. At the conclusion of the trial, the Family Justice Court granted the Judgment for Judicial Separation and we have since applied for a copy of the sealed Judgment for Judicial Separation and are pending receipt of the same from the Court. Attached hereto as **Exhibit 2** is (i) the screenshot of the online case file for the JS Proceedings obtained from the eLitigation system, demonstrating the Status Conferences fixed for the JS Proceedings, with the outcome of the trial on 7 January 2025; and (ii) a copy of the Judgment for Judicial Separation which we applied for and where the sealed copy is pending.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10th day of January, 2025.



_____
Cyril Ting Shi Jie

3

# EXHIBIT 1

Welcome, **Ting Shi Jie Cyril** from **Harry Elias Partnership LLP** | Logout ⏻ | FAQs | User Guide | Contact Info | RSS

## FC/D 4829/2023

Alissa Chiaravanond v Thanh Phong Huynh     **Case Status:** Concluded

| Case | Party | Documents | **Hearing** | History | Bill Details | Cause Book Search | Notification |

Enter text to search

| Hearing Date ⇅ | Subcase No ⇅ | Hearing Type/Subject ⇅ | Virtual Hearing Info | Venue ⇅ | Coram ⇅ | Outcome ⇅ | Action |
|---|---|---|---|---|---|---|---|
| 20-Dec-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Struck Off | |
| 29-Nov-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 01-Nov-2024 04:00 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 01-Nov-2024 04:00 PM | FC/SUM 3300/2024 | Family - OS/Summons (Registrar) | | Virtual Venue (FJC) | Tamasin Tan | Order In Terms | Prepare Draft Order Of Court |
| 25-Oct-2024 09:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 25-Oct-2024 09:30 AM | FC/SUM 3300/2024 | Family - OS/Summons (Registrar) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 11-Oct-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 16-Sep-2024 10:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 15-Jul-2024 02:30 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 14-Jun-2024 02:30 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 31-May-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 26-Apr-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 19-Apr-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Refixed | |
| 15-Mar-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Vacated | |
| 15-Mar-2024 09:30 AM | | Status Conference (Family) | | | | Refixed | |
| 27-Feb-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Michelle Elias Solomon | Adjourned | |
| 23-Jan-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Marcus Ho | Adjourned | |
| 04-Jan-2024 09:50 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tan Zhi Xiang | Adjourned | |

# EXHIBIT 2

Welcome, **Ting Shi Jie Cyril** from **Harry Elias Partnership LLP** | **Logout** | FAQs | User Guide | Contact Info | RSS

**FC/D 5408/2023**

PHONG THANH HUYNH v CHIARAVANOND ALISSA (m.w.)

**Case Status:** Pending

Case | Party | Documents | Hearing | History | Bill Details | Cause Book Search | Notification

Enter text to search | Searc

| Hearing Date | Subcase No | Hearing Type/Subject | Virtual Hearing Info | Venue | Coram | Outcome | Action |
|---|---|---|---|---|---|---|---|
| 21-Feb-2025 10:00 AM | | Family - Case Conference (AM) | | | | | |
| 07-Jan-2025 02:30 PM | | Family - Contested Divorce Hearing | | FJC Court 5G | Edmund Chew | IJ Granted - AM adjourned to Chambers | Prepare draft Interim Judgment |
| 29-Nov-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Fix Hearing | |
| 01-Nov-2024 04:00 PM | FC/SUM 3301/2024 | Family - OS/Summons (Registrar) | | Virtual Venue (FJC) | Tamasin Tan | Order In Terms | Prepare Draft Order Of Court |
| 01-Nov-2024 04:00 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 25-Oct-2024 09:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 25-Oct-2024 09:30 AM | FC/SUM 3301/2024 | Family - OS/Summons (Registrar) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 11-Oct-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 16-Sep-2024 10:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 15-Jul-2024 02:30 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 14-Jun-2024 02:30 PM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 31-May-2024 11:00 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 26-Apr-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Tamasin Tan | Adjourned | |
| 15-Mar-2024 09:30 AM | | Status Conference (Family) | | | | Vacated | |
| 27-Feb-2024 10:30 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Michelle Elias Solomon | Adjourned | |
| 23-Jan-2024 10:10 AM | | Status Conference (Family) | | Virtual Venue (FJC) | Marcus Ho | Adjourned | |
| 20-Jan-2024 10:47 AM | FC/SUM 198/2024 | Duty Registrar Hearing | | | Sheik Mustafa Bin Abu Hassan | Order In Terms | |

Showing 1-17 of 17

Previous 1 Next Go to page: Go Items Per Page 25





IN THE FAMILY JUSTICE COURTS OF THE REPUBLIC OF SINGAPORE

Case No.: FC/D 5408/2023

Between

PHONG THANH HUYNH
(FIN No. F2558805M)

...Plaintiff

Date of Order: 07-January-2025

Made By: Edmund Chew
District Judge in Open Court

And

CHIARAVANOND ALISSA (m.w.)
(United States Passport No. 505844351)

...Defendant

## JUDGMENT OF JUDICIAL SEPARATION

1. Particulars of Marriage to which this Judgment of Judicial Separation relates (the Marriage)
    a. Date and place of solemnization of the marriage: 01-May-2022, Canada
    b. Date and place of registration of the marriage: 07-May-2022, Canada

2. Judgment of Judicial Separation Granted in Open Court.
    a. Parties Present:
        i. Plaintiff's Counsel
        ii. Plaintiff

    b. Pronouncement by the Judge:
        i. That the Plaintiff has sufficiently proven the contents of the Statement of Claim;
        ii. and that a Judgment of Judicial Separation be granted by the reason that:
            The Defendant has behaved in such a way that the Plaintiff cannot reasonably be expected to live with the Defendant.

3. Further Orders Made:
    a. The Defence and Counterclaim is struck out.
    b. Paragraphs 7(b), 7(c), 7(d), 7(e) and 7(f) of Statement of Claim are adjourned to be heard in Chambers.
    c. In respect of FC/SUM 198/2024, costs of $1,000 (inclusive of disbursements) to be payable by the Defendant to the Plaintiff forthwith.
    d. In respect of FC/D 5408/2023, costs of $4,000 and disbursements of $1,737.19 to be payable by the Defendant to the Plaintiff forthwith.