# EXHIBIT C

Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>            Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>            Defendants. | Civil Action No.: CV-2308622-PCT-JJT<br><br>**DECLARATION OF PHONG THANH HUYNH IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVERSHIP OVER PACIFIC SHANGRILA LLC AND ILU LLC** |

I, Phong Thanh Huynh, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am the Plaintiff in this action. I am submitting this declaration in support of my request for the appointment of a receiver over Pacific Shangrila LLC ("Pacific") and

ILU LLC ("ILU").

4. The email attached hereto as **Exhibit 1** is a true and correct copy of an email exchange I had with HOAMCO, the property management company for the property located at 95 Ravens Call Pl., Sedona, AZ 86336, together with a Demand Letter and Intent to File Notice of Lien and Statement provided by HOAMCO in that email chain.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10th day of January, 2025.



Phong Thanh Huynh

2

# EXHIBIT 1



**From:** Terry Bayne <tbayne@HOAMCO.com>
**Sent:** Tuesday, 16 July 2024 12:21 am
**To:** Phong <phong@fwd.com>
**Subject:** RE: ACCOUNT #▮▮▮▮▮▮4411

**CAUTION:** This email is from external sender, please be cautious when clicking on links and opening attachments.

Mr. Phong, thank you for your response. I have changed the mailing address in your account for future mailings. Do you want the mailing address for Nido Di Stelle, the registered owner of this property, to be the same as yours or should it stay the same one in Los Angeles?

I have also attached a copy of the letter that was returned for your information, along with a current statement of your account.

If you have any questions, please contact your Community Manager, Chrystalyn Lash at 928-282-4479 Ext 1206 or email at clash@hoamco.com, as I am only following up on returned mail and cannot assist you with any accounting questions.

Also, because this mailing address is out of the United States, I would suggest that you receive your statements by email. To do that you will need to send an email to Michelle Martinez at mmartinez@hoamco.com, with your account number and the email address you wish the statement sent to and she can set that up for you.

Thank you,

# Terry Bayne
Administrative Assistant



**tel** (928) 776-4479 ext 1102

**email** tbayne@hoamco.com

**hoamco.com**

3205 Lakeside Village, Prescott, AZ 86301
PO Box 10000, Prescott, AZ 86304

  

"How did we do?" Let us know at the HOAMCO Satisfaction Questionnaire

"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

**From:** Phong <phong@fwd.com>
**Sent:** Friday, July 5, 2024 9:33 PM
**To:** Terry Bayne <tbayne@HOAMCO.com>
**Subject:** RE: ACCOUNT #████4411

Please could you change the mailing address to

19 Cove Grove
Singapore 098214
Singapore

Many thanks

Best regards,

### Huynh Thanh Phong
Group Chief Executive Officer

**FWD Group**
13/F, City Plaza 3, 14 Taikoo Wan Road, Taikoo Shing
Hong Kong
14/F, Suntec Tower 4, 6 Temasek Boulevard
Singapore

P  (852) +85228502988
E  phong@fwd.com
W  fwd.com



**From:** Terry Bayne <tbayne@HOAMCO.com>
**Sent:** Friday, June 28, 2024 10:57 PM
**To:** Phong <phong@fwd.com>
**Subject:** ACCOUNT #▮▮▮▮▮4411

CAUTION: This email is from external sender, please be cautious when clicking on links and opening attachments.

Mr. Phong , I am with HOAMCO the HOA property management company for your property in Cross Creek Ranch at 95 Ravens Call Pl, Sedona AZ 86336.  A recent mailing to you at that address was returned by the post office as undeliverable.  If you would please reply to this email with your correct mailing address I will update our records.

Thank you,

**Terry Bayne**
Administrative Assistant



tel (928) 776-4479 ext 1102
email tbayne@hoamco.com
hoamco.com
3205 Lakeside Village, Prescott, AZ 86301
PO Box 10000, Prescott, AZ 86304

  

"How did we do?" Let us know at the HOAMCO Satisfaction Questionnaire

"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

ATTENTION:
The email and any attachments transmitted with it are private and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete this email and any attachments from your system. You should not use, disclose, copy or store this email and any attachments.
Messages and attachments are scanned for all viruses known. However, you are advised that you open any attachments at your own risk. If this message contains password-protected attachments, the files have NOT been scanned for viruses by our mail domain. Please always scan for viruses before opening any attachments.

