# EXHIBIT D

Case 3:23-cv-08622-JJT     Document 61-4     Filed 01/13/25     Page 1 of 7

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com

Moshe Y. Admon, Esq. (*Admission Pending*)
State Bar No. 034169
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**ADAM NACH'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVERSHIP OVER PACIFIC SHANGRILA LLC AND ILU LLC** |

STATE OF ARIZONA    )
                    )
COUNTY OF MARICOPA  )

Adam Nach, states under oath:

1. I am over the age of 18 and am competent to testify to the matters addressed herein.

2. I am the president of Peak Performance Restructuring Services, LLC ("PPRS").

3. This affidavit is provided in my capacity as an officer of PPRS.

4. I am familiar with the provisions of the Arizona Uniform Commercial Real Estate Receivership Act, A.R.S. §§ 33-2601 *et seq.* ("UCRERA").

5. I am not an affiliate, officer, or attorney of Phong Thanh Huynh, Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company.

6. I do not have any materially adverse interest to any of the above-named parties.

7. I do not have a material financial interest in the outcome of this matter.

8. I do not have a debtor-creditor relationship with any of the above-named parties.

9. I do not hold an equity interest in Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company.

10. I have no interest in the action Case No.: CV-2308622-PCT-JJT.

11. I am not otherwise disqualified under the provisions of UCRERA or FRCP Rule 66.

12. A true and correct copy of my curriculum vitae, providing my experience and credentials, is attached hereto as **Exhibit 1**.

13. I have experience as receivers for companies holding residential property and raw land.

14. The standard hourly rates for PPRS are as follows:

2

|   |                      |          |
|---|----------------------|----------|
| a. | Receiver            | $395/hr. |
| b. | Director            | $350/hr. |
| c. | Associate/Manager   | $275/hr. |
| d. | Support Staff       | $95/hr.  |
| e. | Consultants         | $300/hr. |

FURTHER AFFIANT SAYETH NAUGHT. _____

SUBSCRIBED AND SWORN to me this 9th day of January, 2025.

_____
Notary Public

My Commission Expires:

JESSICA KATHERINE LEO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
Commission #: 638856
My Comm. Expires September 25, 2026

# EXHIBIT 1



**Curriculum Vitae-Adam Nach**

**Peak Performance Restructuring Services, LLC**
President/Founder, 2021 to present.
Mr. Nach, through Peak Performance Restructuring Services, LLC, serves as a Court Appointed Receiver, Trustee, Liquidating Agent and Independent Director/Manager and other fiduciary roles.

**Lane & Nach, PC**
President/Founder/Attorney, 2000 to the present.
Mr. Nach serves as President of Lane & Nach, PC. His firm provides legal services to the following client groups: Lenders, Landlords, Receivers, Bankruptcy Trustees, Assignees in Assignment for Benefit of Creditors, Liquidating Agents, Directors, Managers, in substantive areas of law including Commercial Litigation, Bankruptcy, Business Transactions, Landlord/Tenant and Debtor/Creditor Relations, International Transactions and International Litigation.

**Brandes, Lane & Joffe, PC**
Associate Attorney, 1994 to 1999.
Mr. Nach represented clients in drafting agreements related to commercial transactions and represented clients in commercial litigation matters and bankruptcy matters.

**US Bankruptcy Court for the District of Arizona**
Judicial Clerk to the Honorable Chief Judge Robert G. Mooreman, 1991 to 1993.
Mr. Nach served as a term law clerk.  He prepared Judge Mooreman for court hearings and trials, and reviewed and analyzed complex bankruptcy issues.  He also assisted many visiting Bankruptcy Judges in the District of Arizona that presided in jurisdictions throughout the 9th Circuit.  He drafted opinions, orders and judgments for the Judges. Mr. Nach presided over court hearings including, but not limited to, Chapter 13 hearings and summary proceedings.  He managed bankruptcy staff attorneys and student externs.

**Credentials**
 Licensed attorney in Arizona
 Admitted to U.S. Supreme Court, 9th Circuit Court of Appeals, District Court of Arizona
 Admitted in several jurisdictions through Pro Hac Vice
 Board Certified Bankruptcy Law Specialist – State Bar of Arizona
 Board Certified – Creditors' Rights Law – American Board of Certification
 Martindale-Hubbell AV rated.

**Professional Affiliations**
    American Bankruptcy Institute
    Arizona Private Lenders Association
    Arizona Trustee Association
    California Receivers Forum
    Commercial Receivers Association
    National Association of Bankruptcy Trustees
    National Association of Federal Equity Receivers
    Private Directors Association
    Turnaround Management Association

**Presentations and Publications from 1991 to the Present**
    American Bankruptcy Institute
    Arizona School of Real Estate
    Arizona Trustee Association
    Association for Financial Professionals of Arizona
    California Receivers Forum
    City of Phoenix
    Commercial Receivers Association
    Financial Poise
    Lorman Education
    Maricopa County Bar Association
    National Association of Bankruptcy Trustees
    National Business Institute
    Norton Bankruptcy Institutes
    Phoenix College
    Sports Financial Advisors Association
    State Bar of Arizona
    Strategic Alternatives to Distressed Business
    Turnaround Management Association