Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR EXPEDITED & *EX PARTE* CONSIDERATION RE EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVERSHIP OVER PACIFIC SHANGRILA LLC AND ILU LLC** |

Plaintiff Phong Thanh Huynh, through undersigned counsel, hereby provides notice for his request that the Court consider his Emergency Motion for the Appointment of a Receivership over Pacific Shangrila LLC and ILU LLC (the "Motion") on an expedited and *ex parte* basis.

Plaintiff does not make this request for expedited consideration lightly. As described

in the Motion, the Palisades Fire in Malibu, California is destroying the area in which properties subject to this litigation are located. As provided in the Motion, Defendants, who presently hold title to those properties, are nowhere to be found. There is evidence they have not been maintaining the subject Arizona properties, suggesting they may also be neglecting the Malibu properties. The forthcoming days and weeks could be key to preserving the Malibu properties' value, whether that involves promptly repairing damage that could quickly deteriorate and become worse, and make timely insurance claims, if possible. Local authorities, utilities, and other service providers may need access to the properties in furtherance of public safety. A receiver's prompt access to and control over these properties, through the entities that hold title to them, is vital to limiting the damage both to the properties at issue in this case and the Malibu community, as well as the parties' claimed interest in the properties.

Plaintiff's request for *ex parte* consideration is also not made lightly.[1] The Court's recent mail to Defendants was returned. (Docs. 60, 60-1). The Declaration of Trevor J. Wainfeld, attached to the Motion, identifies the efforts Mr. Huynh's counsel has made to contact Defendants since their counsel withdrew, to no avail. Defendant Chiaravanond's legal counsel for her marital proceedings in Singapore against Mr. Huynh withdrew because of an inability to contact her. Defendant Chiaravanond's absence is highly concerning because she owns and controls the subject Defendant entities and, thereby, the Malibu properties (pending the outcome of this litigation). Defendants' timely (or even expedited) response to the Motion is highly unlikely considering Defendant Chiaravanond's apparent disappearance over the past few months and Defendants' disengagement from this case.

Mr. Huynh respectfully requests the Court consider the Motion on an expedited basis, without response from Defendants, given the emergent circumstances arising from the Palisades Fire . Mr. Huynh, through counsel, will provide Defendants notice of this request,

---

[1] Although Mr. Huynh requests *ex parte* consideration, undersigned is serving the Motion and this Notice on the Defendants as identified in the certificates of service. Mr. Huynh nevertheless requests the Court order his requested relief before waiting for Defendants' response, which is unlikely to come promptly, if at all. *See* Motion at Section II(B).

2

the Motion, and the related filings as previously ordered by the Court. *See* (Docs. 58 and 59).

RESPECTFULLY SUBMITTED this 13th day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Devin Sreecharana*
Devin Sreecharana, Esq.

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*