Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**NOTICE OF DISCOVERY DISPUTE**<br><br>(Telephonic Hearing Requested) |

　　　　Pursuant to Paragraph 9 of the Scheduling Order (Doc. 47), Plaintiff Phong Thanh Huynh submits the following written summary of his position regarding a discovery dispute that cannot be resolved despite sincere efforts to resolve the matter. In the Notice of Certification of Attempted Conferral filed herewith, Plaintiff's counsel certifies attempts to resolve this matter through personal consultation, but Defendants have not engaged. Therefore,

only Plaintiff's portion is provided below.

## I. PLAINTIFF'S PORTION

On November 12, 2024, Plaintiff served on Defendants his First Set of (1) Requests for Production, (2) Requests for Admission, and (3) Interrogatories (collectively, "<u>Written Discovery</u>"). (Doc. 54). Defendants' responses were due on December 12, 2024. On December 9, 2024, Defendants' former counsel requested a ten-day extension, which undersigned counsel granted through December 23, 2024. On December 18, 2024, Defendants' former counsel moved to withdraw ("<u>Withdrawal Motions</u>"). (Docs. 56, 57). On December 19, 2024, Defendants' former counsel informed undersigned "that the circumstances that have caused us to file the motion to withdraw render it impossible for us to provide responses to the discovery next week as scheduled." (Doc. 61-2 at ¶ 9). Defendants did not propose a further extended response deadline. On December 20, 2024, the Court granted the Withdrawal Motions. (Docs. 58, 59). Defendants have not responded to the Written Discovery or to Plaintiff's request to meet and confer regarding the Written Discovery. Defendants have not produced any documents in this case. (Docs. 45; 61-2 at ¶¶ 4, 5, 13).

The Written Discovery seeks material information about five multi-million-dollar investment properties in which Plaintiff alleges an ownership interest, and Defendants' alleged scheme to defraud Plaintiff from holding such interests – the crux of his case. (Doc. 1, ¶¶ 3-10, Prayer for Relief; Doc. 61 at 7:4-15; Doc. 61-2 at ¶ 6). For example, the Written Discovery seeks documents, communications, and information relating to: the entity Defendants' formation, operations, governance, and finances; Defendants' acquisition, maintenance, and improvement of the properties; and Defendant Chiaravanond's contention that Plaintiff gifted her, as a dowry, millions of dollars to purchase the properties to his exclusion. (Doc. 61-2 at Exhibits 2-4). Meanwhile, and concerningly, Defendants have listed some of the properties for sale over Plaintiff's objection. (Doc. 61 at 11:26-28). Defendants' failure to participate in disclosure and discovery also critically concerns Plaintiff given the Palisades Fire. (Doc. 61).

Plaintiff requests the Court order Defendants to respond to the Written Discovery within one week of the impending telephonic conference, and award Plaintiff attorneys' fees

1 | and costs related to this dispute and any other sanction the Court deems appropriate.

RESPECTFULLY SUBMITTED this 14th day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*