Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
        twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>        Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>        Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL**<br><br>(Telephonic Hearing Requested) |

Pursuant to L.R.Civ. 12.1(c) and the September 19, 2024 Scheduling Order (Doc. 47 at ¶ 9), undersigned counsel certifies that Plaintiff has made sincere efforts to resolve this matter without judicial intervention. Prior to filing the Notice of Discovery Dispute, Plaintiff took the following actions after Defendants' extended deadline (December 23, 2024) to respond to Plaintiff's discovery that is the subject of the Notice of Discovery Dispute.

1. On December 27, 2024, Plaintiff's counsel attempted to communicate with Defendants about their outstanding discovery responses by sending a letter (certified mail) to the statutory agent for the Corporate Defendants.[1] (Doc. 61-2 at ¶ 10 thereto). Plaintiff is aware the letter was successfully delivered to the statutory agent on December 30, 2024 because the online USPS tracking service states the letter was successfully delivered. The letter requested Defendant Chiaravanond contact Plaintiff's counsel by January 6, 2024 to address the outstanding discovery responses.

2. On December 30, 2024, the Court filed an Undeliverable Return Receipt for Nido di Stelle LLC (Doc. 60) and Pacific Shangrila LLC (Doc. 60-1) because mail was undeliverable to these same statutory agents. To avoid a similar outcome, on January 3, 2025, undersigned counsel sent an email to an email address (sa@megagroup.io) Defendant Chiaravanond used at times to communicate with Plaintiff and service providers for the Investment Properties. The email to Defendant Chiaravanond attached the December 27, 2024 certified letter attached and requested Defendants' response by January 9, 2025. Undersigned has not received any communication from Chiaravanond or anyone purporting to represent Defendants to date.

Despite the Plaintiff's above-referenced efforts, Defendants have not responded, let alone addressed the outstanding discovery responses, necessitating judicial intervention.

RESPECTFULLY SUBMITTED this 14th day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ Trevor J. Wainfeld
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.

---

[1] Plaintiff and his counsel was and remains concerned about this method of communication—primarily because of the time lag in communication, the fact that Defendant Chiaravanond previously declared under penalty of perjury that she did not receive the complaint that was served on one of these statutory agents (Doc. 29, ¶ 15), and because her Singaporean counsel in the related marital proceedings withdrew from representation of her because they lost contact with her (Doc. 61-1 at ¶ 4(a)).

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*

3