# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue are Plaintiff Phong Thanh Huynh's Emergency Motion for the Appointment of a Receivership Over Pacific Shangrila LLC and ILU LLC, which Plaintiff requests the Court consider on an expedited and *ex parte* basis (Docs. 61, 62); and Plaintiff's Notice of Discovery Dispute (Doc. 63).

With the approval of the Court, counsel for Defendants withdrew from their representation of Defendants on December 20, 2024. (Docs. 56–59.) Regarding the ongoing discovery in this matter as well as the present Motion for the Appointment of a Receivership and Notice of Discovery Dispute, counsel for Plaintiff state that they have attempted to contact Defendants using all known contact information, to no avail. (Docs. 62, 64.) Nevertheless, the Court will not presume to resolve the present Motion for the Appointment of a Receivership or discovery dispute on an *ex parte* basis, but rather will require counsel for Plaintiff to transmit this Order to Defendants using all known e-mail addresses on an expedited basis.

. . .

The Court will set a telephonic hearing on both Plaintiff's Motion for the Appointment of a Receivership and Notice of Discovery Dispute. At the hearing, counsel shall be prepared to discuss not only the Motion and discovery dispute, but also the status of the California litigation and the interplay between the jurisdiction of the California court and this Court, particularly as applied to the Malibu properties.

**IT IS HEREBY ORDERED** setting a **telephonic** hearing on Plaintiff's Emergency Motion for the Appointment of a Receivership Over Pacific Shangrila LLC and ILU LLC (Doc. 61) and Plaintiff's Notice of Discovery Dispute (Doc. 63) for Friday, **January 17, 2025, at 1:45 p.m. (Arizona time)** before District Judge John J. Tuchi in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003. Because the Court is in trial this week, the parties must appear telephonically. The Court will e-mail dial-in information to Plaintiff's counsel, who shall electronically forward the information to Defendants at all known e-mail addresses.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall electronically transmit a copy of this Order to Defendants at all known e-mail addresses by **January 15, 2025, at 2:00 p.m. (Arizona time)**.

**IT IS FURTHER ORDERED** that counsel shall be prepared to discuss not only the Motion and discovery dispute, but also the status of the California litigation and the interplay between the jurisdiction of the California court and this Court, particularly as applied to the Malibu properties.

Dated this 14th day of January, 2025.

Honorable John J. Tuchi
United States District Judge