Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>     Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>     Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**NOTICE OF COMPLIANCE WITH JANUARY 14, 2025 ORDER** |

Plaintiff Phong Thanh Huynh ("Plaintiff") by and through undersigned counsel hereby provides this Court notice of his compliance with the Court's January 14, 2025, Order (Doc. 65) as follows:

On January 14, 2025, Plaintiff's counsel transmitted by email to sa@megagroup.io, an email address believed to be owned and/or accessible by Defendant Alissa Chiaravanond, the

following:

1. Plaintiff's Emergency Motion for the Appointment of a Receivership Over Pacific Shangrila LLC and ILU LLC (Doc. 61).

2. Plaintiff's Notice of Request for Expedited & *Ex Parte* Consideration re Emergency Motion for the Appointment of a Receivership Over Pacific Shangrila LLC and ILU LLC (Doc. 62).

3. Notice of Discovery Dispute (Doc. 63).

4. Notice of Certification of Conferral (Doc. 64).

5. Court Order (Doc. 65).

*See* email attached as **Exhibit 1**. For brevity and because the Court already possesses them, the attachments and documents included in the file sharing link sent via the email in Exhibit 1 are not included in Exhibit 1 hereto. Plaintiff will provide the same upon the Court's request.

Undersigned is currently unaware of any other email address accessible or controlled by Defendants.

RESPECTFULLY SUBMITTED this 15th day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
  Devin Sreecharana, Esq.
  Trevor J. Wainfeld, Esq.

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*

3

# EXHIBIT 1

| | |
|---|---|
| From: | Elena Cordero |
| To: | sa@megagroup.io |
| Cc: | Devin Sreecharana; Trevor Wainfeld; Jeff M. Admon; Renee Gonzales; Lynn Adamick |
| Subject: | Phong Thanh Huynh v. Alissa Chiaravanond, et al. -- United States District Court, District of Arizona -- Case No. 3:23-cv-08622-JJT |
| Date: | Tuesday, January 14, 2025 5:56:00 PM |
| Attachments: | image001.png<br>2025-01-13 Dkt 61 Emergency Motion for Receivership.pdf<br>2025-01-13 Dkt 62 Not for Expedited Consideration.pdf<br>2025-01-14 Dkt 63 Notice of Discovery Dispute.pdf<br>2025-01-14 Dkt 64 Notice of Certificate of Conferral re Notice of Discovery Dispute.pdf<br>2025-01-14 Dkt 65 Order re setting telephonic hearing on Emergency Motion.pdf |

Ms. Chiaravanond,

Please see attached to this email copies of recent filings on the above case. They are as follows:

1. Plaintiff's Emergency Motion for the Appointment of A Receivership Over Pacific Shangrila LLC and ILU LLC (Dkt 61) the exhibits to this Motion are contained in the Sharefile link at the bottom of this email.
2. Plaintiff's Notice of Request for Expedited & Ex Parte Consideration Re Emergency Motion for the Appointment of a Receivership Over Pacific Shangrila LLC and Ilu LLC (Dkt 62)
3. Notice of Discovery Dispute (Dkt 63)
4. Notice of Certification of Conferral (Dkt 64)
5. Court Order (Dkt 65)

https://maypotenza.sharefile.com/d-s0b3d1f2fec1f41a3bf31e66d3739f82d



### Elena Cordero
**Paralegal**

—

**o:** 602.252.1900
**d:** 623.552.7671
**e:** ecordero@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633

www.maypotenza.com