Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
        twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>        Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>        Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**NOTICE OF COMPLIANCE WITH JANUARY 14, 2025 COURT EMAIL** |

Plaintiff Phong Thanh Huynh ("Plaintiff") by and through undersigned counsel hereby provides this Court notice of his compliance with the Court's January 14, 2025 email as to the dial-in information for the hearing scheduled on January 17, 2025 as follows:

On January 15, 2025, Plaintiff's counsel transmitted by email to sa@megagroup.io, an email address believed to be owned and/or accessible by Defendant Alissa Chiaravanond, the

following:

1.  Email from judicial assistant Melissa Gabel re: RESPONSE REQUIRED >> Appearance for Telephonic Discovery Dispute/Motion for Appointment of Receivership: CV-23-08622-PCT-JJT :: Phong Thanh Huynh v Alissa Chiaravanond, et al.

*See* email attached as **Exhibit 1**.

Undersigned is currently unaware of any other email address accessible or controlled by Defendants.

RESPECTFULLY SUBMITTED this 16th day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.


**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*

# EXHIBIT 1

| From: | Elena Cordero |
|---|---|
| To: | sa@megagroup.io |
| Cc: | Devin Sreecharana; Trevor Wainfeld; Jeff M. Admon; Renee Gonzales; Lynn Adamick |
| Subject: | FW: RESPONSE REQUIRED >> Appearance for Telephonic Discovery Dispute/Motion for Appointment of Receivership: CV-23-08622-PCT-JJT :: Phong Thanh Huynh v Alissa Chiaravanond, et al. |
| Date: | Wednesday, January 15, 2025 3:23:00 PM |
| Attachments: | image001.png |

Ms. Chiaravanond,

Please see email below received from Judge Tuchi's judicial assistant regarding the dial-in information for the telephonic hearing scheduled for **January 17, 2025, at 1:45 PM (Arizona time).**



## Elena Cordero
**Paralegal**

—

**o:** 602.252.1900
**d:** 623.552.7671
**e:** ecordero@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

---

**From:** Melissa Gabel <Melissa_Gabel@azd.uscourts.gov>
**Sent:** Tuesday, January 14, 2025 3:11 PM
**To:** Devin Sreecharana <Devin@maypotenza.com>; jeff@admonlaw.com; Trevor Wainfeld <TWainfeld@maypotenza.com>
**Subject:** RESPONSE REQUIRED >> Appearance for Telephonic Discovery Dispute/Motion for Appointment of Receivership: CV-23-08622-PCT-JJT :: Phong Thanh Huynh v Alissa Chiaravanond, et al.

> Some people who received this message don't often get email from melissa_gabel@azd.uscourts.gov. Learn why this is important

Good afternoon.

- **Plaintiff shall electronically transmit a copy of this email to Defendants.**

Counsel in --  CV-23-08622-PCT-JJT :: Phong Thanh Huynh v Alissa Chiaravanond, *et al.*

You are scheduled for a telephonic Discovery Dispute/Motion for Appointment of Receivership Hearing on **January 17, 2025, at 1:45 PM (Arizona time)** with Judge Tuchi.

- **Five minutes prior to the hearing - call 1-855-244-8681  toll-free number (US/Canada) and enter access code: 2305 337 5206.**
- **Please note that it's possible you may be calling into another hearing so you will need to hold & stay quiet until the courtroom deputy acknowledges they are ready for your hearing.**

**Also, please –**
   1.     Confirm receipt of this e-mail.
   2.     Provide name(s) of who will be participating from your firm/agency.
   3.     Provide full name of party you are representing.
   4.     Provide phone number to call back should there be any telephone issues.

## Notes from Court Reporter:

1.  **DO NOT USE A SPEAKER PHONE.** Two counsel from the same office need to be conferenced in, not sitting at one desk with a speaker phone.
2.  Use of cell phones is allowed, **ONLY if land lines are not available.**
3.  **Calling from your computer is to be avoided.** These calls are of poor quality when projected into the courtroom.
4.  **When speaking, please state your name each time and speak a little slower than normal.** There is a split-second delay in the transmission and at times it can get cut off, so take your time to ensure a good, clean, and accurate record.
5.  Our acoustics with regard to telephonic hearings is not the best and I provide Judge Tuchi with a realtime feed during the hearings.  If I cannot hear or understand what you are saying, the record is as garbled as your speech.  Sometimes enunciation is a bit less exact on telephonic hearings than in actual court.
6.  **It is best if you put yourself on mute when you are not speaking.  DO NOT** shuffle papers or have any background noise, e.g. rustling papers, clicking pens, gulping water. It can be heard through the courtroom speaker and may cut off another person's transmission.
7.  **IF YOU ARE CALLING FROM HOME, WE REQUEST YOU BE IN A QUIET AREA AWAY FROM CHILDREN AND PETS.**

*Melissa E. Gabel*
Judicial Assistant to Judge John J. Tuchi

United States District Court ~ District of Arizona
602-322-7660
Melissa_gabel@azd.uscourts.gov