# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is Plaintiff Phong Thanh Huynh's Notice of Discovery Dispute (Docs. 63, 64), in which counsel for Plaintiff report that they were unable to contact Defendants regarding the dispute. The Court held a telephonic discovery dispute hearing on January 17, 2025, and Defendants did not appear at the hearing.

Previously, counsel for Defendants withdrew from their representation of Defendants on December 20, 2024 with the approval of the Court (Docs. 56–59), and because Defendant Alissa Chiaravanond is the sole member and manager of the entity Defendants, the Court acknowledged that she may appear *pro se* on behalf of herself and the entity Defendants in this matter (Docs. 58, 59). The Court ordered Ms. Chiaravanond to inform the Court by January 31, 2025, if she intends to go forward without counsel in this matter. (Docs. 58, 59.)

Counsel for Plaintiff report that Defendants have not participated in discovery in this matter, including by not responding to discovery requests propounded by Plaintiff and

1  not making required disclosures to Plaintiff. (Doc. 63.) Counsel for Plaintiff also report
2  that they have been unable to reach Ms. Chiraravanond.

3      The Court will require Defendants to file a status report by January 31, 2025,
4  informing the Court of the status of discovery.

5      **IT IS THEREFORE ORDERED** that Defendants shall file a status report by
6  **January 31, 2025,** informing the Court of the status of discovery, including their required
7  disclosures and the responses to Plaintiff's discovery requests.

8      **IT IS FURTHER ORDERED** that counsel for Plaintiff shall electronically
9  transmit a copy of this Order to Defendants at all known e-mail addresses within two days
10 of the entry of this Order.

11     Dated this 17th day of January, 2025.

                      Honorable John J. Tuchi
                      United States District Judge

- 2 -