Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**NOTICE OF COMPLIANCE WITH JANUARY 17, 2025 ORDERS** |

Plaintiff Phong Thanh Huynh ("Plaintiff") by and through undersigned counsel hereby provides this Court notice of his compliance with the Court's January 17, 2025, Orders (Doc. 69 and 70) as follows:

On January 17, 2025, Plaintiff's counsel transmitted by email to sa@megagroup.io, an email address believed to be owned and/or accessible by Defendant Alissa Chiaravanond, the

following:

1. Court Order (Doc. 69).

2. Court Order (Doc. 70).

*See* email attached as **Exhibit 1**. For brevity and because the Court already possesses them, the attachments are not included in Exhibit 1 hereto. Plaintiff will provide the same upon the Court's request.

Undersigned is currently unaware of any other email address accessible or controlled by Defendants.

RESPECTFULLY SUBMITTED this 21st day of January, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Devin Sreecharana*
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I transmitted the foregoing document by U.S. Mail to:

Defendant Alissa Chiaravanond
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

341 San Rafael Avenue
Belvedere, CA 94920

Defendant Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119

Defendant ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920

/s/ *Elena Cordero*

3

# EXHIBIT 1

| | |
|---|---|
| **From:** | Elena Cordero |
| **To:** | sa@megagroup.io |
| **Cc:** | Devin Sreecharana; Trevor Wainfeld; Jeff M. Admon; Renee Gonzales; Lynn Adamick |
| **Subject:** | Phong Thanh Huynh v. Alissa Chiaravanond, et al. / Case No. 3:23-cv-08622-JJT |
| **Date:** | Friday, January 17, 2025 5:21:00 PM |
| **Attachments:** | image001.png<br>2025-01-17 Dkt 69 Order re Notice of Discovery Dispute.pdf<br>2025-01-17 Dkt 70 Order re Plaintiff"s Emergency Motion for Appoitnment of Receivership.pdf |

Ms. Chiaravanond,

Please see attached to this email copies of the recent filings on the above case. They are as follows:

1. Court Order (Dkt 69)
2. Court Order (Dkt 70)



### Elena Cordero
**Paralegal**

—

**o:** 602.252.1900
**d:** 623.552.7671
**e:** ecordero@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com