Adam B. Nach
**PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC**
2001 East Campbell, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh, | Case No. CV-23-08622-PCT-JJT |
| Plaintiff, | |
| v. | **OATH OF RECEIVER** |
| Alissa Chiaravanond, et al., | |
| Defendants. | |

The Court-appointed Receiver, Peak Performance Restructuring Services, LLC, by and through its principal, Adam Nach, hereby promises to faithfully discharge his duties in this action, obey the *Order Appointing Receiver*, and any other orders of this Court.

**DATED** this 21st day of January, 2025.

**PEAK PERFORMANCE RESTRUCTURING**

By /s/ *Adam B. Nach*
    Adam B. Nach, Principal

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, I transmitted the foregoing document by U.S. mail to:

Alissa Chiaravanond
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119
*Defendant*

Pacific Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119
*Defendant*

341 San Rafael Avenue
Belvedere, CA 94920

Cathedral Shangrila LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119
*Defendant*

Nido Di Stelle LLC
c/o Registered Agent Solutions, Inc.
187 East Warm Springs Road, Suite B
Las Vegas, Nevada 89119
*Defendant*

ILU LLC
c/o Registered Agent Solutions, Inc.
300 West Clarendon Avenue, Suite 240
Phoenix, Arizona 85013

341 San Rafael Avenue
Belvedere, CA 94920
*Defendant*

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021

| | |
|---|---|
| 1 | |
| 2 | Moshe Y. Admon, Esq. (*Admission Pending*)<br>Admon Law Firm, PLLC |
| 3 | 300 Lenora St., #4008<br>Seattle, Washington 98121 |
| 4 | |
| 5 | *Attorneys for Plaintiff* |
| 6 | By:/s/ Jenna Pitchel_____ |