AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Phong Thanh Huynh | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  CV-23-08622-PCT-JJT |
| Alissa Chiaravanond, et. al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, ILU LLC .

Date:   01/23/2025

/s/ Matthew Hersh
*Attorney's signature*

Matthew Hersh (037766)
*Printed name and bar number*

Mestaz Law
5090 N. 40th St., Suite 200
Phoenix, AZ 85018
*Address*

matt@mestazlaw.com
*E-mail address*

(602) 806-2076
*Telephone number*

*FAX number*