**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
  daniel@mestazlaw.com
  matt@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>        Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>        Defendants | No. CV-23-08622-PCT-JJT<br><br>**Status Report on the Status of Discovery** |

Defendants respectfully provide the following status report in response to the Court's January 17, 2024 Order [Dkt No. 69]:

1.  From the time that the undersigned counsel appeared in this case on behalf of the defendants, counsel has worked diligently with his clients to collect documents and information responsive to the discovery requests propounded by plaintiff Phong Thanh Huynh and required to be disclosed pursuant to Rule 26. The undersigned has also worked diligently to keep Mr. Hyunh's counsel information on a regular basis of the status of that collection. The undersigned held a telephonic conference with Mr. Hyunh's counsel on

1. Monday, January 27. The undersigned has subsequently provided updates by way of email on a near-daily basis. The undersigned has tentatively scheduled a further meet and confer with counsel for Mr. Hyung on Monday, February 3.

2. The collection of documents has been affected by the fact that defendant Alissa Chiaravanond, the sole and managing member of each of the entity defendants, has experienced very significant security and privacy concerns since her separation from Mr. Hyunh. As a result, Ms. Chiaravanond has changed telephone numbers, email addresses, and mobile telephones on several occasions. In the course of those transitions, the undersigned has learned, Ms. Chiaravanond lost access to many of her online accounts, including accounts that contain insurance and banking information as well as accounts relating to the entities at issue in this lawsuit. While Ms. Chiaravanond had passwords to some of those accounts written down in a book that she kept in a carry bag, that bag was unfortunately at her house in Malibu when it was destroyed by the California fires.

3. The defendants have engaged an experienced ESI forensic consultant to assist with the recovery and collection of documents from Ms. Chiaravanond's devices and accounts. As a first step, the consultant, along with the undersigned, worked with Ms. Chiaravanond to identify all of the physical devices and online accounts where responsive or disclosable materials could conceivably be located. That resulted in the identification of five mobile telephones, two laptops, and six email accounts that could at least conceivably contain responsive information.

4. With respect to the mobile telephones and laptops, all seven of the devices (5 phones, 2 laptops) have been provided to the ESI consultant for processing. As of this writing, data has been successfully extracted from both of the laptops and four of the mobile telephones. That has yielded several dozen gigabytes of data in various file types, all of which will require additional processing before they can be efficiently reviewed for production. As soon as that processing is complete, the undersigned will propose an ESI protocol to counsel for Mr. Hyunh and will also provide an estimate as to when production

can be completed. At the request of counsel for Mr. Hyunh, and to the extent feasible, production will be made on a rolling basis. Absent an unforeseen circumstance, the undersigned anticipates that it should be possible to propose an ESI protocol and a timeline for production by the end of the coming week, with production to begin by the week after.

5.  With respect to the email accounts, the ESI consultant and Ms. Chiaravanond have been working collaboratively to recover passwords or to otherwise gain access to those accounts. As of this writing, passwords have been recovered for four of the accounts. The number of emails in those accounts, and their total size, will not be known until the extraction process is complete and the emails have been processed for reviewing. As with the other documents, counsel will move promptly once those steps are complete to propose an ESI protocol and to provide an estimate for the completion of production.

6.  The undersigned is also working with Ms. Chiaravanond to identify all physical locations where disclosable documents may be located. One issue that has arisen is that many of Ms. Chiaravanond's documents, including documents responsive to the discovery requests, were last seen by her in the matrimonial home she shared with Mr. Hyunh in Singapore prior to the filing of this lawsuit. The undersigned has advised counsel for Mr. Hyunh of this fact and has suggested that the parties could benefit from good faith discussions as to how Ms. Chiaravanond might gain access to those materials.

7.  The defendants are also working in good faith with Adam Nach, the court-appointed receiver. Mr. Nach was present, along with his counsel Stuart Rodgers, on the telephonic meet and confer on Monday. In that call the undersigned advised Mr. Nach that the defendants intended to comply fully with the receivership and invited Mr. Nach to provide a list of documents that he required in order to fulfill his duties. The defendants were able to gain access yesterday to an email account containing insurance information for the Malibu property and they have provided that information to Mr. Nach. The defendants are moving promptly to access other information responsive to Mr. Nach's requests and will provide that information to him as soon as possible.

Respectfully submitted this 31st day of January, 2025.

/s/ *Matthew Hersh*
Matthew Hersh
Mestaz Law
*Counsel for Defendants*

Served this same day via ECF and also by email to the following:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com