# EXHIBIT B

Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>Defendants. | Civil Action No.: CV-2308622-PCT-JJT<br><br>**DECLARATION OF PHONG THANH HUYNH IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY RECEIVERSHIP ORDER BY ADDING CATHEDRAL SHANGILA LLC AND NIDO DI STELLE LLC TO THE RECEIVERSHIP ESTATE AND FOR THE TRANSFER OF FUNDS FROM DEFENDANT CHIARAVANOND TO RECEIVER** |

I, Phong Thanh Huynh, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am the Plaintiff in this action. I am submitting this declaration in support of my Motion to Modify Receivership Order by Adding Cathedral Shangrila LLC

("Cathedral") and Nido di Stelle LLC ("Nido") to the Receivership Estate and for the Transfer of Funds from Defendant Chiaravanond to Receiver (the "Motion").

4. I have resided at 19 Cove Grove, Singapore 098214 (the "Singapore Home") since April 2022.

5. Defendant Chiaravanond resided with me for short periods of time at the Singapore Home from July 30, 2022 to August 23, 2023.

6. From July 30, 2022 to August 23, 2023, Defendant Chiaravanond spent approximately two-thirds of the year living in the United States and Bangkok.

7. From July 30, 2022 to August 23, 2023, I recall Defendant Chiaravanond spent 127 days at the Singapore Home over 10 separate trips to Singapore.

8. I do not recall that Defendant Chiaravanond brought to or left at the Singapore Home a box containing documents or records related to the properties defined as the Investment Properties or the entities defined as the Corporate Defendants in the Motion.

9. I do not recall encountering a box containing documents or records related to the Investment Properties or Corporate Defendants at the Singapore Home.

10. I do not recall Defendant Chiaravanond telling me that she left or planned to leave a box containing documents or records related to the Investment Properties or Corporate Defendants at the Singapore Home.

11. I have not consciously or knowingly lost or destroyed any documents or records related to the Investment Properties or Corporate Defendants. To the contrary, through this litigation, I am trying to obtain documents and records related to the Investment Properties and Corporate Defendants that I have never possessed or had access to.

12. Attached hereto as **Exhibit 1** are documents evidencing transfers from my accounts to Defendant Chiaravanond's personal bank account at Chase Bank, totaling $1,990,000.00.

13. Attached hereto as **Exhibit 2** is another document evidencing a transfer of $280,000.00 ($344,045.00 CAD) that was transferred to Defendant Chiaravanond through my sister's account at the Royal Bank of Canada.

14. The transfers described in Paragraphs 12-13 and evidenced by Exhibits 1-2 were for the purpose of maintaining and improving the Investment Properties that are held by the Corporate Defendants, and not for any other purpose/reason.

15. I never authorized the use of the funds described in Paragraphs 12-13 for anything other than the Investment Properties and have expected them to be used for the purpose described in Paragraph 14 since each transfer occurred.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 14th day of February, 2025.



Phong Thanh Huynh

# EXHIBIT 1



HSBC Premier

Premier Account Statement

Composite Statement

Branch Name: SINGAPORE OFFICE
Page 4 of 5

MR HUYNH PHONG THANH
HOUSE 23 COVE WAY
#12-15
SINGAPORE 098208

| Statement Details | |
|---|---|
| Statement Date | 07SEP2020 |
| Customer Number | 263-739344 |
| Sequence Number | 40 |

EVERYDAY GLOBAL ACC

| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
|---|---|---|---|---|
| 27Aug2020 | SGK27080BKLYPSOW<br>ALISSA CHIARAVANOND<br>RENTAL PAYMENT<br>RENTAL<br>REF YPI5-73161 | | 90,000.00 | 697,417.27 |
| | SGK27080BKLYPSOW<br>COMMISSION SGD 20.00<br>CABLE SGD 20.00<br>FX SGD 40.00<br>AT 0.7460000<br>REF YPI5-73161 | | 29.84 | 697,387.43 |

Deposit Insurance Scheme
Singapore dollar deposits of non-bank depositors are insured by the Singapore Deposit Insurance Corporation, for up to S$75,000 in aggregate per depositor per Scheme member by law. Foreign currency deposits, dual currency investments, structured deposits and other investment products are not insured.

Issued by HSBC Bank (Singapore) Limited ("HSBC") (Company Registration No. 201420624K).

