# EXHIBIT C

1 | Devin Sreecharana, Esq. (029057)
2 | MAY, POTENZA, BARAN & GILLESPIE, P.C.
  | 1850 N. Central Ave., Suite 1600
3 | Phoenix, Arizona 85021
  | Telephone: (602) 252-1900
4 | Facsimile: (602) 252-1114
5 | Email: devin@maypotenza.com

6 | Moshe Y. Admon, Esq. (*Admission Pending*)
  | State Bar No. 034169
7 | Admon Law Firm, PLLC
8 | 300 Lenora St., #4008
  | Seattle, Washington 98121
9 | Telephone: (206) 739-8383
  | Email: jeff@admonlaw.com
10 |
11 | *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | Case No.: CV-2308622-PCT-JJT |
| Plaintiff, | **ADAM NACH'S AMENDED AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY RECEIVERSHIP ORDER BY ADDING CATHEDRAL SHANGILA LLC AND NIDO DI STELLE LLC TO THE RECEIVERSHIP ESTATE** |
| v. | |
| Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company, | |
| Defendants. | |

**STATE OF ARIZONA**     )

                                          )

**COUNTY OF MARICOPA** )

Adam Nach, states under oath:

1.      I am over the age of 18 and am competent to testify to the matters addressed herein.

2.      I am the president of Peak Performance Restructuring Services, LLC ("PPRS").

3.      This affidavit is provided in my capacity as an officer of PPRS.

4.      I am familiar with the provisions of the Arizona Uniform Commercial Real Estate Receivership Act, A.R.S. §§ 33-2601 *et seq.* ("UCRERA").

5.      I am not an affiliate, officer, or attorney of Phong Thanh Huynh, Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company.

6.      I do not have any materially adverse interest to any of the above-named parties.

7.      I do not have a material financial interest in the outcome of this matter.

8.      I do not have a debtor-creditor relationship with any of the above-named parties.

9.      I do not hold an equity interest in Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company.

10.     I have no interest in the action Case No.: CV-2308622-PCT-JJT.

11.     I am not otherwise disqualified under the provisions of UCRERA or FRCP Rule 66.

12.     A true and correct copy of my curriculum vitae, providing my experience and credentials, is attached hereto as **Exhibit 1**.

13.     PPRS and I have experience as receivers for companies holding residential property and raw land.

14.     The standard hourly rates for PPRS are as follows:

1    a. Receiver              $395/hr.

2    b. Director              $350/hr.

3    c. Associate/Manager     $275/hr.

4    d. Support Staff         $95/hr.

5    e. Consultants           $300/hr.

6

7    FURTHER AFFIANT SAYETH NAUGHT.

8

9

10    SUBSCRIBED AND SWORN to me this 12th day of February, 2025.

11

12

13                                Notary Public

14   My Commission Expires:

15   05/01/2025

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



**Curriculum Vitae-Adam Nach**

**Peak Performance Restructuring Services, LLC dba Peak Performance Fiduciary Services**
President/Founder, 2021 to present.
Mr. Nach, through Peak Performance Restructuring Services, LLC, serves as a Court Appointed Receiver in State and Federal Courts, Trustee, Liquidating Agent and Independent Director/Manager and other fiduciary roles.

**Lane & Nach, PC**
President/Founder/Attorney, 2000 to the present.
Mr. Nach serves as President of Lane & Nach, PC. His firm provides legal services to the following client groups: Lenders, Landlords, Receivers, Bankruptcy Trustees, Assignees in Assignment for Benefit of Creditors, Liquidating Agents, Directors, Managers, in substantive areas of law including Commercial Litigation, Bankruptcy, Business Transactions, Landlord/Tenant and Debtor/Creditor Relations, International Transactions and International Litigation.

**Brandes, Lane & Joffe, PC**
Associate Attorney, 1994 to 1999.
Mr. Nach represented clients in drafting agreements related to commercial transactions and represented clients in commercial litigation matters and bankruptcy matters.

**US Bankruptcy Court for the District of Arizona**
Judicial Clerk to the Honorable Chief Judge Robert G. Mooreman, 1991 to 1993.
Mr. Nach served as a term law clerk.  He prepared Judge Mooreman for court hearings and trials, and reviewed and analyzed complex bankruptcy issues.  He also assisted many visiting Bankruptcy Judges in the District of Arizona that presided in jurisdictions throughout the 9th Circuit.  He drafted opinions, orders and judgments for the Judges. Mr. Nach presided over court hearings including, but not limited to, Chapter 13 hearings and summary proceedings.  He managed bankruptcy staff attorneys and student externs.

**Credentials**
    Licensed attorney in Arizona
    Admitted to U.S. Supreme Court, 9th Circuit Court of Appeals, District Court of Arizona
    Admitted in several jurisdictions through Pro Hac Vice
    Board Certified Bankruptcy Law Specialist – State Bar of Arizona
    Board Certified – Creditors' Rights Law – American Board of Certification
    Martindale-Hubbell AV rated.

**Professional Affiliations**
      American Bankruptcy Institute
      Arizona Private Lenders Association
      Arizona Trustee Association
      California Receivers Forum
      Commercial Receivers Association
      National Association of Bankruptcy Trustees
      National Association of Federal Equity Receivers
      Private Directors Association
      Turnaround Management Association

**Presentations and Publications from 1991 to the Present**
      American Bankruptcy Institute
      Arizona School of Real Estate
      Arizona Trustee Association
      Association for Financial Professionals of Arizona
      California Receivers Forum
      City of Phoenix
      Commercial Receivers Association
      Financial Poise
      Lorman Education
      Maricopa County Bar Association
      National Association of Bankruptcy Trustees
      National Business Institute
      Norton Bankruptcy Institutes
      Phoenix College
      Sports Financial Advisors Association
      State Bar of Arizona
      Strategic Alternatives to Distressed Business
      Turnaround Management Association