# EXHIBIT A

Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: CV-2308622-PCT-JJT<br><br>**DECLARATION OF TREVOR J. WAINFELD IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT RECORD RE: MOTION TO MODIFY RECEIVERSHIP ORDER BY ADDING CATHEDRAL SHANGILA LLC AND NIDO DI STELLE LLC TO THE RECEIVERSHIP ESTATE AND FOR THE TRANSFER OF FUNDS FROM DEFENDANT CHIARAVANOND TO RECEIVER** |

I, Trevor J. Wainfeld, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am an attorney with the law firm May, Potenza, Baran & Gillespie, P.C. and represent the Plaintiff in this action. I am submitting this declaration in support of the

Plaintiff's Supplement to Motion to Modify Receivership Order by Adding Cathedral Shangrila LLC ("Cathedral") and Nido di Stelle LLC ("Nido") to the Receivership Estate and for the Transfer of Funds from Defendant Chiaravanond to Receiver (the "Motion") (Doc. 78).

4. On February 18, 2025, the parties' counsel, the Receiver, and the Receiver's counsel telephonically met and conferred about (1) the Receiver's work and information he needs from Defendants, (2) the Motion, and (3) Defendants' still-outstanding discovery and disclosure obligations. I participated in this conference call.

5. During this phone call, Plaintiff's counsel learned the following from Defendants' counsel:

    a. The Sedona Properties are uninsured;

    b. Insurance coverage for the Malibu Properties was canceled because Defendants failed to timely pay insurance premiums (perhaps among other reasons, though Plaintiff lacks relevant information and documents to confirm);

    c. Defendant Chiaravanond was residing in the Malibu House before it perished and now resides in one of the Sedona Houses, rendering it unrentable and unprofitable;

    d. Defendant Chiaravanond has very limited cell phone and internet access apparently inhibiting her ability to, at minimum, promptly communicate with Defendants' counsel; and,

    e. Defendants "lost a week" on meeting their disclosure and discovery obligations and collecting documents the Receiver needs, at least in part, due to Defendant Chiaravanond's communication limitations;

6. During this phone call, Defendants' counsel reiterated Defendants' opposition and unwillingness to stipulate to the Motion (Doc. 78) and, generally, Plaintiff's requested expansion of the Receivership to include the Sedona Properties.

7. On February 19, 2025, I received the email attached hereto as **Exhibit 1**,

2

discussing that Defendants anticipate their commencement of formal document production late this week (approximately February 21, 2025) or next week (February 24-28, 2025).

8. Despite request, Defendants have not committed to a date certain by which they will deliver fulsome discovery responses to Mr. Huynh's pending November 12, 2024 discovery requests and fully comply with their Rule 26 disclosure obligations.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 19th day of February, 2025.

*Trevor J. Wainfeld*
Trevor J. Wainfeld

3

# EXHIBIT 1

| | |
|---|---|
| **From:** | Matthew Hersh |
| **To:** | Trevor Wainfeld; Devin Sreecharana; Moshe Y Admon; Adam Bennett Nach; Renee Gonzales; Stuart Rodgers <Stuart.Rodgers@lane-nach.com>; Tyler Bowman |
| **Subject:** | Followup on call |
| **Date:** | Wednesday, February 19, 2025 9:57:02 AM |
| **Attachments:** | Outlook-psu2l3ul.png |

Counsel -

Following up on our call yesterday.

**For the receiver**: EIN info is below

ILU
86-███████

Pacific Shangrila
86-███████

**For counsel:**

-I've looped back with our ESI consultant. Absent something unexpected, I can commit to having at a minimum relevant and nonprivileged whatsapp messages and other IMs from three of the phones, email messages from one of the email accounts, and word processing and spreadsheet documents reviewed and produced by the end of the week. I don't know yet whether there's a protective order issue, but I think the Court has a pretty standard form that we can use (potentially with suggested modifications, but we will cross that bridge when/if we get to it). If one is needed, I'm assuming we can work in good faith to treat docs as confidential until any PO is formally entered.

-As to audio files, I've gotten most of them transcribed to the extent possible by AI and at a minimum we'll get you the files/transcriptions that are immediately relevant. Some of the AI transcriptions seem too rough to tell without further work whether they are relevant or not, so I can't promise timing on those yet.

-There's still a big bunch of emails from two other accounts that I will take a run at, but can't promise those won't roll into the next week.

-I haven't had a chance to circle back with Alissa on rogs and the broader receiver question. Will do as soon as possible, but as you know am traveling and largely offscreen next 48 hours.

-Re docs, I've got Phong 1-171 and 578-686. But nothing in the middle. Also, Phong 1-171 are

bates'd but the file names don't match the bates. If you can fill these in promptly, I would appreciate it.

M



**Matthew Hersh (he/him)**
**Mestaz Law**

Direct: +1 602 806 2076
Mobile: +1 202 253 2514
Email: Matt@MestazLaw.com

www.MestazLaw.com

5090 N. 40th Street, Suite 200, Phoenix, AZ 85018