**IN THE UNITED STATES DISTRICT COURT DISTRICT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-08622-JJT<br><br>**ORDER GRANTING MOTION TO SUPPLEMENT RECORD RE: MOTION TO MODIFY RECEIVERSHIP ORDER BY ADDING CATHEDRAL SHANGILA LLC AND NIDO DI STELLE LLC TO THE RECEIVERSHIP ESTATE AND FOR THE TRANSFER OF FUNDS FROM DEFENDANT CHIARAVANOND TO RECEIVER** |

Having considered Plaintiff Phong Thanh Huynh's Motion to Supplement Record Re: Motion to Modify Receivership Order by Adding Cathedral Shangrila LLC and Nido Di Stelle LLC to the Receivership Estate and for the Transfer of Funds from Defendant Chiaravanond to Receiver (Doc.____) (the "Motion"), and good cause appearing,

**IT IS ORDERED** granting the Motion. Plaintiff's Motion to Modify Receivership Order by Adding Cathedral Shangrila LLC and Nido di Stelle LLC and for the Transfer of Funds from Defendant Chiaravanond to Receiver (Doc. 78) shall be supplemented to include Exhibit A to the Motion (Doc. __ -1).

1

SIGNED this _____ day of _____, 2025.

_____
Honorable John J. Tuchi
United States District Judge