# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                                        adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
**For the Period January 17, 2025, through January 31, 2025 ("Reporting Period")**
Report Dated February 20, 2025

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this monthly report (the "**Report**") as Receiver for the Receivership Companies, Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") as defined in the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United Stated District Court for the District of Arizona.

The Receiver's powers and duties are defined under the Order, which was filed and entered in the United Stated District Court for the District of Arizona.

On January 21, 2025, the Receiver executed and filed his Oath with the Court [Dkt. No. 72].

The Order specifically appoints Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC.  Both the Receivership Companies have assets and real property over which the Receiver has been appointed.

Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. See **Exhibit "A**."

ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond. See **Exhibit "B."**

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach        adam.nach@pprs.xyz

On January 24, 2025, Receiver recorded the Order with the Recorder's Office of Los Angeles, County, California.

On January 27, 2025, Receiver, through counsel, filed his *Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754* with the United States District Court for the District of Nevada, at Case No. 2:25-ms-00006.

On January 28, 2025, Receiver, through counsel, filed his *Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754* with the United States District Court for the Central District of California at Case No. 2:25-mc-00006.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds tile to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

## Status of the Malibu Real Properties

As of the date of the Report, Receiver has attempted to physically evaluate the Malibu Real Properties. However, due to the wild fires and circumstances surrounding the fires, the access to the Malibu Real Properties and surrounding areas have been restricted by local authorities and government agencies. The physical condition of the Malibu Real Properties is uncertain. Upon information available and belief, Receiver believes that the wild fires have caused significant damage to the Malibu Real Properties.

Receiver is working with Megan Husri and the Seymour, Weinberger, and Husri, Fiduciary Real Estate Group ("**SWH**"), who are based out of Southern California, to access the Malibu Real Properties and provide the Receiver with a report, photos, and evaluation of the current condition of the properties. Receiver will provide an update to the Court and parties as further information becomes available.

## Insurance Policies Related to Malibu Properties

Receiver received information from Defendant Chiaravanond's counsel that the Malibu House was covered by a Fire Policy issued through Weaver Insurance under the California FAIR Plan, policy no. xxxx405. Defendant Chiaravanond's counsel provided a copy of an email from Weaver Insurance ("**Weaver**") stating that the policy was no longer in effect as of October 20, 2024.

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                         adam.nach@pprs.xyz

On January 31, 2025, Receiver contacted Weaver to request the policy information related to the Malibu House, but Weaver's agent denied Receiver any information other than the policy was not in effect at the time of the telephone call. Receiver has made formal demand on Weaver to produce all relevant information and documentation pertaining to the Malibu House and any policies in effect or lapsed as authorized by the Order. Receiver has begun evaluating and researching options as it relates local, state, and governmental programs as it relates to Malibu Real Properties and insurance claims and policies.

**Other Assets of Receivership Companies**

As of the date of this Report, Receiver has attempted to identify and locate other assets of the Receivership Companies, included but not limited to, bank accounts, business records, and other assets owned by the Receivership Companies. Additionally, Receiver is investigating other assets of the Receivership Estate with use of a private investigator and analyzing transfers of Receivership Estate assets which may be avoidable. The Receiver will continue to investigate and attempt to locate other Receivership Estate assets.

**Receiver Funds on Hand**

Receiver is currently in the process of establishing bank accounts with Pinnacle Bank specific for the Receivership. As of the date of this Report, Receiver holds no funds on behalf of the Receiver Companies.

Respectfully Submitted,


*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

# EXHIBIT "A"

## Entity Information

### Entity Information

**Entity Name:**

PACIFIC SHANGRILA LLC

**Entity Number:**

E11817482021-0

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Default

**Formation Date:**

01/22/2021

**NV Business ID:**

NV20211996115

**Termination Date:**

**Annual Report Due Date:**

1/31/2025

**Compliance Hold:**

**Series LLC:**

☐   **Restricted LLC:**   ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

REGISTERED AGENT SOLUTIONS, INC.*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

CALIFORNIA

**Street Address:**

187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | ALISSA CHIARAVANOND | 341 SAN RAFAEL AVENUE, Belvedere, CA, 94920, USA | 07/16/2024 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

# EXHIBIT "B"

ENTITY INFORMATION

Search Date and Time: 2/9/2025 10:09:44 PM

Entity Details

| | |
|---|---|
| Entity Name: | |
| ILU LLC | |
| Entity ID: | |
| 23173738 | |
| Entity Type: | |
| Domestic LLC | |
| Entity Status: | |
| Active | |
| Formation Date: | |
| 1/21/2021 | |
| Reason for Status: | |
| In Good Standing | |
| Approval Date: | |
| 1/21/2021 | |
| Status Date: | |
| 1/21/2021 | |
| Original Incorporation Date: | |
| 1/21/2021 | |
| Life Period: | |
| Perpetual | |
| Business Type: | |
| Any legal purpose | |
| Last Annual Report Filed: | |
| Domicile State: | |
| Arizona | |
| Annual Report Due Date: | |
| Years Due: | |
| Original Publish Date: | |

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

## Statutory Agent Information

**Name:**

REGISTERED AGENT SOLUTIONS, INC.

**Appointed Status:**

Active 7/16/2024

**Attention:**

c/o Registered Agent Solutions, Inc.

**Address:**

300 W. CLARENDON AVE., SUITE 240, PHOENIX, AZ 85013, USA

**Agent Last Updated:**

7/16/2024

**E-mail:**

**Attention:**

c/o Registered Agent Solutions, Inc.

**Mailing Address:**

300 W. CLARENDON AVE., SUITE 240, PHOENIX, AZ 85013, USA

**County:**

Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | Alissa Chiaravanond | | 1846 E. Innovation Park Dr Ste 100, ORO VALLEY, AZ, 85755, Pima County, USA | | 1/21/2021 |

Page 1 of 1, records 1 to 1 of 1

## Address 

**Attention:** c/o Registered Agent Solutions, Inc.

**Address:** 300 W. CLARENDON AVE., SUITE 240, PHOENIX, AZ, 85013, USA

**County:** Maricopa

**Last Updated:** 7/16/2024

**Entity Principal Office Address**

Attention:

Address:

County:

Last Updated:

Back    Return to Search               Document History      Name/Restructuring History

Return to Results                      Pending Documents      Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)