Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>             Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>             Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL**<br><br>(Telephonic Hearing Requested) |

Pursuant to L.R.Civ. 12.1(c) and the September 19, 2024 Scheduling Order (Doc. 47 at ¶ 9), undersigned counsel certifies that the Parties have made sincere efforts to resolve this matter without judicial intervention. Prior to filing the Notice of Discovery Dispute, undersigned counsel telephonically discussed the discovery issues contained in the Notice of Discovery Dispute on, at least, January 27, February 5, and February 18, 2025. The Parties,

through counsel, also exchanged emails on this topic between January 27 and February 24, 2025 concerning the same.

Despite the Parties' above-referenced efforts, the discovery dispute contained in the Notice of Discovery Dispute remains unresolved, necessitating judicial intervention.

RESPECTFULLY SUBMITTED this 24th day of February, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.


**ADMON LAW FIRM, PLLC**

Moshe Y. Admon

*Attorneys for Plaintiff*


**MESTAZ LAW**

By /s/ *Matthew Hersh* (with permission)
    Daniel B. Mestaz
    Matthew Hersh
    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

> Daniel B. Mestaz
> Matthew Hersh
> MESTAZ LAW
> 5090 North 40th Street
> Phoenix, AZ 85018
> daniel@mestazlaw.com
> matt@mestazlaw.com
> *Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

/s/ *Elena Cordero*

3