IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is the Parties' Stipulation for Extension of Time for Plaintiff to File Reply in Support of Motion to Modify Receivership Order (First Request) (Doc. 87). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation for Extension of Time for Plaintiff to File Reply in Support of Motion to Modify Receivership Order (First Request) (Doc. 87). Plaintiff has until **March 14, 2025**, to file his reply in support of his Motion to Modify Receivership Order (Doc. 78).

Dated this 5th day of March, 2025.

Honorable John J. Tuchi
United States District Judge