**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
John J. Daller (034016)
  daniel@mestazlaw.com
  matt@mestazlaw.com
  john@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alissa Chiaravanond, et. al,<br><br>　　　　Defendants | No. CV-23-08622-PCT-JJT<br><br>**Declaration of Keith Bierman in Support of Defendants' Motion to Supplement Record Re: Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order** |

I, Keith Bierman, declare as follows:

1. I am over the age of 18 years and make this declaration voluntarily.
2. I have personal knowledge of the statements made in this declaration.
3. I am the Senior Managing Director of MCA Financial Group ("MCA").

4. I have served as a court-appointed receiver, trustee, or special master in over one hundred matters across many varied industries and businesses, including but not limited to real estate and property management.

5. On February 27, 2025, Alissa Chiaravanond ("Chiaravanond") retained MCA for the purpose of providing consulting services in connection with financial and operational matters germane to Chiaravanond's ownership and management, through Cathedral Shangrila LLC and Nido di Stelle LLC, of the real properties commonly known as 95 Cross Creek Circle (the "Cross Creek Property") and 288 Back 'O Beyond Circle (the "Back 'O Beyond Property") located in Sedona, Arizona (collectively, the "Sedona Properties"). *See* Consulting Agreement (Doc. 85-1, pp. 22-25).

6. Based on my experience of over 20 years, as well as my understanding of current issues in real estate insurance, wildfire coverage is increasingly difficult to obtain due to recent events, and insurance companies have tightened their underwriting protocol due to potential wildfire risk and have even canceled wildfire coverage from some existing policies covering properties in high wildfire risk areas.

7. From the date MCA was hired to the present, Chiaravanond has been and continues to be prompt, cooperative, and responsive in communicating with MCA and me in our efforts to prudently manage the Sedona Properties.

8. Pursuant to the Consulting Agreement, Chiaravanond provided MCA with a retainer and has timely paid MCA for services rendered.

I declare under penalty of perjury this 3rd day of April, 2025, that the foregoing is true and correct.

_____
Keith Bierman

2