**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
John J. Daller (034016)
 daniel@mestazlaw.com
 matt@mestazlaw.com
 john@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>    Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>    Defendants | No. CV-23-08622-PCT-JJT<br><br>**[Proposed] Order Granting Defendants' Motion to Supplement Record Re: Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order** |

Having considered Defendants' Motion to Supplement Record Re: Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order (Doc. ___) (the "Motion"), and good cause appearing,

**IT IS ORDERED** granting the Motion. Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order shall be supplemented to include Exhibits A and B to the Motion (Doc. ___-1 and Doc. ___-2).

SIGNED this _____ day of _____, 2025.

/s/ _____
Honorable John J. Tuchi
United States District Judge