# EXHIBIT A

Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
   twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>   Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>   Defendants. | Civil Action No.: CV-2308622-PCT-JJT<br><br>**DECLARATION OF PHONG THANH HUYNH IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO SUPPLEMENT RECORD RE: DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY RECEIVERSHIP ORDER** |

I, Phong Thanh Huynh, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am the Plaintiff in this action. I am submitting this declaration in support of my Objection to Defendants' Motion to Supplement Record re: Defendants' Opposition to

Plaintiff's Motion to Modify Receivership Order.

4. Attached hereto as **Exhibit 1** is a statement from HOAMCO I received on or about April 1, 2025.

5. I have not received any communication confirming that the HOA dues identified in the preceding paragraph and Exhibit 1 hereto have been paid.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 17th day of April, 2025.



Phong Thanh Huynh

2

# EXHIBIT 1






(928) 282-4479
hoamco.com/contact
35 Bell Rock Plaza, Suite A
Sedona, AZ 86351

Paying online? Scan here to find your payment portal. ->

**CROSS CREEK RANCH COMMUNITY ASSOCIATION**
Property: RE: 95 RAVENS CALL PL
Account Number: 1007004411

Due Date  04/01/2025    Amount Due  $6,499.18
LATE FEES WILL APPLY IF REC'D AFTER 04/15/2025

| Date | Description | Amount | Balance |
|---|---|---|---|
|  | Balance Forward |  | $4,152.17 |
| 01/01/2025 | January 2025 - Quarterly Internet Assessment | $63.95 | $4,216.12 |
| 01/01/2025 | January 2025 - Quarterly Water Assessment | $54.00 | $4,270.12 |
| 01/01/2025 | January 2025 - Quarterly Assessment | $940.00 | $5,210.12 |
| 01/17/2025 | Late Fee | $198.59 | $5,408.71 |
| 01/31/2025 | Interest | $17.25 | $5,425.96 |
| 02/28/2025 | Interest | $16.10 | $5,442.06 |
| 04/01/2025 | April 2025 - Quarterly Internet Assessment | $63.12 | $5,505.18 |
| 04/01/2025 | April 2025 - Quarterly Water Assessment | $54.00 | $5,559.18 |
| 04/01/2025 | April 2025 - Quarterly Assessment | $940.00 | $6,499.18 |
|  | **Amount Due** |  | **$6,499.18** |

To sign up for e-statements visit: https://hoa-e.com/5NRBSTZWE

If you have any billing questions please contact billingquestions@hoamco.com or 928-776-4479.

Fines and Attorney fees exempt from HOAMCO auto debit. These must be paid by Check or FSPay.

To ensure proper credit, please detach and return the portion below with payment in the enclosed envelope.

**CROSS CREEK RANCH COA (007)**
C/O HOAMCO - SEDONA
35 BELL ROCK PLAZA STE A
SEDONA, AZ  86351

Property: RE: 95 RAVENS CALL PL
Association ID: 7
Account Number: 1007004411

Due Date  04/01/2025    Amount Due  $6,499.18
LATE FEES WILL APPLY IF REC'D AFTER 04/15/2025

Make Check Payable To:

CROSS CREEK RANCH COA (007)
C/O HOAMCO - SEDONA
PO BOX 94346
LAS VEGAS, NV  89193-4346

**Account Statement Enclosed**

HUYNH THANH  PHONG
19 COVE GROVE
SINGAPORE,  098214

1093 000007 0000001007004411 PHONGHUYNHTH 649918 5

PHONG_000687