Adam B. Nach
**PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC**
2001 East Campbell, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.:  (602) 258-6003
Email:  adam.nach@pprs.xyz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Phong Thanh Huynh, | |
|---|---|
| Plaintiff, | Case No. CV-23-08622-PCT-JJT |
| v. | **NOTICE OF FILING OF RECEIVER'S FEBRUARY, 2025 REPORT** |
| Alissa Chiaravanond, et al., | |
| Defendants. | |

Peak Performance Restructuring Services, LLC, by and through Adam B. Nach, its President, having been appointed Receiver in this action pursuant to the Order Appointing Receiver signed and entered in this matter on January 17, 2025, hereby submits the February Receiver Report, covering the period of March 1, 2025 through March 31, 2025, attached hereto.

DATED this 21st day of April, 2025.

**Peak Performance Restructuring Services, LLC.**

By: /s/ Adam B. Nach
Adam B. Nach
*Receiver*

COPY of the foregoing delivered via
email this 21st day of March, 2025 to:

Matthew Hersh
5090 N. 40th Street, Suite 200
Phoenix, AZ 85018
*Attorneys for Defendants*

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021

Moshe Y. Admon, Esq. (*Admission Pending*)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
*Attorneys for Plaintiff*

By: /s/ Jenna Pitchell                     .

2