# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                   adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period February 1, 2025, through February 28, 2025 ("Reporting Period")
Report Dated April 21, 2025

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this monthly report (the "**Report**") as Receiver for the Receivership Companies, Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") as defined in the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United Stated District Court for the District of Arizona.

The Receiver's powers and duties are defined under the Order, which was filed and entered in the United Stated District Court for the District of Arizona.

The Order specifically appoints Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Both the Receivership Companies have assets and real property over which the Receiver has been appointed.

Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond.

ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                              adam.nach@pprs.xyz

in the Order, Pacific owns and holds tile to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

**Status of the Malibu Real Properties**

Receiver is actively working with the County of Los Angeles and the United States Army Corp of Engineers to start the process to remove debris from the Malibu Real Properties that resulted from the Fires. Receiver believes that leaving the foundation on the Malibu House is in the best interest of the property. The application is still under review by the County of Los Angeles.

Receiver has also engaged Seymour, Weinberger, and Husri ("**SWH**") to assist the Receiver in evaluating options for securing the Malibu Real Properties as access to the neighborhood and surrounding area becomes more open and accessible to the public. SWH reports that access to the property is still restricted by local authorities.

**Insurance Policies Related to Malibu Properties**

Receiver is still investigating alternative insurance relief options available under government programs implemented by the State of California and Federal agencies.

Receiver has received a quote for general liability insurance policies for the Malibu Real Property. Receiver has informed all parties involved as to the cost.

**Receiver Funds on Hand**

Receiver received funds held by J.P. Morgan Chase Bank, N.A. ("**Chase**"), from the accounts on behalf of the Receivership Companies. Receiver received funds in the amount of $1,135.21 from the Chase account in the name of Pacific. Chase reported that the ILU account held no funds at the time of the request for turnover.

Receiver established specific bank accounts on behalf of the Receivership Companies with Pinnacle Bank. Receiver will use these accounts for any and all monies recovered and/or received on behalf of the Receivership Companies throughout the course of the receivership. Attached is an accounting of funds received by the Receiver on behalf of the Receivership Companies. See **Exhibit "A"**.

Respectfully Submitted,

*/s/ Adam B. Nach*

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                    adam.nach@pprs.xyz

Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

# EXHIBIT "A"

Case 3:23-cv-08622-JJT   Document 95-1   Filed 04/21/25   Page 4 of 5

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 3:23-cv-08622-JJT | Fiduciary: | Adam B. Nach, Receiver |
|---|---|---|---|
| Case Name: | HUYNH V. CHIARAVANOND ET AL | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3400 | Checking Acct #: | ▇▇▇▇7823 |
| For Period Beginning: | 12/2/2023 | Account Title: | Pacific Shangrila, LLC |
| For Period Ending: | 4/16/2025 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Account | Deposit $ | Disbursement $ | Balance |
| 03/26/2025 | | Chase National Account Services | Turnover of Funds | rnover of Fur | $1,135.21 | | $1,135.21 |
| | | | **TOTALS:** | | $1,135.21 | $0.00 | $1,135.21 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,135.21 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,135.21 | $0.00 | |

For the period of **12/2/2023** to **4/16/2025**          For the entire history of the account between **03/19/2025** to **4/16/2025**

Total Internal/Transfer Receipts:        $0.00          Total Internal/Transfer Receipts:        $0.00