# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, *et al.*,<br><br>　　　　Defendants. | No. CV-23-08622-PCT-JJT<br><br>**ORDER** |

　　　　Upon review,

　　　　**IT IS HEREBY ORDERED** setting an in-person hearing on Plaintiff's Motion to Modify Receivership Order by Adding Cathedral Shangrila LLC and Nido di Stelle LLC to the Receivership Estate and for the Transfer of Funds from Defendant Chiaravanond to Receiver (Doc. 78) for **May 8, 2025, at 1:30 p.m.**, before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

　　　　Dated this 22nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　United States District Judge