**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
John J. Daller (034016)
 daniel@mestazlaw.com
 matt@mestazlaw.com
 john@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **Defendants' Reply to Support Motion to Supplement Record Re: Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order** |
| v. | |
| Alissa Chiaravanond, et. al, | |
| Defendants | |

The motion to supplement the record is entirely appropriate. Defendants did not "create[] the supplementary evidence after briefing was complete." The supplementary evidence merely reaffirms the evidence that was submitted in Defendants' brief in opposition (Doc. 85) to Plaintiff's motion to modify the receivership order (Doc. 78). Specifically:

- In Defendants' opposition brief, Defendant Chiaravanond declared that she had obtained insurance for one of the Sedona properties at issue and that she was "in the process" of obtaining insurance for the other property. The motion to supplement the record (Doc. 92) merely confirms, as Defendants had already signaled to the Court and the parties, that Chiaravanond followed through with her promise. This is not new evidence "created" after briefing was complete. It is merely follow-through on evidence that was already in the record.

- In Defendants' opposition brief, Defendant Chiaravanond also declared that she had retained Keith Bierman, the Senior Managing Director of MCA Financial Group and an experienced court-appointed receiver, to help manage the Sedona properties. The motion to supplement the record merely confirms, as Defendants had already signaled to the Court and the parties, that Chiaravanond continued to cooperate with Mr. Bierman and the management of the properties. This, again, is not new evidence "created" after briefing was complete. It is merely follow-through on evidence that was already in the record.

As to the alleged nonpayment to the homeowners association, what counsel has been able to determine is the following. Defendants collectively own three properties in Sedona. One is a house at 288 Back O Beyond Circle, Sedona, Arizona 86336 (what Plaintiff calls in its motion papers the "Sedona House 1"). The second is a house at 95 Cross Creek Circle, Sedona, AZ 86336 (in Plaintiff's terminology, the "Sedona House 2"). The third is a plot of land at 95 Ravens Call Place, Sedona, AZ 86336 (in Plaintiff's terminology, the "Sedona Land"). Although they abut different streets and therefore have different addresses, the

Sedona House 2 and the Sedona land are in fact contiguous.[1] Chiaravanond has advised counsel of the following facts to be shared with the court:

- When she "caught up on bills for the Cross Creek property," Declaration of Alissa Chiaravanond in Support of Defendants' Opposition to Plaintiff's Motion to Modify Receivership Order (Doc. 85-1), she believed she was paying the homeowner association fees for both lots.
- She was unaware until the day of the filing of Plaintiff's opposition brief (Doc. 94) that in fact the homeowners association assessed a separate fee for the lot making up the Sedona Land.
- She intends to remedy the situation by clearing any outstanding balance for the Sedona Land.

Counsel is endeavoring to confirm this information and will advise the Court, and the parties, when he is able to provide further detail on the matter.

Respectfully submitted this 1st day of May, 2025.

>  /s/ Matthew Hersh
>  Mestaz Law
>  *Counsel for Defendants*

---

[1] This link from Google Maps shows the location of the two properties in connection with one another, while an entry of either "95 Cross Creek Circle" or "95 Ravens Call Place" in the Yavapai County GIS Map will show the two lots, 39 and 44, contiguous to one another.

3

Served this same day via ECF to the following:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ Matthew Hersh*