**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
John J. Daller (034016)
daniel@mestazlaw.com
matt@mestazlaw.com
john@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **Stipulation for Entry of Protective Order** |
| v. | |
| Alissa Chiaravanond, et. al, | |
| Defendants | |

The Parties, by and through undersigned counsel, hereby stipulate and agree to the entry of a protective order in the form filed and lodged concurrently herewith, and ask that the Court enter that order.

Respectfully submitted this 2nd day of May, 2025.

**MESTAZ LAW**

By /s/ *John J. Daller*
    Matthew Hersh
    John J. Daller
    *Counsel for Defendants*

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
    Devin Sreecharana, Esq.
    Trevor J. Wainfeld, Esq.
    *Attorneys for Plaintiff*

**ADMON LAW FIRM, PLLC**

Moshe Y. Admon
*Attorneys for Plaintiff*

Served this same day via ECF to the following:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ John J. Daller*