Adam B. Nach
**PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC**
2001 East Campbell, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@pprs.xyz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br>v.<br><br>Alissa Chiaravanond, et al.,<br><br>　　　　Defendants. | Case No. CV-23-08622-PCT-JJT<br><br>**NOTICE OF FILING OF RECEIVER'S APRIL, 2025 REPORT** |

  Peak Performance Restructuring Services, LLC, by and through Adam B. Nach, its President, having been appointed Receiver in this action pursuant to the Order Appointing Receiver signed and entered in this matter on January 17, 2025, hereby submits the February Receiver Report, covering the period of April 1, 2025 through April 30, 2025, attached hereto.

  DATED this 20th day of May, 2025.

           **Peak Performance Restructuring Services, LLC.**

           By: /s/ Adam B. Nach
             Adam B. Nach
             *Receiver*

COPY of the foregoing delivered via
email this 20th day of May, 2025 to:

Matthew Hersh
5090 N. 40th Street, Suite 200
Phoenix, AZ 85018
*Attorneys for Defendants*

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021

Moshe Y. Admon, Esq. (*Admission Pending*)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
*Attorneys for Plaintiff*

By: /s/  Jenna Pitchell                          .

2

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                          adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period April 1, 2025, through April 30, 2025 ("Reporting Period")
Report Dated May 20, 2025

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this monthly report (the "**Report**") as Receiver for the Receivership Companies, Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") as defined in the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United Stated District Court for the District of Arizona.

The Order specifically appoints Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds tile to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

## Status of the Malibu Real Properties

1

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                              adam.nach@pprs.xyz

Receiver is actively working with the County of Los Angeles and the United States Army Corp of Engineers to start the process to remove debris from the Malibu Real Properties that resulted from the Fires.

Receiver reports that the County of Los Angeles is working with the Army Corp of Engineers to begin the process of debris and tree removal. Receiver coordinated with the Army Corp of Engineers to begin work starting the week of May 12, 2025. Army Corp of Engineers did not provide a timeline as to when the process would be complete, but are in communication with the Receiver.

Receiver provided a status update with the parties directly and will continue to inform parties involved as status updates become available to the Receiver.

**Insurance Policies Related to Malibu Properties**

Defendant indicated to Receiver that she purchased a general liability insurance policy to include the Malibu Properties. Receiver made a request that Defendant list the Receiver as a "loss payee" on the policy for the duration of the Receivership.

**Receiver Funds on Hand**

Receiver is currently holding funds in the amount of $1,135.21. See **Exhibit "A"**. Receiver has received no additional funds as of the date of this Report.

**Fees and Expenses incurred by Receiver**

In order to comply with the Receivership Order, Receiver retained the law firm of Andersen Beede and Weisenmiller for necessary expenses related to actions taken in the state of California and Nevada, in amount of $2,151.00. A copy of the invoice is attached as **Exhibit "B".**

In addition to above mentioned expenses, Receiver and his counsel have incurred fees and costs in the administration of the Receivership Estate. Receiver will provide copies of the invoices in the near future.

Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

# EXHIBIT "A"



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED


10317  1 MB 0.622 30

Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

## Statement of Account

Horizon 150

**Balance 4/01/25**
$1,135.21

**Summary**



Credits  +$0.00
Interest +$0.00
Debits   -$0.00

**Balance 4/30/25**
$1,135.21

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 1,135.21 | | | | |


Member FDIC
EQUAL HOUSING LENDER

Page 1 of 2



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

# Pinnacle

21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7765

RETURN SERVICE REQUESTED




10318  1 MB 0.622 30



Receivership of ILU LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

## Statement of Account

Horizon 150

**Balance 4/01/25**
$0.00

**Summary**

Credits   +$0.00
Interest  +$0.00
Debits    -$0.00

**Balance 4/30/25**
$0.00

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 0.00    |      |         |      |         |



Member FDIC

Page 1 of 2



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

# EXHIBIT "B"

# Andersen Beede Weisenmiller

# INVOICE

3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

Invoice # 954
Date: 02/25/2025
Due On: 03/27/2025

Peak Performance Restructuring Services, LLC
2001 E. Campbell, Suite 103
Phoenix, AZ 85016

## 01202-Peak Performance Restructuring Services, LLC

## Represent Client as Receiver for the purposes of certain ancillary proceedings to be filed before the United States District Court, District of Nevada.

### Services

| Time Keeper | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jeff Garrett | 01/22/2025 | Phone call with Attorney Adam Nach and Attorney Andersen regarding upcoming filing. | 0.30 | $315.00 | $94.50 |
| Ryan Andersen | 01/22/2025 | Phone call with Adam Nach and Attorney Garrett regarding notices to be filed. | 0.30 | $630.00 | $189.00 |
| Jeff Garrett | 01/24/2025 | Review communication history and meeting minutes to locate files. (.2) Communicate with counsel regarding filing order and complaint. (.2) | 0.40 | $315.00 | $126.00 |
| Ryan Andersen | 01/24/2025 | Prepare, revise, and file notice of receivership in Nevada District Court. | 1.20 | $630.00 | $756.00 |
| Ryan Andersen | 01/27/2025 | Review filing and consideration of service requirement. (.2) Email to client regarding same. (.1) | 0.30 | $630.00 | $189.00 |
| Ryan Andersen | 01/27/2025 | Draft and revise notice for Central District of California. (.2) Emails and phone calls regarding same. (.2) | 0.40 | $630.00 | $252.00 |
| Ryan Andersen | 01/28/2025 | Attention to across the counter filing in Nevada District Court. | 0.50 | $630.00 | $315.00 |
| Jeff Garrett | 01/29/2025 | Review and identify the filings and send email correspondence to Attorney Nach. | 0.40 | $315.00 | $126.00 |

| | | | **Quantity Subtotal** | | 3.8 |
| | | | **Services Subtotal** | | **$2,047.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/27/2025 | California Central District Court: Court filing fee. | 1.00 | $52.00 | $52.00 |
| Expense | 01/28/2025 | United States District Court, District of Nevada: Miscellaneous action filing fee. | 1.00 | $52.00 | $52.00 |
| | | | | **Expenses Subtotal** | **$104.00** |
| | | | | **Quantity Total** | **3.8** |
| | | | | **Subtotal** | **$2,151.50** |
| | | | | **Total** | **$2,151.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 954 | 03/27/2025 | $2,151.50 | $0.00 | $2,151.50 |
| | | | **Outstanding Balance** | **$2,151.50** |
| | | | **Total Amount Outstanding** | **$2,151.50** |

Please make all amounts payable to: Andersen Beede Weisenmiller