**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
Jerry S. Smith (019599)
   daniel@mestazlaw.com
   matt@mestazlaw.com
   jerry@mestazlaw.com

*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>              Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>              Defendants | No. CV-23-08622-PCT-JJT<br><br>**Notice of Substitution and Acceptance of Counsel Within the Same Law Firm** |

      Pursuant to **LRCiv 83.3(b)(4)**, Defendants hereby provide notice that attorney Jerry S. Smith, of the law firm Mestaz Law, is substituted as counsel of record in place of John J. Daller, also of the same firm, in the above-captioned matter. The contact information for new counsel is:

1  Jerry S. Smith (019599)
2  MESTAZ LAW
3  5090 North 40th Street, Suite 200
   Phoenix, Arizona 85018
4  jerry@mestazlaw.com
   (602) 806-2068
5

6      New counsel accepts the substitution and requests that all future correspondence,
7  notices, pleadings and filings be directed to the above contact.
8
9      Respectfully submitted this 22nd day of May, 2025.
10
11                          **MESTAZ LAW**
12                          By /s/ *Jerry S. Smith*
13                          Jerry S. Smith
                            Counsel for Defendants
14
15                          **MESTAZ LAW**
16                          By /s/ *John J. Daller*
17                          John J. Daller
18
19
20
21
22
23
24
25
27
28

Served this same day via ECF to the following:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ Jerry S. Smith*