# EXHIBIT 1

## Declaration of Keith Bierman Regarding the June 2025 Report Concerning the Sedona Properties

**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
Jerry S. Smith (019599)
    daniel@mestazlaw.com
    matt@mestazlaw.com
    jerry@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **Declaration of Keith Bierman Regarding the June 2025 Report Concerning the Sedona Properties** |
| v. | |
| Alissa Chiaravanond, et. al, | |
| Defendants | |

I, Keith Bierman, declare as follows:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am the Senior Managing Director of MCA Financial Group ("MCA").

4. I have served as a court-appointed receiver, trustee, or special master in over one hundred matters across many varied industries and businesses, including but not limited to real estate and property management.

5. Attached hereto at Exhibit A is a true and correct copy of the June 2025 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties, as ordered by the Court in its May 8, 2025 Order. If called as a witness in this case, I could and would testify competently about the contents of that report.

I declare under penalty of perjury this 29th day of May, 2025, that the foregoing is true and correct.

_____
Keith Bierman

2

# EXHIBIT A

June 2025 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties

May 28, 2025

**MCAFinancialGroup**
*Critical Solutions. Sound Resolution.*

CONFIDENTIAL

June 2025 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

May 28, 2025

Respectfully submitted,

_____
Keith Bierman
Senior Managing Director

*MCA Financial Group, Ltd.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

## I. INTRODUCTION

MCA understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA Financial Group, Ltd. ("MCA") to provide a written report on or before June 1, 2025 detailing Alissa's efforts, with MCA's assistance, to manage and maintain the two properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property") and 95 Cross Creek Circle ("95 Cross Creek Property"), (collectively, the "Properties"). This report (the "June 2025 MCA Report") summarizes MCA's and Alissa's efforts to manage and maintain the Properties.

MCA was retained by Alissa on February 27, 2025, to perform the following services:

i) Review financial information, accounting records, invoices, bills, utility bills, property related documents, insurance, property taxes, maintenance agreements and other documents relevant to the management and preservation of the Properties;

ii) Assist the Alissa to administer the management of the Properties and ensure that the Property is appropriately maintained, preserved and protected;

iii) Interface with any third parties relevant to the management, preservation and protection of the Properties including, but not limited to; insurance agents, maintenance companies, construction trades to facilitate repairs or improvements to the Properties, and others;

iv) Provide reports detailing MCA's activities, findings and recommendations to Alissa and legal counsel to be used in connection with certain pending litigation matters including reports to be provided to the Court;

v) Communicate with and fulfill any request for information concerning the status of the Property or its condition; and,

vi) Assist Alissa and legal counsel with other matters as requested from time to time.

## II. EFFORTS TO MANAGE AND MAINTAIN THE PROPERTIES

i) <u>Budget Preparation</u>. MCA and Alissa reviewed the monthly and annual expenditures necessary to maintain and manage the Properties. MCA prepared a budget template and provided the budget to Alissa to complete which MCA reviewed. This budget will be reviewed each month and compared to actual expenditures. Additionally, the budget will be extended, on a monthly basis, to the remainder of the 2025 calendar year once more information about the income and expenses of the Properties is obtained and there is a "track record" established upon which to accurately forecast income and expenses. Included in the budget are the following income and expense items:

      a. Rental income (applicable only to the BOB Property)
      b. Rental fees (applicable only to the BOB Property)
      c. Rental Taxes (applicable only to the BOB Property)
      d. HOA fees/assessments (applicable only to 95 Cross Creek Property)
      e. Property taxes
      f. Utilities
          i. Water
          ii. Electricity
          iii. Gas
          iv. Septic/Sewer
          v. Internet
      g. Insurance (Discussed in MCA's previous Wildfire Insurance Status Report issued May 15, 2025).
      h. Maintenance
          i. Landscaping
          ii. Pest Control
          iii. Interior Cleaning
          iv. Exterior Cleaning
      i. Registered agent fees
      j. Contingency

The BOB Property is managed by a third-party rental company, Sedona.org. Sedona.org collects rental fees and pays certain expenses of the BOB Property. Rental income is seasonal in nature and Alissa and MCA are working to obtain a rental history in order to forecast rental revenue that may be generated from the BOB Property. Additionally, rental taxes, if due, are calculated on the 5th of June by Sedona.org and such amounts will be paid when the calculation is completed.

Attached hereto are the monthly budget spreadsheets for the Properties for the month of May 2025. As described above the budgets will be updated and "rolled-forward" on a monthly basis.

ii) <u>Banking Matters</u>. Alissa is in the process of adding read only access permission for MCA to the bank accounts used to manage the Properties so that MCA can review income (from the BOB Property) and expenses paid from the bank accounts and to verify expenses are being paid timely.

iii) <u>Invoice Tracking</u>. Alissa has made efforts to change as many vendor accounts to "auto-pay" status so as to ensure timely payments of amounts due. The above-mentioned budgets will be updated with actuals on a monthly basis and used as a reference to track invoices/obligations and ensure that all obligations are paid timely.

iv) <u>Contact Information</u>. Alissa is reviewing the accountholder information for all vendor accounts to ensure that her contact information is accurate. To the extent possible, Alissa is also adding MCA to the vendor accounts so that MCA can

separately review each respective vendor account's status to ensure timely payment of Property related obligations.

