# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                         adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period May 1, 2025, through May 31, 2025 ("Reporting Period")
Report Dated June 20, 2025

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this May 2025 report (the "**Report**") detailing his activities.  Receiver was appointed over Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") pursuant to the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United Stated District Court for the District of Arizona.

The Order specifically appoints Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds tile to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

# PEAK PEFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                     adam.nach@pprs.xyz

**Receiver Funds on Hand**

Receiver took possession of Receivership Estate funds from Chase National Account Services. Receiver is currently holding the funds in the amount of $1,135.21. See **Exhibit "A"**. Receiver has received no additional funds as of the date of this Report.

**Status of the Malibu Real Property**

As of the date of this Report, the County of Los Angeles and the Army Corp of Engineers report that the debris removal process has been completed. A photo showing the current status of the Malibu House is attached as **Exhibit "B"**.

**Insurance Policies Related to Malibu Properties**

Receiver continues to investigate further options for potential relief under Defendant's prior insurance policy with Weaver and Associates, Inc. Receiver is consulting with attorneys who specialize in insurance policies and relief under the policies.

**Fees and Expenses incurred by Receiver**

To date, the Receiver's outstanding fees and costs due are $24,508.00. A copy of the receiver's fee and costs breakdown are attached hereto as **Exhibit "C"**. The Receiver's legal fees and costs are $4,083.55. A copy of the monthly invoices are attached hereto as **Exhibit "D"**[1].

Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

---

[1] Under the Order of Appointment, Receiver was authorized to employ Stuart B. Rodgers of Lane and Nach, P.C. as counsel for the Receiver. On February 14, 2025, Lane and Nach, P.C. restructured and now is Nach, Rodgers, Hilkert & Santilli. Stuart B. Rodgers is still acting counsel for the Receiver under the same terms and conditions.

EXHIBIT "A"



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED







26331  1 MB 0.622 77



Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

## Statement of Account

Horizon 150

| | Summary | |
|---|---|---|
| **Balance 5/01/25** | | |
| $1,135.21 | Credits +$0.00 | |
| | Interest +$0.00 | |
| **Balance 6/01/25** | Debits -$0.00 | |
| $1,135.21 | | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 1,135.21 | | | | |

Member FDIC

EXHIBIT "B"



EXHIBIT "C"

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ 85016

Telephone: (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | June 18, 2025 |
| Statement No. | 109116 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

