**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Matthew Hersh (037766)
Jerry S. Smith (019599)
  daniel@mestazlaw.com
  matt@mestazlaw.com
  jerry@mestazlaw.com
*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **Notice of Filing of Declaration of Keith Bierman Regarding the July 2025 Report Concerning the Sedona Properties** |
| v. | |
| Alissa Chiaravanond, et. al, | |
| Defendants | |

Pursuant to the Court's Order, dated May 8, 2025, Defendants respectfully submit the Declaration of Keith Bierman Regarding the July 2025 Report Concerning the Sedona Properties, attached hereto as Exhibit 1.

1  Respectfully submitted this 30th day of June, 2025.

3  **MESTAZ LAW**

4  By /s/ *Jerry S. Smith*
5  Jerry S. Smith
6  Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@nrhslaw.com
stuart.rodgers@nrhslaw.com
tyler.bowman@nrhslaw.com

*/s/ Jerry S. Smith*