**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Jerry S. Smith (019599)
  daniel@mestazlaw.com
  jerry@mestazlaw.com

*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>Defendants | No. CV-23-08622-PCT-JJT<br><br>**Consented Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants** |

Pursuant to LRCiv 83.3(b)(1), the undersigned counsel respectfully apply to withdraw as counsel of record for Defendants in this matter. The application is made because Matthew Hersh, who has handled the matter on behalf of Mestaz Law, is departing the Firm effective at the close of business today to establish a solo practice. Defendants, through Alissa Chiaravanond, have advised Mestaz Law and Mr. Hersh that she wishes to be represented by Matthew Hersh going forward.

The application is accompanied by the attached written authorization by Defendants as well as a proposed order.[1]

Respectfully submitted this 27th day of August, 2025.

>   */s/ Daniel B. Mestaz*
>   Mestaz Law
>   *Counsel for Defendants*

>   */s/ Jerry S. Smith*
>   Mestaz Law
>   *Counsel for Defendants*

---

[1] As the undersigned read Rule 83.3, this withdrawal might be best characterized as a change of counsel "within the same law" firm because Mr. Hersh, while terminating his employment with Mestaz Law at the end of today, remains employed by Mestaz Law as of the time of this filing. Nonetheless, on the advice of the office of the Clerk, and out of an abundance of caution, the undersigned file this consented application for withdrawal. Should this filing be considered technically subject to subpart (b)(1) of Rule 83.3, the application would appear to have to be accompanied by "the name, last known residence and last known telephone number of the client." In light of Defendants' continuing representation by Mr. Hersh, as well as Paragraph 1(B) of the Protective Order [Doc. 105] that protects "PII such as email addresses, telephone numbers, and physical addresses," the undersigned do not provide that information in this motion, but will be willing to do *in camera* at the Court's request.

1  Served this same day via ECF and also by email to the following:

2  Devin Sreecharana
3  Trevor J. Wainfeld
   May Potenza Baran & Gillespie PC
4  1850 N Central Ave., Ste. 1600
   Phoenix, AZ 85004-4633
5  602-252-1900
   devin@maypotenza.com
6  twainfeld@maypotenza.com

7  Moshe Y. Admon
   Admon Law Firm PLLC
8  300 Lenora St., Ste. 4008
   Seattle, WA 98121
9  206-739-8383
   jeff@admonlaw.com

10 Adam Bennett Nach
   Stuart Rodgers
11 Tyler Bowman
   Lane & Nach PC
12 2001 E Campbell Ave., Ste. 103
   Phoenix, AZ 85016
13 602-258-6000
   adam.nach@nrhslaw.com
14 stuart.rodgers@nrhslaw.com
   tyler.bowman@nrhslaw.com
15

16

17

18

19

20

21

22

23

24

25

27

28