**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Jerry S. Smith (019599)
    daniel@mestazlaw.com
    jerry@mestazlaw.com

*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
|     Plaintiff, | **Consent to Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants** |
| v. | |
| Alissa Chiaravanond, et. al, | |
|     Defendants | |

    The undersigned hereby give their consent to the withdrawal of Daniel B. Mestaz and Jerry S. Smith, of Mestaz Law, as their counsel in this matter.

1
2  *Alissa Chiaravanond*
   ———————————————
   Alissa Chiaravanond

3

4

5  Pacific Shangrila LLC
   *Alissa Chiaravanond*
6  ———————————————
   By: Alissa Chiaravanond
7  Its: Managing Member

8

9

10 Cathedral Shangrila LLC
   *Alissa Chiaravanond*
11 ———————————————
   By: Alissa Chiaravanond
12 Its: Managing Member

13

14 Nido di Stelle LLC
   *Alissa Chiaravanond*
15
   ———————————————
16 By: Alissa Chiaravanond
   Its: Managing Member
17

18

19 ILU LLC
   *Alissa Chiaravanond*
20
   ———————————————
21 By: Alissa Chiaravanond
   Its: Managing Member
22

23

24

25

27

28