**MESTAZ LAW**
5090 NORTH 40TH STREET
PHOENIX, AZ 85018
TELEPHONE (602) 806-2068

Daniel B. Mestaz (024477)
Jerry S. Smith (019599)
   daniel@mestazlaw.com
   jerry@mestazlaw.com

*Attorneys for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>           Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>           Defendants | No. CV-23-08622-PCT-JJT<br><br>**[PROPOSED] Order Granting Consented Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants** |

    Having considered the Consented Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants, and good cause appearing,

    **IT IS ORDERED** granting the Motion.

    SIGNED this _____ day of _____, 2025.

                                        */s/*_____
                                        Honorable John J. Tuchi
                                        United States District Judge