**THE LAW OFFICE OF MATTHEW HERSH**
Matthew Hersh (037766)
3214 Newark Street NW
Washington, DC 20008
(202) 253-2514
matt@matthewhersh.com

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>               Plaintiff,<br><br>    v.<br><br>Alissa Chiaravanond, et. al,<br><br>               Defendants | No. CV-23-08622-PCT-JJT<br><br>**Notification of Change of Address of Counsel** |

The undersigned respectively advises the Court that he has changed his address, effective immediately, to the following:

**THE LAW OFFICE OF MATTHEW HERSH**
3214 Newark Street NW
Washington, DC 20008
(202) 253-2514
matt@matthewhersh.com

Correspondence concerning the captioned matter should be sent to counsel at the above address. Simultaneous with this notice, counsel is also promptly changing his address on his Pacer account and in Court records.

The change of address is filed because the undersigned is formally separating from Mestaz Law, effective at the close of business today. Counsel has been fully engaged in all matters of this case since Mestaz Law's initial appearance in the matter and will remain lead counsel for Defendants.

Counsel has been advised that Daniel B. Mestaz and Jerry Smith will separately apply, with Defendants' consent, to withdraw from the representation of Defendants.

Respectfully submitted this 27th day of August, 2025.

*/s/ Matthew Hersh*
Matthew Hersh
The Law Office of Matthew Hersh
*Counsel for Defendants*

Served this same day via ECF and also by email to the following:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ Matthew Hersh*