**THE LAW OFFICE OF MATTHEW HERSH**
Matthew Hersh (037766)
3214 Newark Street NW
Washington, DC 20008
(602) 806-2068
matt@matthewhersh.com

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>        Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>        Defendants | No. CV-23-08622-PCT-JJT<br><br>**Stipulation and Joint Motion to Revise Date of Bierman Report Concerning the Sedona Properties** |

The parties stipulate and respectfully jointly move as follows:

1.    Pursuant to the Court's order of May 8, 2025, beginning on June 1, 2025, Defendants "are to file monthly reports prepared by the Sedona Properties' manager or other appropriate third party" detailing the status of those properties. (Doc. 108).

2.    The parties agree that, for the reasons stated by Mr. Bierman in his report of July 31, 2025 (Doc. 131-1 at Ex. A), the monthly reporting deadline of the first of each month presents a logistical challenge insomuch as the bank statement dates related to the

1 management and preservation of the Properties cut off on or about the 23rd of each month and, given mailing times, receipt of the bank statements by MCA does not allow MCA to receive the statements with sufficient time for their inclusion in the monthly reports due on the first of the month. Accordingly, to better align receipt of the bank statements and the filing of MCA's reports with the Court, the parties suggest and jointly move that the deadline for the filing of MCA's monthly reports be modified from the first of each month to the 15th of each month. Accordingly, the next MCA monthly report would be due on September 15, 2025.

3. The parties further stipulate that, in the event the Court has not had the opportunity to rule on this joint motion by August 29 (the due date for the September report), and in light of the fact that Mr. Bierman's last report was on August 15, any failure to file a report by that date will not be treated as if the report were out of time.[1]

Respectfully submitted this 29th day of August, 2025.

---

[1] Counsel for Defendants attempted to file this stipulation yesterday but was unable to because the CM/ECF system was down.

**THE LAW OFFICE OF MATTHEW HERSH**

By */s/ Matthew Hersh*
   Matthew Hersh
   *Attorney for Defendants*

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By /s/ *Trevor J. Wainfeld*
   Devin Sreecharana, Esq.
   Trevor J. Wainfeld, Esq.
   *Attorneys for Plaintiff*


**ADMON LAW FIRM, PLLC**

Moshe Y. Admon
*Attorneys for Plaintiff*

3

1 | Served this same day via ECF to the following:

2 | Devin Sreecharana
3 | Trevor J Wainfeld
  | May Potenza Baran & Gillespie PC
4 | 1850 N Central Ave., Ste. 1600
  | Phoenix, AZ 85004-4633
5 | 602-252-1900
  | devin@maypotenza.com
6 | twainfeld@maypotenza.com

7 | Moshe Y Admon
  | Admon Law Firm PLLC
8 | 300 Lenora St., Ste. 4008
  | Seattle, WA 98121
9 | 206-739-8383
  | jeff@admonlaw.com

10 | Adam Bennett Nach
11 | Stuart Rodgers
   | Lane & Nach PC
12 | 2001 E Campbell Ave., Ste. 103
   | Phoenix, AZ 85016
13 | 602-258-6000
   | adam.nach@lane-nach.com
14 | stuart.rodgers@lane-nach.com

15 | */s/ Matthew Hersh*

16
17
18
19
20
21
22
23
24
25
27
28