**THE LAW OFFICE OF MATTHEW HERSH**
Matthew Hersh (037766)
3214 Newark Street NW
Washington, DC 20008
(602) 806-2068
matt@matthewhersh.com

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>  Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>  Defendants | No. CV-23-08622-PCT-JJT<br><br>**[Proposed] Order re Stipulation and Joint Motion to Revise Date of Bierman Report Concerning the Sedona Properties** |

Having considered the Stipulation and Joint Motion to Revise Date of Bierman Report Concerning the Sedona Properties,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the deadline for the filing of MCA's monthly reports ordered on June 1, 2025 (Doc. 108) is modified from the first of each month to the fifteenth of each month. Accordingly, the next MCA monthly report is due on September 15, 2025.

SIGNED this _____ day of _____, 2025.

*/s/*_____
Honorable John J. Tuchi
United States District Judge