# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, *et al.*,<br><br>　　　　Defendants. | No. CV-23-08622-PCT-JJT<br><br>**ORDER** |

At issue is Defendants' Consented Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants (Doc. 134). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Consented Application for Withdrawal of Daniel B. Mestaz and Jerry S. Smith as Counsel for Defendants (Doc. 134) and permitting the firm of Mestaz Law to withdraw as counsel for Defendants.

Dated this 11th day of September, 2025.

_____
Honorable John J. Tuchi
United States District Judge