# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation and Joint Motion to Revise Date of Bierman Report Concerning the Sedona Properties (Doc. 136). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation and Joint Motion to Revise Date of Bierman Report Concerning the Sedona Properties (Doc. 136).

**IT IS FURTHER ORDERED** that the deadline for the filing of MCA's monthly reports ordered on June 1, 2025 (Doc. 108) is modified from the first of each month to the fifteenth of each month. Accordingly, the next MCA monthly report is due on **September 15, 2025**.

Dated this 12th day of September, 2025.

Honorable John J. Tuchi
United States District Judge