# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                      adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as Receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period August 1, 2025, through August 30, 2025 ("Reporting Period")
Report Dated September 19, 2025

## Introduction

      Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this August 2025 report (the "**Report**") detailing his activities. Receiver was appointed over Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") pursuant to the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

      On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as the Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al.* ("**Defendants**"), by the Honorable John J. Tuchi of the United States District Court for the District of Arizona.

      The Order specifically appoints the Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

      The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds title to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

1

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                                               adam.nach@pprs.xyz

**Receiver Funds on Hand**

The receiver is currently holding the funds in the amount of $1,135.21. See **Exhibit "A"**. Receiver anticipates the receipt of approximately $1,000.00 related to Right of Entry Agreements ("**ROE Agreements**") executed with Southern California Edison ("**SCE**").

**Status of the Malibu Real Property**

The Receiver reports that the area surrounding the Malibu Real Properties has been cleared by local authorities and Receiver made a trip out to personally inspect the condition of the Malibu Real Properties. Receiver confirms the completion of the Army Corp of Engineer's efforts to clean up the Malibu Real Properties. The Receiver will continue to take necessary steps to maintain and preserve the Malibu Real Properties as authorized under the terms of the Order.

The Receiver has begun working with SCE to transfer the local transfer overhead utilities to underground. The Receiver executed individual ROE Agreements with SCE in exchange for the Receivership Estate receiving $500.00 per property. Pursuant to the ROE Agreements, SCE will be granted an easement to the property, in exchange for a one time payment to the Receivership Estate. SCE will be providing the Receiver with a property appraisal from SCE as to the affected area granted in the easement. As part of the ROE Agreement, SCE has agreed to restore the property affected by the transfer of the utilities underground. The Receivership Estate estimates that the Easements will bring at minimum a total sum of $5,000.00, $2,500.00 per property, as guaranteed in the ROE Agreement. The Receiver acknowledges that the appraisal may be higher than $2,500.00 and in such case, the Receivership Estate will receive the higher value.

The Receiver will keep the Parties and the Court apprised of the status of the project as updates become available.

**Insurance Policies Related to Malibu Properties**

The Receiver continues to investigate further options for potential relief under Defendant's prior insurance policy with Weaver and Associates, Inc. The Receiver is consulting with an attorney who specializes in insurance policies and relief under the policies. The Receiver has begun working to obtain files from Weaver Insurance regarding prior policy in place on the Malibu House.

**Fees and Expenses incurred by Receiver**

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

2001 East Campbell Avenue, Suite 103<br>
Phoenix, AZ  85016<br>
Telephone:  (602) 258-6000<br>
Facsimile (602) 258-6003

Adam B. Nach                                                 adam.nach@pprs.xyz

To date, the Receiver's outstanding fees and costs due are $30,684.00. A copy of the Receiver's fee and costs breakdown are attached hereto as **Exhibit "B"**.  The Receiver's legal fees and costs are $6,386.11. A copy of the monthly invoices is attached hereto as **Exhibit "C"**[1]**.**

Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

---

[1] Under the Order of Appointment, Receiver was authorized to employ Stuart B. Rodgers of Lane and Nach, P.C. as counsel for the Receiver. On February 14, 2025, Lane and Nach, P.C. restructured and now is Nach, Rodgers, Hilkert & Santilli. Stuart B. Rodgers is still acting counsel for the Receiver under the same terms and conditions.

# Exhibit "A"



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED




25586  1 MB 0.672 78

 Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

0-1PFP-DDAs-06 250830
00001-00001-025586 000980458

## Statement of Account

Horizon 150

**Balance 8/01/25**
$1,135.21

**Summary**

Credits  +$0.00
Interest +$0.00
Debits   -$0.00

**Balance 9/01/25**
$1,135.21

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 1,135.21 | | | | |


Member FDIC
EQUAL HOUSING LENDER

Page 1 of 2
RAC4487



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

# Exhibit "B"

**PEAK PERFORMANCE RESTRUCTURING SERVICES**
**dba PEAK PERFORMANCE FIDUCIARY**

2001 E. Campbell Avenue

Suite 103

Phoenix, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Statement Date: September 19, 2025
Statement No. 109216
Account No. 921000.015

