Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>　　　　Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. John J. Tuchi) |

　　　　Pursuant to Rule 5(d) and LR Civ. 5.2, Plaintiff provides notice that on October 10, 2025, he served upon Defendants the following written discovery requests by Electronic Mail, as follows:

- Plaintiff's Second Set of Requests for Production to Defendants
- Plaintiff's Second Set of Requests for Admission to Defendants

RESPECTFULLY SUBMITTED this 10th day of October, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Trevor J. Wainfeld*
    Devin Sreecharana
    Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/Moshe Y. Admon*
    Moshe Y. Admon, Esq.
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Matthew Hersh
Law Office of Matthew Hersh
3214 Newark Street NW
Washington, DC 20008
matt@matthewhersh.com
*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

/s/*Elena Cordero*

3