# Exhibit 1 to Notice of Filing

THE LAW OFFICE OF
MATTHEW HERSH
3214 Newark Street NW
Washington, DC 20008
(602) 806-2068
matt@matthewhersh.com

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>Defendants | No. CV-23-08622-PCT-JJT<br><br>**Declaration of Keith Bierman Regarding the October 2025 Report Concerning the Sedona Properties** |

I, Keith Bierman, declare as follows:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am the Senior Managing Director of MCA Financial Group ("MCA").

4. I have served as a court-appointed receiver, trustee, or special master in over one hundred matters across many varied industries and businesses, including but not limited to real estate and property management.

5. Attached hereto at Exhibit A is a true and correct copy of the October 2025 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties. If called as a witness in this case, I could and would testify competently about the contents of that report.

I declare under penalty of perjury this 15th day of October, 2025, that the foregoing is true and correct.

______________________________

Keith Bierman

# Exhibit A to Bierman Declaration

MCAFinancialGroup
Critical Solutions. Sound Resolution.

October 2025 Supplement Report of MCA Financial Group, Ltd. Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

Prepared: October 15, 2025

Respectfully submitted,

Keith Bierman
Senior Managing Director

*MCA Financial Group, Ltd.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

## I. INTRODUCTION

MCA Financial Group, Ltd. ("MCA") understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA to provide written reports on or before the 15th of each month detailing Alissa's efforts, with MCA's assistance, to manage and maintain the three properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property"), 95 Cross Creek Circle ("95 Cross Creek Property"), and 95 Ravens Call Place ("Ravens Call"), (collectively, the "Properties").

## II. Alissa's Recent Health Issue

MCA has been advised by Alissa's counsel that beginning in July and continuing through the date of this supplemental report, Alissa has suffered with a significant health issue. MCA has been advised by counsel that Alissa's health has improved somewhat, but that she continues to suffer episodes which make communication difficult. With the exception of the power of attorney document mentioned below, MCA has not communicated directly with Alissa concerning the Properties since MCA's last report.

In light of the above-mentioned health issues, MCA and Alissa have agreed that it would be helpful to ensure that MCA would have the ability to fully manage the Properties in Alissa's absence, subject to Alissa's ultimate direction, during any period in which Alissa were to become incapacitated or otherwise unable to participate in such management. Accordingly, on October 3 Alissa executed and provided to MCA a Uniform Statutory Form Power of Attorney, attached hereto, which provides MCA with certain powers to manage the Properties. MCA believes that the Power of Attorney provides MCA with sufficient authority to manage the Properties on Alissa's behalf subject to certain limitations including access to funds to pay the expenses of the Properties. MCA is not a signor on the Chase bank account and MCA is reliant on Alissa to ensure that the Chase account has sufficient funds to pay the ongoing expenses of the Properties. MCA does, however, receive monthly reporting from Chase regarding the bank statement and related expenditures as reported herein and other MCA reports and to this point Alissa has current on those expenses. In addition, Alissa is current on her bills to MCA and MCA presently holds an advance trust payment from Alissa in its account.

## III. The Properties

i) <u>288 Back O Beyond</u>. This property is listed with Sedona.org as a short-term rental property. As discussed in MCA's prior reports, this property does not have wildfire insurance. On September 11, 2025, MCA communicated with Greg Sobocha, the insurance broker at Farmer Woods Group regarding the status of wildfire insurance coverage. Mr. Sobocha stated that no carriers have yet expressed interest in providing wildfire coverage at this time, but the broker was not surprised at the lack of quotes given that it is still active wildfire season. The broker indicated that he believes interest from carriers will increase once active fire season passes, but "nothing has opened as of yet" and he will "be in contact the moment we [Farmer Woods Group] find an alternative solution."

ii) <u>95 Cross Creek Circle</u>. This property is a single-family residence. This property is fully insured against wildfire.

iii) <u>95 Ravens Call</u>. This property is a vacant piece of land without any structures.

## IV. Income and Expenses Related to the Properties

i) <u>Budget Preparation</u>. During the period covered by this October 2025 Supplemental Report, Alissa paid expenses for the Properties including: utilities, pest control, insurance payments, and MCA fees related to the Properties. In connection therewith, MCA reviewed the expenses paid by Alissa for the period August 22, 2025 to September 22, 2025, which are summarized below.[1]

