# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ  85014
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                    adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as Receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period September 1, 2025, through September 30, 2025 ("Reporting Period")
Report Dated October 20, 2025

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this August 2025 report (the "**Report**") detailing his activities.  Receiver was appointed over Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") pursuant to the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as the Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United States District Court for the District of Arizona.

The Order specifically appoints the Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds title to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ 85014
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                adam.nach@pprs.xyz

**Receiver Funds on Hand**

The receiver is currently holding the funds in the amount of $2,135.21. Copies of the bank statements for the accounts opened on behalf of the Receivership Estate are attached as **Exhibit "A"**.

**Status of the Malibu Real Property**

Southern California Edison ("**SCE**") is in the process of the local transfer overhead utilities to underground. SCE will be providing the Receiver with a property appraisal from SCE as to the affected area granted in the easement. As part of the Right of Entry Agreements ("**ROE Agreements**"), SCE has agreed to restore the property affected by the transfer of the utilities underground. The Receivership Estate estimates that the Easements will bring at minimum a total sum of $5,000.00, $2,500.00 per property, as guaranteed in the ROE Agreement. The Receiver acknowledges that the appraisal may be higher than $2,500.00 and, in such case, the Receivership Estate will receive the higher value.

The Receiver will keep the Parties and the Court apprised of the status of the project as updates become available.

**Insurance Policies Related to Malibu Properties**

The Receiver previously was reviewing potential claims against Weaver and Associates, Inc. ("**Weaver**"), under the policy that was terminated in October of 2024. Receiver, after thorough discussion and analysis with Special Counsel, in his business judgment, has determined that the Receivership Estate does not have a viable claim against Weaver under the expired policies. Receiver has elected not to continue to dedicate resources towards pursuing claims against Weaver.

**Fees and Expenses incurred by Receiver**

Receiver's fees and costs for the month of September are $1,339.00.[1] A copy of the Receiver's fee and costs breakdown are attached hereto as **Exhibit "B"**. The Receiver's legal fees and costs for the month of September are $599.00[2]. A copy of the monthly invoices is attached hereto as **Exhibit "C"[3]**.

---

[1] Total fees incurred by Receiver are $31,998.00 and costs are $25.00.

[2] Total fees incurred by L&N are $2,593.00 and NRHS are $6,555.00. Total costs incurred by L&N are $224.62 and total costs incurred by NRHS are $0.00.

[3] Under the Order of Appointment, Receiver was authorized to employ Stuart B. Rodgers of Lane and Nach, P.C. as counsel for the Receiver. On February 14, 2025, Lane and Nach, P.C. restructured and now is Nach, Rodgers, Hilkert & Santilli. Stuart B. Rodgers is still acting counsel for the Receiver under the same terms and conditions.

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ  85014
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                              adam.nach@pprs.xyz

Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

EXHIBIT "A"



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED




14258  1 MB 0.672 57


Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

## Statement of Account

Horizon 150

| Balance 9/02/25 | Summary | |
|---|---|---|
| **$1,135.21** | | |
| | Credits +$500.00 | |
| Balance 9/30/25 | Interest +$0.00 | |
| **$1,635.21** | Debits -$0.00 | |

### Credit Transactions

**Credits**

| | | |
|---|---|---|
| 9/24 | Regular Deposit | 500.00 |
| **Total Credits** | | **$500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $1,255.89 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 29 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/02 | 1,135.21 | 9/24 | 1,635.21 | | |

Member FDIC

# Pinnacle

**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

| Credit | | | | | DDA Deposit | |
|---|---|---|---|---|---|---|
| **Bank:** | PINNACLE BANK | | | | **Date/Time:** | 9/24/2025  2:43 PM |
| **Branch #:** | 445 | | | | **Workstation:** | TD445109 |
| **Branch Name:** | Nashville Yards | | | | **HIN #:** | 83987748S0000051 |
| **Teller ID:** | PRGCOKER | | | | **Owner:** | |
| **Drawer #:** | 44503 | | | | | |
| **Trans #:** | 21 | | | | | |
| **Misc:** | Teh Deposits.Inst PACIFIC | | | | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5000-0011 | 800109837823 | 39 | $500.00 |

