# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ 85014
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                                                             adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as Receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period October 1, 2025, through October 31, 2025 ("Reporting Period")
Report Dated November 24, 2025

## Introduction

      Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this August 2025 report (the "**Report**") detailing his activities. Receiver was appointed over Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") pursuant to the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

      On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as the Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United States District Court for the District of Arizona.

      The Order specifically appoints the Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

      The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds title to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ 85014
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                           adam.nach@pprs.xyz

**Receiver Funds on Hand**

The receiver is currently holding the funds in the amount of $2,134.59 Copies of the bank statements for the accounts opened on behalf of the Receivership Estate are attached as **Exhibit "A"**.

**Status of the Malibu Real Property**

SCE is in the process of transfer the local transfer overhead utilities to underground. SCE will be providing the Receiver with a property appraisal from SCE as to the affected area granted in the easement. As part of the ROE Agreement, SCE has agreed to restore the property affected by the transfer of the utilities underground. The Receivership Estate estimates that the Easements will bring at minimum a total sum of $5,000.00, $2,500.00 per property, as guaranteed in the ROE Agreement. The Receiver acknowledges that the appraisal may be higher than $2,500.00 and in such case, the Receivership Estate will receive the higher value.

The Receiver will keep the Parties and the Court apprised of the status of the project as updates become available.

**Real Property Taxes**

The Receiver is working with Defendants' counsel to determine whether the real property taxes are current.

**Fees and Expenses incurred by Receiver**

Receiver's incurred October 2025 fees are $916.86. A copy of the Receiver's fee and costs breakdown are attached hereto as **Exhibit "B"**. The Receiver's legal fees and costs for October 2025 are $654.00. A copy of the monthly invoices is attached hereto as **Exhibit "C"**[1].

---

[1] Under the Order of Appointment, Receiver was authorized to employ Stuart B. Rodgers of Lane and Nach, P.C. as counsel for the Receiver. On February 14, 2025, Lane and Nach, P.C. restructured and now is Nach, Rodgers, Hilkert & Santilli. Stuart B. Rodgers is still acting counsel for the Receiver under the same terms and conditions.

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ 85014
Telephone: (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                                         adam.nach@pprs.xyz


Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

# EXHIBIT A



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

RETURN SERVICE REQUESTED




14258 1 MB 0.672 57



Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix, AZ 85016-5573

## Statement of Account

Horizon 150

| | |
|---|---|
| Balance 9/02/25 | Summary |
| $1,135.21 | |
| | Credits +$500.00 |
| | Interest +$0.00 |
| Balance 9/30/25 | Debits -$0.00 |
| $1,635.21 | |

### Credit Transactions

| Credits | | |
|---|---|---|
| 9/24 | Regular Deposit | 500.00 |
| **Total Credits** | | **$500.00** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $1,255.89 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 29 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/02 | 1,135.21 | 9/24 | 1,635.21 | | |

Member FDIC

# Pinnacle

**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

#0   09/24/2025   $500.00



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

Receivership of ILU LLC

RETURN SERVICE REQUESTED

Receivership of ILU LLC
Adam B Nach Receiver
2001 E Campbell Ste 103
Phoenix AZ 85016

## Statement of Account

Bankruptcy Trustee

**Balance 10/01/25**
$500.00

**Balance 11/02/25**
$499.38

Summary

Credits   +$0.00
Interest  +$0.00
Debits    -$0.62

### Debit Transactions

**Other Debits**

| | |
|---|---:|
| 10/31  Service Charge | .62 |
| **Total Debits** | **$0.62** |

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $500.00 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 33 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 10/01 | 500.00 | 10/31 | 499.38 | | |





**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

# EXHIBIT B

# PEAK PERFORMANCE RESTRUCTURING SERVICES
## dba PEAK PERFORMANCE FIDUCIARY

2001 E. Campbell Avenue

Suite 103

Phoenix, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Statement Date: November 21, 2025
Statement No.: 109274
Account No.: 921000.015
Page: 1

