IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is the parties' joint Notice of Discovery Dispute (Doc. 159). Because the Court is at trial this week and unable to resolve the parties' dispute before the initial expert disclosures deadline of January 21, 2026, the Court will on its own motion extend the remaining case deadlines by one month. The Court will also set a telephonic hearing on the issues the parties raise in the Notice, including Defendant Alissa Chiaravanond's illness, Plaintiff's request for an order compelling Defendants' production, and any sanction for failure to comply with discovery obligations.

**IT IS THEREFORE ORDERED** extending the case deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Initial expert disclosures | 1/21/26 | **2/20/26** |
| Good faith settlement negotiation | 2/20/26 | **3/20/26** |
| Rebuttal expert disclosures | 2/20/26 | **3/20/26** |
| All disclosures completed | 3/3/26 | **4/3/26** |

| | | |
|---|---|---|
| All discovery completed | 3/20/26 | **4/24/26** |
| MSJs and Daubert motions | 4/10/26 | **5/8/26** |

All other aspects of the Court's September 19, 2024 Scheduling Order (Doc. 47; Modified at Docs. 84, 121, 141, 148, 157) remain in effect.

**IT IS FURTHER ORDERED** setting a telephonic hearing on the parties' joint Notice of Discovery Dispute (Doc. 159) for **January 22, 2026, at 9:00 a.m. (Arizona time)**, before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. Chambers will e-mail dial-in information to counsel prior to the conference.

Dated this 13th day of January, 2026.

_____
Honorable John J. Tuchi
United States District Judge