# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Alissa Chiaravanond, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion for *Ex Parte* Conference with Respect to Newly Learned Confidential Information (Doc. 161). Upon review and good cause appearing, the Court will grant the Motion as well as counsel's request to appear in person at the hearing.

**IT IS THEREFORE ORDERED** granting Defendants' Motion for *Ex Parte* Conference with Respect to Newly Learned Confidential Information (Doc. 161).

**IT IS FURTHER ORDERED** that the Court will conduct a portion of the January 22, 2026 hearing (Doc. 160) as an *ex parte* conference between the Court and Matthew Hersh, counsel for Defendants.

**IT IS FURTHER ORDERED** that counsel for the parties may appear in person at the hearing. Counsel who wish to listen to the hearing telephonically may continue to use the dial-in information the Court provided by e-mail.

Dated this 15th day of January, 2026.

Honorable John J. Tuchi
United States District Judge