# Exhibit 1 to Notice of Filing

# MCA Financial Group
*Critical Solutions. Sound Resolution.*

January 2026 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

Prepared: January 15, 2026

Respectfully submitted,

*[signature]*

_____
Keith Bierman
Senior Managing Director

*MCA Financial Group, Ltd.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

## I. INTRODUCTION

MCA Financial Group, Ltd. ("MCA") understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA to provide written reports on or before the 15th of each month detailing Alissa's efforts, with MCA's assistance, to manage and maintain the three properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property"), 95 Cross Creek Circle ("95 Cross Creek Property"), and 95 Ravens Call Place ("Ravens Call"), (collectively, the "Properties"). Other than the matters stated below, the status of the Properties remains unchanged.

## II. Wildfire Insurance for 288 Back O Beyond

This property is listed with Sedona.org as a short-term rental property. As discussed in MCA's prior reports, this property does not have wildfire insurance. As described in the December Report, the insurance broker at Farmer Woods Group identified one carrier who is interested in potentially providing wildfire insurance for the 288 Back O Beyond Property as well as the 95 Cross Creek and 95 Ravens Call properties under certain conditions, namely that the litigation is resolved and that any liens against the property are removed. MCA and legal counsel for Alissa had a call with the insurance broker to discuss how we might satisfy the conditions of the carrier such that coverage will be provided. MCA understands that counsel for Alissa has followed up with counsel for Mr. Huynh and has reached an agreement to arrange a mutual telephone call with the carrier in order to discuss next steps.

## III. Income and Expenses Related to the Properties

i) <u>Expenses Paid</u>. During the period covered by this January 2026 Report, Alissa paid expenses for the Properties including utilities, supplies, insurance payments, and Wi-Fi related to the Properties. In connection therewith, MCA reviewed the expenses paid by Alissa for the period November 25, 2025 to December 19, 2025, which are summarized on the following page.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE | Description |
|---|---|---|---|---|
|  | Beginning Balance |  | $8,606.01 |  |
| 11/26 | Card Purchase  11/25 John Graves Propane 928-567-2425 AZ Card 0098 | -683.90 | 7,922.11 | Utilities |
| 11/26 | Critter Control  Payment  202248536145  Web ID: 0383913206 | -149.00 | 7,773.11 | Pest Control |
| 11/26 | Card Purchase With Pin  11/26 The Home Depot #0423 Cottonwood AZ Card 0098 | -76.07 | 7,697.04 | Supplies |
| 12/03 | Aps Electric Pmt Payments        PPD ID: 1860011170 | -441.45 | 7,255.59 | Utilities |
| 12/05 | Jjpf Payments    123Echeck        PPD ID: 1640757492 | -2,236.37 | 5,019.22 | Insurance Premium |
| 12/08 | Card Purchase  12/07 Ace Hardware Sedona 480-620-6724 AZ Card 0098 | -45.65 | 4,973.57 | Supplies |
| 12/09 | Ipfs866-223-4478 Ipfspmtnjn        PPD ID: 0Ad2424370 | -1,384.99 | 3,588.58 | Insurance Premium |
| 12/12 | Checkbook Inc   Individual        PPD ID: 1036653000 | 8,493.12 | 12,081.70 | Rental Income |
| 12/12 | Critter Control  Payment    202667065234    Web ID: 0383913206 | -149.00 | 11,932.70 | Pest Control |

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE | |
|---|---|---|---|---|
| 12/17 | Recurring Card Purchase 12/17 Optimum 7715 877-794-2724 NY Card 0098 | -104.04 | 11,828.66 | WiFi |
| 12/19 | Arizona Water CO Payment        PPD ID: 9860119837 | -215.38 | 11,613.28 | Utilities |
| 12/19 | Interest Payment | 0.05 | 11,613.33 | Interest |
|  | Ending Balance |  | $11,613.33 | |

## IV. Other Matters

There are no other matters to report.

3