# Exhibit A



21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Receivership of ILU LLC
XXXXXX0002

RETURN SERVICE REQUESTED

RECEIVERSHIP OF ILU LLC
ADAM B NACH RECEIVER
2001 E CAMPBELL STE 103
PHOENIX AZ 85016-5573

## Statement of Account

Bankruptcy Trustee

| | |
|---|---|
| **Balance 12/01/25** $498.76 | **Summary** |
| **Balance 12/31/25** $498.14 | **Credits** +$0.00<br>**Interest** +$0.00<br>**Debits** -$0.62 |

### Debit Transactions

**Other Debits**

| | |
|---|---|
| 12/31  Service Charge | .62 |
| **Total Debits** | **$0.62** |

| | | | |
|---|---|---|---|
| Average Balance This Statement | $498.76 | Annual Percentage Yield Earned | |
| Interest Earned This Period | $0.00 | Days in Period | 31 |
| Interest Paid Year to Date | $0.00 | Interest Paid | $0.00 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 498.76 | 12/31 | 498.14 | | |



Page 1 of 2
RAC6001



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED

RECEIVERSHIP OF PACIFIC SHANGRILA LLC
PEAK PERFORMANCE RESTRUCTURING
SERVICES LLC, RECEIVER
****************************************
BAD ADDRESS
****************************************

# Statement of Account

Horizon 150



**Balance 12/01/25**
$1,635.21

**Balance 12/31/25**
$1,635.21

Summary

Credits   +$0.00
Interest  +$0.00
Debits    -$0.00

| Daily Balance Information | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 12/01 | 1,635.21 | | | | |



Page 1 of 2
RAC4487



**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613

21 Platform Way S
Suite 2300
Nashville, TN 37203
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account

XXXXXXXX7823

RETURN SERVICE REQUESTED

Receivership of Pacific Shangrila LLC
Peak Performance Restructuring
Services LLC, Receiver
2001 E Campbell Ste 103
Phoenix AZ 85016

# Statement of Account

Horizon 150



**Balance 11/03/25**
$1,635.21

**Balance 11/30/25**
$1,635.21

**Summary**

**Credits** +$0.00
**Interest** +$0.00
**Debits** -$0.00

| Daily Balance Information | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 11/03 | 1,635.21 | | | | |



Page 1 of 2
RAC4487



**ELECTRONIC TRANSFER ERROR RESOLUTION**

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
21 Platform Way S, Suite 2300
Nashville, TN 37203
(800) 264-3613
