# Exhibit B

**PEAK PERFORMANCE RESTRUCTURING SERVICES**
dba PEAK PERFORMANCE FIDUCIARY

1220 E. Osborn Road

Suite 101

Phoenix, AZ  85014

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Statement Date:  December 30, 2025
Statement No.   109312
Account No.   921000.015

Page:  1

RE: PHONG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $32,939.86 |
| | | **Fees** | | | |
| 11/20/2025 | ABN | REVIEW, REVISE AND EDIT REPORT FOR OCTOBER. | 395.00 | 0.30 | 118.50 |
| 11/24/2025 | ABN | PREPARE FOR CALL WITH ATTORNEY FOR PLAINTIFF REGARDING PAYMENT; ATTENTION TO SAME. | 395.00 | 0.10 | 39.50 |
| | | For Current Services Rendered | | 0.40 | 158.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 0.40 | $395.00 | $158.00 |

Total Current Work                                                                                                   158.00

**Balance Due**                                                                                                      $33,097.86

**PEAK PERFORMANCE RESTRUCTURING SERVICES**
dba **PEAK PERFORMANCE FIDUCIARY**

1220 E. Osborn Road

Suite 101

Phoenix, AZ  85014

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

Statement Date:  January 18, 2026
Statement No.  109317
Account No.  921000.015

Page:  1

RE:  PHONG

| Previous Balance | | | | | | $33,097.86 |

Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 12/12/2025 | ABN | REVIEW AND ANALYZE FILE REGARDING REAL PROPERTY TAXES; REVIEW AND RESPOND TO EMAIL WITH PARTIES REGARDING REAL PROPERTY TAXES OWED. | 395.00 | 0.40 | 158.00 |
| 12/15/2025 | ABN | REVIEW REPORT FROM BIERMAN REGARDING ARIZONA PROPERTY. | 395.00 | 0.20 | 79.00 |
| 01/05/2026 | ABN | REVIEW AND RESPOND TO E-MAIL WITH SPECIAL COUNSEL REGARDING STATUS OF PAYMENT. | 395.00 | 0.20 | 79.00 |
| | | For Current Services Rendered | | 0.80 | 316.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| ADAM B. NACH | 0.80 | $395.00 | $316.00 |

Total Current Work   316.00

**Balance Due**   $33,413.86