# Exhibit C



**NACH, RODGERS,
HILKERT & SANTILLI**

1220 E Osborn Road Suite 101
Phoenix, AZ 85014

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

| | |
|---|---|
| Statement Date: | January 8, 2026 |
| Statement No. | 2540 |
| Account No. | 54001.002 |
| Page: | 1 |

RE: PHONG

| | | |
|---|---|---|
| Previous Balance | | $7,639.11 |

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/2025 | SBR | FOLLOW UP EMAIL TO COUNSEL REGARDING FUNDS. | 500.00 | 0.10 | 50.00 |
| 11/21/2025 | SBR | FOLLOW UP EMAIL TO ATTORNEY REGARDING FUNDS DUE TO RECEIVER. | 500.00 | 0.10 | 50.00 |
| | RGC | PREPARATION OF RECEIVER REPORT FOR OCTOBER. | 190.00 | 0.20 | 38.00 |
| 11/24/2025 | JMP | REVIEW EMAIL FROM ATTORNEY NACH REGARDING REPORT AND EXHIBITS; ASSEMBLE AND REVIEW EXHIBITS; REVISE REPORT FOR ATTORNEY NACH AND ATTORNEY RODGERS REVIEW. | 190.00 | 0.90 | 171.00 |
| | SBR | REVIEW, REVISE AND EDIT REPORT. | 500.00 | 0.20 | 100.00 |
| 11/25/2025 | RGC | PREPARATION AND UPDATING OF RECEIVER REPORT FOR OCTOBER; EMAIL TO ATTORNEY NACH FOR HIS REVIEW. | 190.00 | 0.10 | 19.00 |
| | | For Current Services Rendered | | 1.60 | 428.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 0.40 | $500.00 | $200.00 |
| JENNA M PITCHEL | 0.90 | 190.00 | 171.00 |
| REBECCA G CASTEEL | 0.30 | 190.00 | 57.00 |

| | |
|---|---|
| Total Current Work | 428.00 |
| Balance Due | $8,067.11 |

Case 3:23-cv-08622-JJT    Document 164-4    Filed 01/21/26    Page 3 of 6

PEAK PERFORMANCE (NRHS) PHONG

Page: 2
01/08/2026
Account No: 54001-002M
Statement No: 2540

To make your payment online with your Credit Card or ECheck through our secure online service . Click the link below. Credit Card payments will be charged a 3% processing fee.
https://secure.lawpay.com/pages/nrhslaw/operating



**NACH, RODGERS,
HILKERT & SANTILLI**

1220 E Osborn Road Suite 101
Phoenix, AZ 85014

(602)258-6000

TAX I.D. #33-1816777

PEAK PERFORMANCE (NRHS)

Statement Date: January 21, 2026
Statement No.: 2645
Account No.: 54001.002
Page: 1

RE: PHONG

| | | | |
|---|---|---|---|
| Previous Balance | | | $8,067.11 |

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/2025 | JMP | REVIEW EMAIL FROM ATTORNEY NACH WITH FILING VIA USDC. | 190.00 | 0.10 | 19.00 |
| 12/29/2025 | SBR | FOLLOW UP EMAIL SENT TO ATTORNEY FOR PLAINTIFF. | 500.00 | 0.10 | 50.00 |
| | | For Current Services Rendered | | 0.20 | 69.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 0.10 | $500.00 | $50.00 |
| JENNA M PITCHEL | 0.10 | 190.00 | 19.00 |

Total Current Work                69.00

Balance Due                       $8,136.11

### Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/21/2025 | 1069 | 1,472.91 | 1,472.91 |
| 08/21/2025 | 1345 | 3,315.00 | 3,315.00 |
| 09/10/2025 | 1502 | 1,598.20 | 1,598.20 |
| 10/20/2025 | 1899 | 599.00 | 599.00 |
| 12/31/2025 | 2539 | 654.00 | 654.00 |
| 01/08/2026 | 2540 | 428.00 | 428.00 |
| | | | 8,067.11 |

Case 3:23-cv-08622-JJT    Document 164-4    Filed 01/21/26    Page 5 of 6

PEAK PERFORMANCE (NRHS) PHONG

Page: 2
01/21/2026
Account No: 54001-002M
Statement No: 2645

To make your payment online with your Credit Card or ECheck through our secure online service .  Click the link below. Credit Card payments will be charged a 3% processing fee.
https://secure.lawpay.com/pages/nrhslaw/operating

Final Statement Run Totals 01/21/2026

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 0.20 |
| Fees: | 69.00 |