IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Phong Thanh Huynh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, *et al.*,<br><br>　　　　Defendants. | No. CV-23-08622-PCT-JJT<br><br>**ORDER** |

　　　At issue is the parties' Stipulation to Modify Rule 16 Scheduling Order (Sixth Request) (Doc. 170). Upon review and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the parties' Stipulation to Modify Rule 16 Scheduling Order (Sixth Request) (Doc. 170) and modifying the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Deadline for Defendants to provide to Plaintiff all documents responsive to Plaintiff's discovery requests, as identified at the 1/22/2026 hearing and in the resulting Order (Doc. 165) |  | **2/11/26** |
| Fact Witness Deposition Deadline | 4/24/26[1] | **4/23/26** |

---

[1] This deadline was not specifically referenced in prior Scheduling Orders but rather encompassed by the discovery completion deadline.

| Initial expert disclosures | 2/20/26 | **5/14/26** |
|---|---|---|
| Good faith settlement negotiation | 3/20/26 | **5/29/26** |
| Rebuttal expert disclosures | 3/20/26 | **6/17/26** |
| All disclosures completed | 4/3/26 | **7/7/26** |
| Expert Witness Deposition Deadline | 4/24/26[2] | **7/14/26** |
| All discovery completed | 4/24/26 | **7/22/26** |
| MSJs and Daubert motions | 5/8/26 | **8/13/26** |

All other aspects of the Court's September 19, 2024 Scheduling Order (Doc. 47; Modified at Docs. 84, 121, 141, 148, 157, 160) remain in effect.

Dated this 27th day of January, 2026.

Honorable John J. Tuchi
United States District Judge

---

[2] This deadline was not specifically referenced in prior Scheduling Orders but rather encompassed by the discovery completion deadline.