# Exhibit 1 to Notice of Filing

# MCAFinancialGroup

Critical Solutions. Sound Resolution.

February 2026 Report of MCA Financial Group, Ltd. Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

Prepared: February 13, 2026

Respectfully submitted,

_____
Keith Bierman
Senior Managing Director

*MCA Financial Group, Ltd.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

1

## I.  INTRODUCTION

MCA Financial Group, Ltd. ("MCA") understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA to provide written reports on or before the 15th of each month detailing Alissa's efforts, with MCA's assistance, to manage and maintain the three properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property"), 95 Cross Creek Circle ("95 Cross Creek Property"), and 95 Ravens Call Place ("Ravens Call"), (collectively, the "Properties"). Other than the matters stated below, the status of the Properties remains unchanged.

## II.  288 Back O Beyond

This property is listed with Sedona.org as a short-term rental property. As discussed in MCA's prior reports, this property does not have wildfire insurance. As described in the December Report, the insurance broker at Farmer Woods Group identified one carrier who is interested in potentially providing wildfire insurance for the 288 Back O Beyond Property as well as the 95 Cross Creek and 95 Ravens Call properties under certain conditions, namely that the litigation is resolved and that any liens against the property are removed.  MCA understands that legal counsel for Alissa and legal counsel for Mr. Huynh have agreed in principle to communicate jointly with the broker to determine whether those conditions can be addressed or modified in a way that enables the wildfire insurance to be obtained. MCA stands ready to facilitate those communications as necessary.

MCA understands that questions have been raised about MCA's ability to know whether there has been a nonpayment of insurance premiums such that insurance might lapse or be in jeopardy of lapsing. MCA notes that it is in regular communication with the broker from Farmer Woods Group concerning the payment of insurance premiums and MCA will receive any notifications should there be any payment deficiencies (there have been none so far).

MCA is also in regular communication with Conay Huizar and Isa Cooley from Sedona.org regarding property management issues as they arise from time to time including approvals for ordinary course repairs to the BOB Property.

## III.  Income and Expenses Related to the Properties

i)  <u>Expenses Paid</u>.  During the period covered by this February 2026 Report, Alissa paid expenses for the Properties including utilities, supplies, insurance payments, and Wi-Fi related to the Properties.  In connection therewith, MCA reviewed the expenses paid by Alissa for the period December 20, 2025 to January 23, 2026, which are summarized on the following page.

## TRANSACTION DETAIL

Description

| DATE | DESCRIPTION | AMOUNT | BALANCE | |
|------|-------------|--------|---------|---|
| | Beginning Balance | | $11,613.33 | |
| 12/23 | Recurring Card Purchase 12/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -13.47 | 11,599.86 | Security |
| 12/23 | Recurring Card Purchase 12/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -70.27 | 11,529.59 | Security |
| 12/31 | Card Purchase          12/30 John Graves Propane 928-567-2425 AZ Card 0098 | -562.69 | 10,966.90 | Propane |
| 12/31 | Aps Electric Pmt Payments          PPD ID: 1860011170 | -484.16 | 10,482.74 | Utlilties |

## TRANSACTION DETAIL  (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE | |
|------|-------------|--------|---------|---|
| 01/07 | Jjpf Payments    15Echeck          PPD ID: 1640757492 | -2,236.37 | 8,246.37 | Insurance |
| 01/08 | Ipfs866-223-4478 Ipfspmtnjn          PPD ID: 0Ad2424370 | -1,384.99 | 6,861.38 | Insurance |
| 01/16 | Checkbook Inc    Individual          PPD ID: 1036653000 | 5,194.19 | 12,055.57 | Rental Receipts |
| 01/20 | Recurring Card Purchase 01/17 Optimum 7715 877-794-2724 NY Card 0098 | -104.04 | 11,951.53 | WiFi |
| 01/20 | Arizona Water CO Payment          PPD ID: 9860119837 | -259.33 | 11,692.20 | Utilities |
| 01/22 | Card Purchase With Pin  01/21 Walgreens Store 25 P San Francisco CA Card 0098 | -12.57 | 11,679.63 | |
| 01/23 | Recurring Card Purchase 01/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -13.47 | 11,666.16 | Security |
| 01/23 | Recurring Card Purchase 01/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -70.27 | 11,595.89 | Security |
| 01/23 | Interest Payment | 0.10 | 11,595.99 | |
| | Ending Balance | | $11,595.99 | |