**NACH, RODGERS, HILKERT & SANTILLI**
1220 E. Osborn Road, Suite 101
Phoenix, AZ 85014
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: docket@nrhslaw.com
         stuart.rodgers@nrhslaw.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>         Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et al.,<br><br>         Defendants. | Case No. CV-23-08622-PCT-JJT<br><br>**NOTICE OF FILING OF RECEIVER'S REPORT FOR THE PERIOD OF JANUARY 1, 2026 THROUGH MARCH 15, 2026** |

Stuart B. Rodgers, counsel for Peak Performance Restructuring Services, LLC, by and through Adam B. Nach, its President, having been appointed Receiver in this action pursuant to the Order Appointing Receiver signed and entered in this matter on January 17, 2025, hereby submits the Receiver Report, covering the period of January 1, 2026 through March 15, 2026, attached hereto.

DATED this 20th day of March, 2026.

**NACH, RODGERS, HILKERT & SANTILLI**

By: /s/ Stuart B. Rodgers
Stuart B. Rodgers
*Attorneys for Receiver*

COPY of the foregoing delivered via
email this 20th day of March , 2026 to:

Matthew Hersh
5090 N. 40th Street, Suite 200
Phoenix, AZ 85018
*Attorneys for Defendants*

Devin Sreecharana, Esq. (029057)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021

Moshe Y. Admon, Esq. (*Admission Pending)*
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
*Attorneys for Plaintiff*

By: /s/  Jenna Pitchel                                    .