# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ  85014
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach

adam.nach@pprs.xyz

Peak Performance Restructuring Services, LLC, as Receiver for:
Pacific Shangrila, LLC and ILU, LLC
In the United States District Court of Arizona,
Assigned to the Honorable John J. Tuchi
Case No. CV-23-08622-PCT-JJT

Monthly Report
For the Period January 1, 2026, through March 15, 2026 ("Reporting Period")
Report Dated March 20, 2026

## Introduction

Peak Performance Restructuring Services, LLC., acting by and through Adam Nach ("**PPRS**" or the "**Receiver**") submits this August 2025 report (the "**Report**") detailing his activities.  Receiver was appointed over Pacific Shangrila, LLC and ILU, LLC ("**Receivership Companies**") pursuant to the *Order Appointing Receiver*, dated January 17, 2025 (the "**Order**") [Dkt. No. 70].

## Receivership Status

On January 17, 2025, PPRS acting by and through Adam Nach, its principal, was appointed as the Receiver in the CV 2023-08622 matter of Phong Thanh Huynh ("**Plaintiff**"), vs. Alissa Chiaravanond, *et al*. ("**Defendants**"), by the Honorable John J. Tuchi of the United States District Court for the District of Arizona.

The Order specifically appoints the Receiver over two companies, including Pacific Shangrila, LLC and ILU, LLC. Pacific Shangrila, LLC ("**Pacific**") is a limited liability company formed and organized in the State of Nevada, whose managing member is listed as Defendant Chiaravanond. ILU, LLC ("**ILU**") is a limited liability company formed and organized in the State of Arizona, whose manager is listed as Defendant Chiaravanond.

## Receivership Assets

The Receivership Companies hold real property assets located in Malibu, California which have been affected by the Palisades Wild Fire burning in the Southern California area. As identified in the Order, Pacific owns and holds title to the real property located at 20990 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu House**"). ILU owns and holds title to the real property located at 20966 Las Flores Mesa Drive, Malibu, CA 90625 ("**Malibu Land**") (collectively "**Malibu Real Properties**").

1

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ  85014
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                   adam.nach@pprs.xyz

**Receiver Funds on Hand**

The receiver is currently holding the funds in the amount of $5.71 from the Pacific Shangrila, LLC account and in the amount of $496.90 for ILU, LLC.  The Receiver received $10,000 from the Plaintiff for fees and expenses in February, 2026.  The Receiver used funds in the Receiver account and made a payment of the following March 2026:

$2,151.50 for Andersen Beede Weisenmiller;
$2,728.00 for Lane & Nach, P.C.;
$6,750.00 for Nach, Rodgers, Hilkert & Santilli

**Status of the Malibu Real Property**

SCE is in the process of transfer the local transfer overhead utilities to underground. SCE will be providing the Receiver with a property appraisal from SCE as to the affected area granted in the easement. As part of the ROE Agreement, SCE has agreed to restore the property affected by the transfer of the utilities underground. The Receivership Estate estimates that the Easements will bring at minimum a total sum of $5,000.00, $2,500.00 per property, as guaranteed in the ROE Agreement. The Receiver acknowledges that the appraisal may be higher than $2,500.00 and, in such case, the Receivership Estate will receive the higher value.

The Receiver will keep the Parties and the Court apprised of the status of the project as updates become available.

**Real Property Taxes**

We have determined the following real property taxes are owed as follows:

**Malibu House**
2025 - $26,183.26
2024 - $11,897.92
2022 - DELINQUENT $65,208.13
Total- $103,288.91

**Malibu Land**
2025 - $5206.91
2024 - 2316.10
Total- $7,523.01

**Grand Total-** $110,811.82

2

# PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

1220 E. Osborn Road, Suite 101
Phoenix, AZ  85014
Telephone:  (602) 258-6000
Facsimile (602) 258-6003

Adam B. Nach                                                                                              adam.nach@pprs.xyz

The Receivership Estate does not have funds in the Receivership Estate for the following:
1)  Pay the real property taxes; or
2)  Determine the impact of the failure to pay the tax real property taxes.

**As a result, the Receiver will not hire a law firm to determine the impact of the failure to pay the taxes and will not pay the real property taxes at this time.  The property is subject to forfeiture for failing to pay the taxes and incurring interest. Receiver implores the parties to pay the outstanding real property taxes.**

**Fees and Expenses incurred by Receiver**

To date, the Receiver's outstanding fees and costs due are $33,769.36. A copy of the January, February, & March 15, 2026 for the Receiver monthly invoices are attached hereto as **Exhibit "A"**. The Receiver's outstanding legal fees and costs are $2,834.32 for NRHS. A copy of the January, February, & March 15, 2026 for NRHS monthly invoices are attached hereto as **Exhibit "B".**

Respectfully Submitted,

*/s/ Adam B. Nach*
Adam Nach
Peak Performance Restructuring Services, LLC, as Receiver
for Pacific Shangrila, LLC and ILU, LLC.

3