# EXHIBIT A

**PEAK PERFORMANCE RESTRUCTURING SERVICES**

**dba PEAK PERFORMANCE FIDUCIARY**

1220 E. Osborn Road

Suite 101

Phoenix, AZ  85014

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #88-3446805

PEAK PERFORMANCE RESTRUCTURING SERVICES, LLC

| | |
|---|---|
| Statement Date: | March 20, 2026 |
| Statement No. | 109340 |
| Account No. | 921000.015 |
| Page: | 1 |

RE: PHONG

| | | |
|---|---|---:|
| Previous Balance | | $33,413.86 |

Fees

| | | | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 01/16/2026 | ABN | REVIEW NOTICE OF DISCOVERY DISPUTE. | 395.00 | 0.10 | 39.50 |
| 01/20/2026 | ABN | REVIEW AND ANALYZE FILE; REVIEW, REVISE AND EDIT REPORT FOR NOVEMBER AND DECEMBER | 395.00 | 0.40 | 158.00 |
| 01/22/2026 | ABN | REVIEW MINUTE ENTRY REGARDING DISCOVERY DISPUTE. | 395.00 | 0.10 | 39.50 |
| 02/06/2026 | ABN | REVIEW PROPOSED SANCTIONS BY PLAINTIFF. | 395.00 | 0.10 | 39.50 |
| 02/21/2026 | ABN | REVIEW FILE; REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR PLAINTIFF REGARDING OUSTANDING FEES. | 395.00 | 0.20 | 79.00 |
| | | For Current Services Rendered | | 0.90 | 355.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| ADAM B. NACH | 0.90 | $395.00 | $355.50 |

| | |
|---|---:|
| Total Current Work | 355.50 |
| **Balance Due** | $33,769.36 |