# EXHIBIT B

# NACH, RODGERS,
# HILKERT & SANTILLI

*1220 E Osborn Road Suite 101*
*Phoenix,  AZ  85014*

(602)258-6000

TAX I.D.  #33-1816777

PEAK PERFORMANCE (NRHS)

| | |
|---|---|
| Statement Date: | March 20, 2026 |
| Statement No. | 3062 |
| Account No. | 54001.002 |
| Page: | 1 |

RE: PHONG

| | |
|---|---:|
| Previous Balance | $8,136.11 |

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/08/2026 | SBR | FOLLOW UP EMAIL. | 500.00 | 0.10 | 50.00 |
| 01/15/2026 | JMP | REVIEW DOCKET ENTRY FILING EMAILS AND UPDATE ATTORNEY RODGERS AND ATTORNEY NACH REGARDING SAME. | 190.00 | 0.30 | 57.00 |
| 01/16/2026 | JMP | REVIEW EMAIL FROM ATTORNEY NACH REGARDING FILING OF DECLARATION. | 190.00 | 0.10 | 19.00 |
| | JMP | EMAIL TO ATTORNEY NACH AND ATTORNEY RODGERS REGARDING UPDATE WITH NOTICE OF FILING AND DECLARATION FILED BY KEITH BIERMAN | 190.00 | 0.10 | 19.00 |
| | JMP | REVIEW COURT'S ORDER EXTENDING SCHEDULING DEADLINES AND CALENDAR ALL DEADLINES WITH REMINDERS FOR ATTORNEY RODGERS AND ATTORNEY NACH. | 190.00 | 0.90 | 171.00 |
| 01/20/2026 | SBR | REVIEW, REVISE AND EDIT REPORT. | 500.00 | 0.30 | 150.00 |
| | JMP | REVIEW EMAILS TO/FROM ATTORNEY NACH, ATTORNEY RODGERS, A SHIVELY, AND M ALLEN REGARDING NOVEMBER AND DECEMBER REPORT; REVIEW REPORT AND GATHER EXHIBITS. | 190.00 | 0.90 | 171.00 |
| | JMP | REVIEW EMAIL FROM ATTORNEY NACH / MARIANNE ALLEN REGARDING ILU STATEMENT AND SAVE FOR EXHIBIT TO REPORT. | 190.00 | 0.20 | 38.00 |
| | JMP | REVIEW EMAIL FROM ATTORNEY RODGERS WITH FINAL REPORT AND REDLINES; REVIEW FINAL REPORT AND ACCEPT REDLINES AND BEGIN TO GATHER EXHIBITS FOR REPORT; CONFER WITH ATTORNEY RODGERS REGARDING FILING OF THE SAME. | 190.00 | 0.60 | 114.00 |
| 01/21/2026 | JMP | REVISE REPORT AND REVISE EXHIBIT A TO INCLUDE | | | |

PEAK PERFORMANCE (NRHS)

PHONG

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | STATEMENTS FOR SECOND PINNACLE ACCOUNT, ASSEMBLE EXHIBITS A-C | 190.00 | 0.90 | 171.00 |
| | JMP | DRAFT NOTICE OF FILING FOR ATTORNEY RODGERS REVIEW. | 190.00 | 0.20 | 38.00 |
| | JMP | FINALIZE REPORT AND EXHIBITS FOR FINAL REVIEW; FINALIZE, FILE AND SERVE NOTICE OF REPORT AND REPORT WITH EXHIBITS. | 190.00 | 0.70 | 133.00 |
| 01/22/2026 | JMP | REVIEW EMAIL FROM COURT REGARDING TELEPHONIC CONFERENCE AND UPDATE ATTORNEY RODGERS AND ATTORNEY NACH | 190.00 | 0.30 | 57.00 |
| | JMP | REVIEW MINUTE ENTRY EMAIL FROM COURT AND PDF/UPDATE ATTORNEY NACH REGARDING SAME. | 190.00 | 0.20 | 38.00 |
| 02/10/2026 | SBR | REVIEW REPORT AND RESPOND TO EMAIL TO CLIENT AND ATTORNEY FOR APPOINTING PARTY. | 500.00 | 0.20 | 100.00 |
| 02/25/2026 | RGC | PREPARATION OF CORRESPONDENCE TO PINNACLE BANK REGARDING CHECK FOR THE ESTATE. | 190.00 | 0.20 | 38.00 |
| 03/03/2026 | RGC | REVIEW CASE DOCUMENTS FOR INVOICE; MAIL INVOICE AND CHECK LAS VEGAS LAW FIRMS. | 190.00 | 0.20 | 38.00 |
| | | For Current Services Rendered | | 6.40 | 1,402.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 0.60 | $500.00 | $300.00 |
| JENNA M PITCHEL | 5.40 | 190.00 | 1,026.00 |
| REBECCA G CASTEEL | 0.40 | 190.00 | 76.00 |

Expenses

| 02/25/2026 | FEDEX | 45.47 |
|---|---|---|
| 03/03/2026 | POSTAGE 1 @ .74 | 0.74 |
| | Total Expenses | 46.21 |
| | Total Current Work | 1,448.21 |

Payments

| 03/09/2026 | PAYMENT RECEIVED - THANK YOU | -6,750.00 |
|---|---|---|
| | Balance Due | $2,834.32 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 10/20/2025 | 1899 | 599.00 | 235.11 |
| 12/31/2025 | 2539 | 654.00 | 654.00 |

PEAK PERFORMANCE (NRHS)

03/20/2026
Account No:    54001-002M
Statement No:    3062

PHONG

| Date | Number | | Amount | Balance |
|---|---|---|---|---|
| 01/08/2026 | 2540 | | 428.00 | 428.00 |
| 01/21/2026 | 2645 | | 69.00 | 69.00 |
| | | | | 1,386.11 |

CURRENT TRUST BALANCE

| Date | Description | Amount |
|---|---|---|
| | OPENING BALANCE | $0.00 |
| 02/20/2026 | DEPOSIT WIRED IN FUNDS TO TRUST | 10,000.00 |
| 02/25/2026 | For deposit into accout # 800109837823 | |
| | PAYEE: Estate of Huynh V. Chiaravanond Et. Al | -10,000.00 |
| | CLOSING BALANCE | $0.00 |

To make your payment online with your Credit Card or ECheck through our secure online service .  Click the link below. Credit Card payments will be charged a 3% processing fee.
https://secure.lawpay.com/pages/nrhslaw/operating

Final Statement Run Totals 03/20/2026

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 6.40 |
| Fees: | 1,402.00 |
| Expenses: | 0.74 |
| Advances: | 45.47 |