Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>          Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>          Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Hon. John J. Tuchi) |

Plaintiff provides notice that on March 26, 2026, he served upon Defendants Notice of Videotaped Deposition of Alissa Chiaravanond by electronic mail.

RESPECTFULLY SUBMITTED this 26the day of March, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Trevor J. Wainfeld*
          Devin Sreecharana
          Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/Moshe Y. Admon*
      Moshe Y. Admon, Esq.
      *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 26, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Matthew Hersh
Law Office of Matthew Hersh
2700 Woodley Road NW Suite 262
Washington, DC 20008
matt@matthewhersh.com
*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

Adam Bennett Nach
Stuart Rodgers
NACH, RODGERS, HILKERT & SANTILLI
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
docket@nrhslaw.com
adam.nach@lane-nach.com
stuart.rodgers@nrhslaw.com
*Attorneys for Peak Performance Restructuring Services, LLC*

/s/ *Lynn Adamick*