Matthew Hersh (037766)
**THE LAW OFFICE OF MATTHEW HERSH**
2700 Woodley Road NW, Suite 626
Washington DC 20008
matt@matthewhersh.com
+1 (202) 253 2514

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh, | No. CV-23-08622-PCT-JJT |
| Plaintiff, | |
| v. | **Certificate of Conferral re Notice of Discovery Dispute Concerning Plaintiff's Privilege Assertions Concerning Skyler Moore** |
| Alissa Chiaravanond, et. al, | |
| Defendants | |

The undersigned counsel certify that the parties have made sincere efforts to resolve this matter without judicial intervention. Prior to filing the Notice of Discovery Dispute, undersigned counsel conferred telephonically on April 8, 2025 concerning the privilege assertions but were unable to reach an agreement.

Respectfully submitted this 10th day of April, 2026.

**THE LAW OFFICE OF MATTHEW HERSH**

By */s/ Matthew Hersh*
        Matthew Hersh

*Attorney for Defendants*

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By */s/ Trevor J. Wainfeld (with permission)*
        Trevor J. Wainfeld
        Devin Sreecharana

**ADMON LAW FIRM, PLLC**
        Moshe Y. Admon

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ Matthew Hersh*

3