Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Phong Thanh Huynh, | Case No.: 3:23-cv-08622-JJT |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF LODGING RE SCHUYLER MOORE PRIVILEGE LOG & EMAILS FOR *IN CAMERA* REVIEW** |
| Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

Pursuant to the Court's Order entered on April 14, 2026 (Doc. 186), Plaintiff provides notice that he has lodged with the Clerk of the Court "ex parte and under seal the communications designated as privileged, for the Court's in camera review." Plaintiff has also included a brief contextual statement regarding the subject communications as authorized by the Court at the related April 14, 2026 hearing.

RESPECTFULLY SUBMITTED this 15th day of April, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Devin Sreecharana*
    Devin Sreecharana
    Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/Moshe Y. Admon*
    Moshe Y. Admon, Esq.
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Matthew Hersh
Law Office of Matthew Hersh
2700 Woodley Road NW Suite 262
Washington, DC 20008
matt@matthewhersh.com
*Attorney for Defendants Alissa
Chiaravanond, Pacific Shangrila LLC,
Cathedral Shangrila LLC, Nido di Stelle LLC,
and ILU LLC*


Adam Bennett Nach
Stuart Rodgers
NACH, RODGERS, HILKERT & SANTILLI
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
docket@nrhslaw.com
adam.nach@lane-nach.com
stuart.rodgers@nrhslaw.com
*Attorneys for Peak PerformanceRestructuring Services, LLC*


/s/*Elena Cordero*