Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>            Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>            Defendants. | Case No.: 3:23-cv-08622-JJT<br><br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF ALISSA CHIARAVANOND**<br><br><br>(Assigned to the Hon. John J. Tuchi) |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, Plaintiff will take the deposition by oral examination of Defendant Alissa Chiaravanond under oath before an officer authorized by law to administer oaths. The deposition will continue from day to day until complete.

**DATE OF DEPOSITION:**        October 8, 2026

**TIME OF DEPOSITION:**        9:00 a.m. (Arizona time)

**PLACE OF DEPOSITION:**        **MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 N. Central Avenue, Suite 1600
Phoenix, AZ 85004-4633

**METHOD OF RECORDING:**        Pursuant to Fed R. Civ. P. 30, notice is given that the deposition will be recorded by stenographic means and audio-video recording. The camera will be placed in a position facing the deponent at all times.

RESPECTFULLY SUBMITTED this 12th day of August, 2026.

        **MAY, POTENZA, BARAN & GILLESPIE, P.C.**

        By: */s/ Trevor Wainfeld*
          Devin Sreecharana
          Trevor Wainfeld

        **ADMON LAW FIRM, PLLC**

        By: */s/Moshe Y. Admon*
          Moshe Y. Admon, Esq.
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically transmitted the foregoing document to:

Matthew Hersh
Law Office of Matthew Hersh
2700 Woodley Road NW Suite 262
Washington, DC 20008
matt@matthewhersh.com
*Attorney for Defendants Alissa
Chiaravanond, Pacific Shangrila LLC,
Cathedral Shangrila LLC, Nido di Stelle LLC,
and ILU LLC*

By: /s/ *Elena Cordero*