Matthew Hersh (037766)
**THE LAW OFFICE OF MATTHEW HERSH**
3214 Newark St NW
Washington DC 20008
matt@matthewhersh.com
+1 (202) 253 2514

*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phong Thanh Huynh,<br><br>Plaintiff,<br><br>v.<br><br>Alissa Chiaravanond, et. al,<br><br>Defendants | No. CV-23-08622-PCT-JJT<br><br>**Notice of Filing of Report of Keith Bierman Regarding the September 2026 Report Concerning the Sedona Properties** |

Pursuant to the Court's Order, dated May 8, 2025, Defendants respectfully submit the Declaration of Keith Bierman Regarding the September 2026 Report Concerning the Sedona Properties, attached hereto as Exhibit 1.

Respectfully submitted this 15th day of September 2026.

**THE LAW OFFICE OF MATTHEW HERSH**

By */s/ Matthew Hersh*
Matthew Hersh
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Devin Sreecharana
Trevor J Wainfeld
May Potenza Baran & Gillespie PC
1850 N Central Ave., Ste. 1600
Phoenix, AZ 85004-4633
602-252-1900
devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y Admon
Admon Law Firm PLLC
300 Lenora St., Ste. 4008
Seattle, WA 98121
206-739-8383
jeff@admonlaw.com

Adam Bennett Nach
Stuart Rodgers
Lane & Nach PC
2001 E Campbell Ave., Ste. 103
Phoenix, AZ 85016
602-258-6000
adam.nach@lane-nach.com
stuart.rodgers@lane-nach.com

*/s/ Matthew Hersh*