# Exhibit 1 to Notice of Filing

September 2026 Report of MCA Financial Group, LLC. Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

Prepared: September 11, 2026

Respectfully submitted,

______________________
Keith Bierman
Senior Managing Director

*MCA Financial Group, LLC.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

## I. INTRODUCTION

MCA Financial Group, LLC., ("MCA") understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA to provide written reports on or before the 15th of each month detailing Alissa's efforts, with MCA's assistance, to manage and maintain the three properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property"), 95 Cross Creek Circle ("95 Cross Creek Property"), and 95 Ravens Call Place ("Ravens Call")[1], (collectively, the "Properties"). Other than the matters stated below, the status of the Properties remains unchanged.

## II. 288 Back O Beyond

The BOB Property is listed with Sedona.org as a short-term rental property. The BOB Property is insured including wildfire coverage and insurance premium payments are made monthly.

Sedona.org manages the rental and maintenance activities for the BOB Property. MCA is also in regular communication with Sedona.org regarding property management issues as they arise from time to time including approvals for ordinary course repairs to the BOB Property. There have been no approvals required by MCA during this reporting period. There are no additional updates to be provided at this time.

## III. 95 Cross Creek Circle

The 95 Cross Creek Property has insurance including wildfire insurance and insurance payments are made monthly. There are no additional updates to be provided at this time.

## IV. Income and Expenses Related to the Properties

i) Expenses Paid. During the period covered by this September 2026 Report, Alissa paid expenses for the Properties including insurance, utilities, security, pest control and Wi-Fi related to the Properties. In connection therewith, MCA reviewed the expenses paid by Alissa for the period July 22, 2026 to August 21, 2026, which are summarized on the following page.

[1] The 95 Ravens Call Property is a vacant lot.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE | |
|---|---|---|---|---|
| | **Beginning Balance** | | **$19,129.98** | **Description** |
| 07/23 | Recurring Card Purchase 07/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -13.47 | 19,116.51 | Security |
| 07/23 | Recurring Card Purchase 07/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -70.27 | 19,046.24 | Security |
| 07/27 | Arizona Water CO Receivable PPD ID: 4860119837 | -321.38 | 18,724.86 | Water |
| 08/03 | Aps Electric Pmt Payments PPD ID: 1860011170 | -1,197.31 | 17,527.55 | Electric |
| 08/05 | Johnsonjohnsonpr Webpayment Web ID: 3383693141 | -2,116.80 | 15,410.75 | Insurance |
| 08/13 | Sedona Org Individual PPD ID: 1815159709 | **5,651.69** | 21,062.44 | Rental income |
| 08/17 | Recurring Card Purchase 08/16 Optimum 7715 877-794-2724 NY Card 0098 | -125.70 | 20,936.74 | WiFi |
| 08/18 | Critter Control Payment 202407528389 Web ID: 0383913206 | -149.00 | 20,787.74 | Pest Control |
| 08/20 | Sbac-Fifth Third Web Pmts B85Kws Web ID: 9000035592 | -1,672.77 | 19,114.97 | Insurance |
| 08/21 | Interest Payment | **0.15** | 19,115.12 | Interest earned |
| | **Ending Balance** | | **$19,115.12** | |