Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85004
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 627-0909
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phong Thanh Huynh,<br><br>Plaintiff,<br>v.<br><br>Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,<br><br>Defendants. | Case No.: 3:23-cv-08622-JJT<br><br>**STIPULATION AND JOINT MOTION TO MODIFY RULE 16 SCHEDULING ORDER**<br><br>**(Seventh Request)**<br><br>(Assigned to the Hon. John J. Tuchi) |

The parties respectfully stipulate to and jointly request an adjustment of certain internal deadlines within the case schedule set forth in the Order entered on June 1, 2026 (Doc. 202). *See also* (Doc. 47, modified at Docs. 84, 121, 141, 148, 157, 198, and 202). Specifically, the parties stipulate to and jointly request an extension of deadlines for expert discovery, non-party discovery, good faith settlement discussions, pre-trial disclosures, and the completion of all discovery. The parties do not seek an extension of the deadline for

dispositive and *Daubert* motions.

The parties' diligence and good cause supports the requested amendment. Since the Court entered the current schedule on June 1, 2026, the parties have carried out the ESI searches and voluminous productions required by the Court's May 4, 2026 Order (Doc. 198), submitted proposed party deposition dates to the Court, and completed such depositions within such timeframe (specifically, on October 1, 8, and 9, 2026). The Rule 30(b)(6) deposition of MCA Advisors (Defendants' property manager of the Sedona Properties) occurred on October 26, 2026.

The parties do not seek an extension for any improper purpose, such as delay. Rather, this stipulation is intended to give the parties more time to (1) further attempt to resolve certain discovery disputes related to voluminous ESI and assertions of work product and attorney client privilege by both parties and (2) review testimony and the recent and impending supplemental disclosures arising from testimony given at party depositions this month and MCA Advisors' Rule 30(b)(6) deposition on October 26, 2026, that may be relevant, if not material, to expert disclosures before the parties exchange expert reports and complete discovery.[1] The additional time also allows the parties the opportunity to avoid incurring the additional expense of supplementing expert reports. Because the proposed schedule borrows from existing slack between the dates for close of expert discovery, close of all discovery, and dispositive and *Daubert* motions, the proposed schedule can be implemented without changing the overall timeline for completion of this case.

The parties' proposed revised schedule is set forth here:

---

[1] Party deposition transcripts were recently delivered to the parties' counsel, with errata sheets still pending. MCA Advisors' Rule 30(b)(6) deposition was conducted on October 26, 2026. The rough, expedited deposition transcript is in process but not yet delivered to the parties' counsel.

| EVENT | Deadlines in original scheduling order (Doc. 47, 9/19/2024) | Deadlines in most recent discovery order (Doc. 202, 6/1/2026) | PROPOSED DEADLINE |
|---|---|---|---|
| Motions to amend the Complaint and to join additional parties | 12/6/24 | N/A (event had passed) | N/A (event has passed) |
| Deadline for service of discovery under Rules 33, 34, & 36 | 4/18/25 | N/A (event had passed) | N/A (event has passed) |
| Counsel to submit proposed dates for party depositions *in camera* | N/A | 5/29/2026 | N/A (event has passed) |
| Plaintiff to complete ESI search and production per § II(A) of May 4, 2026 Order (Doc. 198) | N/A | 7/3/26 | N/A (event has passed) |
| Plaintiff to complete ESI search and production per § II(B) of May 4, 2026 Order (Doc. 198) | N/A | 9/4/26 | N/A (event has passed) |
| Party depositions | N/A | 9/18/26-10/9/26 | N/A (event has passed) |
| Initial expert disclosures | 5/2/25 | 10/30/26 | 12/4/26 |
| Fact witness (non-party) depositions | N/A | 11/06/26 | 12/8/26 |
| Good faith settlement discussions | 3/21/25 | 11/13/26 | 12/15/26 |
| Pre-trial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) | 7/11/25 | 11/20/26 | 12/22/26 |
| Rebuttal expert disclosures | 6/6/25 | 12/3/26 | 1/15/27 |
| Expert depositions | Not separately mentioned | 12/18/26 | 1/29/27 |
| All discovery completed | 8/15/25 | 1/15/27 | 2/5/27 |

| | | | |
|---|---|---|---|
| Dispositive & Daubert Motions | 9/19/25 | 2/17/27 | 2/17/27 |

The parties agree the foregoing proposed revisions do not prejudice any party. The parties respectfully request the Court enter the proposed Order lodged with this Stipulation. If the Court requires additional information regarding the good cause for the parties' proposed amendment to the case schedule, the parties are available to submit further information in writing or at a scheduling conference.

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Devin Sreecharana*
Devin Sreecharana
Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/ Moshe Y. Admon*
Moshe Y. Admon, Esq.
*Attorneys for Plaintiff*

**THE LAW OFFICE OF MATTHEW HERSH**

By: */s/ Matthew Hersh* (with permission)
Matthew Hersh
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Matthew Hersh
THE LAW OFFICE OF MATTHEW HERSH
3214 Newark Street NW
Washington, DC 20008
matt@matthewhersh.com
*Attorney for Defendants*

Adam Bennett Nach
Stuart Rodgers
NACH, RODGERS, HILKERT & SANTILLI
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
docket@nrhslaw.com
adam.nach@lane-nach.com
stuart.rodgers@nrhslaw.com
*Attorneys for Peak Performance Restructuring Services, LLC*

*/s/ Elena Cordero*