IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Phong Thanh Huynh,
Plaintiff,
v.
Alissa Chiaravanond, et. al,
Defendants

No. CV-23-08622-PCT-JJT

**ORDER**

At issue is the parties' Stipulation and Joint Motion to Modify Rule 16 Scheduling Order (Seventh Request) (Doc. 217). Upon review and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation and Joint Motion to Modify Rule 16 Scheduling Order (Seventh Request) (Doc. ___) and modifying the deadlines as follows:

| EVENT | Deadlines in original scheduling order (Doc. 47, 9/19/2024) | Deadlines in most recent discovery order (Doc. 202, 6/1/2026) | PROPOSED DEADLINE |
|---|---|---|---|
| Motions to amend the Complaint and to join additional parties | 12/6/24 | N/A (event had passed) | N/A (event has passed) |
| Deadline for service of discovery under Rules 33, 34, & 36 | 4/18/25 | N/A (event had passed) | N/A (event has passed) |
| Counsel to submit proposed dates for party depositions *in camera* | N/A | 5/29/2026 | N/A (event has passed) |
| Plaintiff to complete ESI search and production per § II(A) of May 4, 2026 Order (Doc. 198) | N/A | 7/3/26 | N/A (event has passed) |
| Plaintiff to complete ESI search and production per § II(B) of May 4, 2026 Order (Doc. 198) | N/A | 9/4/26 | N/A (event has passed) |
| Party depositions | N/A | 9/18/26-10/9/26 | N/A (event has passed) |
| Initial expert disclosures | 5/2/25 | 10/30/26 | 12/4/26 |
| Fact witness (non-party) depositions | N/A | 11/06/26 | 12/8/26 |
| Good faith settlement discussions | 3/21/25 | 11/13/26 | 12/15/26 |
| Pre-trial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) | 7/11/25 | 11/20/26 | 12/22/26 |
| Rebuttal expert disclosures | 6/6/25 | 12/3/26 | 1/15/27 |

| | | | |
|---|---|---|---|
| Expert depositions | Not separately mentioned | 12/18/26 | 1/29/27 |
| All discovery completed | 8/15/25 | 1/15/27 | 2/5/27 |
| Dispositive & Daubert Motions | 9/19/25 | 2/17/27 | 2/17/27 |

All other aspects of the Court's September 19, 2024 Scheduling Order (Doc. 47; Modified at Docs. 84, 121, 141, 148, 157, 198, 202) remain in effect.

Dated this __ day of _________, 2026.

______________________________
Honorable John J. Tuchi
United States District Judge