# EXHIBIT A

Devin Sreecharana, Esq. (029057)
Trevor J. Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 627-0909
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Phong Thanh Huynh,

Plaintiff,

v.

Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,

Defendants.

Case No.: CV-23-08622-PCT-JJT

**DECLARATION OF TREVOR J. WAINFELD IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO MODIFY RECEIVERSHIP ORDER BY ADDING CATHEDRAL SHANGRILA LLC AND NIDO DI STELLE LLC TO THE RECEIVERSHIP ESTATE**

I, Trevor J. Wainfeld, declare:

1. I am over the age of 18 years and make this declaration voluntarily.

2. I have personal knowledge of the statements made in this declaration.

3. I am an attorney with the law firm May, Potenza, Baran & Gillespie, P.C. and represent the Plaintiff in this action. I am submitting this declaration in support of the Plaintiff's Renewed Motion to Modify Receivership Order by Adding Cathedral Shangrila

LLC and Nido di Stelle LLC to the Receivership Estate.

4. On September 17, 2026, I served on Matthew Hersh, counsel for Defendants, Plaintiff's Notice of Intent to Serve Subpoena to Produce Documents on non-party MCA Financial Group LLC ("MCA"). Attached hereto as **Exhibit 1** is a true and correct copy of that notice and the subpoena attached thereto.

5. On September 23, 2026, I exchanged emails with Mr. Hersh concerning his acceptance of service of the subpoena on MCA's behalf and his request for an extension of the response date. Attached hereto as **Exhibit 2** is a true and correct copy of that email exchange.

6. On October 23, 2026, I downloaded from the Yavapai County Treasurer's public website the 2026 Property Tax Statement for 288 Back O'Beyond Circle, Sedona, Arizona 86336. Attached hereto as **Exhibit 3** is a true and correct copy of that statement.

7. On October 23, 2026, I downloaded from the Yavapai County Treasurer's public website the 2026 Property Tax Statement for 95 Ravens Call Place, Sedona, Arizona 86336. Attached hereto as **Exhibit 4** is a true and correct copy of that statement.

8. On October 26, 2026, I downloaded from the Yavapai County Treasurer's public website the 2026 Property Tax Statement for 95 Cross Creek Circle, Sedona, Arizona 86336. Attached hereto as **Exhibit 5** is a true and correct copy of that statement.

9. On October 26, 2026, I received from Devin Sreecharana an email chain in which Patricia Hartman, Treasurer of the Cross Creek Ranch Community Association, wrote to the Receiver, Adam Nach, about 95 Cross Creek Circle and 95 Ravens Call Place, and Mr. Nach forwarded her email to Plaintiff's counsel. Attached hereto as **Exhibit 6** is a true and correct copy of that email chain.

10. On November 3, 2026, I received an email, with attachments, from the law firm Halk, Oettinger, and Brown, PLLC, which I understand represents the Cross Creek Ranch Community Association. The attachments to that email are demand letters, account statements, and complaints the association filed against Nido di Stelle LLC. Attached hereto as **Exhibit 7** is a true and correct copy of that email and its attachments.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a document Defendants produced in this action bearing Bates numbers CL183657 through CL183658. Ms. Chiaravanond's personal email address has been redacted out of an abundance of caution, although Plaintiff disputes that such redactions are necessary and reserves his right to challenge the same.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a document Defendants produced in this action bearing Bates numbers CL183652 through CL183656. Ms. Chiaravanond's personal email address has been redacted out of an abundance of caution, although Plaintiff disputes that such redactions are necessary and reserves his right to challenge the same.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a document MCA, through Defendants, produced in response to the subpoena to MCA, bearing Bates numbers MCA00297 through MCA00302.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 13th day of November, 2026.

Trevor Wainfeld

______________________________

Trevor J. Wainfeld

# EXHIBIT 1

**TREVOR J. WAINFELD**
ATTORNEY AT LAW

O. 602.252.1900
D. 480.389.1604

EMAIL
twainfeld@maypotenza.com

May Potenza Baran & Gillespie

CENTRAL ARTS PLAZA
1850 NORTH CENTRAL AVE., 16TH FLOOR
PHOENIX, AZ 85004

September 17, 2026

**VIA E-Mail Only**
Matthew Hersh
Law Office of Matthew Hersh
matt@matthewhersh.com

**Re:** ***Huynh v. Chiaravanond***, D. Ariz. Case No. CV-2308622-PCT-JJT
MCA Financial Group LLC and Keith Bierman
Subpoenas for Records and Depositions

Dear Mr. Hersh,

Enclosed please find a Notice of Intent to Serve Subpoena to Produce (Exhibit A hereto)

You told us on April 2 that you could accept service of a subpoena to Keith. Will you accept service of the Subpoena to Produce to MCA?

In addition, we intend to depose Keith Bierman and MCA's 30(b)(6) representative on October 14, 15, 16, 19, or 20. Please provide your, Mr. Bierman's, and MCA's availability in that window. We are providing 30(b)(6) topics (Exhibit B hereto) so MCA can determine who its 30(b)(6) designee(s) will be for scheduling purposes—we reserve the right to modify them though we do not anticipate changes that would affect designee selection. If Mr. Bierman will be MCA's sole designee for these topics, please confirm and we can discuss streamlining these depositions.

Please respond to the foregoing by **5:00 p.m. (MST) on September 21, 2026**. Otherwise, we'll make arrangements to serve MCA and Mr. Bierman.

Sincerely,

MAY POTENZA BARAN & GILLESPIE, PC

Trevor J. Wainfeld, Esq.

TJW/ec

Enclosures

# EXHIBIT A

Devin Sreecharana, Esq. (029057)
Trevor Wainfeld, Esq. (037146)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85021
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
Email: twainfeld@maypotenza.com

Moshe Y. Admon, Esq. (034169)
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, Washington 98121
Telephone: (206) 739-8383
Email: jeff@admonlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Phong Thanh Huynh,

Plaintiff,

v.

Alissa Chiaravanond, an individual resident of Arizona, Pacific Shangrila LLC, a Nevada limited liability company, Cathedral Shangrila LLC, a Nevada limited liability company, Nido di Stelle LLC, a Nevada limited liability company, ILU LLC, an Arizona limited liability company,

Defendants.

Case No.: 3:23-cv-08622-JJT

**PLAINTIFF PHONG THANH HUYNH'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS**

(Assigned to the Hon. John J. Tuchi)

Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiff Phong Thanh Huynh ("Plaintiff"), by and through undersigned counsel, hereby gives notice of his intent to serve the subpoena to produce attached hereto as **Exhibit 1**.

The party on whom Plaintiff intends to serve the subpoena to produce is as follows:

1. MCA Financial Group LLC

RESPECTFULLY SUBMITTED this 17th day of September, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Trevor J. Wainfeld*
Devin Sreecharana
Trevor Wainfeld

**ADMON LAW FIRM, PLLC**

By: */s/Moshe Y. Admon*
Moshe Y. Admon, Esq.
*Attorneys for Plaintiff*

ORIGINAL of the foregoing sent via e-mail this 17th day of September, 2026 to:

Matthew Hersh
The Law Office of Matthew Hersh
2700 Woodley Road NW, Suite 626
Washington DC 20008
matt@matthewhersh.com
*Attorney for Defendants Alissa Chiaravanond, Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC*

*/s/ Elena Cordero*

# EXHIBIT 1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Phong Thanh Huynh<br>*Plaintiff*<br>v.<br>Alissa Chiaravanond, an individual resident of Arizona, et al.<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:23-cv-08622-JJT |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: MCA Financial Group LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE "EXHIBIT A" attached.

| Place: MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>1850 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85004 | Date and Time:<br>10/05/2026 10:00 am |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/17/2026

*CLERK OF COURT*

OR

_________________________ /s/ Trevor Wainfeld

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Phong Thanh Huynh , who issues or requests this subpoena, are:

Trevor Wainfeld, 1850 N. Central Avenue, #1600, Phoenix., AZ 85004

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 3:23-cv-08622-JJT

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________________________________________________
________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________
______________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**<u>Phong Thanh Huynh v. Alissa Chiaravanond, et al.</u>**

**EXHIBIT A**

**to**

**Subpoena to Produce Documents:**

**MCA Financial Group, LLC**

## <u>INSTRUCTIONS</u>

1. In accordance with Federal Rules 34(a) and 45, these Requests apply to all Documents and Communications in Your possession, custody, or control, including Documents and Communications in the possession, custody, or control of Your predecessors, members, attorneys, agents, accountants, and advisors. A Document or Communication is deemed to be in Your possession, custody or control if it is in Your physical custody, or if it is in the physical custody of any other Person and You (i) own such Document or Communication in whole or in part; (ii) have a right, by contract, statute or otherwise, to use, inspect, examine, or copy such Document or Communication on any terms; (iii) have an understanding, express or implied, that You may use, inspect, examine, or copy such Document or Communication on any terms; or (iv) as a practical matter, have been able to use, inspect, examine, or copy such Document or Communication when You sought to do so. If any requested Document was, but no longer is, in Your possession, custody or control, state the disposition of each such Document or Communication.

2. Reference to any individual, business entity, or association shall be deemed reference to any and all of its predecessors, successors, affiliates, and subsidiaries, as well as any and all of its past or present officers, directors, partners, members, managers, employees, representatives, and agents.

3. In responding to each Document and/or Communication Request, You are to review and search all relevant files of appropriate entities and Persons, unless otherwise agreed by the parties or directed by the Court.

4. You are to produce the original and all non-identical copies, including all drafts, of each Document and Communication requested. If You are not able to produce the original of any Document or Communication, please produce the best available copy and all non-identical copies, including drafts.

5. For each Document, Communication, or electronically-stored information, if any, called for by a request and withheld or redacted on grounds of privilege or on some other basis, provide a listing of withheld or redacted Documents, Communications, or electronically-stored information in electronic spreadsheet format in compliance with Federal Rule 26(b)(5). All Document and/or Communication Requests shall be deemed to include requests for any and all transmittal sheets, cover letters, cover e-mails, enclosures, or any other annexes or attachments to the Documents and Communications.

6. Any Document or Communication requested herein shall be produced as it is kept in the ordinary course of business. The name of the file from which it was produced, the identity of the Person from whose file it was produced, and the identity of the present custodian of that file each shall be set forth.

7. Non-disclosure agreements shall not provide a basis for failure to produce Documents and Communications requested.

8. The connectors "and," "or," and "and/or" shall be construed either disjunctively or conjunctively in order to bring within the scope of the Document and/or Communication Request all responses that might otherwise be construed to be outside of its scope.

9. The use of the singular shall be construed to include the plural.

10. The use of the gerund and all other tenses of a defined verb shall be construed to fit within each verb's definition.

11. The terms "any," "each," and "all" shall be considered to include "each and every."

12. The term "including" shall be construed to mean "without any limitation."

13. Where an e-mail has an attachment, each attachment should be produced immediately following the e-mail to which it was attached.

14. If any Document or Communication responsive to these Document and Communication Requests is known to have existed and cannot now be located, or has been destroyed or discarded, set forth a complete statement of the circumstances surrounding such loss or destruction, including: (i) a description of the Document or Communication, including the date, a summary of its contents and the identity of its author and the Person(s) to whom it was sent or shown; (ii) the last known custodian; (iii) whether the Document or Communication is missing or lost or was destroyed or discarded; and (iv) the date of loss, destruction or discarding or other disposition.

15. If a responsive communication includes non-attorney third parties, identify the third party and the asserted basis, if any, for maintaining confidentiality.

16. Production of underlying facts, business records, property-management records, preexisting documents, and communications with non-attorney third parties is requested even when such materials were later transmitted to counsel.

17. The Document and Communication Requests pertain to the period beginning on January 1, 2021 and continuing through the present.

## DEFINITIONS

1. "This action" refers to the case pending in the U.S. District Court for the District of Arizona, styled as *Huynh v. Chiaravanond, et al.*, Case No.: 3:23-cv-08622-JJT.

2. "MCA" means MCA Financial Group, LLC, formerly or alternatively identified in the filings as MCA Financial Group, Ltd., including its members, managers, employees, agents, consultants, and persons acting on its behalf.

3. "Bierman" means Keith B. Bierman, CPA.

4. "Chiaravanond" means Defendant Alissa Chiaravanond.

5. "Corporate Defendants" refers to Defendants Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC.

6. "Sedona Properties" refers to the real property located at (1) 288 Back O Beyond Circle, Sedona, Arizona ("Back O Beyond"); (2) 95 Cross Creek Circle, Sedona, Arizona ("Cross Creek"); and (3) 95 Ravens Call Place, Sedona, Arizona ("Ravens Call").

7. "Malibu Properties" refers to the real property located at (1) 20990 Las Flores Mesa Drive, Malibu, California 90265/90625 and (2) 20966 Las Flores Mesa Drive, Malibu, California.

8. "Sedona.org" refers to the property manager, rental manager, or related persons/entities identified in MCA's reports as managing rental and maintenance activities for Back O Beyond, including Conay Huizar and Isa Cooley.

9. "Court Order" refers to the Court's May 8, 2025 Order (Doc. 108) and any subsequent order, stipulation, minute entry, or directive concerning management, preservation, insurance, or monthly reporting for the Sedona Properties.

10. "MCA Reports" refers to all reports, supplemental reports, declarations, exhibits, photographs, transaction summaries, and other materials prepared by or through MCA and filed with or submitted to the Court concerning the Sedona Properties.

11. "Parsons" refers to Elizabeth A. Parsons and Elizabeth Parsons PLLC, retained by Chiaravanond in February 2025 in connection with general business matters.

12. "Defendants' Counsel" refers to Matthew Hersh and any other attorney or law firm representing Chiaravanond or any Corporate Defendant in this action.

13. "Receiver" refers to Peak Performance Restructuring Services, LLC, Adam Nach, and persons acting for the court-appointed receiver over Pacific Shangrila LLC and ILU LLC.

14. "Communication" shall mean any oral, written, electronic, or other transmission of information, including meetings, calls, texts, emails, messaging

applications, and communications through intermediaries.

15. "Document" is used in the broad meaning provided by Rule 34(a), including electronically stored information and metadata.

## REQUESTS

**Request No. 1**

All engagement agreements, amendments, powers of attorney, and other documents affecting or concerning MCA's engagement in this matter, management of the Sedona Properties, and/or authority to act for Chiaravanond, Cathedral, or Nido.

**Request No. 2**

Documents sufficient to identify all MCA personnel who worked on the engagement, their roles, time entries, and qualifications to manage, operate, and preserve the Sedona Properties.

**Request No. 3**

All MCA invoices, billing statements, time entries, retainer/trust records, payment records, travel records (including gas and mileage), and documents identifying the source/account from which MCA was paid.

**Request No. 4**

All MCA Reports filed with the Court in this matter from its retention to date, drafts of such reports, exhibits and drafts of exhibits to such reports, and Communications, internal at MCA or external with Defendants and/or third parties, concerning preparation, revision, verification, or filing of such MCA reports.

**Request No. 5**

All Documents and Communications concerning MCA's understanding of, compliance with, or procedures under the Court Order and subsequent reporting directives.

**Request No. 6**

All Communications between MCA and Defendants, including through Defendants'

Counsel, Parsons, and other agents, concerning the Sedona Properties, the Malibu Properties, the Entity Defendants, MCA's engagement, including emails, texts, messaging-app messages, call logs, meeting invitations, notes, and Documents exchanged.

**Request No. 7**

All Communications with Adam Nach, Peak Performance Restructuring Services, or persons acting for the Receiver concerning Chiaravanond, any Corporate Defendant, property management, insurance, taxes, funding, records, the Sedona Properties, or the Malibu Properties.

**Request No. 8**

All Communications and Documents with or about Sedona.org, Conay Huizar, Isa Cooley, and any property/rental manager concerning the Sedona Properties, including repair requests, approvals, occupancy, bookings, rates, cancellations, maintenance, inspections, and rental proceeds.

**Request No. 9**

All Documents and Communications related to renting any of the Sedona Properties, including listing records, booking calendars, occupancy reports, rate histories, rental statements, gross receipts, management-fee records, cancellations, downtime records, guest/tenant records, owner-blocked dates, and documents concerning personal occupancy or forgone rental opportunities.

**Request No. 10**

All budgets, forecasts, P&Ls, cash-flow analyses, expense schedules, property-level accounting, reconciliations, capital-needs analyses, and financial models concerning the Sedona Properties or Corporate Defendants.

