# Exhibit 1 to Notice of Filing

MCAFinancialGroup
Critical Solutions. Sound Resolution.

November 2026 Report of MCA Financial Group, LLC., Concerning the Sedona Properties

In the Matter of

Phong Thanh Huynh
v.
Alissa Chiaravanond, et. al

In the United States District Court
Case No. CV-23-08622-PCT-JJT

Prepared: November 13, 2026

Respectfully submitted,

Keith Bierman
Senior Managing Director

*MCA Financial Group, LLC.*
*4909 N. 44th Street*
*Phoenix, AZ 85018*
*(602) 710-2500*
*www.mca-financial.com*

## I. INTRODUCTION

MCA Financial Group, LLC., ("MCA") understands that the Court has ordered Alissa Chiaravanond ("Alissa") and MCA to provide written reports on or before the 15th of each month detailing Alissa's efforts, with MCA's assistance, to manage and maintain the three properties located in Sedona, Arizona – 288 Back O Beyond ("BOB Property"), 95 Cross Creek Circle ("95 Cross Creek Property"), and 95 Ravens Call Place ("95 Ravens Call")[1], (collectively, the "Properties").

## II. 288 Back O Beyond

The BOB Property is listed with Sedona.org as a short-term rental property.

Insurance

The BOB Property is insured including wildfire coverage and insurance premium payments are made monthly.

Sedona.org manages the rental and maintenance activities for the BOB Property. MCA is also in regular communication with Sedona.org regarding property management issues as they arise from time to time including approvals for ordinary course repairs to the BOB Property.

Roof Inspection and Repairs

Roof leaks identified at the BOB Property were discussed in MCA's October 2026 Report. As previously indicated in that report, MCA authorized Sedona.org to engage a qualified roofer to inspect the roof and make a recommendation as to the scope of the repairs needed. The inspection occurred and the roofer provided a repair quote, which MCA approved. On November 11, 2026, MCA communicated with a representative of Sedona.org who confirmed that the roof repairs were completed on November 11, 2026 and the final cost was $3,187.00. The original estimate was $2,362, however, once the roofer began the repairs, additional items, not evident from the initial inspection upon which the quote was based, were required to complete the repair.

MCA also discussed with Sedona.org the fact that the roof leaks caused damage to a portion of the drywall located in the garage. Sedona.org is assessing whether additional repairs to the drywall are necessary and, if so, has been authorized by MCA to engage a qualified contractor to complete the repairs. Because the drywall damage is in the garage, Sedona.org is not prohibited from continuing to rent the property to renters.

In recent weeks, large rainstorms caused widespread flooding in the Sedona area causing significant damage to certain properties on or near Oak Creek. MCA confirmed with Sedona.org that while the flooding near the area of 288 BOB was extensive, the rising water did not penetrate the 288 BOB Property and there was no damage to the home.

---

[1] The 95 Ravens Call Property is a vacant lot.

Property Taxes

The following table sets forth the property taxes that are delinquent, due and will be due related to all three Sedona Properties. The Yavapai County Treasurer's website indicates that the second half of the 2025 taxes for all three Sedona Properties are delinquent. The first half of the 2026 property taxes were due on November 2, 2026, but are not yet reflected as delinquent as of November 10, 2026. The second half of the 2026 taxes are not due until May 3, 2027. See Table 1 below.

Table 1:

**Outstanding Property Taxes – Sedona Properties**

*Yavapai County Treasurer balances as of November 10, 2026*

| Property | Prior Delinquent (incl. interest) | 2026 1st Half (due 11/2/2026) | 2026 2nd Half (due 5/3/2027) | 2026 Full Year | Total Due | Parcel (APN) | Owner of Record |
|---|---|---|---|---|---|---|---|
| 288 Back O Beyond Cir | $6,816.09 | $6,478.05 | $6,478.05 | $12,956.10 | $19,772.19 | 408-13-001J3 | Cathedral Shangrila LLC |
| 95 Cross Creek Cir | $14,493.82 | $13,775.04 | $13,775.04 | $27,550.08 | $42,043.90 | 408-19-07705 | Stelle Nido Di |
| 95 Ravens Call Pl | $2,329.25 | $2,213.76 | $2,213.76 | $4,427.52 | $6,756.77 | 408-19-08209 | Nido Di Stelle |
| **Total** | **$23,639.16** | **$22,466.85** | **$22,466.85** | **$44,933.70** | **$68,572.86** | | |

**Notes**

1. Source: 2026 Yavapai County Property Tax Statements for each parcel, printed November 10, 2026.
2. Prior delinquent amounts appear to be the unpaid 2nd half of 2025 taxes plus accrued interest.
3. Delinquent taxes accrue interest at 16% per year, prorated monthly (ARS 42-18052, 42-18053).
4. The 2026 full-year tax may be paid by December 31, 2026 without interest on the 1st half.