**CROSS CREEK RANCH COMMUNITY ASSOCIATION**

## DEMAND LETTER AND INTENT TO FILE
## NOTICE OF LIEN

June 6, 2024

007
HUYNH THANH PHONG
95 RAVENS CALL PL
SEDONA, AZ 86336

Re: Account # ▮▮▮▮4411
    95 RAVENS CALL PL

Dear HUYNH THANH PHONG:

The undersigned represents CROSS CREEK RANCH COMMUNITY ASSOCIATION. **This letter attempts to collect a debt. Any information obtained will be used for that purpose.** Your current balance due to CROSS CREEK RANCH COMMUNITY ASSOCIATION is $2,885.00 which includes:

INTENT TO LIEN - $65.00
SPECIAL RESERVE ASSESSMENT - $2,750.00
COLLECTION NOTICE FEE - $70.00

Please be advised that the Association's late policy states, "A late fee will be assessed if not paid within 15 days of its due date. In addition to the late fee the assessment shall bear interest from the date of delinquency at a rate of 10% per annum". If you have received this letter your account is approaching 90 days or more of delinquency.

This letter serves as your 30-day notice prior to a notice of lien being recorded and **is your last opportunity** to pay the balance due in full, before legal action is initiated. Upon receiving this letter, you have thirty (30) days to comply by bringing your account current or contacting our office to make payment arrangements. Payments can be made online at www.hoamco.com or mailed to CROSS CREEK RANCH COMMUNITY ASSOCIATION, C/O HOAMCO – PO Box 94346, Las Vegas, NV 89193.

**IMPORTANT - YOU WILL NOT BE NOTIFIED AGAIN.** Immediately upon becoming 120 days delinquent a notice of lien may be recorded against the property. Additional collection fees may be incurred. Your immediate attention is required to avoid further costs. Please contact me at 928-282-4479 to make payment arrangements or inform us of your payment. Upon thirty (30) days after the recording of the notice of lien against the property the account may be sent to a collection agency.

**You are further advised that unless, within thirty (30) days after the receipt of this letter, you dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid. If you notify us in writing thirty (30) days after the receipt of this letter that you dispute the debt, or any portion thereof, we will mail you verification of the debt.**

Your prompt attention to this matter is both encouraged and appreciated.

Sincerely,

Chrystalyn Lash, Community Association Manager
On behalf of the Board of Directors for
CROSS CREEK RANCH COMMUNITY ASSOCIATION

**CROSS CREEK RANCH COMMUNITY ASSOCIATION**
35 BELL ROCK PLAZA STE A
SEDONA, AZ 86351
928-282-4479

| Due Date | Account Number |
|---|---|
| 7/15/2024 | 4411 |

Your auto debit payment for the balance due will be processed between the 3rd and 5th of the month. It may take up to 48 hours for the transaction to post to your bank account.