OCBC Bank

# Overseas & Foreign Currency Transfer

Please complete all sections unless otherwise indicated.

Telegraphic transfer of foreign currency in Singapore or any currency overseas

Optional ▸ Your reference number

## 1 What are your account details?

Account name: Huynh Phong Thanh

▸ Who to call if different from account name
Contact person: Huynh Phong Thanh

Account number ▸ Do not include hyphens or spaces: [redacted]

Currency: USD

Contact number: +65 9830 7032

## 2 How much money do you want to transfer?

Amount: 200,000.00

Currency: USD

Optional ▸ to be sent in Currency:

Transfer date ▸ DD / MM / YY: 10 / 03 / 21

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☐ You (OUR) ☐ Recipient (BEN) ☑ Both (SHA) - You will pay OCBC Singapore charges only

## 3 Who do you want to transfer your money to?

Recipient's account name: Alissa Chiaravanond

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number:

Recipient's account or IBAN number: [redacted]

Optional ▸ Recipient's address: 2457 Angelo Drive, Los Angeles, CA90077

**Recipient's bank details**

SWIFT code: CHASUS33XXX

Optional ▸ Clearing code: CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name and address:
Chase Bank
San Francisco-Noe Valley
3998 24th St. San Francisco, CA94114

Optional ▸ **Intermediary bank details**

SWIFT code:

Optional ▸ Clearing code: CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name:

Country:

## 4 Purpose of transfer ▸ (Maximum 140 characters)

Personal Expenses

## 5 FX contract ▸ If you have an agreed FX rate with us

a. Contract no | FX Rate | Amount

b. Contract no | FX Rate | Amount

## 6 Authorised signature(s)

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

"You" refers to the account holder.

Signature(s): [signature]

For bank's use

| Form received by (Signature) IDS Yes/ No | | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

2021-01-26 12:24:54 OCBC Payment eforms V4.0 GTB/OTTApp/1019 Co.Reg.No.:193200032W

OCBC Bank

# Overseas & Foreign Currency Transfer

Please complete all sections unless otherwise indicated.

Telegraphic transfer of foreign currency in Singapore or any currency overseas

Optional ▸ Your reference number

## 1 What are your account details?

Account name: Huynh Phong Thanh

▸ Who to call if different from account name
Contact person: Huynh Phong Thanh

Account number ▸ Do not include hyphens or spaces: [REDACTED]

Currency: USD

Contact number: +65 9830 7032

## 2 How much money do you want to transfer?

Amount: 75,000.00

Currency: USD

Optional ▸ To be sent in — Currency:

Transfer date ▸ DD / MM / YY: 28 / 05 / 21

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☐ You (OUR) ☐ Recipient (BEN) ☒ Both (SHA) - You will pay OCBC Singapore charges only

## 3 Who do you want to transfer your money to?

Recipient's account name: Alissa Chiaravanond

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number:

Recipient's account or IBAN number: [REDACTED]

Optional ▸ Recipient's address: 2457 Angelo Drive, Los Angeles, CA90077

**Recipient's bank details**

SWIFT code: Routing No. [REDACTED]

Optional ▸ Clearing code: — CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name and address:
Chase Bank
San Francisco-Noe Valley
3998 24th Street, San Francisco, CA94114

Optional ▸ **Intermediary bank details**

SWIFT code:

Optional ▸ Clearing code: — CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name:

Country:

## 4 Purpose of transfer ▸ (Maximum 140 characters)

Personal Expenses

## 5 FX contract ▸ If you have an agreed FX rate with us

| | Contract no | FX Rate | Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |

## 6 Authorised signature(s)

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

"You" refers to the account holder.

Signature(s): [signature]

For bank's use

| Form received by (Signature) IDS Yes/ No | | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

Co.Reg.No.193200032W GTR/OTTApp/1019 OCBC Payment eforms V4.0 2021-01-26 12:24:54




## Composite Statement

Branch Name: SINGAPORE OFFICE
Page 8 of 9

MR HUYNH PHONG THANH
19 ********************************
SIN********************************

| Statement Details | |
|---|---|
| Statement Date | 07OCT2022 |
| Customer Number | [redacted]X |
| Sequence Number | 65 |