### III.  ITEMS REQUIRING FURTHER DISCUSSION

  a. <u>Property Taxes</u>.  Property taxes for the Properties for the calendar year 2024 are past due.  The first half tax payment was due November 1, 2024, and the second half 2024 tax payment was due May 1, 2025.

      i. <u>BOB Property</u>.  The Yavapai County Assessor reflects that property taxes in the amount of $12,592.54 are due consisting of a principal amount of $11,954.94 and interest/fees of $637.60.[1]

      ii. <u>95 Cross Creek Property</u>.  The Yavapai County Assessor reflects that property taxes in the amount of $26,776.89 are due consisting of a principal amount of $25,421.10 and interest/fees of $1,355.79.[2]

In connection with the budget preparation, Alissa, with MCA's assistance, is working on a payment plan to pay the outstanding property tax liabilities for the Properties.  MCA contacted the Yavapai County Treasurer's office to discuss potential payment options and discussed the situation with a representative of the treasurer's office.  Yavapai County does not accept "payment plans" that would stop the accrual of interest or penalties.  Interest and penalties only stop accruing when the full balance is paid in full.  However, payments towards the balances due will reduce the interest accrual on the outstanding property taxes.  Alissa's goal is to pay off the property tax liabilities by the end of 2025 by making regular payments against the accrued balances outstanding.

In the event the property tax liabilities are not paid by December 2025, Yavapai County will hold an auction of the tax lien certificate on the second Tuesday of February 2026.  A judicial foreclosure through the courts is required to obtain title to the Properties.  A tax lien holder can start foreclosure proceedings three years from the date taxes originally went on sale.  As MCA understands, the tax lien can be paid off anytime (with accrued interest) prior to a judicial foreclosure.  While the outstanding property taxes need to be paid as quickly as possible, there is no imminent threat of foreclosure of the Properties by potential holders of the tax lien certificates.  Alissa's clear intent is to pay the property taxes as soon as possible to avoid the sale of the tax liens.

---

[1] Interest and penalties through May 27, 2025.
[2] Ibid.

**Monthly Budgets for the Properties**

**Monthly Budget for the BOB Property**
**Alissa Chiaravanond and related Properties**
**Cash Based**
**Prepared May 28, 2025**

|  |  |  | May-25 | Total |
|---|---|---|---:|---:|
| *288 Back O Beyond* |  |  |  |  |
| *Rental Income (estimated)* |  |  | $ 9,401 | $ 9,401 |
|  |  |  |  |  |
| *Expenses* |  |  |  |  |
|  | Rental Fees/Costs to Sedona.org |  | 2,820 | 2,820 |
|  |  |  |  |  |
|  | Rental Taxes (Estimated. To be calculated June 5) |  | $ 300 | $ 300 |
|  |  |  |  |  |
|  | Property Taxes (payments to be determined) |  | - | - |
|  |  |  |  |  |
|  | Utilities |  |  |  |
|  |  | Water | 85 | 85 |
|  |  | Electricity | 280 | 280 |
|  |  | Gas | 80 | 80 |
|  |  | Internet | 100 | 100 |
|  |  | Total Utilities | 545 | 545 |
|  |  |  |  |  |
|  | Insurance |  | 1,385 | 1,385 |
|  |  |  |  |  |
|  | Maintenance |  |  |  |
|  |  | Landscaping | 1,800 | 1,800 |
|  |  | Pest Control | As Needed | - |
|  |  | Routine Maintenance | 500 | 500 |
|  |  | Total Maintenance | 2,300 | 2,300 |
|  |  |  |  |  |
|  | Registered Agent Costs |  | 253 | - |
|  |  |  |  |  |
|  | Contingency |  | 500 | 500 |
|  |  |  |  |  |
|  |  | Total Expenses | 8,103 | 8,103 |
|  |  |  |  |  |
|  |  | Net Revenue Less Expenses | $ 1,298 | $ 1,298 |

1

| **Monthly Budget for the 95 Cross Creek Property** | | | | | | |
|---|---|---|---|---|---|---|
| **Alissa Chiaravanond and related Properties** | | | | | | |
| **Cash Based** | | | | | | |
| **Prepared May 28, 2025** | | | | | | |
| | | | | **May-25** | | **Total** |
| ***95 Cross Creek*** | | | | | | |
| *Expenses* | | | | | | |
| | HOA Fees/Assessments | | $ | 426 | $ | 426 |
| | HOA Fees/Assessments (Raven's Call) | | | 353 | | 353 |
| | | | | | | |
| | Property Taxes (payments to be determined) | | | - | | - |
| | | | | | | |
| | Utilities | | | | | |
| | | Water | | 266 | | 266 |
| | | Electricity | | 213 | | 213 |
| | | Gas | | 80 | | 80 |
| | | Total Utilities | | 559 | | 559 |
| | | | | | | |
| | Insurance | | | 2,236 | | 2,236 |
| | | | | | | |
| | Maintenance | | | | | |
| | | Landscaping | | 2,400 | | 2,400 |
| | | Pest Control | | 149 | | 149 |
| | | Miscellaneous | | 250 | | 250 |
| | | Total Maintenance | | 2,799 | | 2,799 |
| | | | | | | |
| | Registered Agent Costs | | | 185 | | - |
| | | | | | | |
| | Contingency | | | 500 | | 500 |
| | | | | | | |
| | | Total Expenses | | 7,058 | | 7,058 |
| | | | | | | |
| | | Net Revenue Less Expenses | $ | (7,058) | $ | (7,058) |

2