### Fees

| Date | Init. | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/09/2025 | ABN | REVIEW, REVISE AND EDIT AFFIDAVIT (.3); REVIEW, REVISE AND EDIT ORDER (.3) REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR PLAINTIFF REGARDING AFFIDAVIT AND ORDER - SEVERAL EMAILS (.3). | 395.00 | 0.90 | 355.50 |
| 01/17/2025 | TNB | REVIEW ORDER OF APPOINTMENT; CALENDAR D/L | 305.00 | 1.00 | 305.00 |
| | ABN | REVIEW EMAIL FROM COURT (.1); GENERAL REVIEW OF ORDER (.2); TELEPHONE CONFERENCE WITH ATTORNEY FOR PLAINTIFF (.2). | 395.00 | 0.50 | 197.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH CONTRACTOR IN CALIFORNIA; TELEPHONE CONFERENCE WITH SAME (LEFT DETAILED MESSAGE) | 395.00 | 0.20 | 79.00 |
| 01/18/2025 | ABN | REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR PLAINTIFF REGARDING RECORDING ORDER. | 395.00 | 0.20 | 79.00 |
| 01/21/2025 | ABN | REVIEW AND ANALYZE  FIRST DAY ISSUES AND ATTENTION TO SAME. | 395.00 | 0.50 | 197.50 |
| | ABN | EVALUATE ANCILLARY PROCEEDING IN CENTRAL DISTRICT. | 395.00 | 0.20 | 79.00 |
| | ABN | PREPARE FOR MEETING; TELEPHONE CONFERENCE WITH ATTORNEYS REGARDING FIRST DAY ISSUES. | 395.00 | 0.60 | 237.00 |
| | TNB | TELECONFERENCE WITH LANE NACH AND PLAINTIFF'S COUNSEL REGARDING STATUS AND NEXT STEPS. | 305.00 | 0.50 | 152.50 |
| | TNB | REVIEW DOCUMENTS SENT OVER FROM PLAINTIFF'S COUNSEL REGARDING ENTITY HOLDINGS AND PROPERTIES. | 305.00 | 0.60 | 183.00 |
| | ABN | EVALUATE FILING THE COMPLAINT AND ORDER IN THE NEVADA DISTRICT COURT AND CENTRAL DISTRICT OF CALIFORNIA COURT. | 395.00 | 0.30 | 118.50 |
| 01/22/2025 | ABN | REVIEW STATUTE REGARDING FILING ANCILLARY PROCEEDING IN DISTRICT COURT (.2); REVIEW RECEIVER COMPLAINT FROM PLAINTIFF'S ATTORNEY (.2); REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR PLAINTIFF IN CALIFORNIA REGARDING FILING COMPLAINT AND ORDER. | 395.00 | 0.60 | 237.00 |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | ABN | PREPARE FOR PHONE CALL WITH NEVADA COUNSEL (.3); TELEPHONE CONFERENCE WITH NEVADA COUNSEL REGARDING FILING COMPLAINT AND ORDER IN NEVADA. | 395.00 | 0.60 | 237.00 |
| | TNB | CORRESPOND WITH BANK REGARDING BANK ACCOUNTS FOR RECEIVERSHIP. | 305.00 | 0.20 | 61.00 |
| | TNB | TELEPHONE CALL WITH KELLY AT FINANCIAL SOFTWARE SOLUTIONS REGARDING PROCESS FOR ESTABLISHING RECEIVER ACCOUNTS. | 305.00 | 0.20 | 61.00 |
| | ABN | REVIEW FILED DECLARATION OF OATH. | 395.00 | 0.10 | 39.50 |
| | ABN | REVIEW AND RESPOND TO TEXT REGARDING BANK REP REGARDING NEW BANK ACCOUNT. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW NOTICE OF COMPLIANCE FILED BY PLAINTIFF. | 395.00 | 0.10 | 39.50 |
| | ABN | REVIEW AND EXECUTE FEE AGREEMENT WITH NEVADA LAW FIRM. | 395.00 | 0.20 | 79.00 |
| 01/23/2025 | TNB | CORRESPOND WITH BANK REGARDING BANK ACCOUNTS FOR RECEIVERSHIP. | 305.00 | 0.20 | 61.00 |
| 01/24/2025 | ABN | REVIEW AND ANALYZE DOCKET (.2); REVIEW FILED CONFORMED COMPLAINT (.2); REVIEW AND RESPOND TO E-MAIL WITH LA COUNSEL REGARDING COMPLAINT AND ORDER (.3); REVIEW AND RESPOND TO E-MAIL WITH NEVADA COUNSEL REGARDING COMPLAINT AND ORDER (.3)(SEVERAL); | 395.00 | 1.00 | 395.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH TEAM IN CALIFORNIA REGARDING INSPECTION (.3)(SEVERAL); REVIEW AND RESPOND TO E-MAIL WITH BROKER REGARDING PICTURES (.2). | 395.00 | 0.50 | 197.50 |
| | TNB | DRAFT CORRESPONDENCE TO BROKER TEAM REGARING PICTURES OF PROPERTIES. | 305.00 | 0.30 | 91.50 |
| | ABN | REVIEW AND ANALYZE FILED NEVADA PLEADING (.2); REVIEW AND RESPOND TO E-MAIL WITH NEVADA COUNSEL (.2). | 395.00 | 0.40 | 158.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH LA COUNSEL REGARDING STATUS. | 395.00 | 0.20 | 79.00 |
| 01/25/2025 | ABN | REVIEW AND RESPOND TO E-MAIL WITH LA COUNSEL REGARDING FILING. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH BROKER REGARDING PICTURES AND COSTS. | 395.00 | 0.20 | 79.00 |
| 01/27/2025 | TNB | REVIEW ISSUES WITH BANK ACCOUNT WITH ATTORNEY NACH. | 305.00 | 0.20 | 61.00 |
| | ABN | PREPARE FOR CALL WITH D'S COUNSEL REGARDING DOCUMENTS (.5); TELEPHONE CONFERENCE WITH PARTIES REGARDING DOCUMENTS NECESSARY FOR RECEIVERSHIP. | 395.00 | 1.00 | 395.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH CALIFORNIA COUNSEL (.3) (SEVERAL); TELEPHONE CONFERENCE WITH SAME (.2); TELEPHONE CONFERENCE WITH LAS VEGAS COUNSEL REGARDING FILING IN CENTRAL DISTRICT (.3)SEVERAL; REVIEW AND RESPOND TO E-MAIL WITH LAS VEGAS (.2). REVIEW FILED CENTRAL DISTRICT (.2) | 395.00 | 0.90 | 355.50 |
| 01/29/2025 | ABN | REVIEW FILINGS FROM NEVADA; REVIEW AND RESPOND TO | | | |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | E-MAIL WITH LOCAL COUNSEL. | 395.00 | 0.30 | 118.50 |
| 01/31/2025 | TNB | TELEPHONE CALL WITH INSURANCE AGENCY REGARDING MALIBU PROPERTIES AND POTENTIAL POLICIES. | 305.00 | 0.30 | 91.50 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY ADMON REGARDING GOV'T INS; ATTENTION TO SAME. | 395.00 | 0.20 | 79.00 |
|  | ABN | REVIEW POLICY CANCELLATION FROM ATTORNEY FOR DEFENDANT. | 395.00 | 0.20 | 79.00 |
|  |  | For Current Services Rendered |  | 13.80 | 5,136.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 10.30 | $395.00 | $4,068.50 |
| TYLER N BOWMAN | 3.50 | 305.00 | 1,067.50 |

Total Current Work                                    5,136.00

**Balance Due**                                    $5,136.00

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016

Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | June 18, 2025 |
| Statement No. | 109117 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