Page: 1

RE:  PHONG

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $29,056.00 |
| | | **Fees** | | | |
| 08/01/2025 | ABN | REVIEW REPORT FROM BIERMAN REGARDING SEDONA PROPERTIES;  E-MAIL TO ATTORNEY FOR PLAINTIFF REGARDING LACK OF INSURANCE REGARDING SEDONA. | 395.00 | 0.30 | 118.50 |
| | ABN | REVIEW FILE REGARDING EIN; REVIEW AND RESPOND TO E-MAIL UTILITY REGARDING W9. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW EMAILS REGARDING STATUS OF DISCOVERY REGARDING INSURANCE BROKER. | 395.00 | 0.20 | 79.00 |
| 08/07/2025 | ABN | REVIEW EMAIL FROM ATTORNEY UDELMAN REGARDING CLAIM AGAINST BROKER; TELEPHONE CONFERENCE WITH ATTORNEY UDELMAN REGARDING FEE AGREEMENT. | 395.00 | 0.50 | 197.50 |
| 08/11/2025 | ABN | REVIEW AND ANALYZE EMAIL FROM SPECIAL COUNSEL REGARDING PURSUING BROKER BASED ON CALIFORNIA LAW (.2); EVALUATE PURSUIT OF BROKER AND PURSUIT OF GOV'T PROGRAMS (.2); TELEPHONE CONFERENCE WITH SPECIAL COUNSEL REGARDING SAME (.3). | 395.00 | 0.70 | 276.50 |
| 08/16/2025 | ABN | REVIEW EMAIL FROM DEFENDANT REGARDING REQUEST TO EXTEND DEADLINES FOR 6 WEEKS AND HEALTH OF DEFENDANT. | 395.00 | 0.20 | 79.00 |
| | TNB | DRAFT MONTHLY STATEMENT FOR JULY | 305.00 | 1.20 | 366.00 |
| 08/21/2025 | TNB | REVIEW FILE AND PREPARE EXHIBITS. | 305.00 | 0.30 | 91.50 |
| | ABN | REVIEW, REVISE AND EDIT REPORT AND APPROVE FOR FILING. | 395.00 | 0.50 | 197.50 |
| 08/27/2025 | ABN | REVIEW MOTION TO WITHDRAW FOR DEFENDANT BY COUNSEL AND CHANGE OF EMAIL. | 395.00 | 0.10 | 39.50 |
| 08/28/2025 | ABN | REVIEW PLEADING REVISING DATE FOR BIERMAN REPORT. | 395.00 | 0.20 | 79.00 |
| | | For Current Services Rendered | | 4.40 | 1,603.00 |

Case 3:23-cv-08622-JJT    Document 142-1    Filed 09/22/25    Page 9 of 12

Page: 2
09/19/2025
PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC
Account No: 921000-015
Statement No: 109216
PHONG

|  | Rate | Hours |
|---|---|---|

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 2.90 | $395.00 | $1,145.50 |
| TYLER N BOWMAN | 1.50 | 305.00 | 457.50 |

### Expenses

| | | |
|---|---|---|
| 08/31/2025 | BUSINESS BEAN COUNTER ACCOUNTING AUGUST INV# 1531 | 25.00 |
|  | Total Expenses | 25.00 |
|  | Total Current Work | 1,628.00 |
|  | **Balance Due** | $30,684.00 |

# Exhibit "C"

# NACH, RODGERS, HILKERT & SANTILLI

2001 E Campbell Ave., Suite 103  
Phoenix, AZ 85016

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

Statement Date: September 19, 2025  
Statement No. 1629  
Account No. 54001.002  
Page: 1

RE: PHONG

| | |
|---|---:|
| Previous Balance | $6,386.11 |
| Balance Due | $6,386.11 |

### Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 07/21/2025 | 1069 | 1,472.91 | 1,472.91 |
| 08/21/2025 | 1345 | 3,315.00 | 3,315.00 |
| 09/10/2025 | 1502 | 1,598.20 | 1,598.20 |
| | | | 6,386.11 |

To make your payment online with your Credit Card or ECheck through our secure online service. Click the link below, or copy into your browser to make your payment online  
https://secure.lawpay.com/pages/nrhslaw/operating

Final Statement Run Totals 09/19/2025

Statements Printed: 1