**TRANSACTION DETAIL**

| DATE | DESCRIPTION | AMOUNT | BALANCE | Description |
|---|---|---|---|---|
| | **Beginning Balance** | | **$9,169.04** | |
| 08/25 | Recurring Card Purchase 08/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -13.47 | 9,155.57 | Security |
| 08/25 | Recurring Card Purchase 08/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -70.27 | 9,085.30 | Security |
| 08/28 | ATM Savings Transfer 08/28 2345 E Colorado Blvd Pasadena CA Card 7663 | **10,000.00** | 19,085.30 | |
| 08/29 | 08/29 Online Domestic Wire Transfer Via: Natl Bk Tucson/122105320 A/C: Mca Financial Group Phoenix AZ 85018 US Ref: 7000 For Retainer. 5000 For Emergency Expense Fund of Properties Imad: 0829Mmqfmp2M072318 Trn: 4097135241Es | -12,000.00 | 7,085.30 | MCA Fees and Trust Retainer Replenishment |
| 08/29 | Online Domestic Wire Fee | -25.00 | 7,060.30 | |
| 09/02 | Aps Electric Pmt Payments PPD ID: 1860011170 | -820.10 | 6,240.20 | Utilities |
| 09/05 | Jjpf Payments 93Echeck PPD ID: 1640757492 | -2,236.37 | 4,003.83 | Insurance |
| 09/09 | Ipfs866-223-4478 Ipfspmtnjn PPD ID: 0Ad2424370 | -1,384.99 | 2,618.84 | Insurance |
| 09/12 | Checkbook Inc Individual PPD ID: 1036653000 | **4,706.74** | 7,325.58 | Rental proceeds |

**TRANSACTION DETAIL** *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE | |
|---|---|---|---|---|
| 09/16 | Recurring Card Purchase 09/16 Optimum 7715 877-794-2724 NY Card 0098 | -104.04 | 7,221.54 | WiFi |
| 09/17 | Critter Control Payment 202208831531 Web ID: 0383913206 | -149.00 | 7,072.54 | Pest Control |
| 09/22 | Arizona Water CO Payment PPD ID: 9860119837 | -277.83 | 6,794.71 | Utilities |
| 09/22 | Interest Payment | **0.06** | 6,794.77 | |
| | **Ending Balance** | | **$6,794.77** | |

## V. Other Property Matters

As addressed in prior MCA reports, MCA understands Alissa is in the process of obtaining a loan from family members to make payment against the outstanding property taxes due on the Properties. MCA had previously been advised by Alissa that she had intended to obtain such loans to pay half of the outstanding property taxes by the middle of October and the remaining half by year end 2025. As of the date of this report, MCA is not aware of any payment made by Alissa toward those property taxes. Any updates with respect to the status of any such payment will be promptly provided to the Court by MCA. As

[1] Alissa maintains an account at JP Morgan Chase ("Chase") specifically dedicated to receive income from the 288 Back O Beyond Property and to pay expenses related to the Properties, collectively. MCA was provided a bank statement for the Chase account, ending in 9625, for the period August 22, 2025 to September 22, 2025 (screenshot above). MCA's reporting pursuant to the Court's order is, and will be, based on bank statements when they are made available from Chase.

previously reported by MCA, there is no imminent threat of loss of the Properties due to the sale of tax certificates as the process required to purchase and foreclose on the Properties takes years to complete and the property owner has a right of redemption of the sales tax certificate prior to the ultimate foreclosure on the property. However, interest continues to accrue on the outstanding tax balances and MCA has informed Alissa that she will be responsible for payment of the additional accrued interest.

**Exhibit – Uniform Statutory Form Power of Attorney**

# Uniform Statutory Form Power of Attorney

(California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400–4465). THE POWERS LISTED IN THIS DOCUMENT DO NOT INCLUDE ALL POWERS THAT ARE AVAILABLE UNDER THE PROBATE CODE. ADDITIONAL POWERS AVAILABLE UNDER THE PROBATE CODE MAY BE ADDED BY SPECIFICALLY LISTING THEM UNDER THE SPECIAL INSTRUCTIONS SECTION OF THIS DOCUMENT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTHCARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, Alissa Chiaravanond, 2457 Angelo Drive, Los Angeles, CA 90077 (your name and address) appoint MCA Financial Group, 4909 North 44th Street, Phoenix, AZ 85018 ____________ (name and address of the person appointed, or of each person appointed if you want to designate more than one) as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

| | | |
|---|---|---|
| AC | (A) | Real property transactions. |
| AC | (B) | Tangible personal property transactions. |
| ______ | (C) | Stock and bond transactions. |
| ______ | (D) | Commodity and option transactions. |
| AC | (E) | Banking and other financial institution transactions. |
| AC | (F) | Business operating transactions. |
| AC | (G) | Insurance and annuity transactions. |
| ______ | (H) | Estate, trust, and other beneficiary transactions. |
| ______ | (I) | Claims and litigation. |
| ______ | (J) | Personal and family maintenance. |
| ______ | (K) | Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service. |
| ______ | (L) | Retirement plan transactions. |
| AC | (M) | Tax matters. |
| ______ | (N) | ALL OF THE POWERS LISTED ABOVE. |

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

**SPECIAL INSTRUCTIONS:**

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

Limited to the powers necessary for the proper management, including but not limited to insurance, property tax, association fees, utilities, and noncosmetic maintenance issues, of the following three properties:

(1) 288 Back O Beyond Circle, Sedona, AZ 86336

(2) 95 Cross Creek Circle, Sedona, AZ 86336

(3) 95 Ravens Call Place, Sedona, AZ 86336

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME INCAPACITATED.