#0          09/24/2025          $500.00

0-1PFP-DDAs-06 251002
00002-0002-014258 000990131



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**Account**
Receivership of ILU LLC
XXXXXX0002

RETURN SERVICE REQUESTED

Receivership of ILU LLC
Adam B Nach Receiver
2001 E Campbell Ste 103
Phoenix AZ 85016

## Statement of Account

Bankruptcy Trustee

**Balance 9/16/25**
$0.00

**Balance 9/30/25**
$500.00

**Summary**

| Credits | +$500.00 |
| Interest | +$0.00 |
| Debits | -$0.00 |

### Credit Transactions

**Credits**

| | | |
|---|---|---|
| 9/24 | Regular Deposit | 500.00 |
| **Total Credits** | | **$500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $233.33 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 15 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/16 | 0.00 | 9/24 | 500.00 | | |





## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

**Credit**

| | | **DDA Deposit** | |
|---|---|---|---|
| **Bank:** | PINNACLE BANK | **Date/Time:** | 9/24/2025  2:42 PM |
| **Branch #:** | 445 | **Workstation:** | T0445102 |
| **Branch Name:** | Nashville Yards | **HIN #:** | 939827480000049 |
| **Teller ID:** | PBGOKER | **Owner:** | |
| **Drawer #:** | 44503 | | |
| **Trans #:** | 20 | | |
| **Misc:** | Trn Deposits,Inst t1u 11c | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| **AUXILIARY** | **R/T** | **ACCOUNT** | **PC/TC** | **AMOUNT** |
|---|---|---|---|---|
| | 5000-0011 | 9952720002 | 39 | $500.00 |

#0                    09/24/2025                    $500.00

```
:064008637: 20250924
PINNACLE BANK
Drawer#/Transf: 44503/0020
HIN: 939827480000049
```

#0                    09/24/2025                    $500.00

EXHIBIT "B"

# PEAK PERFORMANCE RESTRUCTURING SERVICES

## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue
Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | October 20, 2025 |
| Statement No. | 109244 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

Previous Balance                                                          $30,684.00

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/03/2025 | ABN | REVIEW EMAIL FROM PLAINTIFF TO DEFENDANT MODIFY DISCOVERY PENDING DEFENDANT'S CONDITION. | 395.00 | 0.10 | 39.50 |
| 09/05/2025 | ABN | REVIEW INVOICE FROM NACH RODGERS FOR AUGUST. | 395.00 | 0.20 | 79.00 |
| | ABN | REVIEW AND ANALYZE BANK STATEMENT. | 395.00 | 0.20 | 79.00 |
| 09/07/2025 | ABN | REVIEW WSJ ARTICLE REGARDING LACK OF BUILDING IN MALIBU. | 395.00 | 0.10 | 39.50 |
| 09/09/2025 | ABN | REVIEW RECEIPT OF PAYMENT FROM UTILITIES FOR BOTH PROPERTIES; ATTENTION TO DEPOSIT SAME. | 395.00 | 0.30 | 118.50 |
| 09/12/2025 | ABN | REVIEW ORDER EXTENDING TIME FOR MCA REPORT. | 395.00 | 0.10 | 39.50 |
| | ABN | REVIEW AND RESPOND TO E-MAIL SPECIAL COUNSEL REGARDING POTENTIAL CLAIMS AGAINST BROKER. | 395.00 | 0.20 | 79.00 |
| 09/15/2025 | ABN | REVIEW AND RESPOND TO E-MAIL ATTORNEY FOR DEFENDANT REGARDING FUTURE EMAILS WITH DEFENDANTS (.2); DEVELOP PROTOCOLS FOR CONSENT WITH DEFENDANTS (.3). | 395.00 | 0.20 | 79.00 |
| | TNB | REVIEW CORRESPONDENCE FROM BOOKKEEPER; FORWARD AGREEMENTS TO BOOKKEEPER REGARDING FUNDS FOR THE 2 PROPERTES. | 305.00 | 0.30 | 91.50 |
| 09/16/2025 | ABN | ATTENTION TO SETTING UP A BANK ACCOUNT FOR ILU, LLC. | 395.00 | 0.20 | 79.00 |
| 09/17/2025 | ABN | REVIEW MOTION TO EXTEND RESPONSE TO DISCOVERY BY DEFENDANTS(3RD) | 395.00 | 0.10 | 39.50 |
| | TNB | DRAFT MONTHLY REPORT FOR RECEIVER. | 305.00 | 1.10 | 335.50 |
| 09/19/2025 | ABN | REVIEW, REVISE AND EDIT REPORT FOR AUGUST; REVIEW | | | |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Account No:  921000-015
Statement No:  109244