RE: PHONG

Interim Statement

Previous Balance $32,023.00

## Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/2025 | ABN | REVIEW AND ANALYZE INVOICE FROM SPECIAL COUNSEL IN NEVADA REGARDING OUTSTANDING FEES; EMAIL WITH SAME. | 395.00 | 0.10 | 39.50 |
| 10/03/2025 | ABN | TELEPHONE CONFERENCE WITH ATTORNEY UDELMAN - WE ARE NOT PURSUING THE ALLEGED CLAIM AGAINST BROKER. | 395.00 | 0.20 | 79.00 |
| 10/08/2025 | ABN | REVIEW BANK STATEMENT FOR SEPTEMBER. | 395.00 | 0.10 | 39.50 |
| 10/16/2025 | TNB | DRAFT MONTHLY REPORT FOR RECEIVER. | 305.00 | 0.50 | 152.50 |
| 10/20/2025 | ABN | REVIEW FEE APPLICATION FROM NACH RODGERS(.1); REVIEW, REVISE AND EDIT REPORT (.3); REVIEW AND APPROVE REPORT. | 395.00 | 0.50 | 197.50 |
| 10/30/2025 | ABN | REVIEW AND ANALYZE FILE REGARDING INSURANCE AND REAL PROPERTY TAXES (.3); EMAIL WITH DEFENDANT'S COUNSEL REGARDING SAME(.1) | 395.00 | 0.40 | 158.00 |
| | TNB | REVIEW ORDER REGARDING PROPERTY TAXES RESPONSIBILITIES. | 305.00 | 0.30 | 91.50 |
| | | For Current Services Rendered | | 2.10 | 757.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 1.30 | $395.00 | $513.50 |
| TYLER N BOWMAN | 0.80 | 305.00 | 244.00 |

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC                                11/21/2025
                                                           Account No:    921000-015
                                                           Statement No:      109274

PHONG

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 01/21/2025 | COURIER SERVICE; | 40.00 |
| 01/21/2025 | CERTIFIED COPIES; | 20.00 |
| 01/22/2025 | FEDERAL EXPRESS ; CHRIS GHIO, CHICAGO TITLE | 44.12 |
| 01/22/2025 | POSTAGE 8 @ $.69 | 4.24 |
| 02/03/2025 | ORDER APPOINTING RECEIVER AND RECORDING FEE FIDELITY NATIONAL TITLE | 1.00 |
| 10/15/2025 | BUSINESS BEAN COUNTER INV# 1544 ACCOUNTING THROUGH 10-14-2025 | 50.00 |
|  | Total Expenses | 159.36 |
|  | Total Current Work | 916.86 |
|  | **Balance Due** | **$32,939.86** |

# EXHIBIT C



**NACH, RODGERS,**
**HILKERT & SANTILLI**

1220 E Osborn Road Suite 101
Phoenix, AZ 85014

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

Statement Date: November 21, 2025
Statement No.    2200
Account No.    54001.002
Page:    1

RE: PHONG

Interim Statement

Previous Balance    $6,985.11

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/2025 | JMP | REVIEW EMAIL FROM RECEIVER REGARDING FILING IN MATTER AND UPDATE RECEIVER AND T BOWMAN REGARDING NOTICE OF DISCOVERY REQUESTS. | 190.00 | 0.20 | 38.00 |
| 10/20/2025 | RGC | PREPARATION OF RECEIVERSHIP REPORT FOR SEPTEMBER. | 190.00 | 0.20 | 38.00 |
| | SBR | REVIEW, REVISE AND EDIT REPORT. | 500.00 | 0.20 | 100.00 |
| | JMP | DRAFT NOTICE OF FILING; FINALIZE REPORT, EXHIBITS, AND NOTICE OF FILING, FILE AND SERVE RECEIVER'S REPORT. | 190.00 | 1.20 | 228.00 |
| 10/21/2025 | SBR | FOLLOW UP EMAIL TO ATTORNEY FOR PLAINTIFF. | 500.00 | 0.10 | 50.00 |
| 10/27/2025 | SBR | TELEPHONE CONFERENCE WITH ATTORNEY FOR PLAINTIFF REGARDING AMOUNTS OWING AND CASE ISSUES. | 500.00 | 0.20 | 100.00 |
| | SBR | MEET WITH CLIENT AND DRAFT EMAIL TO ATTORNEY FOR PLAINTIFF. | 500.00 | 0.20 | 100.00 |
| | | For Current Services Rendered | | 2.30 | 654.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 0.70 | $500.00 | $350.00 |
| JENNA M PITCHEL | 1.40 | 190.00 | 266.00 |
| REBECCA G CASTEEL | 0.20 | 190.00 | 38.00 |

Page: 2

PEAK PERFORMANCE (NRHS)

11/21/2025
Account No:	54001-002M
Statement No:	2200

PHONG

| | |
|---|---|
| Total Current Work | 654.00 |
| Balance Due | $7,639.11 |

To make your payment online with your Credit Card or ECheck through our secure online service . Click the link below. Credit Card payments will be charged a 3% processing fee.
https://secure.lawpay.com/pages/nrhslaw/operating

Draft Statement Run Totals 11/21/2025

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 2.30 |
| Fees: | 654.00 |