**Request No. 11**

All bank Documents and Communications including statements, screenshots, transaction exports, deposit records, checks, receipts, invoices, supporting documentation, access requests, correspondence with Chase, and MCA analyses concerning Chase account ending

9625 and/or any other bank account that MCA has identified or otherwise believes relates to the Sedona Properties or Corporate Defendants.

**Request No. 12**

All Documents MCA received or created concerning the Corporate Defendants' bank accounts, books, ledgers, capital accounts, member advances, reimbursements, intercompany balances, resolutions, consents, managers, employees, tax returns, financial statements, or allocation of income/expenses among Chiaravanond and the Corporate Defendants, and Communications regarding the same, including with any accountant, attorney, or other agent for the Sedona Properties, Corporate Defendants, and/or Chiaravanond.

**Request No. 13**

All Documents related to income generated by and/or attributable to the Sedona Properties, income received by Cathedral, Nido, the other Corporate Defendants, and/or Chiaravanond related to the Sedona Properties, and identifying the source of funds used to pay the Sedona Properties' expenses.

**Request No. 14**

All Documents and Communications regarding liabilities related to the Corporate Defendants and/or Sedona Properties, including tax statements, HOA statements, lien notices, delinquency notices, payment records, utility records, correspondence, cure plans, and demands for payment.

**Request No. 15**

All policies, binders, declarations, endorsements, exclusions, applications, quotes, premium notices, cancellation/nonrenewal notices, underwriting communications, wildfire-mitigation materials, and Communications with any insurance agent and/or broker including Farmer Woods Group, Greg Sobocha, carriers, or other brokers/agents, related to the Sedona Properties, Malibu Properties, and/or Corporate Defendants.

**Request No. 16**

All Documents and Communications related to, concerning, or reflecting inspection reports, checklists, photographs, videos, notes, site-visit records, condition assessments, repair lists, deferred-maintenance records, vendor proposals, invoices, capital-expenditure recommendations, and/or requests to conduct inspections of/relating to the Sedona Properties.

**Request No. 17**

All Documents and Communications related to repairs, maintenance, improvement, modification, remodel, or capital expenditure related to the Sedona Properties, including all approvals, denials, delays, and deferrals thereof and related Communications thereto and Documents reflecting effects on occupancy, rentability, safety, insurance, or value.

**Request No. 18**

All Documents and Communications concerning the resale and/or rental value of the Sedona Properties including appraisals, broker opinions, any offers for sale (received or made), any due diligence related to any offers for sale or signed contracts for sale, discussions regarding possible listing and/or rental prices, valuations, market analyses, repair-cost estimates, diminution analyses, lost-income calculations, or other documents concerning value, marketability, casualty exposure, or economic impact related to each of the Sedona Properties.

**Request No. 19**

All Communications with and Documents received from/sent to insurers, brokers, vendors, contractors, HOAs, taxing authorities, banks, tenants/guests, real-estate brokers, accountants, or other third parties concerning the Sedona Properties.

**Request No. 20**

All Communications and Documents obtained by MCA concerning events before February 27, 2025 relating to property condition, maintenance, rentals, insurance, taxes, HOA obligations, liens, utilities, finances, management, or records of each Sedona Property.

**Request No. 21**

Documents sufficient to identify MCA custodians, email accounts, phone numbers, devices, text/messaging applications, shared drives, document repositories, and retention practices used for this engagement, together with any litigation hold or preservation instruction applicable to MCA's engagement records.

**Request No. 22**

Documents and Communications concerning missing, deleted, lost, inaccessible, or unavailable Documents or Communications relating to the Sedona Properties, Chiaravanond, Cathedral, Nido, or MCA's engagement in this matter.

# EXHIBIT B

# EXHIBIT A

Pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45, MCA Financial Group, LLC ("MCA") shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the matters identified below. MCA shall identify the matters on which each designee will testify and shall prepare each designee to testify about information known or reasonably available to MCA. Plaintiff anticipates that Keith B. Bierman may serve as MCA's designee, but MCA remains responsible for designating and preparing a witness or witnesses competent to address each noticed matter.

## DEFINITIONS

1. "This action" refers to the case pending in the U.S. District Court for the District of Arizona, styled as *Huynh v. Chiaravanond, et al.*, Case No.: 3:23-cv-08622-JJT.

2. "MCA" means MCA Financial Group, LLC, formerly or alternatively identified in the filings as MCA Financial Group, Ltd., including its members, managers, employees, agents, consultants, and persons acting on its behalf.

3. "Bierman" means Keith B. Bierman, CPA.

4. "Chiaravanond" means Defendant Alissa Chiaravanond.

5. "Corporate Defendants" refers to Defendants Pacific Shangrila LLC, Cathedral Shangrila LLC, Nido di Stelle LLC, and ILU LLC.

6. "Sedona Properties" refers to the real property located at (1) 288 Back O Beyond Circle, Sedona, Arizona ("Back O Beyond"); (2) 95 Cross Creek Circle, Sedona, Arizona ("Cross Creek"); and (3) 95 Ravens Call Place, Sedona, Arizona ("Ravens Call").

7. “Sedona Entities” refers to Cathedral Shangrila LLC and Nido di Stelle LLC, including any entity that MCA understood to own, hold, operate, fund, or control any Sedona Property.

8. “Malibu Properties” refers to the real property located at (1) 20990 Las Flores Mesa Drive, Malibu, California 90265/90625 and (2) 20966 Las Flores Mesa Drive, Malibu, California.

9. “Sedona.org” refers to the property manager, rental manager, or related persons/entities identified in MCA's reports as managing rental and maintenance activities for Back O Beyond, including Conay Huizar and Isa Cooley.

10. “Court Order” refers to the Court's May 8, 2025 Order (Doc. 108) and any subsequent order, stipulation, minute entry, or directive concerning management, preservation, insurance, or monthly reporting for the Sedona Properties.

11. “MCA Reports” refers to all reports, supplemental reports, declarations, exhibits, photographs, transaction summaries, and other materials prepared by or through MCA and filed with or submitted to the Court concerning the Sedona Properties.

12. “Parsons” refers to Elizabeth A. Parsons and Elizabeth Parsons PLLC, retained by Chiaravanond in February 2025 in connection with general business matters.

13. “Defendants’ Counsel” refers to Matthew Hersh and any other attorney or law firm representing Chiaravanond or any Corporate Defendant in this action.

14. “Receiver” refers to Peak Performance Restructuring Services, LLC, Adam Nach, and persons acting for the court-appointed receiver over Pacific Shangrila LLC and ILU LLC.

15. “Communication” shall mean any oral, written, electronic, or other transmission of information, including meetings, calls, texts, emails, messaging applications, and communications through intermediaries.

16. “Document” is used in the broad meaning provided by Rule 34(a), including electronically stored information and metadata.

<u>**Topics for 30(b)(6) Deposition**</u>

**Topic No. 1**

MCA's retention and scope of services relating to this matter; MCA's compliance with all Court orders relevant to MCA's and Bierman's engagement in this matter including but not limited to the Court Order; MCA's engagement terms and amendments; and MCA's obligations and discharge thereof to Chiaravanond personally, the Sedona Entities, the Sedona Properties, the Court, and Plaintiff.

**Topic No. 2**

MCA's and Bierman's education, licenses, credentials, training, experience relevant to the management, operation, and preservation of the Sedona Entities and Properties.

**Topic No. 3**

Information MCA obtained, reviewed, verified, or otherwise possesses concerning management, operation, and preservation of the Sedona Entities and Properties, and Malibu Properties, before February 27, 2025, including property condition, deferred maintenance, repairs, rental downtime, insurance gaps, taxes, HOA assessments, liens, utilities, vendor obligations, occupancy, records, finances, and any alleged prior management failures.

**Topic No. 4**

All information within, implied by, or excluded from MCA's Reports, including drafts and related Communications with the Defendants, their Counsel, or their other agents.

**Topic No. 5**

All Communications between MCA and Chiaravanond and/or the Corporate Defendants, personally or through their legal counsel and/or other agents, including dates, frequency, medium, participants, general subject matter, instructions, approvals, requests, delays, periods of noncommunication, locations of any meetings, methods used to locate or reach Chiaravanond, the Power of Attorney between MCA and the Defendants, and the extent to which MCA has depended on Chiaravanond to manage, fund, approve, or report

on the Sedona Properties.

**Topic No. 6**

Facts observed or learned by MCA concerning the administration, ownership, governance, operation, capitalization, bank accounts, books and records, managers, employees, decision-making, intercompany accounting, payment of entity obligations, receipt of entity income in personal accounts, allocation of expenses, reimbursements, member advances, and corporate approvals related to Cathedral, Nido, and the other Corporate Defendants.

**Topic No. 7**

All information concerning funds that are, were, or should be held by Cathedral, Nido, and/or for the benefit of the Sedona Properties including the ownership, purpose, operation, funding, signatories, access, statements, transaction activity, deposits, withdrawals, rental receipts, personal deposits, legal expenses, MCA fees, property expenses, retail purchases, and accounting treatment of Chase account ending 9625; any other accounts that has MCA identified or accessed in this engagement; the source and use of all funds to maintain the Sedona Properties prior to and during MCA's engagement in this case; all expenses paid related to the Sedona Properties; all income generated by the Sedona Properties and/or the Corporate Defendants; and, MCA's review and accounting procedures.

**Topic No. 8**

Rental history, listing history, and rental rates and performance of Back O Beyond and any other Sedona Property, including Sedona.org's role therein; and any budgets, forecasts, P&Ls, or analyses prepared or reviewed by MCA.

**Topic No. 9**

Physical condition of each Sedona Property; inspections and site visits that were requested, rejected, or actually occurred; persons performing them and their qualifications; photographs of the external and internal condition of each Sedona Property; deferred

maintenance; HVAC, pool, landscaping, wildfire mitigation, utilities, security, pest control, repairs, improvements, vendor recommendations, approval delays, denied or deferred work, capital needs, and effects on habitability, rentability, marketability, and value.

**Topic No. 10**

All insurance for the Sedona Properties; coverage gaps; lapses; exclusions; wildfire coverage; premiums; brokers and carriers; mitigation programs; underwriting conditions; liens affecting insurability; communications with Farmer Woods Group or other insurance brokers and insurers; recommendations; timing and efforts to obtain coverage; monitoring of premium payments; and MCA's assessment of risk during periods without wildfire coverage.

**Topic No. 11**

Property taxes, HOA assessments, liens, utilities, and other obligations concerning the Sedona Properties; prior and current delinquencies and the cause(s) thereof, and consequent interest and penalties; MCA's discovery and monitoring of them; cure efforts; family loans or other funding to pay this category of expenses.

**Topic No. 12**

Corporate Defendants' and Chiaravanond's, compliance with MCA's requests for information, access to the Sedona Properties or Sedona Entities' books and business records, payment or approval of payment of expense; Corporate Defendants and Chiaravanond's compliance with the Court Order; whether Defendants interfered with MCA or Sedona.org's efforts to manage, preserve, or operate the Sedona Properties; and any resulting risk, cost, deterioration, lost income, or impairment.

**Topic No. 13**

MCA's Communications with Sedona.org, Conay Huizar, Isa Cooley, Farmer Woods Group, Greg Sobocha, insurers, vendors, contractors, HOAs, taxing authorities, banks, property managers, tenants/guests, brokers, Parsons, Defendants' Counsel, the

Receiver or other third parties concerning the Sedona Properties, the Malibu Properties the Defendants, this action, and/or any other relevant matter.

**Topic No. 15**

MCA's creation, receipt, maintenance, preservation, search, and production of documents and ESI concerning the Sedona Properties, including email, text messages, messaging application messages, call logs, notes, photographs, bank statements, invoices, receipts, reports, drafts, metadata, and communications with Defendants, Defendants' counsel, Sedona.org, and third parties; custodians and devices relating to such documents and ESI; missing, deleted, unavailable, or unpreserved documents and ESI; and MCA's response(s) to any subpoena served in this action, including by Plaintiff.

# EXHIBIT 2

**From:** Trevor Wainfeld
**To:** Matthew Hersh
**Cc:** Devin Sreecharana; jeff@admonlaw.com; Renee Gonzales; Lindsey Lechuga; Elena Cordero
**Subject:** Re: Huynh v. Chiaravanond, et al.
**Date:** Wednesday, September 23, 2026 9:30:48 AM
**Attachments:** image.png

---

Matt,

Why does MCA need the extension? Receipt of the documents on October 9 prejudices Plaintiff because Defendants' depositions are on 10/8 and 10/9. We're willing to work with you and MCA but need to understand MCA's good cause as we consider the extension request and any middle ground.

Trevor Wainfeld
Attorney
—
o: 602.252.1900
d: 480.389.1604
e: twainfeld@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

---

**From:** Matthew Hersh <matt@matthewhersh.com>
**Sent:** Friday, September 18, 2026 2:52 PM
**To:** Elena Cordero <ECordero@maypotenza.com>
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Trevor Wainfeld <TWainfeld@maypotenza.com>; jeff@admonlaw.com <jeff@admonlaw.com>; Renee Gonzales <RGonzales@maypotenza.com>; Lindsey Lechuga <LLechuga@maypotenza.com>
**Subject:** Re: Huynh v. Chiaravanond, et al.

Trevor -

I can accept the subpoena on behalf of MCA. All objections reserved. The dates may not work for the depo but I will let you know and if necessary provide alternates early next week.

MCA would like to October 9 for responses and objections. Please let me know if you can agree.

M

Sent from my iPhone

On Sep 17, 2026, at 9:44 PM, Elena Cordero <ecordero@maypotenza.com> wrote:

Mr. Hersh,

Please see attached letter dated September 17, 2026, from Mr. Wainfeld.

<image001.png>

Elena Cordero
Paralegal
—
o: 602.252.1900
d: 623.552.7671
e: ecordero@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).
<2026-09-17 Lt M Hersh re Subpoena.pdf>

# EXHIBIT 3

# YAVAPAI COUNTY 2026 PROPERTY TAX STATEMENT ARIZONA

| PARCEL NUMBER | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | SPECIAL DISTRICT $ PER ACRE |
|---|---|---|---|---|
| 408-13-001J3 | 0976 | 4.5855 | 3.7370 | |

| ASSESSMENT | VALUE IN DOLLARS | LEGAL CLASS | RATIO | EXEMPTIONS | NET ASSESSED |
|---|---|---|---|---|---|
| LIMITED TOTALS | 1,556,763 | 0402 | 0.1000 | 0.00 | 155,676 |

| 2026 TAX SUMMARY | |
|---|---|
| PRIMARY PROPERTY TAX | 7,138.50 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 7,138.50 |
| SECONDARY PROPERTY TAX | 5,817.60 |
| SPECIAL DISTRICT TAX | 0.00 |
| TOTAL TAX DUE FOR 2026 | 12,956.10 |

**SITUS ADDRESS**
288 BACK O BEYOND CIR
SEDONA 86336

**LEGAL DESCRIPTION**
AN IRREG PCL NW4 NW COR APPROX 1180'S FROM NW COR OF SEC 25 -17-5E CONT 2.0AC

**REDUCTION RATE**
0.7677

**Chip Davis**
Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

| | TAX AUTHORITY | LEVY | PURPOSE | TAX RATE | 2025 TAX | 2026 TAX | INCREASE / DECREASE |
|---|---|---|---|---|---|---|---|
| 2000 | YAVAPAI COUNTY | PRM | | 1.6443 | 2,437.90 | 2,559.78 | 121.88 |
| 7009 | SEDONA OAK CREEK SD #9 | PRM | | 0.7178 | 1,097.60 | 1,117.44 | 19.84 |
| 7993 | SEDONA OAK CREEK SD #9 MIN SCH TAX | PRM | | 0.8175 | 1,250.44 | 1,272.64 | 22.20 |
| 8150 | YAVAPAI COMMUNITY COLLEGE | PRM | | 1.4059 | 2,144.32 | 2,188.64 | 44.32 |
| 11208 | SEDONA FIRE DIST. | SEC | | 2.8000 | 4,090.86 | 4,358.92 | 268.06 |
| 11900 | FIRE DISTRICT ASSISTANCE TAX | SEC | | 0.0743 | 113.72 | 115.68 | 1.96 |
| 14900 | YAVAPAI COUNTY LIBRARY DIST. | SEC | | 0.1346 | 199.56 | 209.54 | 9.98 |
| 15001 | YAVAPAI FLOOD CONTROL DIST. | SEC | | 0.1533 | 237.08 | 238.64 | 1.56 |
| 30000 | VACTE CTED | SEC | | 0.0500 | 74.12 | 77.84 | 3.72 |
| 57009 | SEC. SEDONA OAK CREEK SD #9 | SEC | | 0.5248 | 822.86 | 816.98 | -5.88 |
| | **TOTALS** | | | | **12,468.46** | **12,956.10** | **487.64** |

408-13-001J3 THIS IS A CALENDAR YEAR TAX NOTICE

CATHEDRAL SHANGRILA LLC
2457 ANGELO DR
LOS ANGELES CA 90077

THERE WILL BE A **$25.00** CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

PLEASE INCLUDE YOUR **PARCEL NUMBER** ON YOUR CHECK.