MCA is working with Matthew Hersh, legal counsel for Alissa, to address the past due property taxes for all three Sedona Properties including receipt of required funding to bring the property taxes current.

Each February the county treasurer auctions tax lien certificates for parcels still delinquent from the prior tax year. MCA understands that the holder of a tax lien certificate can sue to foreclose the property owner's right to redeem the certificate starting 3 years after the lien sale. Any suit that is filed after the 3-year waiting period must be brought in superior court and the holder of the tax lien certificate must send the owner a notice of intent at least 30 days before filing. As related to the Sedona Properties specifically, for the delinquent 2025 taxes, the tax lien certificate sale would be held in February 2027 and the 3-year waiting period until a suit to foreclose could be filed would end no earlier than February 2030.

There is no immediate threat of foreclosure to the Sedona Properties as the taxes are not sufficiently delinquent to pose a threat from any tax certificate sale, however, interest is accruing on the prior delinquent taxes and, as such, the outstanding property taxes need to be addressed. MCA will provide an update when funding for the tax payments is procured.

## III. 95 Cross Creek Circle

Insurance

The 95 Cross Creek Property has insurance including wildfire insurance and insurance payments are made monthly.

Property Taxes

See Table 1 above and related discussion about the property taxes due in relation to the 95 Cross Creek Property. MCA is working with legal counsel to address payment of the past due property taxes. As noted above, second half 2025 property taxes are delinquent. The first half of the 2026 property taxes are due, but do not yet reflect as delinquent as of November 10, 2026.

HOA Dues

HOA dues for the 95 Cross Creek Property and the 95 Ravens Call Property are delinquent and currently owing to the Cross Creek Ranch Community Association ("CCRCA"). Table 2 identifies the amounts due and owing to CCRCA.

Table 2:

**HOA Assessment Balance Breakdown by Charge Type**

*Per Cross Creek Ranch Community Association transaction histories, 1/1/2025 – 10/23/2026*

| Charge Type | 95 Cross Creek Cir (Lot 39) | 95 Ravens Call Pl (Lot 44) | Total |
|---|---|---|---|
| Beginning balance carried forward (9/30/2025) | $2,273.60 | $1,241.28 | $3,514.88 |
| Quarterly assessments (Oct 2025 – Oct 2026, 5 quarters) | $4,700.00 | $4,700.00 | $9,400.00 |
| Quarterly internet | $1,620.99 | $245.10 | $1,866.09 |
| Water (base meter, usage, state tax) | $2,560.53 | $354.00 | $2,914.53 |
| Late, delinquent & notice fees | $710.94 | $570.35 | $1,281.29 |
| Interest | $179.58 | $221.25 | $400.83 |
| Payments received (11/12/2025) | ($369.84) | $0.00 | ($369.84) |
| **Ledger balance at 10/23/2026** | **$11,675.80** | **$7,331.98** | **$19,007.78** |
| Charges posted after 10/23/2026 (per payoff) | $100.00 | $100.00 | $200.00 |
| **Association assessments balance per payoff (11/2/2026)** | **$11,775.80** | **$7,431.98** | **$19,207.78** |
| Attorneys' fees & costs | $1,879.85 | $1,584.25 | $3,464.10 |
| **Total payoff** | **$13,655.65** | **$9,016.23** | **$22,671.88** |

MCA first became aware of the delinquent HOA dues during the 30(b)6 deposition of Keith Bierman on October 27, 2026, when this issue was raised by counsel for Plaintiff during the examination. Based on exhibits presented in the deposition, Adam Nach, the receiver for the California properties subject to this litigation, received an email from John Halk on October 16, 2026, counsel for CCRCA, inquiring about the past due HOA dues for the 95 Cross Creek and 95

Raven's Call properties. Mr. Nach forwarded the email on October 16 to Devin Sreecharana, counsel for Plaintiff, on the same day informing him that Mr. Nach did not "believe this related to my appointment, ie Arizona property." The email was not forwarded to MCA by either Mr. Nach or Mr. Sreecharana and was raised for the first time at the 30(b)6 deposition on October 27, eleven days after receipt by Mr. Nach and Mr. Sreecharana.