NIDO DI STELLE
2457 ANGELO DRIVE
LOS ANGELES , CA 90077

RE: 95 RAVENS CALL PL
SEDONA, AZ 86336

## Statement

| Date | Description | Ref# | Charges | Payment | Balance |
|---|---|---|---|---|---|
| Homeowner Account History | | | | | |
| 6/15/2023 | Previous Balance | | | | $0.00 |
| 6/15/2023 | June 2023 - Special Reserve Assmt-1st half | | $1,375.00 | | $1,375.00 |
| 7/1/2023 | July 2023 - Quarterly Assessment | | $725.00 | | $2,100.00 |
| 7/1/2023 | July 2023 - Quarterly Internet Assessment | | $74.10 | | $2,174.10 |
| 7/1/2023 | July 2023 - Quarterly Water Assessment | | $54.00 | | $2,228.10 |
| 7/6/2023 | Auto Debit Payment | | | ($725.00) | $1,503.10 |
| 7/6/2023 | Auto Debit Payment | | | ($74.10) | $1,429.00 |
| 7/6/2023 | Auto Debit Payment | | | ($54.00) | $1,375.00 |
| 9/15/2023 | September 2023 - Special Reserve Assmt-2nd half | | $1,375.00 | | $2,750.00 |
| 10/1/2023 | October 2023 - Quarterly Assessment | | $725.00 | | $3,475.00 |
| 10/1/2023 | October 2023 - Quarterly Internet Assessment | | $67.50 | | $3,542.50 |
| 10/1/2023 | October 2023 - Quarterly Water Assessment | | $54.00 | | $3,596.50 |
| 10/3/2023 | Auto Debit Payment | | | ($725.00) | $2,871.50 |
| 10/3/2023 | Auto Debit Payment | | | ($67.50) | $2,804.00 |
| 10/3/2023 | Auto Debit Payment | | | ($54.00) | $2,750.00 |
| 1/1/2024 | January 2024 - Quarterly Assessment | | $810.00 | | $3,560.00 |
| 1/1/2024 | January 2024 - Quarterly Internet Assessment | | $67.50 | | $3,627.50 |
| 1/1/2024 | January 2024 - Quarterly Water Assessment | | $54.00 | | $3,681.50 |
| 8/1/2024 | Continued on Next Page | | | | |

NIDO DI STELLE
2457 ANGELO DRIVE
LOS ANGELES, CA 90077

| Due Date | Account Number |
|---|---|
| 7/15/2024 | 4411 |

| Date | Description | Ref# | Charges | Payment | Balance |
|---|---|---|---|---|---|
| 1/3/2024 | Auto Debit Payment | | | ($810.00) | $2,871.50 |
| 1/3/2024 | Auto Debit Payment | | | ($67.50) | $2,804.00 |
| 1/3/2024 | Auto Debit Payment | | | ($54.00) | $2,750.00 |
| 3/26/2024 | Collection Notice Fee | | $35.00 | | $2,785.00 |
| 3/26/2024 | Late Fee | | $275.00 | | $3,060.00 |
| 4/1/2024 | April 2024 - Quarterly Assessment | | $810.00 | | $3,870.00 |
| 4/1/2024 | April 2024 - Quarterly Internet Assessment | | $67.50 | | $3,937.50 |
| 4/1/2024 | April 2024 - Quarterly Water Assessment | | $54.00 | | $3,991.50 |
| 4/5/2024 | Auto Debit Payment | | | ($810.00) | $3,181.50 |
| 4/5/2024 | Auto Debit Payment | | | ($275.00) | $2,906.50 |
| 4/5/2024 | Auto Debit Payment | | | ($67.50) | $2,839.00 |
| 4/5/2024 | Auto Debit Payment | | | ($54.00) | $2,785.00 |
| 4/26/2024 | Collection Notice Fee | | $35.00 | | $2,820.00 |
| 6/6/2024 | Intent to Lien Fee | | $65.00 | | $2,885.00 |
| 7/1/2024 | July 2024 - Quarterly Assessment | | $810.00 | | $3,695.00 |
| 7/1/2024 | July 2024 - Quarterly Internet Assessment | | $67.50 | | $3,762.50 |
| 7/1/2024 | July 2024 - Quarterly Water Assessment | | $54.00 | | $3,816.50 |
| 7/3/2024 | Auto Debit Payment | | | ($810.00) | $3,006.50 |
| 7/3/2024 | Auto Debit Payment | | | ($67.50) | $2,939.00 |
| 7/3/2024 | Auto Debit Payment | | | ($54.00) | $2,885.00 |
| 8/1/2024 | Current Account Balance | | | | $2,885.00 |

Account #: 4411
Amount Due: $2,885.00
Date Due: 7/15/2024

Check #: _____
Amount Paid: _____

NIDO DI STELLE
95 RAVENS CALL PL
SEDONA, AZ 86336

Account Number
4411

Make check payable to:
CROSS CREEK RANCH COMMUNITY ASSOCIATION

CROSS CREEK RANCH COMMUNITY ASSOCIATION
PO BOX 94346
LAS VEGAS, NV 89193-4346

Date Due
7/15/2024

If RECEIVED After
8/15/2024

Amount Due
$2,885.00

Pay This Amount
$3,173.50