EVERYDAY GLOBAL ACC [redacted]

| Date | Transaction Details | Deposits | Withdrawals | Balance (DR=Debit) |
|---|---|---|---|---|
| [redacted] | | | | |
| 30Sep2022 | SGK30092BKOZPWSG<br>ALISSA CHIARAVANOND<br>[redacted]<br>PERSONAL EXPENSE<br>REF YPI8-11547<br>SGK30092BKOZPWSG<br>COMMISSION SGD 20.00<br>CABLE SGD 20.00<br>FX SGD 40.00<br>AT 0.7085000 | | 250,000.00 | 235,547.07 |
| [redacted] | | | | |

Deposit Insurance Scheme
Singapore dollar deposits of non-bank depositors are insured by the Singapore Deposit Insurance Corporation, for up to S$75,000 in aggregate per depositor per Scheme member by law. Foreign currency deposits, dual currency investments, structured deposits and other investment products are not insured.

Issued by HSBC Bank (Singapore) Limited ("HSBC") (Company Registration No. 201420624K).

OCBC Bank

# Overseas & Foreign Currency Transfer

Please complete all sections unless otherwise indicated.

Telegraphic transfer of foreign currency in Singapore or any currency overseas

Optional ▸ Your reference number

## 1 What are your account details?

Account name: Huynh Phong Thanh

▸ Who to call if different from account name
Contact person: Huynh Phong Thanh

Account number ▸ Do not include hyphens or spaces: [redacted]

Currency: USD

Contact number: +65 9830 7032

## 2 How much money do you want to transfer?

Amount: 2,0,0,,,0,0,0

Currency: USD

Optional ▸ to be sent in Currency:

Transfer date ▸ DD / MM / YY: 13 / 06 / 23

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☑ You (OUR) ☐ Recipient (BEN) ☐ Both (SHA) - You will pay OCBC Singapore charges only

## 3 Who do you want to transfer your money to?

Recipient's account name: Alissa Chiaravanond

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number:

Recipient's account or IBAN number: [redacted]

Optional ▸ Recipient's address: 2457 Angelo Drive, Los Angeles, CA 90077

Recipient's bank details

SWIFT code: Routing No. [redacted]

Optional ▸ Clearing code

CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name and address:
Chase Bank Branch
San Francisco-Noe Valley
3998 24th Street San Francisco CA94114

Optional ▸ Intermediary bank details

SWIFT code

Optional ▸ Clearing code

CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name

Country

## 4 Purpose of transfer ▸ (Maximum 140 characters)

Personal Expenses

## 5 FX contract ▸ If you have an agreed FX rate with us

a. Contract no | FX Rate | Amount

b. Contract no | FX Rate | Amount

## 6 Authorised signature(s)

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

'You' refers to the account holder.

Signature(s): [signature]

For bank's use

| Form received by (Signature) IDS Yes/ No | | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

Co.Reg.No.:193200032W GTB/OTTApp/1019 OCBC Payment eforms V4.0 2021-01-26 12:24:54

OCBC Bank

# Overseas & Foreign Currency Transfer

Please complete all sections unless otherwise indicated.

Telegraphic transfer of foreign currency in Singapore or any currency overseas

Optional ▸ Your reference number

## 1 What are your account details?

Account name: Huynh Phong Thanh

▸ Who to call if different from account name
Contact person: Huynh Phong Thanh

Account number ▸ Do not include hyphens or spaces: [redacted]

Currency: USD

Contact number: +65 9830 7032

## 2 How much money do you want to transfer?

Amount: 300,000

Currency: USD

Optional ▸ To be sent in Currency:

Transfer date ▸ DD / MM / YY: 20 / 06 / 23

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☑ You (OUR) ☐ Recipient (BEN) ☐ Both (SHA) - You will pay OCBC Singapore charges only

## 3 Who do you want to transfer your money to?

Recipient's account name: Alissa Chiaravanond

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number:

Recipient's account or IBAN number: [redacted]

Optional ▸ Recipient's address: 2457 Angelo Drive, Los Angeles, CA 90077

Recipient's bank details

SWIFT code: Routing No. [redacted]

Optional ▸ Clearing code: CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name and address:
Chase Bank Branch
San Francisco-Noe Valley
3998 24th Street San Francisco CA94114

Optional ▸ Intermediary bank details

SWIFT code:

Optional ▸ Clearing code: CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name:

Country:

## 4 Purpose of transfer ▸ (Maximum 140 characters)

Personal Expenses

## 5 FX contract ▸ If you have an agreed FX rate with us

a. Contract no | FX Rate | Amount

b. Contract no | FX Rate | Amount

## 6 Authorised signature(s)

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

"You" refers to the account holder.