| | | |
|---|---|---|
| Previous Balance | | $5,136.00 |

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/2025 | ABN | REVIEW STATUS REPORT FROM DEFENDANT'S COUNSEL. | 395.00 | 0.10 | 39.50 |
| 02/02/2025 | ABN | REVIEW AND RESPOND TO E-MAIL WITH MEGAN REGARDING PHOTO'S. | 395.00 | 0.20 | 79.00 |
| 02/03/2025 | TNB | RESEACH LA EMERGENCY MANAGEMENT DEPARTMENTS REQUIREMENTS FOR ACCESSING MALIBU PROPERTIES. | 305.00 | 0.70 | 213.50 |
| | TNB | DRAFT LETTER TO SEYMOUR WEINBERGER HUSRI AUTHORIZING ACCESS TO PROPERTIES ON BEHALF OF RECEIVER FOR ATTORNEY NACH REVIEW. | 305.00 | 0.50 | 152.50 |
| | TNB | REVIEW INSURANCE ISSUES AND EVALUATE ALTERNATIVE OPTIONS UNDER PLAINTIFF'S UMBRELLA POLICIES. | 305.00 | 2.10 | 640.50 |
| | ABN | TELEPHONE CONFERENCE WITH ATTORNEY FOR PLAINTIFF REGARDING EXPANSION OF RECEIVERSHIP. | 395.00 | 0.20 | 79.00 |
| 02/04/2025 | TNB | RESEARCH FURTHER INSURANCE OPTIONS FOR MALIBU PROPERTY. | 305.00 | 0.50 | 152.50 |
| 02/05/2025 | TNB | CORRESPOND WITH FINANCIAL SOFTWARE SOLUTIONS REGARDING BANK ACCOUNTS FOR THE RECEIVERSHIP. | 305.00 | 0.20 | 61.00 |
| | TNB | DISCUSS WITH ATTORNEY NACH ISSUES REGARDING BANK ACCOUNTS AND SOLUTIONS MOVING FORWARD. | 305.00 | 0.30 | 91.50 |
| | TNB | DRAFT DEMAND LETTER FOR INSURANCE INFORMATION FROM DEFENDANT INSURANCE COMPANY. | 305.00 | 0.60 | 183.00 |
| | ABN | REVIEW AND EXECUTE DEMAND ON INSURANCE COMPANY FOR RECORDS. | 395.00 | 0.20 | 79.00 |
| 02/06/2025 | TNB | DISCUSS MONTHLY REPORT WITH ATTORNEY NACH. | 305.00 | 0.20 | 61.00 |
| | TNB | TELEPHONE CALL WITH PINNACLE WEST END BANK REGARDING ACCOUNTS FOR RECEIVERSHIP. | 305.00 | 0.50 | 152.50 |
| | TNB | DRAFT STATUS UPDATE AND REPORT TO ATTORNEY NACH REGARDING INITIAL ACTIONS. | 305.00 | 0.60 | 183.00 |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 02/07/2025 | TNB | TELEPHONE CALL WITH NUSSBAUM REGARDING REPORT. | 305.00 | 0.30 | 91.50 |
|  | TNB | REVIEW AND ANALYZE DOCUMENTS RELATED TO INSURANCE. | 305.00 | 0.50 | 152.50 |
| 02/09/2025 | TNB | REVIEW DOCUMENTS AND CORRESPONDENCE; BEGIN MONTHLY REPORT DRAFT. | 305.00 | 2.10 | 640.50 |
| 02/10/2025 | TNB | REVIEW AND ANALYZE LA COUNTY TAX RELIEF PROGRAMS FOR MALIBU PROPERTY DAMAGE. | 305.00 | 0.40 | 122.00 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH BROKER REGARDING PICTURES OF PROPERTY. | 395.00 | 0.20 | 79.00 |
|  | ABN | REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR PHONG REGARDING 2ND MOTION. | 395.00 | 0.20 | 79.00 |
| 02/11/2025 | ABN | REVIEW AND ANALYZE 2ND MOTION AND ORDER AND AFFIDAVIT. | 395.00 | 0.50 | 197.50 |
|  | TNB | DISCUSS WITH LN REGARDING SEIZING BANK ACCOUNTS OF RECEIVERSHIP COMPANIES. | 305.00 | 0.20 | 61.00 |
|  | TNB | REVIEW RECORDS PERTAINING TO THE RECEIVERSHIP COMPANIES BANK ACCOUNTS. | 305.00 | 0.40 | 122.00 |
|  | TNB | CORRESPOND WITH ATTORNEY GARRETT AND ATTORNEY WAINFELD REGARDING TAX IDS FOR RECEIVERSHIP COMPANIES. | 305.00 | 0.30 | 91.50 |
|  | TNB | TELEPHONE CALL AND EMAIL TO DEFENSE COUNSEL REGARDING TAX IDS. | 305.00 | 0.30 | 91.50 |
|  | TNB | TELEPHONE CALL WITH BANK REGARDING ACCOUNTS. | 305.00 | 0.30 | 91.50 |
|  | ABN | TELEPHONE CONFERENCE WITH ATTORNEY FOR PLAINTIFF (.2) REVIEW ORDER(.2); REVIEW, REVISE AND EDIT MOTION TO EXPAND RECEIVERSHIP (.7); REVIEW, REVISE AND EDIT AFFIDAVIT (.2). | 395.00 | 1.30 | 513.50 |
| 02/12/2025 | TNB | REVISE AND EDIT MONTHLY REPORT. | 305.00 | 0.30 | 91.50 |
|  | TNB | TELEPHONE CALL WITH PI REGARDING TRACKING RECEIVERSHIP ASSETS. | 305.00 | 0.30 | 91.50 |
|  | TNB | DRAFT DEMAND LETTER TO CHASE FOR RECEIVER FUNDS. | 305.00 | 0.60 | 183.00 |
|  | TNB | REVIEW DOCUMENTATION FROM STATUTORY SERVICE AGENT; ANALYZE DEFICIENCY ISSUE WITH NOTICE. | 305.00 | 0.40 | 122.00 |
|  | TNB | DRAFT AFFIDAVIT OF SERVICE OF DEMAND LETTER FOR ATTORNEY NACH. | 305.00 | 0.40 | 122.00 |
|  | ABN | TRAVEL TO CHASE; CONFERENCE WITH BANK ACCOUNT MANAGER REGARDING TURNOVER; TRAVEL FROM CHASE. | 395.00 | 0.60 | 237.00 |
|  | ABN | REVIEW AND SIGN AMENDED AFFIDAVIT. | 395.00 | 0.20 | 79.00 |
| 02/14/2025 | ABN | REVIEW AND ANALYZE FILE REGARDING TAX ID FOR COMPANIES; ATTENTION TO ASSET REPORTS. | 395.00 | 0.50 | 197.50 |
|  | ABN | REVIEW FILED MOTION TO MODIFY RECEIVERSHIP; REVIEW EMAIL TO ATTORNEY FOR DEFENDANT REGARDING BANK ACCOUNTS. | 395.00 | 0.20 | 79.00 |
|  | TNB | TELEPHONE CALLS WITH BECKY AND KELLY REGARDING BANKING SOFTWARE. | 305.00 | 0.30 | 91.50 |
| 02/16/2025 | ABN | REVIEW LICENSE AGREEMENT TO USE THE TRUSTEE |  |  |  |