**EXERCISE OF POWER OF ATTORNEY WHERE MORE THAN ONE AGENT DESIGNATED**

If I have designated more than one agent, the agents are to act ______________________________.

IF YOU APPOINTED MORE THAN ONE AGENT AND YOU WANT EACH AGENT TO BE ABLE TO ACT ALONE WITHOUT THE OTHER AGENT JOINING, WRITE THE WORD "SEPARATELY" IN THE BLANK SPACE ABOVE. IF YOU DO NOT INSERT ANY WORD IN THE BLANK SPACE, OR IF YOU INSERT THE WORD "JOINTLY," THEN ALL OF YOUR AGENTS MUST ACT OR SIGN TOGETHER.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 3rd day of October, 2025

[signature]
(your signature)

State of California, County of Los Angeles,

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

| |
|---|
| A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

State of California
County of Los Angeles

On 10/03/2025 before me, Nicholas Telford, Notary Public, personally appeared Alissa Chiaravanond, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

NICHOLAS TELFORD
Notary Public - California
Los Angeles County
Commission # 2516137
My Comm. Expires Mar 31, 2029

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME INCAPACITATED.

**EXERCISE OF POWER OF ATTORNEY WHERE MORE THAN ONE AGENT DESIGNATED**

If I have designated more than one agent, the agents are to act ______________________.

IF YOU APPOINTED MORE THAN ONE AGENT AND YOU WANT EACH AGENT TO BE ABLE TO ACT ALONE WITHOUT THE OTHER AGENT JOINING, WRITE THE WORD "SEPARATELY" IN THE BLANK SPACE ABOVE. IF YOU DO NOT INSERT ANY WORD IN THE BLANK SPACE, OR IF YOU INSERT THE WORD "JOINTLY," THEN ALL OF YOUR AGENTS MUST ACT OR SIGN TOGETHER.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 3rd day of October, 2025

[signature]
(your signature)

State of California, County of Los Angeles,

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

State of California
County of Los Angeles

On 10/03/2025 before me, Nicholas Telford, Notary Public, personally appeared Alissa Chiaravanond, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

NICHOLAS TELFORD
Notary Public - California
Los Angeles County
Commission # 2516137
My Comm. Expires Mar 31, 2029

# Uniform Statutory Form Power of Attorney

(California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400–4465). THE POWERS LISTED IN THIS DOCUMENT DO NOT INCLUDE ALL POWERS THAT ARE AVAILABLE UNDER THE PROBATE CODE. ADDITIONAL POWERS AVAILABLE UNDER THE PROBATE CODE MAY BE ADDED BY SPECIFICALLY LISTING THEM UNDER THE SPECIAL INSTRUCTIONS SECTION OF THIS DOCUMENT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTHCARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, Alissa Chiaravanond, 2457 Angelo Drive, Los Angeles, CA 90077 (your name and address) appoint MCA Financial Group, 4909 North 44th Street, Phoenix, AZ 85018 (name and address of the person appointed, or of each person appointed if you want to designate more than one) as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

| | | |
|---|---|---|
| AC | (A) | Real property transactions. |
| AC | (B) | Tangible personal property transactions. |
| | (C) | Stock and bond transactions. |
| | (D) | Commodity and option transactions. |
| AC | (E) | Banking and other financial institution transactions. |
| AC | (F) | Business operating transactions. |
| AC | (G) | Insurance and annuity transactions. |
| | (H) | Estate, trust, and other beneficiary transactions. |
| | (I) | Claims and litigation. |
| | (J) | Personal and family maintenance. |
| | (K) | Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service. |
| | (L) | Retirement plan transactions. |
| AC | (M) | Tax matters. |
| | (N) | ALL OF THE POWERS LISTED ABOVE. |

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

**SPECIAL INSTRUCTIONS:**

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

Limited to the powers necessary for the proper management, including but not limited to insurance, property tax, association fees, utilities, and noncosmetic maintenance issues, of the following three properties:

(1) 288 Back O Beyond Circle, Sedona, AZ 86336

(2) 95 Cross Creek Circle, Sedona, AZ 86336

(3) 95 Ravens Call Place, Sedona, AZ 86336

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.