PHONG

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | AND APPROVE FINAL REPORT. | 395.00 | 0.30 | 118.50 |
| 09/22/2025 | TNB | TELEPHONE CALL REGARDING INSURANCE COUNSEL AND NEXT STEPS TO PURSUE INSURANCE COMPANY. | 305.00 | 0.30 | 91.50 |
| 09/24/2025 | TNB | DRAFT CORRESPONDENCE TO ATTY UDELMAN REGARDING SPECIAL COUNSEL PROPOSAL. | 305.00 | 0.10 | 30.50 |
| | | For Current Services Rendered | | 3.80 | 1,339.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 2.00 | $395.00 | $790.00 |
| TYLER N BOWMAN | 1.80 | 305.00 | 549.00 |

Total Current Work          1,339.00

**Balance Due**          $32,023.00

EXHIBIT "C"



**NACH, RODGERS,
HILKERT & SANTILLI**

*1220 E Osborn Road Suite 101
Phoenix, AZ 85014*

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

Statement Date:  October 20, 2025
Statement No.  1899
Account No.  54001.002
Page:  1

RE: PHONG

Previous Balance                                                                    $6,386.11

<u>Fees</u>

|            |      |                                                                                                                    | Rate   | Hours | Amount |
|------------|------|--------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 09/08/2025 | JMP  | REVIEW NOTICE FILED REGARDING CHANGE OF FIRM ADDRESS AND UPDATE RECEIVER NACH AND ATTORNEY RODGERS REGARDING THE SAME. | 190.00 | 0.10  | 19.00  |
| 09/15/2025 | SBR  | DRAFT FOLLOW UP EMAIL REGARDING FEES AND COSTS.                                                                     | 500.00 | 0.20  | 100.00 |
| 09/19/2025 | RGC  | PREPARATION OF FINAL MONTHLY REPORT; EMAIL TO RECEIVER FOR HIS REVIEW.                                              | 190.00 | 0.30  | 57.00  |
| 09/22/2025 | RGC  | EMAIL EXCHANGE WITH RECEIVER REGARDING CASE AND RESPOND WITH REQUESTED INFORMATION                                  | 190.00 | 0.10  | 19.00  |
|            | JMP  | REVIEW EMAILS TO/FROM RECEIVER AND B CASTEEL REGARDING REPORT AND EXHIBITS; REVIEW EXHIBITS AND EMAIL TO RECEIVER REGARDING THE SAME. | 190.00 | 0.50  | 95.00  |
|            | JMP  | REVIEW PREVIOUS NOTICE OF FILING AND DRAFT NOTICE OF FILING; EMAIL TO RECEIVER AND ATTORNEY RODGERS REGARDING NOTICE OF FILING FOR REVIEW. | 190.00 | 0.40  | 76.00  |
|            | JMP  | FINALIZE, FILE AND SERVE NOTICE OF FILING AND RECEIVER'S REPORT WITH EXHIBITS.                                      | 190.00 | 0.70  | 133.00 |
|            | SBR  | REVIEW AND APPROVE NOTICE OF REPORT                                                                                 | 500.00 | 0.20  | 100.00 |
|            |      | For Current Services Rendered                                                                                      |        | 2.50  | 599.00 |

Recapitulation

| Timekeeper         | Hours | Rate     | Total    |
|--------------------|-------|----------|----------|
| STUART B RODGERS   | 0.40  | $500.00  | $200.00  |
| JENNA M PITCHEL    | 1.70  | 190.00   | 323.00   |
| REBECCA G CASTEEL  | 0.40  | 190.00   | 76.00    |

Total Current Work                                                                   599.00

Page: 2
10/20/2025
PEAK PERFORMANCE (NRHS)

Account No:    54001-002M
Statement No:    1899

PHONG

Balance Due                                                    $6,985.11