**PAYMENT INFORMATION**

| | |
|---|---|
| Nov. 02, 2026 | First half 2026 taxes due, delinquent after 5:00 PM. |
| Dec. 31, 2026 | Final day to pay 2026 current full year taxes without interest. |
| May. 03, 2027 | Second half 2026 taxes due, delinquent after 5:00 PM. |

## 2026 TAX PAYMENT COUPON

DETACH AND RETURN WITH PAYMENT

**PLEASE DO NOT STAPLE OR TAPE CHECK TO PAYMENT COUPON**

CATHEDRAL SHANGRILA LLC

Parcel Number: 408-13-001J3

Penalty for late payment is 16% per year prorated monthly as of the 1st day of the month for payments postmarked after 5:00 P.M. on specified due date (ARS 42-18052 and ARS 42-18053).

Remit full year payment for billed amounts by December 31, 2026 and no interest will be charged for current year.

**POST DATED CHECKS WILL BE PROCESSED UPON RECEIPT. PAYMENT IN U.S. FUNDS ONLY.**

| | | |
|---|---|---|
| PRIOR DELINQUENT TAXES (AS OF 2026-10-23) | | 6,732.97 |
| TO PAY 1ST HALF ONLY (DUE Nov. 02, 2026) | PAY > | 6,478.05 |
| TO PAY 2ND HALF ONLY (DUE May. 03, 2027) | PAY > | 6,478.05 |
| TO PAY FULL YEAR TAX (IF PAID BY Dec. 31, 2026) | PAY > | 12,956.10 |
| TO PAY TOTAL TAXES DUE | PAY > | 19,689.07 |

**MAKE CHECKS PAYABLE TO <u>YAVAPAI COUNTY TREASURER</u>**

Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

2026 40813001J3 1 0000012956100000647805

# EXHIBIT 4

# YAVAPAI COUNTY 2026 PROPERTY TAX STATEMENT ARIZONA

| PARCEL NUMBER | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | SPECIAL DISTRICT $ PER ACRE |
|---|---|---|---|---|
| 408-19-08209 | 0970 | 4.5855 | 3.7370 | |

| ASSESSMENT | VALUE IN DOLLARS | LEGAL CLASS | RATIO | EXEMPTIONS | NET ASSESSED |
|---|---|---|---|---|---|
| LIMITED TOTALS | 354,658 | 02R | 0.1500 | 0.00 | 53,199 |

| 2026 TAX SUMMARY | |
|---|---|
| PRIMARY PROPERTY TAX | 2,439.42 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 2,439.42 |
| SECONDARY PROPERTY TAX | 1,988.10 |
| SPECIAL DISTRICT TAX | 0.00 |
| TOTAL TAX DUE FOR 2026 | 4,427.52 |

**SITUS ADDRESS**

95 RAVENS CALL PL
SEDONA 86336

**LEGAL DESCRIPTION**

CROSS CREEK RANCH
LOT 44 CONT 2.36AC
SEC 33-17-5E M&P 48/8-14

**REDUCTION RATE**

0.7677

**Chip Davis**

Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

| | TAX AUTHORITY | LEVY | PURPOSE | TAX RATE | 2025 TAX | 2026 TAX | INCREASE / DECREASE |
|---|---|---|---|---|---|---|---|
| 2000 | YAVAPAI COUNTY | PRM | | 1.6443 | 833.08 | 874.74 | 41.66 |
| 7009 | SEDONA OAK CREEK SD #9 | PRM | | 0.7178 | 375.08 | 381.86 | 6.78 |
| 7993 | SEDONA OAK CREEK SD #9 MIN SCH TAX | PRM | | 0.8175 | 427.32 | 434.90 | 7.58 |
| 8150 | YAVAPAI COMMUNITY COLLEGE | PRM | | 1.4059 | 732.76 | 747.92 | 15.16 |
| 11208 | SEDONA FIRE DIST. | SEC | | 2.8000 | 1,397.96 | 1,489.58 | 91.62 |
| 11900 | FIRE DISTRICT ASSISTANCE TAX | SEC | | 0.0743 | 38.86 | 39.54 | 0.68 |
| 14900 | YAVAPAI COUNTY LIBRARY DIST. | SEC | | 0.1346 | 68.20 | 71.62 | 3.42 |
| 15001 | YAVAPAI FLOOD CONTROL DIST. | SEC | | 0.1533 | 81.02 | 81.56 | 0.54 |
| 30000 | VACTE CTED | SEC | | 0.0500 | 25.34 | 26.60 | 1.26 |
| 57009 | SEC. SEDONA OAK CREEK SD #9 | SEC | | 0.5248 | 281.20 | 279.20 | -2.00 |
| | **TOTALS** | | | | **4,260.82** | **4,427.52** | **166.70** |

408-19-08209 THIS IS A CALENDAR YEAR TAX NOTICE

NIDO DI STELLE
95 CROSS CREEK CIR
SEDONA AZ 86336

THERE WILL BE A **$25.00** CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

PLEASE INCLUDE YOUR **PARCEL NUMBER** ON YOUR CHECK.

**PAYMENT INFORMATION**

| | |
|---|---|
| Nov. 02, 2026 | First half 2026 taxes due, delinquent after 5:00 PM. |
| Dec. 31, 2026 | Final day to pay 2026 current full year taxes without interest. |
| May. 03, 2027 | Second half 2026 taxes due, delinquent after 5:00 PM. |

---

## 2026 TAX PAYMENT COUPON

DETACH AND RETURN WITH PAYMENT

**PLEASE DO NOT STAPLE OR TAPE CHECK TO PAYMENT COUPON**

NIDO DI STELLE

Parcel Number: 408-19-08209

Penalty for late payment is 16% per year prorated monthly as of the 1st day of the month for payments postmarked after 5:00 P.M. on specified due date (ARS 42-18052 and ARS 42-18053).

Remit full year payment for billed amounts by December 31, 2026 and no interest will be charged for current year.

**POST DATED CHECKS WILL BE PROCESSED UPON RECEIPT. PAYMENT IN U.S. FUNDS ONLY.**

**MAKE CHECKS PAYABLE TO YAVAPAI COUNTY TREASURER**

| | | |
|---|---|---|
| PRIOR DELINQUENT TAXES (AS OF 2026-10-23) | | 2,300.84 |
| TO PAY 1ST HALF ONLY (DUE Nov. 02, 2026) | PAY > | 2,213.76 |
| TO PAY 2ND HALF ONLY (DUE May. 03, 2027) | PAY > | 2,213.76 |
| TO PAY FULL YEAR TAX (IF PAID BY Dec. 31, 2026) | PAY > | 4,427.52 |
| TO PAY TOTAL TAXES DUE | PAY > | 6,728.36 |

Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

2026 4081908209 1 00000044275200000221376

# EXHIBIT 5

# YAVAPAI COUNTY 2026 PROPERTY TAX STATEMENT ARIZONA

| PARCEL NUMBER | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | SPECIAL DISTRICT $ PER ACRE |
|---|---|---|---|---|
| 408-19-07705 | 0970 | 4.5855 | 3.7370 | |

| ASSESSMENT | VALUE IN DOLLARS | LEGAL CLASS | RATIO | EXEMPTIONS | NET ASSESSED |
|---|---|---|---|---|---|
| LIMITED TOTALS | 3,310,309 | 0402 | 0.1000 | 0.00 | 331,031 |

**2026 TAX SUMMARY**

| | |
|---|---|
| PRIMARY PROPERTY TAX | 15,179.42 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 15,179.42 |
| SECONDARY PROPERTY TAX | 12,370.66 |
| SPECIAL DISTRICT TAX | 0.00 |
| TOTAL TAX DUE FOR 2026 | 27,550.08 |

**SITUS ADDRESS**

95 CROSS CREEK CIR
SEDONA 86336

**LEGAL DESCRIPTION**

CROSS CREEK RANCH
LOT 39 CONT 2.23AC
SEC 33-17-5E M&P 48/8-14

**REDUCTION RATE**

0.7677

**Chip Davis**

Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

| TAX AUTHORITY | | LEVY | PURPOSE | TAX RATE | 2025 TAX | 2026 TAX | INCREASE / DECREASE |
|---|---|---|---|---|---|---|---|
| 2000 | YAVAPAI COUNTY | PRM | | 1.6443 | 5,183.96 | 5,443.14 | 259.18 |
| 7009 | SEDONA OAK CREEK SD #9 | PRM | | 0.7178 | 2,333.94 | 2,376.14 | 42.20 |
| 7993 | SEDONA OAK CREEK SD #9 MIN SCH TAX | PRM | | 0.8175 | 2,658.96 | 2,706.18 | 47.22 |
| 8150 | YAVAPAI COMMUNITY COLLEGE | PRM | | 1.4059 | 4,559.72 | 4,653.96 | 94.24 |
| 11208 | SEDONA FIRE DIST. | SEC | | 2.8000 | 8,698.86 | 9,268.86 | 570.00 |
| 11900 | FIRE DISTRICT ASSISTANCE TAX | SEC | | 0.0743 | 241.82 | 245.96 | 4.14 |
| 14900 | YAVAPAI COUNTY LIBRARY DIST. | SEC | | 0.1346 | 424.34 | 445.58 | 21.24 |
| 15001 | YAVAPAI FLOOD CONTROL DIST. | SEC | | 0.1533 | 504.10 | 507.48 | 3.38 |
| 30000 | VACTE CTED | SEC | | 0.0500 | 157.64 | 165.52 | 7.88 |
| 57009 | SEC. SEDONA OAK CREEK SD #9 | SEC | | 0.5248 | 1,749.74 | 1,737.26 | -12.48 |
| | **TOTALS** | | | | **26,513.08** | **27,550.08** | **1,037.00** |

408-19-07705 THIS IS A CALENDAR YEAR TAX NOTICE

STELLE NIDO DI
95 CROSS CREEK CIR
SEDONA AZ 86336

**PAYMENT INFORMATION**

| | |
|---|---|
| Nov. 02, 2026 | First half 2026 taxes due, delinquent after 5:00 PM. |
| Dec. 31, 2026 | Final day to pay 2026 current full year taxes without interest. |
| May. 03, 2027 | Second half 2026 taxes due, delinquent after 5:00 PM. |

THERE WILL BE A **$25.00** CHARGE FOR EACH RETURNED CHECK AND YOUR TAXES WILL REVERT TO AN UNPAID STATUS.

PLEASE INCLUDE YOUR **PARCEL NUMBER** ON YOUR CHECK.

---

## 2026 TAX PAYMENT COUPON

DETACH AND RETURN WITH PAYMENT

**PLEASE DO NOT STAPLE OR TAPE CHECK TO PAYMENT COUPON**

STELLE NIDO DI

Parcel Number: 408-19-07705

Penalty for late payment is 16% per year prorated monthly as of the 1st day of the month for payments postmarked after 5:00 P.M. on specified due date (ARS 42-18052 and ARS 42-18053).

Remit full year payment for billed amounts by December 31, 2026 and no interest will be charged for current year.

**POST DATED CHECKS WILL BE PROCESSED UPON RECEIPT.
PAYMENT IN U.S. FUNDS ONLY.**

| | | |
|---|---|---|
| PRIOR DELINQUENT TAXES (AS OF 2026-10-26) | | 14,317.06 |
| TO PAY 1ST HALF ONLY (DUE Nov. 02, 2026) | PAY > | 13,775.04 |
| TO PAY 2ND HALF ONLY (DUE May. 03, 2027) | PAY > | 13,775.04 |
| TO PAY FULL YEAR TAX (IF PAID BY Dec. 31, 2026) | PAY > | 27,550.08 |
| TO PAY TOTAL TAXES DUE | PAY > | 41,867.14 |

**MAKE CHECKS PAYABLE TO <u>YAVAPAI COUNTY TREASURER</u>**

Yavapai County Treasurer
1015 Fair Street
Prescott, AZ 86305

2026 408190770 5 1 000002755008000013775 04

# EXHIBIT 6

**From:** Adam Nach
**To:** Patricia Hartman; Devin Sreecharana
**Subject:** Re: 95 Cross Creek Circle and 95 Ravens Call Place, Sedona, Arizona
**Date:** Monday, October 26, 2026 2:35:03 PM

Devin:

Please see below.

Adam

Adam B. Nach
Nach, Rodgers, Hilkert & Santilli
1220 E. Osborn Rd., Suite 101
Phoenix, AZ 85014
Mobile:602-316-2958
Fax: 602-258-6003
E-mail: adam.nach@nrhslaw.com

THIS TRANSMISSION IS INTENDED FOR THE SOLE USE OF THE PERSON TO WHOM IT IS ADDRESSED, AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY. DISSEMINATION, DISTRIBUTION OR COPYING THIS COMMUNICATION IS PROHIBITED.
IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

IF THIS EMAIL IS OF SETTLEMENT IN NATURE, THE DOCUMENT IS TRANSMITTED ON THE CONDITION IT IS SUBJECT TO RULE 408 OF THE RULES OF EVIDENCE.

---

**From:** Patricia Hartman <pjhartman2013@gmail.com>
**Sent:** Monday, October 26, 2026 2:32 PM
**To:** Adam Nach
**Subject:** Fw: 95 Cross Creek Circle and 95 Ravens Call Place, Sedona, Arizona

---

**From:** Patricia Hartman <pjhartman2013@gmail.com>
**Sent:** Monday, October 26, 2026 2:19 PM

**To:** adam.nach@pprs.xyz <adam.nach@pprs.xyz>; adam.nach@pprs.co <adam.nach@pprs.co>
**Subject:** 95 Cross Creek Circle and 95 Ravens Call Place, Sedona, Arizona

Adam, I just left you a message. I am the Treasurer of Cross Creek Ranch Community Association. I understand that a receiver LLC has been appointed to handle the above-referenced properties. We haven't received the required assessments and water-related fees on these properties since early 2025. We are a small community and nonpayment of fees and costs is adversely affecting our Association and its members. It is imperative that we receive payment as soon as possible. It has also been brought to my attention by the Chair of the Facilities Committee that the residence located at 95 Cross Creek Circle is in a state of disrepair.

I would like to discuss the details of the delinquencies and our options with you at your earliest opportunity. Please call me at the number below or feel free to set up a convenient time via email.

I look forward to hearing from you.

Patricia Hartman, Treasurer
Cross Creek Ranch Community Association
(916)769-1748

# EXHIBIT 7

**From:** Julie S
**To:** Trevor Wainfeld
**Cc:** Devin Sreecharana; Jeff M. Admon
**Subject:** [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA
**Date:** Tuesday, November 3, 2026 11:37:33 AM
**Attachments:** image001.png
image002.png
image003.png
image.png
Nido 95 Cross_conformed LW 747712.pdf
Nido Di Stelle 95 Ravens_conformed LW 746315.pdf
Nido Di Stelle 95 Ravens_Ledger 746315.pdf
Nido Di Stelle_Cert Mail 747712.pdf
Nido Di Stelle_Demand Letter 747712.pdf
Nido IDL_746315.pdf
Nido_IDL-747712.pdf
Nido-747712 ledger.pdf
Nido-soa-746315.pdf
Nido-soa-747712.pdf
Stelle_Cert Mail 746315.pdf
Stelle_Demand Letter 746315.pdf

---

Attached, please find documentation for each of the Nido properties.

Thank You!