On October 26, 2026, Mr. Nach also received an email from Patricia Hartman, the treasurer of CCRCA inquiring about the past due amounts. Mr. Nach responded to Ms. Hartman and copied Mr. Sreecharana. This correspondence was also not provided to MCA by either Mr. Nach or Mr. Sreecharana.

On October 27, the same day of the 30(b)6 deposition, MCA called Patricia Hartman. MCA notified Ms. Hartman that all notices regarding the HOA should be provided to MCA. MCA informed Ms. Hartman that it would discuss the past due HOA dues with Alissa and her legal counsel, Mr. Hersh, so that the past due amounts owing to CCRCA can be addressed in a timely manner.

MCA also inquired of Ms. Hartman about the address to which the HOA notices had been sent. After further investigation by CCRCA, it was confirmed that all HOA notices had been sent to 2457 Angelo Dr., Los Angeles, CA 90077. MCA understands that this address has not been occupied by Alissa or Plaintiff for some time. MCA provided Ms. Hartman and Vicky Adkins, of AMCOR Property Professionals, Inc., the third-party administrator for CCRCA with the Power of Attorney executed by Alissa providing MCA with authority over the Sedona Properties and requested that the address for notices by CCRCA be sent to MCA's address. MCA confirmed with AMCOR that the address for notices has been changed to MCA's address. MCA has also had several conversations and email exchanges with Ms. Hartman and Mr. Halk regarding the HOA dues and informed them that MCA was working to address the past due balances with Alissa and her legal counsel. MCA has, and continues to, communicate regularly with Mr. Hersh regarding resolution of this issue.

## IV. 95 Ravens Call Pl

This property is a vacant lot within the CCRCA.

Property Taxes

See Table 1 above and related discussion about the property taxes due in relation to the 95 Ravens Call Property. MCA is working with legal counsel to address payment of the past due taxes. As noted above, the second half of the 2025 property taxes are delinquent. The first half of the 2026 property taxes are due, but do not yet show as delinquent.

HOA Dues

See the discussion above and Table 2 for a discussion of the outstanding amounts due to CCRCA. Table 2 and the related narrative apply to both the 95 Cross Creek Property and the 95 Ravens Call Property.

## V. Income and Expenses Related to the Properties

i) Expenses Paid. During the period covered by this November 2026 Report, Alissa paid expenses for the Properties including insurance, utilities, security, pest control and Wi-Fi related to the Properties. In connection therewith, MCA reviewed the expenses paid by Alissa for the period September 23, 2026 to October 22, 2026, which are summarized on the following page.

**TRANSACTION DETAIL**

| DATE | DESCRIPTION | AMOUNT | BALANCE | Description |
|---|---|---|---|---|
| | **Beginning Balance** | | **$15,241.71** | |
| 09/23 | Recurring Card Purchase 09/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -13.47 | 15,228.24 | Security |
| 09/23 | Recurring Card Purchase 09/22 ADT Security*405432919 Www.ADT.Com FL Card 0098 | -70.27 | 15,157.97 | Security |
| 09/29 | Arizona Water CO Receivable PPD ID: 4860119837 | -343.35 | 14,814.62 | Water |
| 10/01 | Aps Electric Pmt Payments PPD ID: 1860011170 | -855.58 | 13,959.04 | Electricity |
| 10/06 | Johnsonjohnsonpr Webpayment Web ID: 3383693141 | -2,116.80 | 11,842.24 | Insurance |
| 10/07 | Critter Control Payment 202848729362 Web ID: 0383913206 | -149.00 | 11,693.24 | Pest Control |
| 10/08 | Card Purchase 10/07 Tmobile*Prepaid Web 877-778-2106 WA Card 0098 | -65.86 | 11,627.38 | Phone |
| 10/13 | Sedona Org Individual 091112110007325 Web ID: 1815159709 | **4,350.40** | 15,977.78 | Rental Receipts |
| 10/19 | Recurring Card Purchase 10/17 Optimum 7715 877-794-2724 NY Card 0098 | -125.70 | 15,852.08 | WiFi |
| 10/20 | Sbac-Fifth Third Web Pmts 60Wk6T Web ID: 9000035592 | -1,672.77 | 14,179.31 | Insurance |
| 10/21 | Card Purchase 10/20 John Graves Propane 928-567-2425 AZ Card 0098 | -670.89 | 13,508.42 | Propane |
| 10/22 | Interest Payment | **0.11** | 13,508.53 | |
| | **Ending Balance** | | **$13,508.53** | |

*(TRANSACTION DETAIL (continued) from 10/20)*

## V. MCA's Fees and Expenses

As of October 31, 2026, MCA's outstanding fees and costs totaled $15,338.03.