Signature(s): [signature]

For bank's use

| Form received by (Signature) IDS Yes/ No | | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

OCBC Bank

# Overseas & Foreign Currency Transfer

Please complete all sections unless otherwise indicated.

Telegraphic transfer of foreign currency in Singapore or any currency overseas

Optional ▸ Your reference number

## 1 What are your account details?

Account name: Huynh Phong Thanh

▸ Who to call if different from account name
Contact person: Huynh Phong Thanh

Account number ▸ Do not include hyphens or spaces: [REDACTED]

Currency: USD

Contact number: +65 9830 7032

## 2 How much money do you want to transfer?

Amount: 2 0 0 , 0 0 0

Currency: USD

Optional ▸ to be sent in Currency:

Transfer date ▸ DD / MM / YY: 25 / 08 / 23

OCBC Singapore and other bank charges will be paid by ▸ If no option is selected, Both (SHA) will apply.

☑ You (OUR) ☐ Recipient (BEN) ☐ Both (SHA) - You will pay OCBC Singapore charges only

## 3 Who do you want to transfer your money to?

Recipient's account name: Alissa Chiaravanond

▸ For Taiwan dollar (TWD) transfers only
Recipient's contact number:

Recipient's account or IBAN number: [REDACTED]

Optional ▸ Recipient's address: 2457 Angelo Drive, Los Angeles, CA 90077

**Recipient's bank details**

SWIFT code: Routing No. [REDACTED]

Optional ▸ Clearing code: — CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name and address:
Chase Bank Branch
San Francisco-Noe Valley
3998 24th Street San Francisco CA94114

Optional ▸ **Intermediary bank details**

SWIFT code:

Optional ▸ Clearing code: — CHIPS UID / Fedwire No. (USA), Bank Sort Code (UK), BSB No. (Australia), etc.

Bank name:

Country:

## 4 Purpose of transfer ▸ (Maximum 140 characters)

Personal Expenses

## 5 FX contract ▸ If you have an agreed FX rate with us

| | Contract no | FX Rate | Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |

## 6 Authorised signature(s)

By signing this application, you confirm that you have read, understood and agree to be bound by the Terms and Conditions on the other side of this page.

"You" refers to the account holder.

Signature(s): [signature]

For bank's use

| Form received by (Signature) IDS Yes/ No | | Approver 1 (Signature/Date) IDS Yes/ No | Scanned & Index by | Date | Time | Name/Tel | Staff/Ext | Successful/ Unsuccessful |
|---|---|---|---|---|---|---|---|---|
| Received from | Self / 3rd party* | Approver 2 (Signature/Date) | QC/ Approved by | | | | | |
| Date & time received | | | | | | | | |

*Circle as appropriate

Co.Reg.No.193200032W GTB/OTTApp/1019 OCBC Payment eForms V4.0 2021-01-26 12:24:54

# EXHIBIT 2



Royal Bank

HUONG HUYNH
Feb 22, 2024

## RBC Day to Day Savings[redacted]

| Current Balance | Available Balance | Authorized Overdraft |
|---|---|---|
| $213.99 | $213.99 | $0.00 |