Case 3:23-cv-08622-JJT Document 124-1 Filed 06/20/25 Page 13 of 26

Page: 3

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

06/18/2025

Account No: 921000-015

Statement No: 109117

PHONG

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | SOLUTION SOFTWARE FOR BANK WORK; REVIEW AND RESPOND TO E-MAIL WITH TRUSTEE SOLUTION REGARDING NEW BANK ACCOUNT. | 395.00 | 0.30 | 118.50 |
| 02/17/2025 | ABN | REVIEW EMAIL FROM ATTORNEY FOR DEFENDANT REGARDING CHASE ACCOUNT; GENERAL REVIEW OF RECORDS. | 395.00 | 0.30 | 118.50 |
| 02/18/2025 | TNB | TELEPHONE CALL AND CORRESPONDENCE WITH PINNICALE BANK REGARDING ACCOUNTS. | 305.00 | 0.30 | 91.50 |
| | TNB | REVIEW BANK RECORDS OF RECEIVERSHIP COMPANIES FOR TRANSACTIONS. | 305.00 | 1.70 | 518.50 |
| | ABN | PREPARE FOR TELEPHONE CONFERENCE WITH ATTORNEY FOR DEFENDANT AND TELEPHONE CONFERENCE WITH SAME. | 395.00 | 0.50 | 197.50 |
| | ABN | REVIEW FILE (.2); REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR PLAINTIFF REGARDING TITLE REPORTS (.2). | 395.00 | 0.40 | 158.00 |
| | TNB | TELECONFERENCE WITH DEFENDANT'S COUNSEL REGARDING PRODUCTION OF INFORMATION NEEDED FOR RECEIVERSHIP. | 305.00 | 0.50 | 152.50 |
| 02/20/2025 | ABN | EVALUATE MONTHLY REPORT. | 395.00 | 0.20 | 79.00 |
| | TNB | REVIEW AND REVISE MONTHLY REPORT FOR FILING. | 305.00 | 0.60 | 183.00 |
| 02/25/2025 | TNB | TELEPHONE CALL WITH CHASE BANK REGARDING RECEIVERSHIP COMPANY FUNDS. | 305.00 | 0.30 | 91.50 |
| | ABN | TELEPHONE CALL FROM CHASE; LEFT DETAILED MESSAGE; TELEPHONE CONFERENCE WITH CHASE; LEFT DETAILED MESSAGE. | 395.00 | 0.20 | 79.00 |
| 02/26/2025 | ABN | TELEPHONE CALL FROM BANK REGARDING BANK ACCOUNTS (.2); REVIEW AND RESPOND TO E-MAIL SAME REGARDING PROTOCAL FOR RELEASE OF FUNDS. | 395.00 | 0.30 | 118.50 |
| | | For Current Services Rendered | | 23.30 | 7,700.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 6.60 | $395.00 | $2,607.00 |
| TYLER N BOWMAN | 16.70 | 305.00 | 5,093.50 |

Total Current Work 7,700.50

**Balance Due** $12,836.50

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016

Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | June 18, 2025 |
| Statement No. | 109118 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

Previous Balance                                                                      $12,836.50

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/03/2025 | TNB | DRAFT CORRESPONDENCE TO CHASE BANK REGARDING FUNDS TURNOVER. | 305.00 | 0.20 | 61.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR DEFENDANT REGARDING REMOVAL OF DEBRIS BY CORP OF ARMY ENGINEERS. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR DEFENDANT REGARDING CLEAN UP. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW WEBSITE REGARDING CORP OF ENGINEERS REGARDING CLEAN UP. | 395.00 | 0.20 | 79.00 |
| 03/04/2025 | ABN | REVIEW PROCEDURES TO REMOVE DEBRIS; ATTENTION TO SAME. | 395.00 | 0.50 | 197.50 |
| | TNB | RESEARCH ARMY CORP OF ENGINEERS CLEAN UP PROGRAM FOR PROPERTIES. | 305.00 | 1.20 | 366.00 |
| | TNB | EXECUTE RIGHT OF ENTRY FORM FOR ARMY CORP OF OF ENGINEERS FOR MALIBU HOUSE. | 305.00 | 0.40 | 122.00 |
| | TNB | EXECUTE RIGHT OF ENTRY FORM FOR ARMY CORP OF OF ENGINEERS FOR MALIBU LAND. | 305.00 | 0.40 | 122.00 |
| 03/07/2025 | ABN | REVIEW DISCOVERY TIMELINE FROM DEFENDANT'S COUNSEL. | 395.00 | 0.10 | 39.50 |
| 03/12/2025 | TNB | CALL WITH FINANCIAL SOFTWARE SOLUTIONS REGARDING BANK ACCOUNTS AND TAX IDS. | 305.00 | 0.50 | 152.50 |
| | TNB | TELEPHONE CALL REGARDING RIGHT OF ENTRY FORM AND DEBRIS CLEAN UP OF PROPERTIES. | 305.00 | 0.40 | 122.00 |
| | TNB | REVIEW AND DRAFT CORRESPONDENCE WITH BECKY AND JULIE REGARDING RECEIVERSHIP TAX IDS. | 305.00 | 0.20 | 61.00 |
| | ABN | TELEPHONE CALL FROM ATTORNEY FOR DEFENDANT REGARDING STATUS OF PROPERTY; LEFT DETAILED MESSAGE; REVIEW EMAIL FROM SAME REGARDING STATUS OF DEBRIS REMOVAL; REVIEW AND RESPOND TO E-MAIL | | | |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | WITH SAME REGARDING MEETING TO DISCUSS STATUS. | 395.00 | 0.50 | 197.50 |
| 03/13/2025 | TNB | CALL WITH CITY OF LA REGARDING MALIBU PROPERTIES AND REMOVAL OF DEBRIS. | 305.00 | 0.20 | 61.00 |
| 03/17/2025 | TNB | CALL WITH CITY OF LA REGARDING MALIBU HOUSE FOUNDATION ISSUE. | 305.00 | 0.40 | 122.00 |
| 03/18/2025 | TNB | REVIEW RECENT DOCUMENTS AND REPORTS IN PPREPARATION FOR MONTHLY STATUS REPORT TO THE COURT. | 305.00 | 0.60 | 183.00 |
| | TNB | DRAFT MONTHLY RECEIVERSHIP REPORT FOR THE COURT. | 305.00 | 1.40 | 427.00 |
| | TNB | REVIEW DOCUMENTS FROM THE BANK AND PREPARE FOR ATTORNEY NACH TO EXECUTE AS NEEDED. | 305.00 | 0.20 | 61.00 |
| | TNB | DRAFT CORRESPONDENCE TO JULIE AT CORE REGARDING DEPOSITING CHECKS. | 305.00 | 0.10 | 30.50 |
| | ABN | ATTENTION TO INSURANCE REGARDING GENERAL LIABILITY (.2); ATTENTION TO DEBRIS REMOVAL (.1). | 395.00 | 0.30 | 118.50 |
| 03/19/2025 | TNB | DRAFT CORRESPONDENCE TO INSURANCE AGENT REGARDING INSURANCE FOR RECEIVERSHIP PROPERTIES. | 305.00 | 0.20 | 61.00 |
| | TNB | TELEPHONE CONFERENCE WITH PINNACLE BANK REGARDING DEPOSITS. | 305.00 | 0.50 | 152.50 |
| | TNB | CORRESPOND WITH INSURANCE AGENT REGARDING MALIBU PROPERTY | 305.00 | 0.10 | 30.50 |
| | TNB | CALL WITH LA COUNTY EMERGENCY MANAGEMENT TEAM TO CHANGE ROE APPLICATION TO NOT REMOVE FOUNDATION OF MALIBU HOUSE. | 305.00 | 0.70 | 213.50 |
| | TNB | REVISE RIGHT OF ENTRY APPLICATION FOR ARMY CORP OF ENGINEERS. | 305.00 | 0.50 | 152.50 |
| | TNB | PREPARE EXHIBIT A AND NOTICE FOR MONTHLY REPORT. | 305.00 | 0.50 | 152.50 |
| | TNB | DRAFT CORRESPONDENCE TO NRHS REGARDING MONTHLY REPORT. | 305.00 | 0.10 | 30.50 |
| | TNB | REVIEW AND REVISE MONTHLY REPORT. | 305.00 | 0.30 | 91.50 |
| 03/20/2025 | TNB | CONFIRM CHANGE OF CONTACT INFORMATION AND CHANGE IN FOUNDATION STATUS FOR ROE AND ARMY CORP. | 305.00 | 0.50 | 152.50 |
| | TNB | FINALIZATION OF MONTHLY REPORT FOR FILING. | 305.00 | 0.30 | 91.50 |
| | ABN | REVIEW AND APPROVE REPORT FOR FEBRUARY. | 395.00 | 0.20 | 79.00 |
| 03/21/2025 | ABN | TELEPHONE CALL FROM ATTORNEY FOR DEFENDANT; REVIEW AND RESPOND TO E-MAIL SAME REGARDING PROPERTY ISSUES. | 395.00 | 0.30 | 118.50 |
| 03/25/2025 | TNB | TELECONFERENCE WITH JESSICA REGARDING PROPERTY INSURANCE REQUIREMENTS. | 305.00 | 0.30 | 91.50 |
| | TNB | DRAFT CORRESPONDENCE TO SEYMOUR WEINBERGER HUSRI REGARDING SECURING THE MALIBU PROPERTIES TO COMPLY WITH INSURANCE CARRIER'S REQUEST. | 305.00 | 0.20 | 61.00 |
| 03/26/2025 | TNB | CALL WITH JULIE FROM FINANCIAL SOFTWARE SOLUTIONS. | 305.00 | 0.50 | 152.50 |
| 03/27/2025 | TNB | CALL WITH BECKY FROM PINNACLE BANK REGARDING | | | |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Case 3:23-cv-08622-JJT     Document 124-1     Filed 06/20/25     Page 16 of 26