***Julie S.***

***Collections Manager and Legal Assistant***

HALK, OETINGER, AND BROWN, PLLC
373 S. Main Avenue
Tucson, Arizona 85701

***Monday – Thursday By Appointment Only***

***CLOSED FRIDAYS***

**520.229.3377 Ext. 2400**
**602.952.6925**
**julies@azhoalaw.net**

***Please direct payments and all communications regarding your account to this office. Do not contact the Homeowners Association or Management Company directly.***

**THIS OFFICE IS A DEBT COLLECTOR. THIS COMMUNICATION MAY BE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

This electronic mail transmission contains information from Halk, Oetinger, and Brown PLLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone or by email.

---

**From:** Trevor Wainfeld <TWainfeld@maypotenza.com>
**Sent:** Tuesday, November 3, 2026 11:18 AM
**To:** John Halk <jhalk@azhoalaw.net>
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Jeff M. Admon <jeff@admonlaw.com>; Julie S <JulieS@azhoalaw.net>
**Subject:** RE: [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

This email originated from an external source. Do not open attachment or follow any links unless this is an expected email from a known sender.

John,

I appreciate that there may be commitments by Keith Bierman to pay the debt but we're still requesting at least the complaints the HOA filed and the payoff statement you identified below, in addition to any other documents relevant to debt the HOA claims is owed, as you and I discussed last week. We'd prefer to exchange documents informally but can obtain a subpoena. Can you confirm your authority to accept service of a subpoena on behalf of the HOA?

Thank you,
Trevor

Trevor Wainfeld
Attorney
—
o: 602.252.1900
d: 480.389.1604
e: twainfeld@maypotenza.com
—
Central Arts Plaza
th

1850 N. Central Ave., 16 Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

---

**From:** John Halk <jhalk@azhoalaw.net>
**Sent:** Tuesday, November 3, 2026 10:40 AM
**To:** Trevor Wainfeld <TWainfeld@maypotenza.com>
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Jeff M. Admon <jeff@admonlaw.com>; Julie S <JulieS@azhoalaw.net>
**Subject:** RE: [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

Trevor,

After we spoke, I called the Board and confirmed that a Keith Bierman did contact a Board member and requested a payoff statement. We just provided that yesterday and it was represented to us that that would be paid soon.

Sincerely,

John J. Halk
*Attorney*
HALK, OETINGER, AND BROWN, PLLC
373 S. Main Avenue
Tucson, Arizona 85701
(602) 952-6925

This electronic mail transmission contains information from Halk, Oetinger, And Brown, PLLC. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone or by email.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**From:** Trevor Wainfeld <TWainfeld@maypotenza.com>
**Sent:** Tuesday, November 3, 2026 9:21 AM
**To:** John Halk <jhalk@azhoalaw.net>
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Jeff M. Admon <jeff@admonlaw.com>
**Subject:** RE: [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

This email originated from an external source. Do not open attachment or follow any links unless this is an expected email from a known sender.

Hi John,

Could you send us the justice court pleadings and statements, demands, and any other documents related to the debt to the HOA?

Thank you,
Trevor

Trevor Wainfeld
Attorney
—
o: 602.252.1900
d: 480.389.1604
e: twainfeld@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

**From:** Trevor Wainfeld
**Sent:** Thursday, October 29, 2026 5:38 PM
**To:** jhalk@azhoalaw.net
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Jeff M. Admon <jeff@admonlaw.com>
**Subject:** RE: [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

John,

Thanks for the call back. The complaint for our case is attached here. Please send the justice court pleadings and statements, demands, and any other evidence of the debt to the HOA when you have a chance.

Trevor Wainfeld
Attorney
—
o: 602.252.1900
d: 480.389.1604
e: twainfeld@maypotenza.com
—
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

---

**From:** Trevor Wainfeld <TWainfeld@maypotenza.com>
**Sent:** Wednesday, October 28, 2026 3:49 PM
**To:** jhalk@azhoalaw.net
**Cc:** Devin Sreecharana <Devin@maypotenza.com>; Jeff M. Admon <jeff@admonlaw.com>
**Subject:** Re: [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

Hi John,

I just called your office and could not get through to you. I represent the Plaintiff in the case you emailed Adam Nach about below. The receivership estate does not include the properties in Sedona. Please give me a call at 480-389-1604 when you have a chance.

Thank you,
Trevor

Trevor Wainfeld
Attorney
—
o: 602.252.1900
d: 480.389.1604

e: twainfeld@maypotenza.com

—

Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
www.maypotenza.com

---

**From:** John Halk <jhalk@azhoalaw.net>
**Sent:** Friday, October 16, 2026 5:36 PM
**To:** Adam Nach <adam.nach@nrhslaw.com>
**Subject:** [746315 & 747712] 3:23-cv-08622-JJT Huynh v. Chiaravanond et al - Cross Creek HOA

Adam,

I'm reaching out regarding the above-referenced case. I represent Cross Creek Ranch HOA in Sedona, AZ. We have two properties in collections for Nido Di Stelle, A Nevada Limited Liability Company. They're located at:

- 95 Ravens Call Pl
- 95 Cross Creek Cir

We discovered this pending federal court action naming the LLC and your appointment as receiver. Would you be able to provide an update on whether these properties are part of your case and if the HOA may proceed with collection efforts.

Sincerely,

John J. Halk
*Attorney*
HALK, OETINGER, AND BROWN, PLLC
373 S. Main Avenue
Tucson, Arizona 85701
(602) 952-6925

This electronic mail transmission contains information from Halk, Oetinger, And Brown, PLLC. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any

disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone or by email.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).
This message and any of the attached documents contain information from the law firm of May, Potenza, Baran & Gillespie, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

YAVAPAI COUNTY
PRESCOTT JUSTICE COURT
Filing Date:
August 31, 2026
11:40AM
Case No.
J1303CV2026002180

**HALK, OETINGER, AND BROWN, PLLC**
Rachel Brenner (041090)
373 S. Main Avenue,
Tucson, Arizona 85701
Ph: (602) 952-6925
blg@azhoalaw.net
*Attorneys for Plaintiff*

**IN THE PRESCOTT CONSOLIDATED JUSTICE COURT**

**COUNTY OF YAVAPAI, STATE OF ARIZONA**
120 S Cortez Street, Rm 103, Prescott, AZ 86303

| | |
|---|---|
| CROSS CREEK RANCH COMMUNITY ASSOCIATION, an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NIDO DI STELLE; JOHN and JANE DOES 1-10; ABC BONDING COMPANIES; XYZ CORPORATIONS, and GREEN and BLACK PARTNERSHIPS OR LIMITED LIABILITY COMPANIES,<br><br>Defendants. | Case No. ____________________<br><br>**COMPLAINT**<br><br>**(BREACH OF CONTRACT)** |

Plaintiff Cross Creek Ranch Community Association ("Association"), by and through its attorney, alleges as follows for its claim against Nido Di Stelle ("Defendant"):

1. The amount involved in this case is less than ten thousand dollars ($10,000). The Justice Court has jurisdiction over this matter pursuant to A.R.S. § 22-201.

2. Venue in this Justice Court precinct is proper.

3. Cross Creek Ranch Community Association is an Arizona non-profit corporation.

4. Defendant is a resident of Yavapai County, Arizona, and at all material times

the owner of Lot 39, located at 95 Cross Creek Cir, Sedona, Arizona 86336-9160. The Lot is subject to a Declaration of Covenants, Conditions and Restrictions ("Declaration") recorded in the office of the County Recorder, Yavapai County, Arizona.

5. The remaining Defendants are fictitious individuals, entities or corporations currently unknown to Plaintiff, whose true names Plaintiff will insert when discovered as if correctly named to this lawsuit pursuant to Ariz.R.Civ.P. 10(d).

6. Under the Declaration and Arizona law, the Association is authorized to impose and collect from owners assessments or charges for the costs and expenses incurred in the performance of the Association's obligation under the Declaration, which may include maintenance, repair, administration, improvements, management and/or insurance for the condominium or planned community as well as monetary penalties for violations, late charges, interest and related costs of collection.

7. Under the Declaration and Arizona law, Defendants are contractually obligated to pay the Association all dues assessments, late charges, interest, costs of collection and reasonable attorneys' fees levied against them.

8. Because assessments accrue at the rate of $1,266.16, or such greater rate as the Plaintiff may assess in the future on a Quarterly basis, along with water meter, water tax and water usage fees, the amount due is not a sum certain.

9. Each late assessment is subject to a late fee.

10. Defendant breached their contractual obligation to the Association by failing to pay dues assessments, late fees, late charges and interest

11. Defendant is liable for all dues assessments, late charges, and/or interest that accrue during the pendency of this litigation up to the date of entry of final judgment. The indebtedness owed will be an amount proven at trial.

12. The Association has also incurred, and continues to incur, attorneys' fees in connection with this lawsuit. The Association is entitled to recover its reasonable attorneys' fees

747712

pursuant to the Declaration, other legal documents, or A.R.S. §12-341.01 as Defendant has breached the contractual obligation to pay assessments.

13. Pursuant to the Declaration and/or Arizona law, the Association is entitled to pre- and post-judgment interest on unpaid, delinquent assessments at the legal rate of .

**WHEREFORE,** the Association prays for judgment against Defendant as follows:

a. For the principal sum of $9,588.84, plus accruing assessments of $1,266.16 Quarterly along with water meter, water tax and water usage fees or such other amount as proven at trial, together with pre- and post-judgment interest at the highest rate permitted by law until paid;

b. For the Association's costs of collection and reasonable attorneys' fees incurred herein, together with interest thereon at the highest rate permitted by law until paid; and

c. For such other and further relief as the Court deems just and equitable under the circumstances.

**DATED** this 31st day of August, 2026.

**HALK, OETINGER, AND BROWN, PLLC**

*/s/ Rachel Brenner*
Rachel Brenner
373 S. Main Avenue,
Tucson, Arizona 85701
*Attorneys for Plaintiff*

747712

**Person Filing:** John J. Halk
**Address (if not protected):** 373 S. Main Avenue
**City, State, Zip Code:** Tucson AZ 85701
**Telephone:** 602-952-6925
**Email Address:** Blgall@azhoalaw.net
Representing [☐ ] Self or [☒ ] **Attorney/Legal Paraprofessional for:** CROSS CREEK RANCH COMMUNITY ASSOCIATION
**Attorney/Legal Paraprofessional Bar Number:** 032166 AZ

**YAVAPAI COUNTY JUSTICE COURTS, ARIZONA**
**PRESCOTT JUSTICE COURT, 120 S. CORTEZ ST., ROOM 103, PRESCOTT, AZ 86303 928-771-3300**

Case Number: J1303CV2026002180

| | | |
|---|---|---|
| CROSS CREEK RANCH COMMUNITY ASSOCIATION<br>373 S. Main Avenue<br>Tucson AZ 85701<br>602-952-6925<br>Blgall@azhoalaw.net | vs<br>. | Nido Di Stelle<br>95 Cross Creek Cir<br>Sedona AZ 86336 |
| Plaintiff(s) Name / Address / Phone / Email | | Defendant(s) Name / Address / Phone / Email |

**Summons (*Civil*)**

**FROM THE STATE OF ARIZONA TO:**

Nido Di Stelle
Name of Defendant

1. You are summoned to respond to this *Complaint* by filing an *Answer* with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this *Summons* in the State of Arizona, the court must receive your *Answer* to the *Complaint* within 20 calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your *Answer* to the *Complaint* within 30 days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your *Answer*. When calculating time, do not count the day you were served with the *Summons*.

3. This court is located at (physical address): 120 S. CORTEZ ST., ROOM 103, PRESCOTT, AZ 86303

4. Your *Answer* must be in writing.
   (a) You may obtain an *Answer* form from the court listed above or its website, or on the Self-Service Center of the Arizona Judicial Branch website at https://www.azcourts.gov/selfservicecenter via the "Forms & Instructions" icon.
   (b) You may be able to prepare and file your answer electronically. This will require payment of an additional fee. Visit http://www.azcourts.gov/efilinginformation for more information.
   (c) You may also prepare your *Answer* on a plain sheet of paper, but your *Answer* must include the case number, the court location, and the names of the parties.
5. You must provide a copy of your *Answer* to the plaintiff(s) or to the plaintiff's attorney.

IF YOU FAIL TO FILE A WRITTEN *ANSWER* WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF'S *COMPLAINT*.

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES OR FOR AN INTERPRETER MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**

SIGNED AND SEALED this date:*August 31, 2026*

*Justice of the Peace*
*PRESCOTT JUSTICE COURT*

By:*DOUG SUITS*

JUSTICE OF THE PEACE ★ PRESCOTT JUSTICE COURT PRECINCT ★ YAVAPAI COUNTY, ARIZONA

**<u>Notice to the Defendant: A lawsuit has been filed against you in justice court!</u>**
***You have rights and responsibilities in this lawsuit. Read this notice carefully.***

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend cannot represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") can be represented by a managing member. A corporation or an LLC can also be represented by an attorney.

   If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at https://azcourts.gov, under the "AZ Supreme Court" tab.

3. A "Plaintiff" is someone who files a lawsuit against a "Defendant." You must file an *Answer* or other response to the Plaintiff's *Complaint* **in writing** and **within twenty (20) days** from the date you were served with the *Summons* and *Complaint* (or thirty (30) days if you were served out-of-state.) If you do not file an *Answer* within this time, the Plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your *Answer* must state your defenses to the lawsuit. *Answer* forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at https://www.azcourts.gov/selfservicecenter via the "Forms & Instructions" icon. You may be able to prepare and file your answer electronically. This requires payment of an additional fee. Visit http://www.azcourts.gov/efilinginformation for more information. You may also prepare your *Answer* on a plain sheet of paper, but your *Answer* must include the court location, the case number and the names of the parties. You must provide to the Plaintiff a copy of any document that you file with the court, including your *Answer.*

4. You may bring a claim against the Plaintiff if you have one. When you file your *Answer* or written response with the court, you can also file your *Counterclaim* against the Plaintiff.

5. You must pay a filing fee to the court when you file your *Answer*. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your *Answer* on time.

6. You may contact the Plaintiff or the Plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your *Answer* and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your *Answer* has been filed, you and the Plaintiff are required to provide a *Disclosure Statement* to each other. The *Disclosure Statement* provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about Disclosure Statements and Discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a

judgment against you. To ensure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

YAVAPAI COUNTY

PRESCOTT JUSTICE COURT

Filing Date:
August 19, 2026
8:51AM

Case No.
J1303CV2026002124

**HALK, OETINGER, AND BROWN, PLLC**
Rachel Brenner (041090)
373 S. Main Avenue,
Tucson, Arizona 85701
Ph: (602) 952-6925
blg@azhoalaw.net
*Attorneys for Plaintiff*

**IN THE PRESCOTT CONSOLIDATED JUSTICE COURT**

**COUNTY OF YAVAPAI, STATE OF ARIZONA**
120 S Cortez Street, Rm 103, Prescott, AZ 86303

CROSS CREEK RANCH COMMUNITY ASSOCIATION, an Arizona non-profit corporation,

Plaintiff,

vs.

NIDO DI STELLE ; JOHN and JANE DOES 1-10; ABC BONDING COMPANIES; XYZ CORPORATIONS, and GREEN and BLACK PARTNERSHIPS OR LIMITED LIABILITY COMPANIES,

Defendants.

Case No. ____________________

**COMPLAINT**

**(BREACH OF CONTRACT)**

Plaintiff Cross Creek Ranch Community Association ("Association"), by and through its attorney, alleges as follows for its claim against Nido Di Stelle ("Defendant"):

1. The amount involved in this case is less than ten thousand dollars ($10,000). The Justice Court has jurisdiction over this matter pursuant to A.R.S. § 22-201.

2. Venue in this Justice Court precinct is proper.

3. Cross Creek Ranch Community Association is an Arizona non-profit corporation.

4. Defendant is a resident of Yavapai County, Arizona, and at all material times

the owner of Lot 44, located at 95 Ravens Call Pl, Sedona, Arizona 86336-. The Lot is subject to a Declaration of Covenants, Conditions and Restrictions ("Declaration") recorded in the office of the County Recorder, Yavapai County, Arizona.

5. The remaining Defendants are fictitious individuals, entities or corporations currently unknown to Plaintiff, whose true names Plaintiff will insert when discovered as if correctly named to this lawsuit pursuant to Ariz.R.Civ.P. 10(d).