### Transactions

As of: Feb 22, 2024

Date Range: Feb 22, 2020 - Feb 22, 2024

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| Jan 12, 2024 | Fee<br>In-Branch wd/tfr, cheque 1 @ $2.00 | -$2.00 | | $213.99 |
| Dec 22, 2023 | BR TO BR - 4629 | | $1,500.00 | $215.99 |
| Dec 22, 2023 | BR TO BR - 4629 | -$1,356.40 | | |
| Dec 18, 2023 | Cash withdrawal<br>BR TO BR - 5429 | -$1,370.20 | | $72.39 |
| Dec 4, 2023 | Cash withdrawal<br>BR TO BR - 5429 | -$1,380.60 | | $1,442.59 |
| Dec 1, 2023 | Deposit interest | | $0.02 | $2,823.19 |
| Nov 27, 2023 | BR TO BR - 5429 | | $17.07 | $2,823.17 |
| Nov 1, 2023 | Deposit interest | | $0.02 | $2,806.10 |
| Oct 23, 2023 | Cash withdrawal<br>BR TO BR - 4629 | -$484.04 | | $2,806.08 |
| Oct 3, 2023 | Deposit interest | | $0.02 | $3,290.12 |
| Sep 1, 2023 | Deposit interest | | $0.02 | $3,290.10 |
| Aug 1, 2023 | Deposit interest | | $0.02 | $3,290.08 |
| Jul 4, 2023 | Deposit interest | | $0.03 | $3,290.06 |
| Jun 16, 2023 | Cash withdrawal<br>BR TO BR - 3869 | -$1,345.00 | | $3,290.03 |
| Jun 1, 2023 | Deposit interest | | $0.03 | $4,635.03 |
| May 15, 2023 | Cash withdrawal<br>BR TO BR - 4629 | -$457.14 | | $4,635.00 |
| May 12, 2023 | Fee<br>In-Branch wd/tfr, cheque 1 @ $2.00 | -$2.00 | | $5,092.14 |
| May 8, 2023 | Cash withdrawal<br>BR TO BR - 5429 | -$1,370.00 | | $5,094.14 |
| May 8, 2023 | BR TO BR - 5429 | | $3,000.00 | |
| May 1, 2023 | Deposit interest | | $0.03 | $3,464.14 |
| Apr 14, 2023 | Cash withdrawal | -$1,370.00 | | $3,464.11 |

Royal Bank of Canada Website, © 1995-2024

BR TO BR - 5429

| | | | | |
|---|---|---|---|---|
| Apr 3, 2023 | Deposit interest | | $0.08 | $4,834.11 |
| Mar 31, 2023 | Investment<br>PURCHASE | -$5,000.00 | | $4,834.03 |
| Mar 1, 2023 | Deposit interest | | $0.07 | $9,834.03 |
| Feb 1, 2023 | Deposit interest | | $0.11 | $9,833.96 |
| Jan 19, 2023 | Investment<br>PURCHASE | -$6,500.00 | | $9,833.85 |
| Jan 3, 2023 | Deposit interest | | $0.14 | $16,333.85 |
| Dec 1, 2022 | Deposit interest | | $0.08 | $16,333.71 |
| Nov 21, 2022 | Misc Payment<br>MFRP | | $10,000.00 | $16,333.63 |
| Nov 21, 2022 | Misc Payment<br>MFRP | | $50.00 | |
| Nov 1, 2022 | Deposit interest | | $0.05 | $6,283.63 |
| Oct 3, 2022 | Deposit interest | | $0.05 | $6,283.58 |
| Sep 1, 2022 | Deposit interest | | $0.05 | $6,283.53 |
| Aug 1, 2022 | Deposit interest | | $0.05 | $6,283.48 |
| Jul 4, 2022 | Deposit interest | | $0.05 | $6,283.43 |
| Jun 1, 2022 | Deposit interest | | $0.05 | $6,283.38 |
| May 2, 2022 | Deposit interest | | $0.05 | $6,283.33 |
| Apr 1, 2022 | Deposit interest | | $0.06 | $6,283.28 |
| Mar 22, 2022 | Cash withdrawal<br>BR TO BR - 5429 | -$1,289.50 | | $6,283.22 |
| Mar 4, 2022 | Investment<br>PURCHASE | -$7,800.00 | | $7,572.72 |
| Mar 1, 2022 | Deposit interest | | $0.12 | $15,372.72 |
| Feb 1, 2022 | Deposit interest | | $0.13 | $15,372.60 |
| Jan 4, 2022 | Deposit interest | | $0.13 | $15,372.47 |
| Dec 1, 2021 | Deposit interest | | $0.17 | $15,372.34 |
| Nov 19, 2021 | Investment<br>PURCHASE | -$10,000.00 | | $15,372.17 |
| Nov 1, 2021 | Deposit interest | | $3.14 | $25,372.17 |
| Nov 1, 2021 | Funds transfer<br>ALISSA CHIARAVA | -$344,045.00 | | |
| Oct 12, 2021 | Fee<br>In-Branch wd/tfr, cheque 1 @ $2.00 | -$2.00 | | $369,414.03 |

Royal Bank of Canada Website, © 1995-2024

| | | | | |
|---|---|---|---|---|
| Oct 1, 2021 | Deposit interest | | $1.65 | $369,416.03 |
| Oct 1, 2021 | Investment<br>PURCHASE | -$20,000.00 | | |

Royal Bank of Canada Website, © 1995-2024