PHONG

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | CHECK DEPOSIT. | 305.00 | 0.20 | 61.00 |
|  | TNB | REVIEW INSURANCE DOCUMENTS FROM TRUSTEE INSURANCE. | 305.00 | 0.60 | 183.00 |
|  | TNB | CORRESPOND TO SEYMOUR WEINBERGER HUSRI REGARDING ADDING NO TRESPASS SIGNS TO THE PROPERTIES TO COMPLY WITH INSURANCE CARRIER REQUESTS. | 305.00 | 0.20 | 61.00 |
| 03/28/2025 | TNB | CORRESPOND WITH FINANCIAL SOFTWARE SOLUTIONS REGARDING DEPOSIT SHEETS. | 305.00 | 0.10 | 30.50 |
| 03/31/2025 | TNB | PREPARE LETTER OF AGENCY FOR LA COUNTY ON BEHALF OF SEYMOUR WEINBERGER HUSRI. | 305.00 | 0.40 | 122.00 |
|  | TNB | CALL WITH DEFENDANT AND COUNSEL REGARDING MALIBU PROPERTY, ARMY CORP PROGRESS, AND INSURANCE COVERAGE ISSUES. | 305.00 | 0.80 | 244.00 |
|  | ABN | PREPARE FOR TELEPHONE CONFERENCE WITH ATTORNEY FOR ALISSA AND ALISSA; TELEPHONE CONFERENCE WITH SAME- SHE WILL GET INFORMATION ON CANCELLATION NOTICE (DID HE GET NOTICE OF CANCELLATION)  AND UMBRELLA | 395.00 | 1.00 | 395.00 |
|  | TNB | CALL TO LA COUNTY REGARDING ABILITY TO CHANGE FOUNDATION SELECTION ON RIGHT OF ENTRY FORM. | 305.00 | 0.50 | 152.50 |
|  | ABN | TELEPHONE CONFERENCE WITH ATTORNEY FOR PLAINTIFF REGARDING FOUNDATION AND INSURANCE. | 395.00 | 0.20 | 79.00 |
|  |  | For Current Services Rendered |  | 17.40 | 5,640.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 3.70 | $395.00 | $1,461.50 |
| TYLER N BOWMAN | 13.70 | 305.00 | 4,178.50 |

Total Current Work                                                    5,640.00

**Balance Due**                                                    $18,476.50

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016

Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | June 18, 2025 |
| Statement No. | 109119 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

Previous Balance                                                                                    $18,476.50