6. Under the Declaration and Arizona law, the Association is authorized to impose and collect from owners assessments or charges for the costs and expenses incurred in the performance of the Association's obligation under the Declaration, which may include maintenance, repair, administration, improvements, management and/or insurance for the condominium or planned community as well as monetary penalties for violations, late charges, interest and related costs of collection.

7. Under the Declaration and Arizona law, Defendants are contractually obligated to pay the Association all dues assessments, late charges, interest, costs of collection and reasonable attorneys' fees levied against them.

8. Because assessments accrue at the rate of $1,066.00 or such greater rate as the Plaintiff may assess in the future on a Quarterly basis, the amount due is not a sum certain.

9. Each late assessment is subject to a late fee.

10. Defendant breached their contractual obligation to the Association by failing to pay dues assessments, late fees, late charges and interest

11. Defendant is liable for all dues assessments, late charges, and/or interest that accrue during the pendency of this litigation up to the date of entry of final judgment. The indebtedness owed will be an amount proven at trial.

12. The Association has also incurred, and continues to incur, attorneys' fees in connection with this lawsuit. The Association is entitled to recover its reasonable attorneys' fees

746315

pursuant to the Declaration, other legal documents, or A.R.S. §12-341.01 as Defendant has breached the contractual obligation to pay assessments.

13. Pursuant to the Declaration and/or Arizona law, the Association is entitled to pre- and post-judgment interest on unpaid, delinquent assessments at the legal rate of .

**WHEREFORE,** the Association prays for judgment against Defendant as follows:

a. For the principal sum of $6,106.97, plus accruing assessments of $1,066.00 Quarterly or such other amount as proven at trial, together with pre- and post-judgment interest at the highest rate permitted by law until paid;

b. For the Association's costs of collection and reasonable attorneys' fees incurred herein, together with interest thereon at the highest rate permitted by law until paid; and

c. For such other and further relief as the Court deems just and equitable under the circumstances.

**DATED** this 19th day of August, 2026.

**HALK, OETINGER, AND BROWN, PLLC**

*/s/ Rachel Brenner*
Rachel Brenner
373 S. Main Avenue,
Tucson, Arizona 85701
*Attorneys for Plaintiff*

746315

**Person Filing:** John J. Halk
**Address (if not protected):** 373 S. Main Avenue
**City, State, Zip Code:** Tucson AZ 85701
**Telephone:** 602-952-6925
**Email Address:** Blgall@azhoalaw.net
Representing [☐ ] Self or [☒ ] **Attorney/Legal Paraprofessional for:** CROSS CREEK RANCH COMMUNITY ASSOCIATION
**Attorney/Legal Paraprofessional Bar Number:** 032166 AZ

**YAVAPAI COUNTY JUSTICE COURTS, ARIZONA**
**PRESCOTT JUSTICE COURT, 120 S. CORTEZ ST., ROOM 103, PRESCOTT, AZ 86303 928-771-3300**

Case Number: J1303CV2026002124

| Plaintiff(s) Name / Address / Phone / Email | | Defendant(s) Name / Address / Phone / Email |
|---|---|---|
| CROSS CREEK RANCH COMMUNITY ASSOCIATION | | Nido Di Stelle |
| 373 S. Main Avenue | vs | 95 Ravens Call Pl |
| Tucson AZ 85701 | . | Sedona AZ 86336 |
| 602-952-6925 | | |
| Blgall@azhoalaw.net | | |

## Summons (*Civil*)

**FROM THE STATE OF ARIZONA TO:**

Nido Di Stelle
Name of Defendant

1. You are summoned to respond to this *Complaint* by filing an *Answer* with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this *Summons* in the State of Arizona, the court must receive your *Answer* to the *Complaint* within 20 calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your *Answer* to the *Complaint* within 30 days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your *Answer*. When calculating time, do not count the day you were served with the *Summons*.

3. This court is located at (physical address): 120 S. CORTEZ ST., ROOM 103, PRESCOTT, AZ 86303

4. Your *Answer* must be in writing.
   (a) You may obtain an *Answer* form from the court listed above or its website, or on the Self-Service Center of the Arizona Judicial Branch website at https://www.azcourts.gov/selfservicecenter via the "Forms & Instructions" icon.
   (b) You may be able to prepare and file your answer electronically. This will require payment of an additional fee. Visit http://www.azcourts.gov/efilinginformation for more information.
   (c) You may also prepare your *Answer* on a plain sheet of paper, but your *Answer* must include the case number, the court location, and the names of the parties.

5. You must provide a copy of your *Answer* to the plaintiff(s) or to the plaintiff's attorney.

IF YOU FAIL TO FILE A WRITTEN *ANSWER* WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF'S *COMPLAINT*.

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES OR FOR AN INTERPRETER MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**

SIGNED AND SEALED this date:*August 19, 2026*

*Justice of the Peace*
*PRESCOTT JUSTICE COURT*

By:*DOUG SUITS*

JUSTICE OF THE PEACE
PRESCOTT JUSTICE COURT PRECINCT
YAVAPAI COUNTY, ARIZONA

**Notice to the Defendant: A lawsuit has been filed against you in justice court!**
***You have rights and responsibilities in this lawsuit. Read this notice carefully.***

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend cannot represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") can be represented by a managing member. A corporation or an LLC can also be represented by an attorney.

   If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at https://azcourts.gov, under the "AZ Supreme Court" tab.

3. A "Plaintiff" is someone who files a lawsuit against a "Defendant." You must file an *Answer* or other response to the Plaintiff's *Complaint* **in writing** and **within twenty (20) days** from the date you were served with the *Summons* and *Complaint* (or thirty (30) days if you were served out-of-state.) If you do not file an *Answer* within this time, the Plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your *Answer* must state your defenses to the lawsuit. *Answer* forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at https://www.azcourts.gov/selfservicecenter via the "Forms & Instructions" icon. You may be able to prepare and file your answer electronically. This requires payment of an additional fee. Visit http://www.azcourts.gov/efilinginformation for more information. You may also prepare your *Answer* on a plain sheet of paper, but your *Answer* must include the court location, the case number and the names of the parties. You must provide to the Plaintiff a copy of any document that you file with the court, including your *Answer*.

4. You may bring a claim against the Plaintiff if you have one. When you file your *Answer* or written response with the court, you can also file your *Counterclaim* against the Plaintiff.

5. You must pay a filing fee to the court when you file your *Answer*. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your *Answer* on time.

6. You may contact the Plaintiff or the Plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your *Answer* and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your *Answer* has been filed, you and the Plaintiff are required to provide a *Disclosure Statement* to each other. The *Disclosure Statement* provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about Disclosure Statements and Discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a

judgment against you. To ensure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

AMCOR PROPERTY PROFESSIONALS, INC.

**Transaction History**

CROSS CREEK RANCH COMMUNITY ASSOC

Transaction Detail : 1/1/2024 - 10/29/2026

**Date:** 10/29/2026
**Time:** 3:10 pm
**Page:** 1

**Name:** NIDO DI STELLE **Address:** 95 RAVENS CALL PL.

**Homeowner Account:** 224004401 **Homeowner Status:** Attorney

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 09/30/2025 | Beginning Balance 2025 | 123192 | $1,241.28 | $- | $1,241.28 |
| 10/01/2025 | BASE WATER METER FEE (MIN) 2025 | 124073 | 54.00 | - | 1,295.28 |
| 10/01/2025 | QUARTERLY ASSESSMENT 2025 | 121823 | 940.00 | - | 2,235.28 |
| 10/01/2025 | QUARTERLY INTERNET 2025 | 121854 | 54.30 | - | 2,289.58 |
| 01/01/2026 | BASE WATER METER FEE (MIN) 2026 | 126953 | 75.00 | - | 2,364.58 |
| 01/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 3,304.58 |
| 01/01/2026 | QUARTERLY INTERNET 2026 | 126955 | 51.00 | - | 3,355.58 |
| 04/01/2026 | BASE WATER METER FEE (MIN) 2026 | 126953 | 75.00 | - | 3,430.58 |
| 04/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 4,370.58 |
| 04/01/2026 | QUARTERLY INTERNET 2026 | 133299 | 51.00 | - | 4,421.58 |
| 04/16/2026 | Delinquent Notice Fee 2026 | 135128 | 15.00 | - | 4,436.58 |
| 05/16/2026 | Delinquent Notice Fee 2026 | 136724 | 15.00 | - | 4,451.58 |
| 05/29/2026 | Certified Final Notice 2026 | 137184 | 10.44 | - | 4,462.02 |
| 06/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 138233 | 18.80 | - | 4,480.82 |
| 06/29/2026 | Assessment Late Fees 10/25-6/26 (Delinquent Fee) 2026 | 138842 | 318.03 | - | 4,798.85 |
| 06/29/2026 | Interest Assessment/Internet/Water 10/25-6/26 2026 | 138842 | 76.60 | - | 4,875.45 |
| 07/01/2026 | BASE WATER METER FEE (MIN) 2026 | 126953 | 75.00 | - | 4,950.45 |
| 07/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 5,890.45 |
| 07/01/2026 | QUARTERLY INTERNET 2026 | 137439 | 51.00 | - | 5,941.45 |
| 07/15/2026 | Base Water/Internet Late Fee (Delinquent Fee) 2026 | 139835 | 12.60 | - | 5,954.05 |
| 07/15/2026 | Interest Internet/Water (Delinquent Interest) 2026 | 139836 | 1.26 | - | 5,955.31 |
| 07/15/2026 | Maintenance Assessment (Delinquent Fee) 2026 | 139835 | 94.00 | - | 6,049.31 |
| 07/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 139836 | 28.20 | - | 6,077.51 |
| 08/15/2026 | Delinquent Interest Owner 2026 | 141773 | 1.26 | - | 6,078.77 |
| 08/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 141662 | 28.20 | - | 6,106.97 |
| 09/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 143188 | 28.20 | - | 6,135.17 |
| 10/01/2026 | BASE WATER METER FEE (MIN) 2026 | 126953 | 75.00 | - | 6,210.17 |
| 10/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 7,150.17 |
| 10/01/2026 | QUARTERLY INTERNET ASSESSMENT 2026 | 142937 | 37.80 | - | 7,187.97 |
| 10/15/2026 | Base Water/Internet Interest 2026 | 145028 | 1.13 | - | 7,189.10 |
| 10/15/2026 | Base Water/Internet Late Fee (Delinquent Fee) 2026 | 145028 | 11.28 | - | 7,200.38 |
| 10/15/2026 | Maintenance Assessment (Delinquent Fee) 2026 | 144851 | 94.00 | - | 7,294.38 |
| 10/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 144852 | 37.60 | - | 7,331.98 |
| | **Total** | | **$7,331.98** | **$-** | **$7,331.98** |

CINCSystems, Inc. Copyright 2026 . All rights reserved.

AMCOR
PROPERTY PROFESSIONALS, INC.
orth 91st St. / Suite 104 / Scottsdale, AZ 85260

LOS ANGELES CA 900
6 JUN 2026 PM 12 L

9589 0710 5270 0212 2147 04

quadient
FIRST-CLASS MAIL
IMI
$010.44
05/29/2026 ZIP 85260
043M31227147

STEL457 90077-RFS-1N *95 06/06/26

NO MATCHING COA

-R-T-S- 90077-RFS-1N *95 06/06/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

June 1, 2026

NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

224/39

[redacted]

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[redacted]

9590 9402 8802 4005 7940 67

2. Article Number *(Transfer from service label)*

9589 0710 5270 0212 2147 04

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

Cross Creek
39

Postmark
Here

5/29/26

9589 0710 5270 0212 2147 04

NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

June 1, 2026

NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

**ACCOUNT #: 224003901**
**RE: CROSS CREEK RANCH COMMUNITY ASSOC**
**95 CROSS CREEK CR.**

**DEMAND FOR PAYMENT AND NOTICE OF INTENT TO LIEN**

Dear NIDO DI STELLE:

Our records indicate that there is a balance of **$7154.31** on your Association assessment account. This amount includes any current assessments/fees that became due on the 1st of the month. You can view your account on the Association's website through www.amcorprop.com.

The delinquent amount reflects all credits for payments received and charges through the date of this letter. If you believe that any of the amounts are incorrect, or otherwise dispute the debt or any portion thereof, you must contact the Association Accounting Department at 480-948-5860, x110 immediately. Unless you contact this office within thirty (30) days of the date of this letter, we will assume that the debt stated above is valid. If you notify us in writing that you dispute the debt, or any portion thereof, we will mail you verification of the debt. The Association is the original creditor for this debt.

Pursuant to Arizona Revised Statutes 33-1256 (Condominiums) and ARS 33-1807 (Planned Communities), **YOUR ACCOUNT IS DELINQUENT. IF YOU DO NOT BRING YOUR ACCOUNT CURRENT OR MAKE ARRANGEMENTS THAT ARE APPROVED BY THE ASSOCIATION TO BRING YOUR ACCOUNT CURRENT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE, YOUR ACCOUNT WILL BE TURNED OVER FOR FURTHER COLLECTION PROCEEDINGS. SUCH COLLECTION PROCEEDINGS COULD INCLUDE BRINGING A FORECLOSURE ACTION AGAINST YOUR PROPERTY.**

In accordance with Arizona Law, your account may be turned over to the Association's legal counsel for further action. You will be held personally liable for the additional attorneys' fees and costs incurred by any further action, which amount may be substantially more than the amount set forth above.

Please contact this office prior to making payment to inquire if additional assessments have become due so that we can advise of the additional amount which must be included in your payment. You can also pay on the Association's website through a Echeck on your personal website account or via credit card (a 3.25% fee is charged for credit card payments).

Kindest Regards,
Accounting Department
AMCOR Property Professionals, Inc.

**NOTICE:**
**Pursuant to 15 U.S.C. Section 1692 E (11), please be advised that this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

HALK, OETINGER, AND BROWN, PLLC

373 S. Main Ave.
Tucson, Arizona 85701
520-229-3377
888-202-0059 Fax

3116 S. Mill Ave. #610
Tempe, Arizona 85282
602-952-6925
blg@azhoalaw.net

**julies@azhoalaw.net**

July 15, 2026

**Via U.S. Priority Mail To:**
Nido Di Stelle
95 Ravens Call Pl
Sedona, AZ 86336

Nido Di Stelle
95 Cross Creek Cir
Sedona, AZ 86336-9160

Nido Di Stelle
2457 Angelo Dr
Los Angeles, CA 90077

Nido Di Stelle
Registered Agent Solutions. Inc.
187 E Warm Springs Road Suite B
Las Vegas, NV 89119

Nido Di Stelle
Alissa Chiaravanond
401 Ryland St., STE 200-A
Reno, NV 89502

**Re: Assessment Delinquency & Demand for Payment**
**95 Ravens Call Pl, Sedona, Arizona 86336**

Dear Nido Di Stelle:

This office has been retained by Cross Creek Ranch Community Association to represent its interest in the collection of your account. The Association sent a Notice of Assessment Lien for recording, a copy of which is enclosed. As of the date of this letter, you owe:

$5,941.45 in assessments;
$104.75 for collection costs; and
$577.50 in attorneys fees.

TOTAL DUE TODAY: $6,623.70

Under your agreement with the Association, assessments continue to accrue Quarterly at $1,066.00. As of August 01, 2026 you will owe:

| | |
|---|---|
| Total Due Today | $6,623.70 |
| Total due as of August 01, 2026 | $6,623.70 |

Please contact our office to discuss this matter. Reasonable payment plans are available.

To avoid any further action, please remit payment in full by either personal check, cashier's check, or money order payable to, 'Halk, Oetinger, And Brown, PLLC' to 373 S. Main Avenue, Tucson, Arizona 85701.