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/01/2025 | TNB | REVIEW MATERIAL AS TO REBUILDING EFFORTS IN CONSIDERATION OF FOUNDATION ISSUE FOR MALIBU HOUSE. | 305.00 | 0.30 | 91.50 |
| 04/02/2025 | ABN | REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR PLAINTIFF REGARDING INS. AND CLEAN UP. | 395.00 | 0.20 | 79.00 |
| 04/03/2025 | TNB | REVIEW FILINGS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS | 305.00 | 0.40 | 122.00 |
| | TNB | REVIEW CORRESPONDENCE BETWEEN PARTIES AND RECEIVER REGARDING FOUNDATION AND INSURANCE ISSUES. | 305.00 | 0.40 | 122.00 |
| | TNB | CORRESPOND WITH INSURANCE AGENT REGARDING POLICIES ON MALIBU PROPERTIES. | 305.00 | 0.20 | 61.00 |
| 04/09/2025 | TNB | REVIEW STATUS UPDATE FROM SEYMOUR WEINBERGER HUSRI  REGARDING ACCESS TO PROPERTY AND INSTALLATION OF NO TRESPASS SIGNAGE ON THE PROPERTIES; DRAFT CORRESPONDENCE REGARDING SAME. | 305.00 | 0.30 | 91.50 |
| 04/10/2025 | ABN | REVIEW BANK STATEMENT FOR MARCH. | 395.00 | 0.10 | 39.50 |
| 04/11/2025 | ABN | REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR DEFENDANT REGARDING MEETING ON MONDAY. | 395.00 | 0.20 | 79.00 |
| 04/14/2025 | TNB | CALL WITH LA COUNTY REGARDING RIGHT OF ENTRY REVIEW FOR PROPERTY MANAGEMENT. | 305.00 | 0.30 | 91.50 |
| | ABN | TELEPHONE CONFERENCE WITH ATTORNEY FOR DEFENDANTS - GENERAL LIABILITY AND UMBRELLA. | 395.00 | 0.20 | 79.00 |
| | TNB | REVIEW NEW INSURANCE POLICY AND ADDITIONAL DOCUMENTS PRODUCED REGARDING INSURANCE POLICY ON MALIBU HOUSE PRIOR TO FIRE. | 305.00 | 1.00 | 305.00 |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | ABN | TELEPHONE CONFERENCE WITH COUNTY PUBLIC WORKS REGARDING ACCESS AND LEFT DETAILED MESSAGE; REVIEW AND ANALYZE FILE AND COMPLETE DOCUMENTS TO GAIN ACCESS THROUGH THE WEBSITE. | 395.00 | 0.50 | 197.50 |
| | TNB | CALL WITH DEFENDANT'S COUNSEL REGARDING INSURANCE AND MALIBU PROPERTY STATUS. | 305.00 | 0.30 | 91.50 |
| 04/15/2025 | ABN | UPLOAD DOCUMENTS TO LA COUNTY REGARDING PERMISSION TO ENTER(.2); REVIEW AND EXECUTE PUBLIC WORKS AUTHORITY (.2). | 395.00 | 0.40 | 158.00 |
| | TNB | CALL WITH LA COUNTY REGARDING ISSUES WITH RIGHT OF ENTRY AGREEMENT. | 305.00 | 0.30 | 91.50 |
| 04/16/2025 | TNB | DRAFT MONTHLY RECEIVERSHIP REPORT. | 305.00 | 0.80 | 244.00 |
| | TNB | REVIEW MONTHLY ACTIONS. | 305.00 | 0.40 | 122.00 |
| | ABN | REVIEW AND APPROVE MARCH REPORT. | 395.00 | 0.30 | 118.50 |
| 04/17/2025 | TNB | DRAFT CORRESPONDENCE WITH INSURANCE AGENT REGARDING MALIBU PROPERTIES. | 305.00 | 0.20 | 61.00 |
| 04/21/2025 | TNB | FINALIZE MARCH REPORT. | 305.00 | 0.30 | 91.50 |
| 04/22/2025 | TNB | REVIEW STATUS OF USACE OPERATION FOR MALIBU PROPERTY. | 305.00 | 0.40 | 122.00 |
| | TNB | DRAFT MEMO OF UNITED STATES ARMY CORP OF ENGENIEERS STATUS FOR RECEIVER AND DEFENDANT'S COUNSEL. | 305.00 | 0.30 | 91.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR DEFENDANT REGARDING LOSS PAYEE INSTRUCTIONS. | 395.00 | 0.20 | 79.00 |
| 04/25/2025 | ABN | TELEPHONE CONFERENCE WITH COUNTY REGARDING DEBRIS/TREE REMOVAL; REVIEW AND RESPOND TO E-MAIL ATTORNEYS REGARDING STATUS; ATTENTION TO SAME. | 395.00 | 1.00 | 395.00 |
| | | For Current Services Rendered | | 9.00 | 3,024.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 3.10 | $395.00 | $1,224.50 |
| TYLER N BOWMAN | 5.90 | 305.00 | 1,799.50 |

Total Current Work                                                                              3,024.00

**Balance Due**                                                                              $21,500.50

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | June 18, 2025 |
| Statement No. | 109120 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