**Direct all payments and communications regarding your assessment account to this office. Do not contact the Homeowners Association or Management Company.**

Very truly yours,

**HALK, OETINGER, AND BROWN, PLLC**
Rachel Brenner

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**

**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**If the indebtedness identified in our correspondence to you constitutes a "consumer debt" in accordance with the Fair Debt Collections Practice Act, we make the following statements:**

- **Unless you, within thirty days after receipt of the correspondence, dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid;**
- **If you notify us within the thirty-day period that the debt or any portion thereof, is disputed, we will provide verification of the debt or a copy of a Judgment against you, and we will mail you a copy of such verification or Judgment;**
- **Upon request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.**
- **This law firm is a debt collector attempting to collect a debt, any information obtained will be used for that purpose.**

HALK, OETINGER, AND BROWN, PLLC

373 S. Main Ave.
Tucson, Arizona 85701
520-229-3377
888-202-0059 Fax

3116 S. Mill Ave. #610
Tempe, Arizona 85282
602-952-6925
blg@azhoalaw.net

**julies@azhoalaw.net**

July 27, 2026

**<u>Via U.S. Priority Mail To:</u>**
Nido Di Stelle
95 Cross Creek Cir
Sedona, AZ 86336-9160

Nido Di Stelle
2457 Angelo Dr
Los Angeles, CA 90077

Nido Di Stelle
Registered Agent Solutions, Inc
187 E Warm Springs Road Suit B
Las Vegas, NV 89119

Nido Di Stelle
Alissa Chiaravanond
401 Ryland St., STE 200-A
Reno, NV 89502

**Re: Assessment Delinquency & Demand for Payment**
**95 Cross Creek Cir, Sedona, Arizona 86336**

Dear Nido Di Stelle:

This office has been retained by Cross Creek Ranch Community Association to represent its interest in the collection of your account. The Association sent a Notice of Assessment Lien for recording, a copy of which is enclosed. As of the date of this letter, you owe:

$9,132.37 in assessments;
$104.75 for collection costs; and
$577.50 in attorneys fees.

TOTAL DUE TODAY: $9,814.62

Under your agreement with the Association, assessments continue to accrue Quarterly at $1,266.16 plus Water charges. As of August 01, 2026 you will owe:

| | |
|---|---|
| Total Due Today | $9,814.62 |
| Additional Assessment | $1,266.16 |
| Total due as of August 01, 2026 | $11,080.78 |

Please contact our office to discuss this matter. Reasonable payment plans are available.

To avoid any further action, please remit payment in full by either personal check, cashier's check, or money order payable to, 'Halk, Oetinger, And Brown, PLLC' to 373 S. Main Avenue, Tucson, Arizona 85701.

**Direct all payments and communications regarding your assessment account to this office. Do not contact the Homeowners Association or Management Company.**

Very truly yours,

**HALK, OETINGER, AND BROWN, PLLC**
Rachel Brenner

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**

**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**If the indebtedness identified in our correspondence to you constitutes a "consumer debt" in accordance with the Fair Debt Collections Practice Act, we make the following statements:**

- **Unless you, within thirty days after receipt of the correspondence, dispute the validity of the debt, or any portion thereof, we will assume the debt to be valid;**
- **If you notify us within the thirty-day period that the debt or any portion thereof, is disputed, we will provide verification of the debt or a copy of a Judgment against you, and we will mail you a copy of such verification or Judgment;**
- **Upon request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.**
- **This law firm is a debt collector attempting to collect a debt, any information obtained will be used for that purpose.**

AMCOR PROPERTY PROFESSIONALS, INC.

**Transaction History**

CROSS CREEK RANCH COMMUNITY ASSOC

Transaction Detail : 1/1/2025 - 10/29/2026

**Date:** 10/29/2026
**Time:** 3:12 pm
**Page:** 1

**Name:** NIDO DI STELLE **Address:** 95 CROSS CREEK CR.

**Homeowner Account:** 224003901 **Homeowner Status:** Attorney

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 09/30/2025 | Beginning Balance 2025 | 123192 | $790.17 | $- | $790.17 |
| 09/30/2025 | Beginning Balance 2025 | 123192 | 1,483.43 | - | 2,273.60 |
| 10/01/2025 | BASE WATER METER FEE 2025 | 121847 | 84.00 | - | 2,357.60 |
| 10/01/2025 | QUARTERLY ASSESSMENT 2025 | 121823 | 940.00 | - | 3,297.60 |
| 10/01/2025 | QUARTERLY INTERNET 2025 | 121854 | 329.40 | - | 3,627.00 |
| 10/01/2025 | WATER STATE TAX 2025 | 121853 | 20.09 | - | 3,647.09 |
| 10/01/2025 | WATER USAGE FEE 2025 | 121852 | 232.35 | - | 3,879.44 |
| 11/01/2025 | BASE WATER METER FEE 2025 | 121847 | 60.00 | - | 3,939.44 |
| 11/01/2025 | WATER STATE TAX 2025 | 123320 | 15.08 | - | 3,954.52 |
| 11/01/2025 | WATER USAGE FEE 2025 | 123319 | 153.49 | - | 4,108.01 |
| 11/12/2025 | | 0 | - | 369.84 | 3,738.17 |
| 12/01/2025 | BASE WATER METER FEE 2025 | 121847 | 60.00 | - | 3,798.17 |
| 12/01/2025 | WATER STATE TAX 2025 | 125247 | 6.72 | - | 3,804.89 |
| 12/01/2025 | WATER USAGE FEE 2025 | 125246 | 45.76 | - | 3,850.65 |
| 01/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 3,910.65 |
| 01/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 4,850.65 |
| 01/01/2026 | QUARTERLY INTERNET 2026 | 126955 | 326.16 | - | 5,176.81 |
| 01/01/2026 | WATER STATE TAX 2026 | 126664 | 5.34 | - | 5,182.15 |
| 01/01/2026 | WATER USAGE FEE 2026 | 126663 | 24.08 | - | 5,206.23 |
| 02/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 5,266.23 |
| 02/01/2026 | WATER STATE TAX 2026 | 128564 | 10.01 | - | 5,276.24 |
| 02/01/2026 | WATER USAGE FEE 2026 | 128313 | 97.70 | - | 5,373.94 |
| 03/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 5,433.94 |
| 03/01/2026 | WATER STATE TAX 2026 | 131195 | 9.85 | - | 5,443.79 |
| 03/01/2026 | WATER USAGE FEE 2026 | 131194 | 95.15 | - | 5,538.94 |
| 04/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 5,598.94 |
| 04/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 6,538.94 |
| 04/01/2026 | QUARTERLY INTERNET 2026 | 133299 | 326.16 | - | 6,865.10 |
| 04/01/2026 | WATER STATE TAX 2026 | 133301 | 10.16 | - | 6,875.26 |
| 04/01/2026 | WATER USAGE FEE 2026 | 133298 | 100.00 | - | 6,975.26 |
| 04/16/2026 | Delinquent Notice Fee 2026 | 135128 | 15.00 | - | 6,990.26 |
| 05/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 7,050.26 |
| 05/01/2026 | WATER STATE TAX 2026 | 134274 | 8.28 | - | 7,058.54 |
| 05/01/2026 | WATER USAGE FEE 2026 | 134273 | 70.33 | - | 7,128.87 |
| 05/16/2026 | Delinquent Notice Fee 2026 | 136724 | 15.00 | - | 7,143.87 |
| 05/29/2026 | Certified Final Notice 2026 | 137184 | 10.44 | - | 7,154.31 |
| 06/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 7,214.31 |
| 06/01/2026 | WATER STATE TAX 2026 | 135949 | 6.26 | - | 7,220.57 |
| 06/01/2026 | WATER USAGE FEE 2026 | 135948 | 38.52 | - | 7,259.09 |
| 06/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 138233 | 18.80 | - | 7,277.89 |
| 06/29/2026 | Assessment Late Fees 10/25-6/26 (Delinquent Fee) 2026 | 138842 | 400.58 | - | 7,678.47 |
| 06/29/2026 | Interest Assessment/Internet 10/25-6/26 2026 | 138842 | 19.21 | - | 7,697.68 |
| 06/29/2026 | Interest Base Water Assessment prior mgmt-6/2026 2026 | 138842 | 7.32 | - | 7,705.00 |
| 07/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 7,765.00 |
| 07/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 8,705.00 |
| 07/01/2026 | QUARTERLY INTERNET 2026 | 137439 | 326.16 | - | 9,031.16 |
| 07/01/2026 | WATER STATE TAX 2026 | 137438 | 9.63 | - | 9,040.79 |
| 07/01/2026 | WATER USAGE FEE 2026 | 137437 | 91.58 | - | 9,132.37 |
| 07/15/2026 | Base Water/Internet Late Fee (Delinquent Fee) 2026 | 139835 | 38.61 | - | 9,170.98 |
| 07/15/2026 | Maintenance Assessment (Delinquent Fee) 2026 | 139835 | 94.00 | - | 9,264.98 |
| 07/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 139836 | 28.20 | - | 9,293.18 |
| 07/16/2026 | Interest Internet/Water (Delinquent Interest) 2026 | 139836 | 3.86 | - | 9,297.04 |

CINCSystems, Inc. Copyright 2026 . All rights reserved.

AMCOR PROPERTY PROFESSIONALS, INC.

**Transaction History**

CROSS CREEK RANCH COMMUNITY ASSOC

Transaction Detail : 1/1/2025 - 10/29/2026

**Date:** 10/29/2026
**Time:** 3:12 pm
**Page:** 2

**Name:** NIDO DI STELLE **Address:** 95 CROSS CREEK CR.

**Homeowner Account:** 224003901 **Homeowner Status:** Attorney

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 08/01/2026 | BASE WATER METER FEE 2026 | 126665 | $60.00 | $- | $9,357.04 |
| 08/01/2026 | WATER STATE TAX 2026 | 139238 | 15.11 | - | 9,372.15 |
| 08/01/2026 | WATER USAGE FEE 2026 | 139237 | 178.03 | - | 9,550.18 |
| 08/15/2026 | Base Water Late Fee (Delinquent Fee) 2026 | 141773 | 6.00 | - | 9,556.18 |
| 08/15/2026 | Base Water/Internet Interest 2026 | 141773 | 4.46 | - | 9,560.64 |
| 08/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 141662 | 28.20 | - | 9,588.84 |
| 09/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 9,648.84 |
| 09/01/2026 | WATER STATE TAX 2026 | 141350 | 21.74 | - | 9,670.58 |
| 09/01/2026 | WATER USAGE FEE 2026 | 141349 | 282.40 | - | 9,952.98 |
| 09/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 143188 | 28.20 | - | 9,981.18 |
| 10/01/2026 | BASE WATER METER FEE 2026 | 126665 | 60.00 | - | 10,041.18 |
| 10/01/2026 | QUARTERLY ASSESSMENT 2026 | 126954 | 940.00 | - | 10,981.18 |
| 10/01/2026 | QUARTERLY INTERNET ASSESSMENT 2026 | 142937 | 313.11 | - | 11,294.29 |
| 10/01/2026 | WATER STATE TAX 2026 | 142936 | 16.05 | - | 11,310.34 |
| 10/01/2026 | WATER USAGE FEE 2026 | 142935 | 192.82 | - | 11,503.16 |
| 10/15/2026 | Base Water/Internet Interest 2026 | 145028 | 3.73 | - | 11,506.89 |
| 10/15/2026 | Base Water/Internet Late Fee (Delinquent Fee) 2026 | 145028 | 37.31 | - | 11,544.20 |
| 10/15/2026 | Maintenance Assessment (Delinquent Fee) 2026 | 144851 | 94.00 | - | 11,638.20 |
| 10/15/2026 | Maintenance Assessment (Delinquent Interest) 2026 | 144852 | 37.60 | - | 11,675.80 |
| | **Total** | | **$12,045.64** | **($369.84)** | **$11,675.80** |

CINCSystems, Inc. Copyright 2026 . All rights reserved.

Account Name: Nido Di Stelle, A Nevada Limited Liability Company
Unit Address: 95 Ravens Call Pl, Sedona, AZ 86336
Association: Cross Creek Ranch Community Association
Firm File No: LAWSUIT- OUT FOR SERVICE Mgmt Co File No: 224004401
11/03/2026 11:30:32 AM

Halk, Oetinger, And Brown, PLLC
3116 S. Mill Avenue
Tempe, AZ 85282
Phone: (602) 952-6925

Account History

| Trans Date | Type | Description | Check Number | Original | Open | Running Bal |
|---|---|---|---|---|---|---|
| 11/02/2026 | Attorney Fee | Review file; Prepare payoff statement | | $220.00 | $220.00 | $9,016.23 |
| 11/02/2026 | Utilities | For payoff | | $100.00 | $100.00 | $8,796.23 |
| 10/08/2026 | Attorney Fee | Motion to Amend Complaint | | $87.50 | $87.50 | $8,696.23 |
| 10/08/2026 | Attorney Fee | Review file and approve motion to amend complaint. | | $70.00 | $70.00 | $8,608.73 |
| 10/08/2026 | Postage | Postage | | $1.10 | $1.10 | $8,538.73 |
| 10/01/2026 | Utilities | Internet | | $285.01 | $285.01 | $8,537.63 |
| 10/01/2026 | Assessment | 2026 Quarterly Assessment | | $940.00 | $940.00 | $8,252.62 |
| 09/18/2026 | Service Fee | Process Server Fee Att Aff - 2412572 | | $83.00 | $83.00 | $7,312.62 |
| 08/19/2026 | Attorney Costs (Non-Taxable) | Copies | | $5.00 | $5.00 | $7,229.62 |
| 08/19/2026 | Attorney Fee | Review draft for Summons and Complaint. Approve for filing. | | $140.00 | $140.00 | $7,224.62 |
| 08/19/2026 | Attorney Fee | Review file and case notes for lawsuit preparation. Obtain updated ledger from client. Prepare Civil Summons and Complaint. Send complaint to attorney for review and approval. Assemble documents for filing and processing with process server. Arrange for service of the lawsuit. | | $280.00 | $280.00 | $7,084.62 |
| 08/18/2026 | Attorney Costs (Non-Taxable) | TLO Report | | $0.40 | $0.40 | $6,804.62 |
| 08/18/2026 | Attorney Costs | TLO Report | | $15.00 | $15.00 | $6,804.22 |
| 08/18/2026 | Assessment | Cumulative HOA ledger | | $165.52 | $165.52 | $6,789.22 |
| 07/15/2026 | Record/Release Fee | County Recorder Record and Release Fee. | | $60.00 | $60.00 | $6,623.70 |
| 07/15/2026 | Attorney Costs | Simplifile e-filing fee for lien and lien release | | $10.00 | $10.00 | $6,563.70 |
| 07/15/2026 | Postage | Postage | | $0.65 | $0.65 | $6,553.70 |
| 07/15/2026 | Attorney Fee | Review initial demand letter & execute notice of assessment lien. | | $70.00 | $70.00 | $6,553.05 |
| 07/15/2026 | Attorney Fee | Prepare initial demand letter draft. Review and verify account information, ledger balances, and defendant details. Prepare lien draft. | | $192.50 | $192.50 | $6,483.05 |
| 07/15/2026 | Attorney Costs | Notary Fee | | $4.00 | $4.00 | $6,290.55 |
| 07/15/2026 | Attorney Fee | Check Pacer for bankruptcy petitions pending by the Defendant. Update case file with findings. | | $52.50 | $52.50 | $6,286.55 |
| 07/15/2026 | Attorney Costs (Non-Taxable) | PACER Fee for checking bankruptcy records for Defendant. | | $0.10 | $0.10 | $6,234.05 |

| Trans Date | Type | Description | Check Number | Original | Open | Running Bal |
|---|---|---|---|---|---|---|
| 07/14/2026 | Attorney Fee | Verify ownership of real property with review of County Assessor and Recorder information. Confirm legal description. Save documents and update case file. | | $70.00 | $70.00 | $6,233.95 |
| 07/14/2026 | Attorney Fee | Receive new account from management company. Create new matter in database by entering case Owner information; Determine which amounts on account statement are assessments and which are fines; enter assessment amounts into ledger; verify HOA sent Final Demand Letter with statutory compliance. | | $192.50 | $192.50 | $6,163.95 |
| 07/14/2026 | Applega Software Cost | Software Charge for New Matter | | $30.00 | $30.00 | $5,971.45 |
| 07/14/2026 | Assessment | Opening Balance | | $5,941.45 | $5,941.45 | $5,941.45 |