Previous Balance $21,500.50

### Fees

| Date | Init | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/02/2025 | TNB | REVIEW PROPOSED ORDER FROM DEFENDANT'S COUNSEL. | 305.00 | 0.30 | 91.50 |
| 05/05/2025 | TNB | REVIEW STIPULATED ORDER AS IT PERTAINS TO RECEIVERSHIP. | 305.00 | 0.40 | 122.00 |
| | ABN | ATTENTION TO PROTECTIVE ORDER. | 395.00 | 0.10 | 39.50 |
| 05/08/2025 | ABN | REVIEW MINUTE ENTRY FROM 5/8 REGARDING MOTION TO MODIFY. | 395.00 | 0.10 | 39.50 |
| 05/10/2025 | ABN | TELEPHONE CALL FROM COUNTY REGARDING DEBRIS REMOVAL ON SUNDAY; EMAL WITH PARTIES REGARDING SAME. | 395.00 | 0.40 | 158.00 |
| 05/13/2025 | ABN | REVIEW AND RESPOND TO TEXT WITH COUNTY REGARDING REMOVAL OF TREES. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW BANK STATEMENTS FOR APRIL. | 395.00 | 0.20 | 79.00 |
| 05/15/2025 | TNB | DRAFT APRIL MONTHLY REPORT. | 305.00 | 1.80 | 549.00 |
| | TNB | DRAFT EXHIBITS FOR MONTHLY REPORT. | 305.00 | 0.40 | 122.00 |
| | TNB | REVIEW RECENT FILINGS AND ORDER PERTAINING TO EXPANDING RECEIVERSHIP; MEMORANDUM TO ATTORNEY NACH REGARDING SAME. | 305.00 | 0.60 | 183.00 |
| | ABN | REVIEW FILE; REVIEW, REVISE AND EDIT REPORT. | 395.00 | 0.20 | 79.00 |
| 05/16/2025 | TNB | DRAFT CORRESPONDENCE REGARDING LOSS PAYEE STATUS FOR INSURANCE POLICY. | 305.00 | 0.20 | 61.00 |
| 05/20/2025 | TNB | REVIEW AND REVISE PHONG MONTHLY REPORT FOR APRIL. | 305.00 | 0.80 | 244.00 |
| | TNB | FINALIZE REPORT AND NOTICE; FILE AND SERVE REPORT. | 305.00 | 0.20 | 61.00 |
| | TNB | DRAFT NOTICE OF FILING APRIL REPORT. | 305.00 | 0.20 | 61.00 |
| 05/21/2025 | ABN | REVIEW, REVISE AND EDIT REPORT; REVIEW FINAL REPORT. | 395.00 | 0.20 | 79.00 |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

PHONG

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 05/27/2025 | ABN | PREPARE FOR MEETING WITH ATTORNEY UDELMAN REGARDING INS. CLAIM AGAINST THIRD PARTIES AND MEETING WITH SAME. | 395.00 | 0.50 | 197.50 |
| 05/29/2025 | TNB | REVIEW CORRESPONDENCE FROM ATTORNEY UDELMAN REGARDING INSURANCE INQUIRY. | 305.00 | 0.20 | 61.00 |
| | TNB | DRAFT MEMORANDUM REGARDING INSURANCE STATUS TO ATTORNEY UDELMAN REGARDING MALIBU PROPETY. | 305.00 | 0.60 | 183.00 |
| | TNB | REVIEW ALL PRODUCTION OF DOCUMENTS RECEIVED RELATED TO INSURANCE AND POTENTIAL CLAIMS | 305.00 | 1.20 | 366.00 |
| 05/30/2025 | TNB | DRAFT DEMAND ON DEFENDANT FOR FURTHER INSURANCE INFORMATION. | 305.00 | 0.50 | 152.50 |
| | | For Current Services Rendered | | 9.30 | 3,007.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 1.90 | $395.00 | $750.50 |
| TYLER N BOWMAN | 7.40 | 305.00 | 2,257.00 |

Total Current Work      3,007.50

**Balance Due**      $24,508.00

EXHIBIT "D"

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

| | |
|---|---|
| Statement Date: | June 16, 2025 |
| Statement No. | 109111 |
| Account No. | 922000.008 |
| Page: | 1 |

RE: PHONG THANH HUYNH

Interim Statement

### Fees

| Date | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 11/30/2023 | SBR | REIVEW VENUE ISSUES, ARS ISSUES AND EDIT FORM ORDER. | | 450.00 | 0.90 | 405.00 |
| 01/21/2025 | SBR | ATTENTION TO ORDER OF APPOINTMENT AND RECORDING OF ORDER - EMAILS WITH TITLE COMPANY TO RECORD. | | 430.00 | 0.50 | 215.00 |
| | SBR | TELEPHONE CONFERENCE WITH ATTORNEYS FOR APPOINTING PARTY. | | 430.00 | 0.50 | 215.00 |
| | JMP | DRAFT, FINALIZE, AND FILE OATH OF RECEIVER. | | 190.00 | 0.70 | 133.00 |
| 01/22/2025 | JMP | REVIEW EMAIL FROM ATTORNEY RODGERS; PRINT RECORDING COVER SHEET AND FORM FOR RECORDING; REQUEST FEDEX DELIVERY OF THE SAME; EMAIL TO TITLE COMPANY WITH TRACKING INFORMATION AND COSTS REQUEST. | | 190.00 | 0.50 | 95.00 |
| | SBR | ATTENTION TO RECORDING OF ORDER AND PREPARE COVERSHEET AND INSTRUCTION SHEET FOR TITLE. | | 430.00 | 0.40 | 172.00 |
| | SBR | ATTENTION TO FILING IN CA AND NV. | | 430.00 | 0.30 | 129.00 |
| 01/27/2025 | SBR | TELEPHONE CONFERENCE WITH ATTORNEYS FOR PARTIES REGARDING DISCOVERY AND DOCUMENTS. | | 430.00 | 0.50 | 215.00 |
| 01/30/2025 | SBR | REVIEW EMAIL REGARDING PRODUCTION AND DRAFT EMAIL REGARDING IMMEDIATE ITEMS. | | 430.00 | 0.30 | 129.00 |
| 01/31/2025 | SBR | PREPARE FOR AND CONDUCT CALL WITH PLAINTIFF'S COUNSEL. | | 430.00 | 0.30 | 129.00 |
| | JMP | REVIEW EMAIL FROM ATTORNEY RODGERS REGARDING ASSET REPORT ON LLCS AND INDIVIDUAL; EMAIL TO PRIVATE INVESTIGATOR REGARDING THE SAME. | | 190.00 | 0.40 | 76.00 |
| 02/11/2025 | MWW | REVIEW DOCUMENTS RECEIVED RELATING TO PACIFIC SHANGRILA AND ILU. wORK ON RECEIVERSHIP REPORT | | | | |