Account History Summary

| | Original Amount | Open Amount |
|---|---|---|
| Secured | $8,631.22 | $8,631.22 |
| Unsecured | $385.01 | $385.01 |
| Total | $9,016.23 | $9,016.23 |

| Trans Type | Original Amount | Open Amount |
|---|---|---|
| Applega Software Cost | $30.00 | $30.00 |
| Assessment | $7,046.97 | $7,046.97 |
| Attorney Costs | $29.00 | $29.00 |
| Attorney Costs (Non-Taxable) | $5.50 | $5.50 |
| Attorney Fee | $1,375.00 | $1,375.00 |
| Postage | $1.75 | $1.75 |
| Record/Release Fee | $60.00 | $60.00 |
| Service Fee | $83.00 | $83.00 |
| Utilities | $385.01 | $385.01 |
| Total | $9,016.23 | $9,016.23 |

| Fee Type | Original Amount | Open Amount |
|---|---|---|
| HOA Fee Type | $7,431.98 | $7,431.98 |
| Mgmt Co Fee Type | $0.00 | $0.00 |
| Firm Fee Type | $1,584.25 | $1,584.25 |
| Total | $9,016.23 | $9,016.23 |

Account Name: Nido Di Stelle, A Nevada Limited Liability Company
Unit Address: 95 Cross Creek Cir, Sedona, AZ 86336
Association: Cross Creek Ranch Community Association
Firm File No: LAWSUIT- OUT FOR SERVICE Mgmt Co File No: 224003901
11/03/2026 11:32:39 AM

Halk, Oetinger, And Brown, PLLC
3116 S. Mill Avenue
Tempe, AZ 85282
Phone: (602) 952-6925

Account History

| Trans Date | Type | Description | Check Number | Original | Open | Running Bal |
|---|---|---|---|---|---|---|
| 11/02/2026 | Attorney Fee | Review file; Prepare payoff statement | | $220.00 | $220.00 | $13,655.65 |
| 11/02/2026 | Utilities | for payoff | | $100.00 | $100.00 | $13,435.65 |
| 10/29/2026 | Assessment | HOA ledger balance | | $760.80 | $760.80 | $13,335.65 |
| 10/29/2026 | Attorney Fee | Phone call with receiver in pending federal lawsuit for other properties involving the homeowner. Discuss case details. Draft email to client with update. | | $320.00 | $320.00 | $12,574.85 |
| 10/08/2026 | Attorney Fee | Motion to Amend Complaint | | $87.50 | $87.50 | $12,254.85 |
| 10/08/2026 | Attorney Fee | Review file and approve motion to amend complaint. | | $70.00 | $70.00 | $12,167.35 |
| 10/08/2026 | Postage | Postage | | $1.10 | $1.10 | $12,097.35 |
| 10/01/2026 | Utilities | Water Meter Fee 2026 | | $60.00 | $60.00 | $12,096.25 |
| 10/01/2026 | Utilities | Internet | | $326.16 | $326.16 | $12,036.25 |
| 10/01/2026 | Assessment | 2026 Quarterly Assessment | | $940.00 | $940.00 | $11,710.09 |
| 08/31/2026 | Attorney Costs (Non-Taxable) | Copies | | $5.00 | $5.00 | $10,770.09 |
| 08/31/2026 | Attorney Fee | Review draft for Summons and Complaint. Approve for filing. | | $140.00 | $140.00 | $10,765.09 |
| 08/31/2026 | Attorney Fee | Review file and case notes for lawsuit preparation. Obtain updated ledger from client. Prepare Civil Summons and Complaint. Send complaint to attorney for review and approval. Assemble documents for filing and processing with process server. Arrange for service of the lawsuit. | | $280.00 | $280.00 | $10,625.09 |
| 08/31/2026 | Service Fee | Process Service Fee | | $74.00 | $74.00 | $10,345.09 |
| 08/18/2026 | Assessment | Cumulative- per ledget. | | $456.47 | $456.47 | $10,271.09 |
| 07/27/2026 | Attorney Costs | Simplifile e-filing fee for lien and lien release | | $10.00 | $10.00 | $9,814.62 |
| 07/27/2026 | Postage | Postage | | $0.65 | $0.65 | $9,804.62 |
| 07/27/2026 | Attorney Fee | Review initial demand letter & execute notice of assessment lien. | | $70.00 | $70.00 | $9,803.97 |
| 07/27/2026 | Attorney Fee | Prepare initial demand letter draft. Review and verify account information, ledger balances, and defendant details. Prepare lien draft. | | $192.50 | $192.50 | $9,733.97 |
| 07/27/2026 | Attorney Costs | Notary Fee | | $4.00 | $4.00 | $9,541.47 |
| 07/27/2026 | Attorney Fee | Check Pacer for bankruptcy petitions pending by the Defendant. Update case file with findings. | | $52.50 | $52.50 | $9,537.47 |

| Trans Date | Type | Description | Check Number | Original | Open | Running Bal |
|---|---|---|---|---|---|---|
| 07/27/2026 | Attorney Costs (Non-Taxable) | PACER Fee for checking bankruptcy records for Defendant. | | $0.10 | $0.10 | $9,484.97 |
| 07/27/2026 | Record/Release Fee | County Recorder Record and Release Fee. | | $60.00 | $60.00 | $9,484.87 |
| 07/25/2026 | Attorney Fee | Verify ownership of real property with review of County Assessor and Recorder information. Confirm legal description. Save documents and update case file. | | $70.00 | $70.00 | $9,424.87 |
| 07/25/2026 | Attorney Fee | Receive new account from management company. Create new matter in database by entering case Owner information; Determine which amounts on account statement are assessments and which are fines; enter assessment amounts into ledger; verify HOA sent Final Demand Letter with statutory compliance. | | $192.50 | $192.50 | $9,354.87 |
| 07/25/2026 | Applega Software Cost | Software Charge for New Matter | | $30.00 | $30.00 | $9,162.37 |
| 07/24/2026 | Assessment | Opening Balance | | $9,132.37 | $9,132.37 | $9,132.37 |

Account History Summary

| | Original Amount | Open Amount |
|---|---|---|
| Secured | $13,169.49 | $13,169.49 |
| Unsecured | $486.16 | $486.16 |
| Total | $13,655.65 | $13,655.65 |

| Trans Type | Original Amount | Open Amount |
|---|---|---|
| Applega Software Cost | $30.00 | $30.00 |
| Assessment | $11,289.64 | $11,289.64 |
| Attorney Costs | $14.00 | $14.00 |
| Attorney Costs (Non-Taxable) | $5.10 | $5.10 |
| Attorney Fee | $1,695.00 | $1,695.00 |
| Postage | $1.75 | $1.75 |
| Record/Release Fee | $60.00 | $60.00 |
| Service Fee | $74.00 | $74.00 |
| Utilities | $486.16 | $486.16 |
| Total | $13,655.65 | $13,655.65 |

| Fee Type | Original Amount | Open Amount |
|---|---|---|
| HOA Fee Type | $11,775.80 | $11,775.80 |
| Mgmt Co Fee Type | $0.00 | $0.00 |
| Firm Fee Type | $1,879.85 | $1,879.85 |
| Total | $13,655.65 | $13,655.65 |

AMCOR
PROPERTY PROFESSIONALS, INC.
orth 91st St. / Suite 104 / Scottsdale, AZ 85260

CERTIFIED MAIL

LOS ANGELES CA 900
9589 0710 5270 3105 1877 27

quadient
FIRST-CLASS MAIL
$010.44
05/29/2026 ZIP 85260

STEL457 90077-RFS-1N *95 06/06/26

NO MATCHING COA
-R-T-S- 90077-RFS-1N *95 06/06/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

224/44

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[redacted]

9590 9402 8802 4005 7940 50

2. Article Number (Transfer from service label)
9589 0710 5270 3105 1877

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

9589 0710 5270 3105 1877 27

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Cross Creek 44

Postmark Here

5/29/26

To
NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

June 1, 2026

NIDO DI STELLE
2457 ANGELO DR
LOS ANGELES, CA 90077

**ACCOUNT #: 224004401**
**RE: CROSS CREEK RANCH COMMUNITY ASSOC**
**95 RAVENS CALL PL.**

**DEMAND FOR PAYMENT AND NOTICE OF INTENT TO LIEN**

Dear NIDO DI STELLE:

Our records indicate that there is a balance of **$4462.02** on your Association assessment account. This amount includes any current assessments/fees that became due on the 1st of the month. You can view your account on the Association's website through www.amcorprop.com.

The delinquent amount reflects all credits for payments received and charges through the date of this letter. If you believe that any of the amounts are incorrect, or otherwise dispute the debt or any portion thereof, you must contact the Association Accounting Department at 480-948-5860, x110 immediately. Unless you contact this office within thirty (30) days of the date of this letter, we will assume that the debt stated above is valid. If you notify us in writing that you dispute the debt, or any portion thereof, we will mail you verification of the debt. The Association is the original creditor for this debt.

Pursuant to Arizona Revised Statutes 33-1256 (Condominiums) and ARS 33-1807 (Planned Communities), **YOUR ACCOUNT IS DELINQUENT. IF YOU DO NOT BRING YOUR ACCOUNT CURRENT OR MAKE ARRANGEMENTS THAT ARE APPROVED BY THE ASSOCIATION TO BRING YOUR ACCOUNT CURRENT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE, YOUR ACCOUNT WILL BE TURNED OVER FOR FURTHER COLLECTION PROCEEDINGS. SUCH COLLECTION PROCEEDINGS COULD INCLUDE BRINGING A FORECLOSURE ACTION AGAINST YOUR PROPERTY.**

In accordance with Arizona Law, your account may be turned over to the Association's legal counsel for further action. You will be held personally liable for the additional attorneys' fees and costs incurred by any further action, which amount may be substantially more than the amount set forth above.

Please contact this office prior to making payment to inquire if additional assessments have become due so that we can advise of the additional amount which must be included in your payment. You can also pay on the Association's website through a Echeck on your personal website account or via credit card (a 3.25% fee is charged for credit card payments).

Kindest Regards,
Accounting Department
AMCOR Property Professionals, Inc.

**NOTICE:**
**Pursuant to 15 U.S.C. Section 1692 E (11), please be advised that this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

# EXHIBIT 8

**From:** [redacted]
**Sent:** Wed, 11 Feb 2026 7:43:52 AM GMT
**To:** "Matthew Hersh" <matt@matthewhersh.com>
**Subject:** Fw: Foothills Property Management | 95 Cross Creek Circle Main House
**Attachments:** 95CrossCreekCir.pdf

Sent from Proton Mail<https://proton.me/mail/home> for iOS.

-------- Original Message --------
On Friday, 05/09/25 at 15:05 Foothills Vacation Rentals <foothillsvacationrentals@gmail.com> wrote:
Great chatting with you again today, Alissa!

Thank you for allowing us the opportunity to manage your breathtaking home!

Here is our luxury brand: SedonaLuxuryVacationRentals.com<http://sedonaluxuryvacationrentals.com/>
Our most comparable property is Sky Dancer<https://www.sedonaluxuryvacationrentals.com/property/sky-dancer-s019?PageDataID=102546> (which is a nightly rental)

Attached is a Projection/Performance Review (30-day minimum)
- As we initially discussed, I hesitate to put a true projection in writing, considering your home will be unlike anything in the Sedona Market and we have no real data or property to compare it to; or knowledge of client base & how much and how often clients will book for. I am not sure how much you want to negotiate or if you would like us to hold strong at no less than 20K/mo. The projection is at 67% occupancy, again this is an unknown factor.
This will all be "testing the waters".

Based on the above and when you decide you want to move forward, let's take the onboarding process a step at a time so we can give you a more accurate time frame for the property to go "live":

Outside Vendor Recommendations:
**Please let me know which parts of this process you would like oversight from us on and which you want to work directly with these outsourced vendors. We feel this needs to be done in stages:
Step 1) Get the Estate Sale Going for items in the garage at the same time as a Staging Company to see what can be used for your home (before the estate sale happens)
- Gina Hull 928-301-9448 [Staging & Project Management, she can also help facilitate an Estate Sale, if you choose to do this]

- Sandy Cravens 928-592-3040 [Estate Sale Planning]
- Premier Estate Sale 928-634-8885
- Faun Duns 928-300-4229 [Estate Sale Planning]
- Let us know if you also would like a referral for a local interior designer

Step 2) Finalize Staging the Home
Step 3) Full Deep Clean
Step 4) To include our full onboarding process

Miscellaneous Maintenance:

- Vortez Pools & Spas 928-247-6433 [Monthly Pool Maintenance & Repair Pool Cover]

Thank you and have a blessed day!

[https://subjectlion.com/email-signatures/fpm/images/logo-fpm-164x192.png]<https://www.foothillsrentals.com/>
[https://subjectlion.com/email-signatures/fpm/images/icon-fb-52x72.png]
<https://www.facebook.com/foothillspropertymanagementinc/> [https://subjectlion.com/email-signatures/fpm/images/icon-ig-58x72.png] <https://www.instagram.com/foothillsvacationrentals/>

Brittany Funk, Associate Broker
Sedona Luxury Vacation Rentals
Foothills Property Management
Vacation Property Manager | Associate Broker

[https://subjectlion.com/email-signatures/fpm/images/icon-phone-40x32.png] (928) 282-2864 | (928) 325-0142 direct line
[https://subjectlion.com/email-signatures/fpm/images/icon-email-40x32.png]<mailto:foothillsvacationrentals@gmail.com> foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>

[https://subjectlion.com/email-signatures/fpm/images/icon-web-40x32.png]<https://www.foothillsrentals.com/> www.foothillsrentals.com<https://www.foothillsrentals.com/>
www.sedonaluxuryvacationrentals.com<https://www.sedonaluxuryvacationrentals.com/>
Tasha Funk, Broker

[https://subjectlion.com/email-signatures/fpm/images/logo-slvr-720x88.png]<https://www.sedonaluxuryvacationrentals.com/>

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

# EXHIBIT 9

**From:** [redacted]
**Sent:** Wed, 11 Feb 2026 7:43:09 AM GMT
**To:** "Matthew Hersh" <matt@matthewhersh.com>
**Subject:** Fw: Re: Onboarding 95 Cross Creek Casita

Sent from Proton Mail<https://proton.me/mail/home> for iOS.

-------- Original Message --------
On Friday, 05/09/25 at 15:11 Foothills Vacation Rentals <foothillsvacationrentals@gmail.com> wrote:
Resending this email with action steps & questions :)

[https://subjectlion.com/email-signatures/fpm/images/logo-fpm-164x192.png]<https://www.foothillsrentals.com/>
[https://subjectlion.com/email-signatures/fpm/images/icon-fb-52x72.png]
<https://www.facebook.com/foothillspropertymanagementinc/> [https://subjectlion.com/email-signatures/fpm/images/icon-ig-58x72.png] <https://www.instagram.com/foothillsvacationrentals/>

Brittany Funk, Associate Broker
Sedona Luxury Vacation Rentals
Foothills Property Management
Vacation Property Manager | Associate Broker

[https://subjectlion.com/email-signatures/fpm/images/icon-phone-40x32.png] (928) 282-2864 | (928) 325-0142 direct line
[https://subjectlion.com/email-signatures/fpm/images/icon-email-40x32.png]<mailto:foothillsvacationrentals@gmail.com> foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>

[https://subjectlion.com/email-signatures/fpm/images/icon-web-40x32.png]<https://www.foothillsrentals.com/> www.foothillsrentals.com<https://www.foothillsrentals.com/>
www.sedonaluxuryvacationrentals.com<https://www.sedonaluxuryvacationrentals.com/>
Tasha Funk, Broker

[https://subjectlion.com/email-signatures/fpm/images/logo-slvr-720x88.png]<https://www.sedonaluxuryvacationrentals.com/>
This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

On Mon, Apr 21, 2025 at 2:07 PM Foothills Vacation Rentals <foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>> wrote:
Hi Alissa-

I hope this email finds you well & that you had a lovely, relaxing Holiday weekend.

I wanted to follow up with my email and text and ensure you still wish to move forward.

Please let me know if you have any questions or concerns I may assist with.

Thank you!