Account No:      922000-008
Statement No:         109111

PHONG THANH HUYNH

|  | | Rate | Hours | |
|---|---|---|---|---|
| DATED 2/10/2025. | | 400.00 | 1.70 | 680.00 |
| For Current Services Rendered | | | 7.00 | 2,593.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| JENNA M. PITCHEL | 1.60 | $190.00 | $304.00 |
| STUART B. RODGERS | 2.80 | 430.00 | 1,204.00 |
| STUART B. RODGERS | 0.90 | 450.00 | 405.00 |
| MISTY W WEIGLE | 1.70 | 400.00 | 680.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 01/21/2025 | COURIER SERVICE; | 40.00 |
| 01/21/2025 | CERTIFIED COPIES; | 20.00 |
| 01/22/2025 | FEDERAL EXPRESS ; CHRIS GHIO, CHICAGO TITLE | 44.12 |
| 01/22/2025 | POSTAGE 8 @ $.69 | 5.52 |
| 02/03/2025 | ORDER APPOINTING RECEIVER AND RECORDING FEE FIDELITY NATIONAL TITLE | 115.00 |
| | Total Expenses | 224.64 |
| | Total Current Work | 2,817.64 |
| | **Balance Due** | **$2,817.64** |

## NACH, RODGERS,
## HILKERT & SANTILLI

*2001 E Campbell Ave., Suite 103*
*Phoenix, AZ 85016*

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

| | |
|---|---|
| Statement Date: | June 16, 2025 |
| Statement No. | 720 |
| Account No. | 54001.002 |
| Page: | 1 |

RE: PHONG

Interim Statement

### Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/20/2025 | SBR | REVIEW, REVISE AND EDIT MONTHLY REPORT. | 500.00 | 0.20 | 100.00 |
| | SBR | DRAFT NOTICE AND FINALIZE REPORT. | 500.00 | 0.30 | 150.00 |
| | SBR | E-MAIL EXCHANGE WITH ATTORNEY FOR DEFENDANTS. | 500.00 | 0.10 | 50.00 |
| 02/21/2025 | JMP | FINAL REVIEW, FINALIZE, AND FILE NOTICE OF REPORT. | 190.00 | 0.20 | 38.00 |
| 02/24/2025 | JMP | REVIEW EMAILS FROM ATTORNEY NACH REGARDING DOCKET ENTRIES; DOWNLOAD AND SAVE ENTRIES 82 AND 83; EMAIL COPY OF THE SAME. | 190.00 | 0.20 | 38.00 |
| 03/10/2025 | SBR | ATTENTION TO EMAILS REGARDING DISCOVERY. | 500.00 | 0.10 | 50.00 |
| | JMP | REVIEW EMAIL FROM ATTORNEY RODGERS REGARDING DOWNLOADING DOCUMENTS; BEGIN DOWNLOAD AND REVIEW EMAIL FROM T BOWMAN. | 190.00 | 0.20 | 38.00 |
| 03/18/2025 | JMP | REVIEW EMAIL FROM T BOWMAN REGARDING FINDINGS ON PI RESEARCH AND EMAIL THE SAME. | 190.00 | 0.20 | 38.00 |
| | JMP | SAVE AND DOWNLOAD REPLY AND EMAIL TO ATTORNEY NACH, T BOWMAN AND ATTORNEY RODGERS. | 190.00 | 0.10 | 19.00 |
| 03/20/2025 | SBR | REVIEW RECEIVER'S REPORT. | 500.00 | 0.30 | 150.00 |
| | JMP | REVIEW EMAIL FROM T BOWMAN REGARDING FILING OF NOTICE AND REPORT; CONFRIM WITH ATTORNEY RODGERS THE SAME; FINALIZE AND FILE | 190.00 | 0.40 | 76.00 |
| 03/21/2025 | SBR | EMAIL ATTORNEY FOR PLAINTIFF REGARDING FEES AND COSTS. | 500.00 | 0.10 | 50.00 |
| 03/28/2025 | SBR | E-MAIL EXCHANGE WITH ATTORNEY FOR APPOINTING PARTY. | 500.00 | 0.10 | 50.00 |

Page: 2
06/16/2025

PEAK PERFORMANCE (NRHS)

Account No:    54001-002M
Statement No:    720

PHONG

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/31/2025 | SBR | TELEPHONE CONFERENCE WITH ATTORNEY FOR APPOINTING PARTY. | 500.00 | 0.10 | 50.00 |
| 04/17/2025 | JMP | DOWNLOAD AND SAVE RESPONSE TO MOTION; EMAIL THE SAME TO ATTORNEY NACH. | 190.00 | 0.20 | 38.00 |
| 04/19/2025 | SBR | REVIEW REPORT. | 500.00 | 0.10 | 50.00 |
| 04/21/2025 | SBR | REVIEW, REVISE AND EDIT REPORT. | 500.00 | 0.10 | 50.00 |
| | JMP | REVIEW EMAILS TO/FROM ATTORNEY NACH, T BOWMAN AND ATTORNEY RODGERS REGARDING NOTICE AND REPORT; FILE THE SAME. | 190.00 | 0.60 | 114.00 |
| 05/09/2025 | JMP | DRAFT NOTICE OF APPEARANCE FOR ATTORNEY RODGERS REVIEW. | 190.00 | 0.20 | 38.00 |
| 05/12/2025 | JMP | FINALIZE AND FILE NOTICE OF APPEARANCE. | 190.00 | 0.10 | 19.00 |
| 05/21/2025 | KL | PREPARATION OF FINAL NOTICE OF FILING RECEIVER'S APRIL, 2025 REPORT; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 190.00 | 0.30 | 57.00 |
| | | For Current Services Rendered | | 4.20 | 1,263.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 1.50 | $500.00 | $750.00 |
| JENNA M PITCHEL | 2.40 | 190.00 | 456.00 |
| KAY LUCAS | 0.30 | 190.00 | 57.00 |

Expenses

| 05/20/2025 | POSTAGE 3 @ .97 | 2.91 |
|---|---|---|
| | Total Expenses | 2.91 |
| | Total Current Work | 1,265.91 |
| | Balance Due | $1,265.91 |

To make your payment online with your Credit Card or ECheck through our secure online service . Click the link below , or copy into your browser to make your payment online
https://secure.lawpay.com/pages/nrhslaw/operating

Draft Statement Run Totals 06/16/2025

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 4.20 |
| Fees: | 1,263.00 |
| Expenses: | 2.91 |