[https://subjectlion.com/email-signatures/fpm/images/logo-fpm-164x192.png]<https://www.foothillsrentals.com/>
[https://subjectlion.com/email-signatures/fpm/images/icon-fb-52x72.png]
<https://www.facebook.com/foothillspropertymanagementinc/> [https://subjectlion.com/email-signatures/fpm/images/icon-ig-58x72.png] <https://www.instagram.com/foothillsvacationrentals/>

Brittany Funk, Associate Broker
Sedona Luxury Vacation Rentals
Foothills Property Management
Vacation Property Manager

[https://subjectlion.com/email-signatures/fpm/images/icon-phone-40x32.png] (928) 282-2864 | (928) 325-0142 direct line
[https://subjectlion.com/email-signatures/fpm/images/icon-email-40x32.png]<mailto:foothillsvacationrentals@gmail.com> foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>

[https://subjectlion.com/email-signatures/fpm/images/icon-web-40x32.png]<https://www.foothillsrentals.com/> www.foothillsrentals.com<https://www.foothillsrentals.com/>
www.sedonaluxuryvacationrentals.com<https://www.sedonaluxuryvacationrentals.com/>
Tasha Funk, Broker

[https://subjectlion.com/email-signatures/fpm/images/logo-slvr-720x88.png]<https://www.sedonaluxuryvacationrentals.com/>
This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

On Wed, Apr 16, 2025 at 12:54 PM Foothills Vacation Rentals <foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>> wrote:
Hi Alissa-

I am getting everything set up! **We may have a lead that wants to move in for a few months pretty immediately. She has a small yorkie**

I have a few follow-up items/questions (let me know if you prefer to hop on a quick call):

- Please send owner funds in the amount of $1650 ($850 set up $800 reserve acct). You can send funds via:
E-check: (we will need routing number and account number)
Credit Card: (we will need card number, CCV, expiration date, billing address)

Zelle: (fpmshuttle@gmail.com<mailto:fpmshuttle@gmail.com>)
Mail to: Foothills Property Management, Inc.
868 Cove Parkway Suite #3
Cottonwood, AZ 86326

- Do you want us to always contact you first for repairs/maintenance or just take care of things and not bother you?
- When can I go check the place out again/how do I get in?
- Let me know when Brandon has moved the mattress, set up the TV, firestick & WiFi, & potentially full-size refrigerator, install a washer/dryer (hopefully stackable, I think this is important), make sure the walkway to the entrance is well-lit (small solar lights): Brandon Tinall 928-301-0916
- Is there a place we can have a lock-off supply closet for supplies?
- Is there a microwave?
- Is there outdoor Patio Furniture?
- Is there a BBQ?
- Gas Fireplace (is this a turn-key & light with a lighter, is there a remote or switch?)

- I condensed the checklist as we spoke about. Please let me know if these are supplied or if any items from the list you would like Foothills to order for you (if so, you may want to send extra funds):

E S S E N T I A L S

* WiFi
* Smart TV

K I T C H E N

* Coffee Maker (Keurig) + filters
* Hot Plate
* Toaster
* Blender
* Pots + Pans [stainless steel, non-teflon]
* Cooking Knives, Cutting Board, Spoons + Spatula
* Dishes [at least 1 set of 2 for every guest]
* Dishes: Plates, Bowls, Cups [assorted: water, wine, coffee mugs, etc.]
* Silverware [at least 1 set of 2]
* Can opener + wine corkscrew
* Tupperware
* Paper Towel Holder
* Tin Foil + Ziplock bags
* Cooking Virgin Olive Oil
* Salt & Pepper
* Sugar + Sweetener [optional]

B E D / B A T H

* Bed Linens 2 complete set of sheets + pillow cases per bed + protective zipper covers
* Hangers in Closet
* Bath Towels, Hand Towels + [dark] Washcloths<https://www.amazon.com/Arkwright-Makeup-removal-Cotton-6-pack/dp/B07JBN2Y82/ref=sr_1_1_sspa?dchild=1&keywords=makeup+washcloths&qid=1619224149&s=home-garden&sr=1-1-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzTjQwT1ZITjYzWURPJmVuY3J5cHRlZElkPUEwMTU3MzAzMVo2ODEyQVVBRzJMMCZlbmNyeXB0ZWRBZElkPUEwODE0NjA0MkQ2UjY1RE9TUkFRWCZ3aWRnZXROYW1lPXNwX2F0ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXR

ydWU%3D&pldnSite=1> [2+ per guest]
   * Small wastebasket + small trash bags
   * Hair Dryer
   * Soap Dispenser(s) + Liquid Soap Refill or Soap Bars
   * Sink, Bath + Toilet Mats<https://www.ikea.com/us/en/p/toftbo-bath-mat-gray-white-melange-90422251/> [2 per bathroom recommended]

E X T R A   T O I L E T R I E S + s u p p l i e s

* Shampoo + Conditioner [travel size]
* Body Wash [travel size]
* Squeegee [for shower glass]
* Toilet Paper
* Toilet Bowl Cleaner
* Toilet Brush
* Toilet Plunger

C L E A N I N G   s u p p l i e s

* Dish Towels
* Trash Can + Trash Bags
* Paper Towels
* Sponge(s) + Dish Washing Brush
* Hand Soap
* Dishwashing Liquid + Dishwasher Detergent
* All-Purpose Cleaner, Windex + Disinfectant [any specific glass-top or appliance cleaner]
* Broom + Dustpan
* Mop or Swiffer w/ pads + solution
* Kleenex
* Laundry Pods
* Extra Light Bulbs [same color: soft-white]
* Extra Air Filters
* Extra Batteries for remotes, etc

Thank you!

[https://subjectlion.com/email-signatures/fpm/images/logo-fpm-164x192.png]<https://www.foothillsrentals.com/>
[https://subjectlion.com/email-signatures/fpm/images/icon-fb-52x72.png] <https://www.facebook.com/foothillspropertymanagementinc/> [https://subjectlion.com/email-signatures/fpm/images/icon-ig-58x72.png] <https://www.instagram.com/foothillsvacationrentals/>

Brittany Funk, Associate Broker
Sedona Luxury Vacation Rentals
Foothills Property Management
Vacation Property Manager

[https://subjectlion.com/email-signatures/fpm/images/icon-phone-40x32.png] (928) 282-2864 | (928) 325-0142 direct line
[https://subjectlion.com/email-signatures/fpm/images/icon-email-40x32.png]<mailto:foothillsvacationrentals@gmail.com> foothillsvacationrentals@gmail.com<mailto:foothillsvacationrentals@gmail.com>

[https://subjectlion.com/email-signatures/fpm/images/icon-web-

40x32.png]<https://www.foothillsrentals.com/> www.foothillsrentals.com<https://www.foothillsrentals.com/>
www.sedonaluxuryvacationrentals.com<https://www.sedonaluxuryvacationrentals.com/>
Tasha Funk, Broker

[https://subjectlion.com/email-signatures/fpm/images/logo-slvr-720x88.png]<https://www.sedonaluxuryvacationrentals.com/>

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

# EXHIBIT 10

**From:** Kosta Michailidis <kmichailidis@mca-financial.com>
**Sent:** Saturday, March 1, 2025 12:21 AM
**To:** Keith Bierman <kbierman@mca-financial.com>
**Subject:** RE: Agreement

---

Here is the signed agreement.

Kosta Michailidis
MCA Financial Group, Ltd.
4909 N 44th Street
Phoenix, AZ 85018
P: 602-710-2520
kmichailidis@mca-financial.com
www.mca-financial.com

**From:** Keith Bierman <kbierman@mca- nancial.com>
**Sent:** Thursday, February 27, 2025 5:34 PM
**To:** Kosta Michailidis <kmichailidis@mca- nancial.com>
**Subject:** Agreement

Keith Bierman
Senior Managing Director
MCA Financial Group, Ltd.
kbierman@mca-financial.com
M: (602) 908-4885
O: (602) 710-2502

# CONSULTING AGREEMENT

***AGREEMENT*** (the "Agreement") is made and entered into this 27th day of February 2025, by and between Alissa Chiaravanond, an individual (herein referred to as the "Client") and MCA Financial Group, Ltd. (herein referred to as "Consultant").

## RECITALS:

***A.*** Client desires to obtain Consultant's consulting services in connection with certain financial and operational matters germane to the Client's ownership and management of certain real property located in Sedona, Arizona (the "Property"); and

***B.*** Consultant desires to provide such services to Client directly for a fee that will compensate it for time spent for services rendered and costs advanced by Consultant as contemplated hereunder.

***NOW, THEREFORE,*** in consideration of the foregoing and of the mutual promises and conditions hereinafter set forth, the Parties agree as follows:

1. ***Retention of Consultant***. Client hereby engages and retains Consultant and Consultant hereby agrees to use its best efforts to render to Client the consulting services from the date hereof until terminated by the Parties (the "Services").

2. ***Consultant's Services.*** Consultant's Services hereunder may consist of the following:

   i) Review financial information, accounting records, invoices, bills, utility bills, property related documents, insurance, property taxes, maintenance agreements and other documents relevant to the management and preservation of the Property;
   ii) Assist the Client to administer the management of the Property and ensure that the Property is appropriately maintained, preserved and protected;
   iii) Interface with any third parties relevant to the management, preservation and protection of the Property including, but not limited to; insurance agents, maintenance companies, construction trades to facilitate repairs or improvements to the Property, and others;
   iv) Provide reports detailing Consultant's activities, findings and recommendations to the Client and legal counsel to be used in connection with certain pending litigation matters including reports to be provided to the Court;
   v) Communicate with and fulfill any requests for information concerning the status of the Property or its condition; and,
   vi) Assist Client with other matters as requested from time to time, and

3. ***Payment for Services.*** Client shall pay Consultant the sum of $695 per hour for Senior Managing Directors, $595 per hour for Managing Directors, $495 per hour for Directors, $445 to $295 per hour for Sr. Associates and Associates and $125 per hour for administrative and research personnel for the services to be rendered hereunder, which fee shall be payable upon billing.[1] Consultant shall receive a retainer in the amount of $7,500 which shall be held by Consultant and applied to Consultant's final invoices or returned to the Client at the end of the engagement, as appropriate. Consultant shall be reimbursed for all direct expenses incurred in performing such services plus an administrative charge for

[1] Consultant's hourly billing rates are subject to annual adjustment on January 1 of each year as is Consultant's ordinary business practice and such hourly rates hereunder may be modified accordingly. In no event shall the Consultant's annual adjustment exceed ten percent (10%) of the standard hourly rates of the preceding calendar year.

indirect costs equal to three percent of fees to cover fax, phone, copying and other related costs. Client shall pay $75 per hour for non-billable travel time of professionals. Requests for payment of fees and reimbursement of costs shall be tendered by Consultant and shall be paid by Client upon receipt of billing. Consultant shall waive the requirement for a retainer at this time but reserves the right to request a retainer in the future. Interest shall accrue on unpaid fees (past due more than 15 days from invoice date) at a rate of 1.5% per month or the maximum allowable rate by law.

4. ***Consultant's Time Commitment.*** Consultant shall devote such time as reasonably requested by Client for consultation, advice and assistance on matters described herein and provide the same in such form as Client requests; however, Consultant anticipates that it will spend considerable time to perform the services required hereunder.

5. ***Independent Contractor.*** The relationship created hereunder is that of Consultant acting as an independent contractor through the Consultant's firm. The parties acknowledge and agree that Consultant shall have no authority to, and shall not, bind Client to any agreement or obligation with any third party. The parties also acknowledge that Consultant is not providing legal services or acting as a broker/dealer and such services must be obtained by Client from other parties. Client agrees that Consultant shall not be prevented or barred from rendering services similar or dissimilar in nature for and on behalf of any person, firm or corporation other than Client.

6. ***Nondisclosure of Confidential Information.*** Consultant acknowledges that it is the policy of Client to maintain as secret and confidential all valuable information heretofore or hereafter acquired, developed or used by Client relating to its business, operations, employees and customers which may give Client a competitive advantage in its industry (all such information is hereinafter referred to as "Confidential Information"). The Parties recognize that, by reason of Consultant's duties hereunder, Consultant may acquire Confidential Information. Consultant recognizes that all such Confidential Information is the property of Client. In consideration of Client entering into this Agreement, Consultant agrees that:

i) It shall not, directly or indirectly, use, publish, disseminate or otherwise disclose any Confidential Information obtained during its engagement by Client without the prior written consent of Client, it is understood that this subparagraph shall survive the termination of this Agreement; and

ii) During the term of its engagement by Client, Consultant shall exercise all due and diligent precautions to protect the integrity of any or all of Client's documents containing Confidential Information.

7. ***Communications with Consultant.*** Consultant will not independently conduct a due diligence review of Client and will, to a great extent, be relying upon information provided by Client.

8. ***Exculpation of Liability and Indemnification.*** All decisions with respect to consultations or services rendered by Consultant for transactions negotiated for and presented to Client by Consultant shall be those of Client, and Consultant shall have no liability with respect to such decisions. In connection therewith, Client agrees to indemnify and hold Consultant harmless against any and all losses, claims, damages and liabilities and the expense, joint and several, to which Consultant may become subject and will reimburse Consultant for any legal and other expenses, including attorney's fees and disbursements incurred by Consultant in connection with investigating, preparing or defending any actions commenced or threatened or claim whatsoever, whether or not resulting in the liability.

The foregoing indemnification shall not, however, apply to any damage, claim, loss or expense which arises from Consultant's gross negligence or willful misconduct.

9. ***Limitation on Damages.*** As to the services that Client has requested and Consultant has agreed to provide as set forth in this Agreement, the total aggregate liability of Consultant under this Agreement to Client and its successors and assigns, shall be limited to the actual damages incurred by Client or its successors or assigns. In no event will Consultant or any of its affiliates be liable to Client or its successors or assigns for consequential, special or punitive damages, including loss of profit, data, business or goodwill.

Further, in no event shall the total aggregate liability of Consultant relating to the services provided hereunder or otherwise arising under this Agreement to Client and its successors and assigns exceed the total amount of fees received and retained by Consultant hereunder.

10. ***Entire Agreement.*** This Agreement contains the entire agreement and understanding between the parties hereto with respect to the subject matter contained herein. There are no representations or warranties other than as shall be set forth herein.

11. ***Waiver.*** No waiver or modification of this Agreement shall be valid unless in writing and signed by the parties hereto.

12. ***Notices.*** All notices, consents, requests, demands and offers required or permitted to be given under this Agreement will be in writing and will be considered properly given or made when personally delivered to the party entitled thereto, or when mailed by certified United States mail, postage prepaid, return receipt requested, addressed to the addresses appearing in this Agreement. A party may change its address by giving notice to the other party hereto.

Notices are to be provided to the following:

If to Client:

Alissa Chiaravanond
95 Cross Creek Circle
Sedona AZ 86336
[redacted]

With a copy to:

Mestaz Law
Attn: Matthew Hersh
5090 N. 40th Street, Suite 200
Phoenix, AZ 85018
Direct: +1 602 806 2076
Email: Matt@MestazLaw.com

If to Consultant:

MCA Financial Group, Ltd.
Attn: Keith Bierman
4909 N. 44th Street
Direct: +1 602 710 2502
Phoenix, AZ 85018
kbierman@mca-financial.com

13. ***Counterparts.*** This Agreement may be signed in any number of counterparts, each of which shall be an original, but all of which, taken together, shall constitute one agreement. It shall not be required that any single counterpart hereof be signed by the Parties, so long as each Party signs any counterpart hereof.

14. ***Applicable Law.*** This Agreement shall be governed by and construed in accordance with the laws of the State of Arizona.

15. ***Attorneys' Fees.*** In case of any action or proceeding to compel compliance with, or for a breach of, any of the terms and conditions of this Agreement, the prevailing Party shall be entitled to recover from the losing Party all costs of such action or proceeding, including, but not limited to, reasonable attorneys' fees.

16. **Termination**. This Agreement may be terminated by Client at any time upon five (5) business days' written notice. This Agreement may be terminated by Consultant, including for non-payment of any sums due to Consultant hereunder, upon five (5) business days written notice during which time Client may cure any breach giving rise to such cure (in which event Consultant may only terminate this Agreement upon ten (10) further business days' notice, unless Client consents in writing to an earlier termination). Following termination, Consultant shall return any and all Confidential Information, in whatever form, to Client. At Client's option, Consultant may instead be instructed to destroy all Confidential Information.

***IN WITNESS WHEREOF,*** the undersigned have executed this Agreement to be effective as of the day and year first above written.

MCA Financial Group, Ltd.
An Arizona Corporation

DocuSigned by:
Keith Bierman 2/27/2025
C991B44BDE69483...
By: Keith Bierman
Its: Senior Managing Director

Alissa Chiaravanond
An individual

Signed by:
Alissa Chiaravanond 2/28/2025
35609D66BFA247E...
By: Alissa Chiaravanond

MCA Financial Group